# EXHIBIT 1



**Process Server One** — Serving your legal papers quickly and cost-effectively

Attorney Service Orders ▼   Order Online   Status Online   Reports   Draft Orders   Log Off   Hello, Frank R. Trechsel ▼

**Customer:** 005573 - DONIGER / BURROUGHS - Venice
**Contact:** All Contacts
**Attorneys:** All Attorneys
**Search:** pablo
**Orders Within:** 60 Days

**Selected Job types:** ☑ Process  ☑ Court  ☑ Delivery

☐ Show In Progress Orders Only

[ Search ]  [ Dump To Excel ]

| Note | Clone | Reference | Case Number | Work Order | Date Received | Hearing Date | POD Date | Subject | Address | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2:21-cv-02840-AB-AFM | 2:21-cv-02840-AB-AFM | 24575 | 3/30/2023 | | In Progress | Pablo Arevalo Llano | ▇▇▇▇▇▇ Denver, CO 80205-2396 | In Progress |
| | | 2:21-cv-02840-AB-AFM | 2:21-cv-02840-AB-AFM | 24111 | 3/17/2023 | | 3/30/2023 | Pablo Arevalo Llano | ▇▇▇▇▇▇ Gainesville, FL 32601 | Bad Address |
| | | 2:21-cv-02840-AB-AFM | 2:21-cv-02840-AB-AFM | 24031 | 3/16/2023 | | 3/17/2023 | Pablo Arevalo Llano | ........., .... Miami, FL | PERSONAL SERVICE |

# MEMORANDUM

**RE:**   Pablo Arevalo Llano
**WO:**   24031
**Date:** March 17, 2023

---

As requested, we initiated and completed a locate investigation on Pablo Arevalo Llano (Subject) in Florida. Results of our investigation are as follows:

## Current Identification and Residential Information

Pablo Arevalo Llano (Subject) is identified by the provided city of residence, Miami, FL, Manager: Claudia Serrato email: manager@claudiaserrato.com and the Instagram account @juanpablollano. Subject's Social Security Number is: ███-XXXX



*Photo 1: Gainesville, FL*

Our investigation revealed that the Subject's legal name is Juan Pablo Llano. He resides at:

 Gainesville, FL 32601

Subject 's phone number is: 

That phone number is under the name Juan Llano and the address:

███████ Denver, CO 80205



*Photo 2: Denver, CO*

It has been a pleasure to be of service to you. If you have any questions, please feel free to contact our office.

*End of Report*

*The accuracy of the data submitted by the requestor will directly determine the accuracy of the results obtained. While the information furnished is from reliable sources, its accuracy is not guaranteed. Use of available data may be affected by the Fair Credit Reporting Act ("FCRA"), the Fair Debt Collection Practices Act, the Graham-Leach-Bliley Act, or federal and state privacy laws. This report was prepared by Professional Services, LLC, at the request of the client to whom it is addressed. The client agrees by accepting this report that reports and information received from Professional Services, LLC, are strictly confidential, and are intended solely for the client's sole private, exclusive use. Any other use, communication, publication or reproduction of this report, or any portion of his contents, without the written consent of Professional Services, LLC, is strictly forbidden. By ordering and accepting delivery of this report, the client agrees to indemnify Professional Services, LLC, against any damages or claims resulting from any such unauthorized use. This report is not a recommendation, endorsement, or approval of any kind, with respect to any specific transaction, decision, or evaluation, and should not be relied on as such under any circumstances. All information contained herein is confidential and proprietary, the property of the investigation company providing this report.*