Scott Alan Burroughs (SBN 235718)
*scott@donigerlawfirm.com*
Frank Trechsel (SBN 312199)
*ftrechsel@donigerlawfim.com*
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiffs*

James G. Sammataro (SBN 204882)
*jsammataro@pryorcashman.com*
Benjamin S. Akley (SBN 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 683-6900
*Attorneys for the Pryor Cashman Represented-Defendants*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; ANIKA JOHNSON, as personal representative of the estate of Wycliffe Johnson, deceased; AND STEELY & CLEVIE PRODUCTIONS, LTD.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RODNEY SEBASTIAN CLARK, an individual, *ET AL.*<br><br>　　　　Defendants. | Case No.: 2:21-cv-02840-AB-AFM<br><br>**STIPULATION RE: MOTION TO DISMISS BRIEF LENGTH** |

1

# STIPULATION

Plaintiffs Cleveland Constantine Browne, Anika Johnson (as personal representative of the Estate of Wycliffe Johnson, deceased), and Steely & Clevie Productions, Ltd. (collectively "Plaintiffs") and the defendants represented by Pryor Cashman LLP in this action (the "Pryor Cashman Represented-Defendants"), by and through their respective counsel of record, hereby respectfully submit the following Stipulation:

Whereas, on April 21, 2023, Plaintiffs filed their 260 page, 683 paragraph Second Consolidated Amended Complaint in this copyright infringement action (the "SCAC");

Whereas, the SCAC names approximately 160 defendants and concerns approximately 1,700 allegedly-infringing songs, each of which potentially involves an allegedly-infringing composition and an allegedly-infringing sound recording (meaning potentially approximately 3,400 separate works are at issue);

Whereas, this action represents the consolidation of three separate actions, all of which have been based on the same alleged infringement of the same allegedly-infringed works, and the first of which was commenced over two years ago on April 1, 2021;

Whereas, the Pryor Cashman Represented-Defendants have not yet made any motions to dismiss pursuant to FRCP 12 in any iteration of this action;

Whereas, the Court specifically contemplated in its January 11, 2023 Order that any defendant may make a motion in response to the SCAC by June 15, 2023, and the Pryor Cashman Represented-Defendants intend to collectively file a single combined motion at that time; and

Whereas, given the scope of the SCAC, the number of Pryor Cashman Represented-Defendants who will be moving, and the variety of matters that the Pryor Cashman Defendants intend to raise in their collective motion, the 7,000 word/25 page

limits that apply to moving memoranda of points and authorities imposed by the Central District's Local Rules and this Court's Standing Order will be overly restrictive and will not permit the parties to fully brief the issues presented to the Court;

Whereas, based on the above, there is good cause for the Court to extend the length limitations in these circumstances;

Now therefore, upon approval by the Court, Plaintiffs and the Pryor Cashman Represented-Parties hereby stipulate that (i) they shall each have a 10,000 word and 35 page limit on their respective moving and opposing memoranda of points and authorities, and (ii) the Pryor Cashman Represented-Defendants shall have a 6,000 word and 20 page limit on their reply memorandum of points and authorities.

Respectfully submitted,

Dated: June 7, 2023    **DONIGER BURROUGHS**

By:_____/s/ Frank Trechsel_____
Scott Alan Burroughs, Esq.
Frank R. Trechsel, Esq.
Benjamin F. Tookey, Esq.
*Attorneys for Plaintiffs*

Dated: June 7, 2023    **PRYOR CASHMAN LLP**

By:____/s/ Benjamin Akley_____
Benjamin Akley, Esq.
*Attorneys for the Pryor Cashman-Represented Defendants*

## ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: June 7, 2023     By:   */s/ Benjamin Akley*
                                    Benjamin S. Akley