**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; ANIKA JOHNSON, as personal representative of the estate of Wycliffe Johnson, deceased; AND STEELY & CLEVIE PRODUCTIONS, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK, an individual, *ET AL*.<br><br>Defendants. | Case No.: 2:21-cv-02840-AB-AFM<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION RE: MOTION TO DISMISS BRIEF LENGTH** |

1

**[PROPOSED] ORDER**

Based upon the stipulation of Plaintiffs Cleveland Constantine Browne, Anika Johnson (as personal representative of the Estate of Wycliffe Johnson, deceased), and Steely & Clevie Productions, Ltd. (collectively "Plaintiffs") and the defendants represented by Pryor Cashman LLP in this action (the "Pryor Cashman Represented-Defendants"), for good cause shown, the Court orders as follows:

Plaintiffs and the Pryor Cashman Represented-Parties shall have a 10,000 word and 35 page limit on their respective moving and opposing memoranda of points and authorities, and the Pryor Cashman Represented-Defendants shall have a 6,000 word and 20 page limit on their reply memorandum of points and authorities.

**IT IS SO ORDERED.**

Dated: June 8, 2023

_____
Hon. André Birotte Jr.
United States District Judge