Kenneth D. Freundlich (SBN 119806)
Michael J. Kaiser (SBN: 258717)
FREUNDLICH LAW
16133 Ventura Boulevard, Suite 645
Encino, CA 91436
P: (310) 275-5350
F: (310) 275-5351
E-Mail: ken@freundlichlaw.com
        mkaiser@freundlichlaw.com

Attorneys for Defendants RIMAS MUSIC, LLC
and BENITO ANTONIO MARTINEZ OCASIO
P/K/A BAD BUNNY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE., an individual, et al.<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK DONALDS, an individual, et al.,<br><br>Defendants. | **CASE NO. 2:21-cv-02840-AB-AFM**<br><br>*Assigned To: Hon. Andre Birotte Jr.*<br><br>**DECLARATION OF KENNETH D. FREUNDLICH, ESQ. IN SUPPORT OF BAD BUNNY AND RIMAS MUSIC'S MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Hearing Date: September 22, 2023<br>Hearing Time: 10:00 a.m.<br>Courtroom: 7B<br><br>**Motion, [Proposed] Order, and Notice of Manual Lodging Filed Concurrently Herewith** |

# DECLARATION OF KENNETH D. FREUNDLICH

I, Kenneth D. Freundlich, Esq. am the founding principal of Freundlich Law, counsel of record to Defendants RIMAS MUSIC, LLC ("Rimas") and BENITO ANTONIO MARTINEZ OCASIO P/K/A BAD BUNNY ("Bad Bunny"). If called and sworn as a witness in this case, I could and would testify competently to all the facts contained herein.

1. Given the briefing schedule set forth in the Court's Case Management Order (Doc. No. 143), it is my understanding that September 22, 2023 is the earliest open hearing date that works with all Defendants' counsel's schedules.

2. On November 23, 2022, Bad Bunny and Rimas formally initiated the L.R. 7-3 meet-and-confer process via letter from me to Plaintiffs' counsel expressing Bad Bunny and Rimas' intent to bring the instant motion and specifying grounds for such motion. On November 30, 2022 and again on June 5, 2023, counsel for the parties telephonically/via Zoom met-and-conferred pursuant to L.R. 7-3.

3. Attached as **Exhibit A** is a true and correct copy of the cover of and pages 36-48 of *Reggaeton* by Wayne Marshall, *et al.* (Duke University Press, 2009).

[CONTINUED ON NEXT PAGE]

4. Bad Bunny and Rimas are concurrently filing herewith a Notice of Manual Lodging for a thumb drive to be lodged with the Court, containing what I understand to be true and correct audio files of Plaintiffs' alleged songs, "Fish Market" and Dem Bow," and those songs (except for "Tusa" and "Un Bellaqueo," which could not be located by the time of filing of this Motion to Dismiss) through which Bad Bunny and/or Rimas are alleged to have infringed Plaintiffs' copyrights. In addition to a thumb drive of these audio files being lodged with the Court, counsel for Bad Bunny and Rimas will also send a download link for these audio files to counsel for all represented parties.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on June 15, 2023 in New York, York.

/s/ Kenneth D. Freundlich
Kenneth D. Freundlich

# EXHIBIT A

Case 2:21-cv-02840-AB-AFM   Document 330-1   Filed 06/15/23   Page 5 of 18   Page ID #:3010



Puerto Ricans (and Nuyoricans) who had grown up with hip-hop and for whom the sounds of Jamaica provided a sufficiently Caribbean anchor for their urbane articulations. Nonetheless, Oquendo's experiment presented possibilities that would later be embraced, a full decade later, by yet another generation of producers, who—following hip-hop's ascension to global pop—would reverse their focus from the underground to the commercial sphere and seek to reach, once again, a mainstream, pan-Latin audience in part by invoking the "tropical."

But before discussing reggaeton's turn (back) toward signifiers of Latinness, such that it could eventually project itself into the U.S. and global mainstream as "Reggaeton Latino," it is imperative to appreciate how the genre first crystallized in Puerto Rico in the early and mid-1990s as *música negra* and *melaza*, *dembow*, and *underground*—terms which directly marked and promoted the music as connected to a particular racial and class formation. Although the various antecedents considered above inform and resonate to varying degrees with the San Juan *underground* scene of the 1990s, the unique and pronounced mix of hip-hop and reggae which defined the nascent genre and provided the basis for what would come to be called reggaeton offers the strongest evidence for Puerto Rico's claims on the genre—Jamaica's and Panama's notwithstanding—as a locally inflected and in some ways quintessentially Puerto Rican cultural product. By exploring the distinctive character of early to mid-1990s Puerto Rican reggae-rap fusions, I hope to clarify some of the genealogical relationships which remain the subject of intense debate in public discourse around reggaeton.

## FROM "DEM BOW" TO DEMBOW:
### MELAZA CRYSTALLIZES UNDERGROUND

Listening to Puerto Rico's underground music of the 1990s, one hears a series of "flip-tongue," sing-song vocalists performing risqué rhymes over dense collages made from contemporary reggae riddims and hip-hop beats.[44] A number of familiar loops and more fragmentary samples cycle in and out of the half-hour to hour-long mixes put together by pioneering producers such as DJ Playero, DJ Negro, DJ Nelson, and their colleagues.[45] Combining dozens of resonant samples, the pistas that drive such nonstop sessions tug constantly at the strings of musical memory, in many cases providing a suggestive, propulsive alternation between the distinctive "feels" of hip-hop and dancehall grooves (see figures 2 and 4)—an approach to form still faintly audible in the shifting snares of today's synth-driven hits.[46] Such chopped-and-rearranged

loops of recognizable fragments hence provide a rather resonant, dynamic sort of accompaniment. Adding to the allusive mix, such local, Spanish-slanging MCs as Ranking Stone, Alberto Stylee, Maicol and Manuel, O.G. Black and Master Joe, Baby Rasta and Gringo, Ivy Queen, and Daddy Yankee, among others, frequently propel their verses by intoning one of the many familiar melodic contours that Jamaican dancehall DJs have endlessly reworked since the early to mid-1980s.[47] Especially for San Juan youth, these deeply referential recordings thus engage and embody, as they directly index, the popular and no doubt political *música negra* (as it was called in song lyrics), or "black music," which so powerfully resounded across the shared soundscapes of Puerto Rico and New York, of home and home-away-from-home (though which is which, of course, becomes increasingly difficult to tease out in the contexts of circular migration and "commuter nationhood").[48]

It is no surprise that the terms artists and audiences used to describe the Spanish-language rap-reggae hybrids produced in Puerto Rico during the 1990s themselves index a number of significant, overlapping relations and positions. Such terms as *música negra* and *melaza* (i.e., "molasses," signifying race as sugar products do in postplantation societies) served to express an explicit cultural politics of blackness within a context of enduring racism and *blanqueamiento*.[49] Calling the music *underground* and *dembow*, on the other hand—not to mention *rap* or *reggae* (both of which were also common)—signaled an articulation with such putatively non–Puerto Rican forms as hip-hop and dancehall and therefore to New York, the Afro-Caribbean, and the African diaspora. Moreover, the term *underground* also embodied the music's marginalized (and proud!) status vis-à-vis mainstream Puerto Rican economy, culture, and society. But although terms such as *underground* and *dembow* were derived from hip-hop and reggae, they took on rather local meanings, signifying that San Juan's distinctive musical fusion was, as Raquel Z. Rivera observed in early 1995, "una fusión tan intensa de rap con reggae que no puede ser clasificada como una cosa o la otra" (such an intense fusion of rap and reggae that it could not be classified as one or the other).[50]

Despite being derived from other genres, the terms used to describe the distinctive yet emergent genre necessarily took on expanded and enriched meanings in Puerto Rico. The term *underground* (sometimes shortened to *under*) came directly out of hip-hop discourse, where it already enjoyed some currency as a militant mode of self-identification for artists eschewing the commercialization of rap music (associating such "selling out" with a capitulation to mainstream aesthetics and a movement away from a hardcore stance vis-à-vis copyright, local and national politics, or street authenticity). But

whereas self-proclaimed *underground* hip-hop groups in New York often still participated in the commercial economy via "independent" labels (frequently distributed by major labels), in San Juan *underground* referred not simply to musical style or ideologies of authenticity but to actual market position. In the early '90s, Puerto Rican *underground* recordings literally circulated outside of formal commercial channels and centralized modes of mass production. Dubbed from cassette to cassette after an initial, small run of master tapes, the mixes moved somewhat easily through an informal economy until late 1994, when their appearance in certain "aboveground" stores allowed the authorities, spurred by Christian "watchdog" organizations such as Morality in Media, to commence a series of high-profile, controversial, and essentially illegal seizures.[51] (Raquel Z. Rivera cites DJ Playero as noting that he produced only around twenty copies of each mixtape in the early days; of course, these "masters" were rapidly reproduced within and outside the scene, e.g., in New York, Connecticut, the Dominican Republic, etc.)[52] Moreover, even after flirting with local commercial channels, reggaeton's reputation as the "obscene" music of the underclass meant that it had little access to mainstream media channels (i.e., radio and television) before it proved itself commercially viable beyond the underground market. Although the San Juan–based *In the House* magazine offered regular coverage of the music beginning in 1995, for example, as with reggae in Jamaica (which did not have a dedicated place on local airwaves until the launch of Irie FM in 1990) it was not until much later that the genre was embraced by mainstream media: San Juan's Mix 107.7 FM began its "24/7" reggaeton format in 1999 through the efforts of DJ Nelson and DJ Coyote.[53]

The term *dembow* offers a similar example of resignification. A minimal drum track with a hint of Latinesque percussion and a unique timbral profile, Bobby "Digital" Dixon's *Dem Bow* riddim—i.e., the instrumental underlying Shabba Ranks's "Dem Bow" (1991), performed and recorded by the production duo Steely and Clevie—became such a ubiquitous feature of *underground* mixes that, especially in the mid- to late 1990s, one of the most common terms used to describe the genre was simply *dembow*. Before long, at least for some, the term came to refer more generally to the music's prevailing rhythmic structure, the *boom-ch-boom-chick* that has defined Puerto Rican reggae/ton since the early '90s (see figure 1). Notably, the term has been so resignified that it has also, for the most part, lost much of its connection to the idea of "bowing" or giving in to the forces of oppression and corruption—ranging from the forces of neocolonialism to "deviant" sexual practices (e.g., oral and anal sex)—which Shabba Ranks decries on the original recording. Hence, while early Spanish cover versions of the song such as Nando Boom's "Ellos

Benia" (1991) or El General's "Son Bow" (1991) appear to endorse Shabba's conflation of macho sexuality and racialized social struggle, later versions, such as Wisin and Yandel's "Dem Bow" (2003), seem to imply that the term simply signifies dancing to the distinctive beat or otherwise participating in the reggaeton scene.[54] The concatenated form I employ here (after popular use, though orthographies vary widely) is thus meant to signify this transformation of the term's meaning: from a specific allusion to a Jamaican precedent, to a rather resonant bit of local argot describing San Juan's unique approach to reggae production (with a hip-hop twist).

This is an approach and transformation signaled sonically as well, for the instrumental from Shabba's "Dem Bow" has, aside perhaps from early club and home-studio jam sessions, rarely been employed for *underground* productions in its original form. Abstracted instead into a particular rhythmic pattern (slightly altered from if faithful to the original) and a set of specific drum timbres (as directly sampled from the *Dem Bow* riddim and, tellingly, its reggae en español variations[55]), the *Dem Bow* came to stand as a flexible set of musical tools which could be used in combination with other resonant signifiers while retaining a distinctive sonic profile (hence remaining audible in the vast majority of reggaeton productions, even today). Contemporary collections of reggaeton instrumentals such as *Pistas de Reggaeton Famosas* (Flow Music, 2005), for example, often contain one or more versions of the *Dem Bow*: the "original" or "classic" version—a two-bar loop based closely on Dennis "the Menace" Thompson's version of Bobby Digital's dancehall instrumental (as heard on Nando Boom's "Ellos Benia") but often reduced to pure percussion (i.e., not containing the keyboards or bass from the original); and a more recent version, e.g., "Dembow 2004," which might employ different sounds and other effects but audibly maintains the riddim's well-worn rhythms and timbres. Notably, part of what makes the *Dem Bow* distinguishable from other reggae sources is an element often identified, especially in its digital and Internet circulation, as the *timbal* (presumably from *timbales*), a short percussion sample that plays an easily recognizable, two-measure rhythmic pattern which some might hear as congruent with a 3:2 clave (see figure 6).

As indicated in figure 6, the standard *Dem Bow* pattern in reggaeton productions also features a tonally rich bass drum, accenting beats 1 and 3 atop an underlying, "dryer" kick drum which marks each beat of every bar. Together or in various combinations, these musical signifiers can suggest the presence of the *Dem Bow* in a particular pista. Depending on the whims of producers and the extent to which they want to foreground the riddim's familiar sound, the component elements of the *Dem Bow* might take more or less pronounced forms.



6. The basic elements of Puerto Rico's localized *Dem Bow*.





Like the terms themselves, then, the sounds of *underground, dembow, melaza*, and so on, also served to signal, for all their putative foreignness, a local orientation (if always already transnational). Embodying the process of localizing the foreign-but-familiar, the influential mixtapes issued by DJ Negro for *The Noise* album series and by Playero for his eponymous franchise offer a set of sonic snapshots vividly illustrating the ways melaza crystallized in San Juan in the mid-1990s. The two series are remarkably similar in aesthetic approach. Indeed, the creation of reggaeton's foundational style and its veritable canon of samples, including the elevation of the *Dem Bow* to basic building block, can largely be attributed to the long shadows cast by Playero and *The Noise*. Mixing song into song, on beat and without pause, their mixtapes resembled live DJ sets, not unlike the sort that might be played by a hip-hop DJ or a dancehall selector. In contrast to hip-hop or dancehall, however, songs recorded by outside producers would not be featured (though they could be sampled); instead the mixtapes showcased the work of the producers and DJs who made them. Accordingly, the mixes were often identified simply by the name of the producer or series and given a number, though sometimes each side of the tape would also get its own, more suggestive title, in many cases gesturing to dancehall or hip-hop (and, yet, often signaling a certain distance via minor misspellings): for example, "Dance Hall Mix" and "Ragga Moofin Mix" are the individually labeled sides on *Playero 37* (ca. 1992), while "Non Stop Reegae" and "Raagga Mix to Mix" describe the contents of *Playero 38* (ca. 1994). Affirming and informing the music's projections of a modern, urban, Afro–Puerto Rican aesthetic, the artwork promoting the tapes often employed graffiti-style lettering and featured city skylines (as on *Playero 37*; see figure 7) and lots of images of stylish, and often dark-skinned, denizens of the underground. On the cover of *Playero 38* (figure 8), for instance, a dreadlocked character sports an Africa pendant, a rather popular hip-hop accoutrement in the early '90s (as also depicted, you might recall, on Marcony's headgear in figure 5).

7. Artwork for *Playero 37*.
8. Artwork for *Playero 38*.

7 8



*mbow, me-
*ness*, a local
ss of localiz-
egro for *The*
fer a set of
San Juan in
approach.
he canon of
block, can
se. Mixing
ied live DJ
dancehall
corded by
sampled);
who made
me of the
of the tape
g to dan-
nor mis-
x" are the
gae" and
Affirming
to Rican
yle letter-
mages of
cover of
Africa
as also





7. Artwork for *Playero 37*.
8. Artwork for *Playero 38*.

As truly underground music (sonically speaking), based on live performance practice (where instrumental reggae recordings provided the accompaniment for MCs), and deeply informed by the musical ethics of reggae's version-based "riddim method" as well as hip-hop's sample-based collages, the recordings produced by the likes of DJ Playero, DJ Negro, and DJ Nelson advanced an approach utterly unconcerned with the strictures of copyright or bourgeois attitudes toward ownership. The music brims with references to resonant musical texts. In measure after measure, one hears layer upon layer of samples from the hip-hop and dancehall hits of the day. Taken together with the allusive tunes and texts of vocalists who often quote lyrics or borrow melodies from the same familiar sources being sampled, the music directly and suggestively indexes New York. Remixing the sounds of home-away-from-home for San Juan youth, *underground* could thus express forms of Puerto Rican–ness commensurate with the vistas (and pistas) of a new generation. The degree of intertextuality on such recordings is not only rather remarkable in its own right, then; it is also charged with significance. A brief guided tour of an early, representative production by DJ Playero, I hope, may suffice to impart some sense of this deeply meaningful intertextuality.[56]

Given that *Playero 38* is sometimes cited as having cemented the centrality of the *Dem Bow* in San Juan's "Spanish reggae" scene, the "Raagga Mix to Mix" side's hip-hop-inflected opening offers a telling reminder of the genre's strong connections to rap as well as reggae.[57] Beginning with a "wah-wah" guitar figure and the telltale snaps-and-crackles of aged vinyl (and thus explicitly embodying a sample-based approach), the introduction bears the unmistakable sound of early 1990s, New York–style hip-hop, especially when a jazzy bass riff and then a truncated siren and dusty breakbeat bring the song into a solidly swinging funk. Along with the bass enters a looped voice, slightly distant in the mix and punctuated by the siren sound: "La gente sabe/que somos de la calle" (the people know/that we're from the streets), it repeats, insistently, before delivering a rhyming punch line, "mira como goza/cuando traigo un mensaje" (see how they like/when I bring a message). Before long the vocalist, Manuel, begins rapping in a "flip-tongue" style, as it is sometimes called in Jamaica, doubling up the syllabic syncopation in the manner of dancehall DJs. His change in flow accompanies the appearance of a short but recognizable snippet from "900 Number," a two-measure saxophone loop and a rather familiar reference for hip-hop devotees. Produced by Mark the 45 King, a hip-hop producer based in New York, the riff—as sampled from Marva Whitney's funky R&B single "Unwind Yourself" (1967)—became well-known in hip-hop after being featured repeatedly on *Yo! MTV Raps* from 1989 to 1995 as the

backing for the "Ed Lover Dance." Although the sample here is but a beat long, it would be unmistakable for many listeners, especially as a recurring favorite of *underground* producers at this time. As Manuel's partner-in-rhyme, Maicol, makes an entrance, the duo begin trading off rhymes which directly link "la casa" (with its connotations of hip-hop and home alike), "la raza" (signifying racial commitments), and "melaza."[58] Highlighting the articulation of such symbols, the texture of the music changes radically, dropping everything out save for the dusty wah-wah loop and placing the refrain in the foreground: "en la casa, para la raza" they repeat three times, before delivering the punch line, "Maicol y Manuel que te canta melaza" (Maicol and Manuel who sing melaza).

Notably, the punch line—and, significantly, the reference to *melaza*—is followed immediately by the entrance of *dembow*-style drums, and the dancehall-derived *boom-ch-boom-chick* propels their chant forward. As the duo continue their enthusiastic interplay, alluding to dancehall reggae melodies (e.g., Shabba Ranks's "Ting-a-Ling")—as well as, in another nod to hip-hop and reggae tradition, nursery rhymes (i.e., "London Bridge")—the underlying track mixes reggae style with hip-hop style, augmenting the relatively sparse 3 + 3 + 2 drum pattern and synthesized bassline with the sort of truncated siren sample popularized by Cypress Hill, as heard in the introduction. Playero (and in this case, his coproducer, Nico Canada) create a fair amount of variation in the track by pulling the discrete layers—kicks, snares, bass, and other samples—in and out of the texture, a technique for manipulating form rather related to dub-mixing in reggae.[59] In the meantime, Maicol and Manuel string together various routines and, indeed, employ some of the same lyrics they would also record on contemporary mixtapes issued by The Noise, demonstrating once again a notion of originality closer to reggae's and hip-hop's traditions of reuse, allusion, and versioning than, say, the status quo for other pop music—and perhaps even more liberal about reusing materials than such antecedents. About five minutes into the track, after a spirited exchange between the MCs, one hears the repeated line—lest one miss it—"esta (es) la música negra" (this is black music).

To fast-forward a bit, Maicol and Manuel are followed by a series of vocalists who perform their own allusive, resonant rhymes over a constantly but often subtly shifting backing. For instance, elements from the similarly popular *Bam Bam* riddim (as produced by Sly and Robbie and popularized on Chaka Demus & Pliers' crossover hit, "Murder She Wrote" [1992]), especially a recognizable guitar "chop," appear soon thereafter in the mix, accenting the 3 + 3 + 2 snare pattern while a pair of performers interpolate the melody from "Old MacDonald," changing the text to signify again the importance of New

York in the *underground* imaginary: "Yo me voy para New York/E-I-E-I-O" (I'm going to New York/E-I-E-I-O). Not long after, we hear an interpolation of "Action" (1993), a contemporary dancehall reggae track by Nadine Sutherland and Terror Fabulous and another crossover hit in the New York hip-hop scene. Notably, the performance is not quite a cover of "Action" in the sense that, say, Panamanian reggae artists might version an extant song, but instead, as a Jamaican dancehall artist might do, it loosely alludes to the main melody of "Action" over a new backing. Similarly, rather than replaying (or re-licking) the *Fever Pitch* riddim that underlies the original, the pista brings together a number of different layers and fragments, among them the *Bam Bam* guitar sample which itself served to inspire elements of the *Fever Pitch* (via Sly Dunbar's *Pitch* riddim, popularized by Cutty Ranks's "Limb by Limb" [1993], another favorite in the *underground* scene), as well as drum samples drawn from various sources and a heavy, newly synthesized (rather than sampled) bassline.

Before long, that mélange gives way to a reversed loop of a breakbeat sampled from (or at least gesturing to) Slick Rick's "Mona Lisa" (1988), a notably older but rather common musical reference in *underground* productions, which is soon unreversed and augmented by 3 + 3 + 2 snares (once again juxtaposing hip-hop and reggae grooves in a striking manner). Cementing the connection to Slick Rick's "Golden Age" hip-hop track, the next vocalist employs melodies, affectations, and other formal features from "Mona Lisa" in order to sing, "Oye Lisa," while a stomping, four-on-the-floor kick drum enters and the hip-hop break is teased in and out of the mix. As the pista changes once again, returning to the bright *Bam Bam/Pitch* guitar sample, the same vocalist shifts to new melodic and textual references, alluding to El General's "Pu Tun Tun" by chanting "boom boom marijuana" as well as to Super Cat's "Don Dada" (which was similarly covered, incidentally, around the same time, on El General's "El Gran Pana"), all in the space of about thirty seconds. From there the mix moves to another resonant sample—the distinctive drum break from Audio Two's 1988 hip-hop classic "Top Billin'," which had recently been sampled for Mary J. Blige's 1992 hit single "Real Love"—while two female vocalists rap to the tune of "Ten Little Indians," followed by yet another sly reference to "Action" over a *Bam Bam* guitar propelled *dembow* pattern. But perhaps you get the picture: the degree of intertextuality on these foundational mixtapes is truly remarkable. The sheer number of references surely rivals, if not exceeds, such pastichelike, sample-based masterworks as Public Enemy's *It Takes a Nation of Millions to Hold Us Back* (1988) or the Beastie Boys' *Paul's Boutique* (1989).

Despite bringing together such a wide variety of sources and hence suggest-

44 WAYNE MARSHALL

ing a rather ecumenical outlook for the genre, the influential mixtapes of Playero, The Noise, and other innovators also established, not insignificantly, a fairly stable canon of resonant references by reusing their favorite samples over and over again. As I have argued, such an approach serves to directly index reggae and hip-hop (and hence, "black music" and New York) even as it advances a rather distinctive take on both traditions—and, notably, violates a number of aesthetic conventions in the process. For one, reggae producers rarely employ samples, preferring instead to version or re-lick previous riddims by replaying (and reshaping) their distinctive elements. Yet Puerto Rican *underground* producers, for all their fidelity to reggae tradition, employ a primarily sample-based approach and demonstrate no compunctions about sampling whatever source seems appropriate. And whereas sample-based hip-hop producers tend to take a fairly liberal attitude toward the direct sampling of other recordings, the *underground* practice of sampling hip-hop tracks, especially recent releases, contravenes (at least for some U.S. producers) a tacit but widespread ban on "jacking" other producers' beats or the same samples used to produce such beats (with the exception of well-worn breakbeats).[60] It is worth noting, then, that Puerto Rican producers and vocalists also depart from the same traditions they so closely engage, extending even further hip-hop's and reggae's central practices of reuse and allusion and attendant notions of ownership or originality. In its own way, the ubiquitous use of the *Dem Bow* (as well as such staples as the *Bam Bam* or *Drum Song* riddims) offers a parallel to other digital age genres, several of which have demonstrated the ability for a single sample to serve as the basis for hundreds, if not thousands, of distinct, discrete tracks: for example, the "Amen" break for UK "jungle" and drum'n'bass, the "Dragrap" or "Triggerman" for New Orleans "bounce," the "Volt" mix for Brazilian funk, or even, though less demonstrably, the constitutive role such breakbeats as the "Funky Drummer" played in late 1980s hip-hop. Puerto Rican producers thus take reggae's "riddim method" and hip-hop's omnivorous approach to sampling to an unprecedented extreme.

The samples most commonly employed by *underground* producers offer a telling profile of the specific sorts of sounds—namely, hip-hop and reggae—that proved resonant for certain Puerto Ricans living in San Juan and New York in the mid-1990s. For the sake of illustration, allow me to provide a short list of the most frequently referenced samples during this period. Notably, the hip-hop-related sources range from well-worn breakbeats (e.g., Bob James's "Take Me to the Mardi Gras" or Lou Donaldson's funk-soul recording of "Ode to Billie Joe"), to classics from the genre's so-called Golden Age (e.g., such late 1980s favorites as Slick Rick's "Mona Lisa," "Children's Story," and "Hey Young

World"; Special Ed's "I Got It Made" and "The Magnificent"; Marley Marl's "The Symphony"; Mark the 45 King's "900 Number"), to contemporary hits and obscurities alike (e.g., Cypress Hill's "Insane in the Membrane," especially, and often only, its squealing siren; House of Pain's "Back from the Dead"; Craig Mack's "Flava in Your Ear"; and De La Soul's "Talkin' Bout Hey Love," i.e., Stevie Wonder's "Hey Love"; as well as various other tracks by such New York–based *underground* hip-hop groups as Gang Starr, Wu-Tang Clan, and Das EFX). Raggamuffin rapper Mad Lion's "Take It Easy," produced by KRS-One, also became a heavily sampled staple shortly after its release in 1994. The resonance of such an already hybrid rap-reggae hit in Puerto Rico calls attention again to the broader currency of such fusions at the time; thus, for all its departures, one can hear the particular mélange of melaza as coherent with simultaneous movements in New York and across the Caribbean-U.S. cosmos.

With regard to reggae, as catalogued to some extent above, the dancehall riddims most commonly sampled, replayed, and reconstructed in Puerto Rico at this time were such recent, popular productions (in Jamaica and New York) as the *Dem Bow*, *Bam Bam*, *Fever Pitch*, and *Poco Man Jam*, as well as older but enduring riddims dating from the '60s, '70s, and '80s: *Drum Song*, *Real Rock*, *Stalag*, *Tempo*, to name a few.[61] DJ Playero and his colleagues and competitors either directly sampled (and "chopped and stabbed") these riddims or alluded to them—especially those defined by their basslines (such as *Drum Song* or *Stalag*)—by replaying the melodies on synthesizers, which had long been used by *underground* producers to augment their sample-based productions. It is also worth noting, as has been mentioned above, that vocalists frequently added yet another layer of intertextuality either by employing melodies drawn directly from dancehall songs (as well as from hip-hop or pop hits) or by borrowing some of the more generic melodic contours that dancehall DJs have long used to propel their lyrics. Shabba Ranks, Tenor Saw, Buju Banton, Super Cat, and Cutty Ranks appear to be favorite models in this regard. (And the names of many *underground* artists—with such appellations as Ranks, Stylee, Notty, and Daddy—pay explicit tribute to such figures.) Even when specific melodies do not appear, *underground* MCs' flows tend to closely resemble dancehall's sing-song, staccato, double-time, end-rhyme orientation. Many *underground* vocalists seem also to have adopted dancehall DJs' frequent disregard for conventional key relationships—what some might brand "off-key" singing—which could be heard as both an expression of these vocalists' "lack" of formal musical training as well as an aesthetic orientation consistent with oral/aural approaches more broadly.[62]

The dense, distinctive intertextual mix of hip-hop and reggae embodied in

mid-1990s *underground* recordings thus supported a youth- and class-inflected cultural politics of blackness and did so, significantly, by embracing (if not amplifying) the Nuyorican dimensions of Puerto Rican culture. Taking a hip-hop hatchet to reggae's pop-will-eat-itself aesthetics, *underground* producers and vocalists crafted a rich musical fusion which gestured to New York as the cultural crucible where Puerto Ricans, Panamanians, Jamaicans, and African Americans, among others, encountered each other and contributed to a shared, contested, and culturally charged soundscape. Moreover, as noted above with regard to the mixtapes' artwork, the transnational character of melaza emerged not only in the sounds of the productions but in the images that accompanied them. Significantly, similar articulations of race and place can be seen in the promotional videos for the mixtapes. The video for *The Noise 6*, for instance, with its shots of goose-down jacket wearing MCs hopping turnstiles in the New York subway and posing in front of the Unisphere in Queens, offers a vivid illustration of what Juan Flores describes as a "notable reverse in the direction of social desire for the geographical other":

> While traditionally the translocal Puerto Rican sensibility was characterized by the emigrant longing for the beauties of the long-lost island, in some rap texts and among street youth it was the urban diaspora settings of the Bronx and El Barrio that became places of fascination and nostalgia.[63]

In this sense, the expressive forms of reggaeton (and its rap-reggae precursors) might be heard, seen, and read as embodying the "cultural remittances" of "transnationalism from below," perhaps even promising a rediscovery of Puerto Rican negritude and a reconciliation of Puerto Rican national identity.[64] Nodding to historian Frank Moya Pons, Flores compares such a potential shift to the ways in which notions of Dominican self- and nationhood have been reshaped by returning migrants. "Racial and cultural denial worked for many years," argues Moya Pons, "but migration to the United States finally cracked down the ideological block of the traditional definition of Dominican national identity."[65] Even so, as Tego Calderón contends, despite some encouraging signs—such as Don Omar's self-identification (and projection) as "el negro"—any real change in racial ideologies on the island and across Latin America more widely remains painfully slow: "There is ignorance and stupidity in Puerto Rico and Latin America when it comes to blackness," Calderón bluntly states in a recent piece published in the *New York Post*, and reprinted in this volume.

Resistance to hip-hop, reggae, and reggaeton in Puerto Rico is thus consistent with certain cultural-national parochialisms which fail to come to grips

with what Flores calls "the full force of diaspora as source and challenge in Caribbean music history." The communities living in diaspora, Flores contends, "need to be seen as sources of creative cultural innovation rather than as repositories or mere extensions of expressive traditions in the geographic homelands."[66] This is by no means new cultural terrain for Puerto Rico, as the examples of *danza* and salsa demonstrate a similar process of engaging with putatively "other" music (marked, say, as black, Nuyorican, or Cuban), and of nationalizing as quintessentially Puerto Rican expressive forms once coded as foreign.[67] And yet, as the "creole" character of danza or the blanqueamiento of salsa demonstrates—with the latter genre's explicit "racial consciousness," as Deborah Pacini Hernandez puts it, "replaced by the lush orchestral arrangements and insipid lyrical concerns of its stylistic successor, *salsa romántica*"—the "nationalization" or public embrace of that which was initially cast as música negra in Puerto Rico can also lead to a co-optation (or at least a transformation) of such genres for commercial ventures.[68] Indeed, as Puerto Rico's transnationally forged rap-reggae hybrid moves from the *underground* to the "mainstream" around the turn of the millennium, one hears (and sees) some striking shifts in sonic, visual, and textual articulations of community, especially as artists and producers seek more explicitly to market the genre, especially outside Puerto Rico, as the sound of an emergent, pan-Latino community.

### FROM MÚSICA NEGRA TO REGGAETON LATINO: MIGRATION AND THE MAINSTREAM

As *underground* became more commercially lucrative over the late '90s and especially in the first half of the present decade, it also became, inevitably, less underground—both in aesthetic and economic terms. The advent of accessible digital tools for producing and distributing recordings radically changed the sound and reach of the genre, and vocalists and producers alike began to target new markets and audiences, often redrawing the lines of community in the process. No longer bound by Puerto Rico's shores or even by Nuyorican and wider diasporic circuits, reggaeton artists and record labels began to address a new and increasingly diverse listenership in the expanded contexts of national and international mediaspheres. Infusing the music first with the propulsive and suggestive sounds of techno (or *tecno*, as sometimes localized) and later with such "tropical" sources (again, to use the industry term) as bachata and salsa, the contemporary sound of reggaeton as a slickly produced club music—