**PRYOR CASHMAN LLP**
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
Shamar Toms-Anthony (State Bar No. 323246)
*stoms-anthony@pryorcashman.com*
1801 Century Park East, 24th Floor, Los Angeles, California 90067
Telephone: (310) 683-6900

Donald S. Zakarin (admitted *pro hac vice*)
*dzakarin@pryorcashman.com*
Frank P. Scibilia (admitted *pro hac vice*)
*fscibilia@pryorcashman.com*
Alexandra Nasar (*pro hac vice* application forthcoming)
*anasar@pryorcashman.com*
7 Times Square, 40th Floor, New York, New York 10036
Telephone: (212) 421-4100

James G. Sammataro (State Bar No. 204882)
*jsammataro@pryorcashman.com*
255 Alhambra Circle, 8th Floor, Miami, Florida 33134
Telephone: (786) 582-3003

*Attorneys for the Pryor Cashman-Represented Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, *ET AL.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RODNEY SEBASTIAN CLARK, *ET AL.*,<br><br>　　　　Defendants. | Case No.: 2:21-cv-02840-AB-AFM<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 8 AND 12(b)(6)**<br>*(Filed concurrently with Notice of Motion and Motion; Memorandum; Declaration of Benjamin S. Akley)*<br><br>Date: September 22, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 7B |

## **REQUEST FOR JUDICIAL NOTICE**

The Pryor Cashman-Represented Defendants hereby request, pursuant to Federal Rule of Evidence 201 and the authorities cited below, that the Court take judicial notice of the following documents submitted in conjunction with their Motion to Dismiss:

1.     A copy of the "detailed record view" of the United States Copyright Office ("Copyright Office") Certificate of Registration for Copyright Number SR 0000957068 as obtained from the U.S. Copyright Records Online Public Catalog, attached as Exhibit 1 to the accompanying Declaration of Benjamin S. Akley ("Akley Decl.").

2.     A copy of the "detailed record view" of the Copyright Office Certificate of Registration for Copyright Number PA 0002264496 as obtained from the U.S. Copyright Records Online Public Catalog, and a copy of the "detailed record view" of the Copyright Office Certificate of Registration for Copyright Number PA 0002281747 as obtained from the U.S. Copyright Records Online Public Catalog, attached as Exhibit 2 to the Akley Decl.

3.     A copy of the "detailed record view" of the Copyright Office Certificate of Registration for Copyright Number SR 0000884348 as obtained from the U.S. Copyright Records Online Public Catalog, and a copy of the "detailed record view" of the Copyright Office Certificate of Registration for Copyright Number SR 0000893268 as obtained from the U.S. Copyright Records Online Public Catalog, attached as Exhibit 3 to the Akley Decl.

Federal Rule of Evidence 201 permits courts to take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Further, the Rule mandates that judicial notice be taken where it is "requested by a party and supplied with the necessary information, *id.* at 201(c), and authorizes judicial notice "at any stage of the proceeding." *Id.* at 201(d).

1

1    The Court may take judicial notice of each of the items above because they are

2    matters of public record, specifically website print-outs of the copyright registrations at

3    issue in the Second Consolidated Amended Complaint.  *See, e.g.*, *MGIC Indem. Corp.*

4    *v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (explaining that courts may take judicial

5    notice of matters of public record).  Indeed, courts routinely take judicial notice of print-

6    outs of copyright registrations, correspondence with the Copyright Office, and copies of

7    documents received from the Copyright Office.  *See, e.g.*, *Sybersound Recs., Inc. v. UAV*

8    *Corp.,* 517 F.3d 1137, 1146 (9th Cir. 2008) (considering "copies of copyright

9    registration records from the United States Copyright Office" on a motion to dismiss);

10   *Elohim EPF USA, Inc. v. Total Music Connection, Inc.*, No. CV 14-02496-BRO (EX),

11   2015 WL 12655556, at *8 (C.D. Cal. Oct. 1, 2015) (taking judicial notice of a website

12   print-out of a copyright registration from a government website); *Ricketts v. Haah*, No.

13   2:13-CV-00521-ODW, 2013 WL 3242947, at *2 (C.D. Cal. June 26, 2013) (taking

14   judicial notice of information on the Copyright Office database).

15

16   Dated: June 15, 2023

17                                    **PRYOR CASHMAN LLP**

18                                    By:    */s/ Donald S. Zakarin*

19                                    Donald S. Zakarin (*dzakarin@pryorcashman.com*)
                                      Frank P. Scibilia (*fscibilia@pryorcashman.com*)
20                                    James G. Sammataro (*jsammataro@pryorcashman.com*)
                                      Benjamin S. Akley (*bakley@pryorcashman.com*)
21                                    Shamar Toms-Anthony (*stoms-anthony@pryorcashman.com*)
22                                    Alexandra Nasar (*anasar@pryorcashman.com*)

23

24

25

26

27

28

                                             2