1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, *ET AL.*, <br><br> Plaintiffs, <br> v. <br><br> RODNEY SEBASTIAN CLARK, an individual, *ET AL.*, <br><br> Defendants. | Case No.: 2:21-cv-02840-AB-AFM <br><br> **[PROPOSED] ORDER GRANTING PRYOR CASHMAN-REPRESENTED DEFENDANTS' MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT PURSUANT TO FRCP 8 AND 12(b)(6)** <br><br> Date: September 22, 2023 <br> Time:10:00 a.m. <br> Place: Courtroom 7B |

1  Before the Court is the Pryor Cashman-Represented Defendants' Motion to
2  Dismiss the Second Consolidated Amended Complaint, filed by plaintiffs Cleveland
3  Constantine Browne, Anika Johnson, as the alleged personal representative and executor
4  of the Estate of Wycliffe Johnson, Steely & Clevie Productions Ltd., and Carl Gibson,
5  as the alleged personal representative and executor of the Estate of Ephraim Barrett
6  ("Plaintiffs"), pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6). Having fully
7  considered the briefs and other materials submitted by the parties, as well as the
8  arguments of counsel, IT IS HEREBY ORDERED THAT:

9  The Pryor Cashman-Represented Defendants' Motion is **GRANTED.** The
10 Second Consolidated Amended Complaint and each cause of action therein is hereby
11 dismissed with prejudice pursuant to Rules 8 and 12(b)(6).

13 **IT IS SO ORDERED**

15 Dated:_____          _____
16                                          Hon. André Birotte Jr.
17                                          United States District Judge