Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Trechsel (SBN 312199)
ftrechsel@donigerlawfim.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; ANIKA JOHNSON as personal representative of the Estate of WYCLIFFE JOHNSON, deceased; and STEELY & CLEVIE PRODUCTIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RODNEY SEBASTIAN CLARK DONALDS, et al. <br><br> Defendants. | Case No.:  2:21-cv-02840-AB-AFM <br> _Hon. André Birotte Jr. Presiding_ <br><br> **NOTICE OF NEW CASE LAW RELEVANT TO ISSUES BEFORE THE COURT** |

## <u>NOTICE OF NEW CASE LAW</u>

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs herewith submits the opinion issued in the case styled, *Hanagami v. Epic Games, Inc*., No. 22-55890, 2023 WL 7174242 (9th Cir. Nov. 1, 2023), because it directly addresses certain issues currently before the Court via Defendants' Motions to Dismiss, as argued on October 20, 2023. See *Dkt.* No. 407. For example, it holds that when reviewing a plaintiff's work, if the "copied portion is deemed significant, then the defendant cannot avoid liability simply because it is short." Id. at *10, citing 4 Nimmer on Copyright § 13.03 (2023) (rejecting the oft-repeated maxim that copying three bars from a musical work could never constitute infringement). It further holds a sequence is protectable even if it is "relatively brief" and can give rise to infringement claims so long as the sequence has "qualitative significance" to the plaintiff's overall work. Id. at *11. And regarding the pleading standard, it holds that a "plaintiff need not set forth detailed factual allegations about the elements of choreography to survive a motion to dismiss." Id. at *9, citing *Malibu Textiles, Inc. v. Label Lane Int'l, Inc*., 922 F.3d 946, 951 (9th Cir. 2019). Instead, the allegations "must simply be enough to raise a right to relief above the speculative level and to state a claim to relief that is plausible on its face." Id. (internal quotations and citations omitted).

A true and correct copy of the opinion is attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: November 3, 2023

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff