**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



-R-T-S-   900715560-1N       08/10/24

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

2:21 CV 2840
AB



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 14 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Case: 2:21cv2840  Doc: 576

Marcus GabrielYbarra Whittemore
ENSO Law, LLP
500 South Grand Avenue 18th Floor
Los Angeles, CA 90071

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<38398703@cacd.uscourts.gov>Subject:Activity in Case 2:21-cv-02840-AB-AJR Cleveland Constantine Browne et al v. Rodney Sebastian Clark Donalds et al Deficiency in Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/2/2024 at 1:43 PM PDT and filed on 8/2/2024

| | |
|---|---|
| **Case Name:** | Cleveland Constantine Browne et al v. Rodney Sebastian Clark Donalds et al |
| **Case Number:** | 2:21-cv-02840-AB-AJR |
| **Filer:** | |
| **Document Number:** | 576 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: First NOTICE OF MOTION AND MOTION to Dismiss Second Consolidated Amended Complaint *as to Defendant Geoffrey Royce Rojas*[569]. The following error(s) was/were found: Noticed motion hearing date is not indicated below the caption of the attached document. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (bm)**

**2:21-cv-02840-AB-AJR Notice has been electronically mailed to:**
Daniel Boris Lifschitz    dlifschitz@jjllplaw.com
Stephen M. Doniger    gray@donigerlawfirm.com, tbarrett@donigerlawfirm.com, lzamora@donigerlawfirm.com, stephen@donigerlawfirm.com, igatus@donigerlawfirm.com
Meeghan Henry Tirtasaputra    arcdocketing@foxrothschild.com, mtirtasaputra@foxrothschild.com
Mary Balzer    mbalzer@pryorcashman.com
Brian Samuel Clayton Conlon    bsc@phillaw.com
Kenneth D Freundlich    ken@freundlichlaw.com
Elizabeth J. Leon Gonzalez    e.jleon@outlook.com
Frank P. Scibilia    fscibilia@pryorcashman.com
Jean G Vidal Font    jvidal@ferraiuoli.com, calonso@ferraiuoli.com, edocketsip@ferraiuoli.com,