# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE ET AL.<br>Plaintiff(s)<br>v.<br>RODNEY SEBASTIAN CLARK DONALDS ET AL.<br>Defendant(s) | CASE NUMBER:<br>2:21-cv-02840-AB-AJR<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge  A. Joel Richlin

Date/Time  Tuesday, September 3, 2024 at 1:00 pm

Courtroom:  by Zoom

Dated:  August 28, 2024

By:  /s/ Claudia Garcia-Marquez
Deputy Clerk