**PRYOR CASHMAN LLP**

Benjamin S. Akley (State Bar No. 278506)

*bakley@pryorcashman.com*

Shamar Toms-Anthony (State Bar No. 323246)

*stoms-anthony@pryorcashman.com*

1901 Avenue of the Stars, Ste. 900, Los Angeles, California 90067
Telephone: (310) 683-6900

Donald S. Zakarin (admitted *pro hac vice*)
*dzakarin@pryorcashman.com*
Frank P. Scibilia (admitted *pro hac vice*)
*fscibilia@pryorcashman.com*
7 Times Square, 40th Floor, New York, New York 10036
Telephone: (212) 421-4100

James G. Sammataro (State Bar No. 204882)
*jsammataro@pryorcashman.com*
Sophia Sofferman (admitted *pro hac vice*)
*ssofferman@pryorcashman.com*
255 Alhambra Circle, 8th Floor, Miami, Florida 33134
Telephone: (786) 582-3003
*Attorneys for the Pryor Cashman-Represented Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> RODNEY SEBASTIAN CLARK, an individual, *ET AL.*, <br><br> Defendants. | Case No.: 2:21-cv-02840-AB-AJR <br><br> **DECLARATION OF BENJAMIN S. AKLEY IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY GARTH A. CLARKE** <br><br> Date: January 10, 2025 <br> Time: 10:00 a.m. <br> Place: Courtroom: 7B |

<u>**DECLARATION OF BENJAMIN S. AKLEY**</u>

I, Benjamin S. Akley, declare:

1.      I am an attorney for the Pryor Cashman-Represented Defendants and, as such, I have personal knowledge of the facts stated in this declaration.

2.      I respectfully submit this declaration in support of the Motion to Disqualify Attorney Garth Clarke made by the Pryor Cashman-Represented Defendants.

3.      In May 2020 – over three decades after "Fish Market" (the work Plaintiffs allege has been infringed by the entire reggaeton genre) was allegedly created by Plaintiffs or their predecessors-in-interest – Plaintiffs sought to register "Fish Market" with the U.S. Copyright Office ("U.S.C.O.") through their agent, a person by the name of Garth A. Clarke ("Clarke").

4.      In his application to register the work, presumably based on information he obtained from the authors or their representatives, Clarke represented to the U.S.C.O. that "Fish Market" was first published in Jamaica on November 15, 1989.  As a result of that assertion, the U.S.C.O. sent an e-mail to Clarke stating that it intended to reject Plaintiffs' application "due to the lack of copyright relations between Jamaica and the U.S. at the time of first publication, based on the facts stated in the application."  (A true and correct copy of the email exchange between Clarke and the U.S.C.O is attached hereto as **Exhibit A**.)

5.      The U.S.C.O. thereafter asked Clarke whether "Fish Market" "was published anywhere outside of Jamaica within 30 days of its publication there on 11/15/89."  Clarke confirmed "there was no publication of the Fish Market outside of Jamaica by 12/15/89."  (**Exhibit A** at page 31.)

6.      The U.S.C.O. then asked whether "Poco Man Jam" – which Clarke had claimed was an alternative version of "Fish Market" – was published outside of Jamaica before 12/15/89.  Clarke again confirmed:  "No, it was not.  The very

1

first release was in November 1989 by 45 single in Jamaica"; it "was not released outside of Jamaica before 12/15/89. (*Id.* at pages 34–35.)

7.    As a result of its correspondence with Clarke, the U.S.C.O. formally rejected the (decades-belated) application to register "Fish Market" on June 12, 2020. (*Id.* at pages 37-38.)

8.    But upon receiving that rejection, Clarke abruptly made a 180 degree change to his story, claiming that notwithstanding what he had previously said (three times), "Fish Market" was not first released in Jamaica but was instead first released in the United States, in New York, in 1989. (*Id.* at page 43.)

9.    The U.S.C.O. (which generally takes at face value the facts alleged in an application for registration) – leaving it to litigants to pursue claims of fraud on the Copyright Office in registrations – granted the application. (*Id.* at page 46.)

10.    Based on Clarke's representations to the U.S.C.O., "Fish Market" has sound recording Registration Numbers SR 884-348 and SR 893-268, which were respectively effective as of June 8, 2020 and March 12, 2021 (over 30 years after "Fish Market" was purportedly published).  (A true and correct copy of the copyright registrations is attached hereto as **Exhibit C.)**

11.    After their motion to dismiss was granted in part and denied in part, Defendants answered the Second Consolidated Amended Complaint on July 25, 2024.  In light of Clarke's correspondence with the U.S.C.O., Defendants asserted as affirmative defenses both that Plaintiffs' registration is invalid, and that Plaintiffs had committed fraud on the U.S.C.O. (*See e.g.*, Dkt. 512 at 10 (Defendant Justin Bieber's Sixteenth and Eighteenth Affirmative Defenses).)

12.    Clarke is, of course, a key fact witness concerning the facts and circumstances of Plaintiffs' purported decades-belated registration of their allegedly-infringed works with the U.S.C.O.  His statements to the U.S.C.O. raise serious issues concerning the validity of Plaintiffs' copyright registration, and make

1  him a percipient witness – perhaps the most important witness with respect to
2  whether Plaintiffs' registration was fraudulent and what the actual facts are.

3       13.     In furtherance of these affirmative defenses (and because this phase of
4  this case is focused on the originality and protectability of Plaintiffs' claimed
5  copyrights and hence on their validity), on August 14, 2024, Defendants served
6  discovery on Plaintiffs that included requests concerning the registration issue.

7       14.     But cognizant of Defendants' affirmative defenses and having
8  received the discovery demands, having not identified any prior need, in over three
9  years, to include Clarke as a counsel, Plaintiffs implemented a gambit by which
10 they hoped to immunize Clarke from having to provide information to the
11 Defendants concerning the validity of their registrations.

12      15.     First, over three years into this case, they belatedly rushed to have
13 Clarke admitted *pro hac vice* as "counsel" for Plaintiffs.  (Dkt. 593.)

14      16.     Then, when the Defendants served Clarke with a subpoena to obtain
15 the discoverable facts surrounding his registrations, Plaintiffs implemented their
16 immunization strategy, claiming that Clarke cannot be subject to discovery because
17 he is "counsel of record," even though Doniger / Burroughs had not found it
18 necessary to include Clarke as co-counsel at any time since inception of this case.
19 And, oddly, Clarke does not appear to have any litigation experience.[1]  Indeed, in
20 the few conferences and court appearances since he was identified as co-counsel,
21 Clarke has not uttered a single word.  (A true and correct copy of the November 11,
22 2024 to November 12, 2024 email chain between Plaintiffs and the Pryor Cashman-
23 represented Defendants is attached hereto as **Exhibit B**.)

24
25

26 [1] A Westlaw search reveals only a single litigation document mentioning Clarke's
27 name, filed in a 2018 Southern District of New York case in which Clarke never
   actually appeared.
28

17.    Underscoring that the sole reason Plaintiffs belatedly found it necessary to make Clarke co-counsel, Plaintiffs audaciously demanded that the Defendants withdraw the subpoena, confirming that they added Clarke as counsel solely as a pretext for protecting and immunizing him from testifying.  (*Id.*)

18.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 21, 2024 at Los Angeles, California.

Respectfully submitted,

**PRYOR CASHMAN LLP**

By:  */s/ Benjamin S. Akley*
Donald S. Zakarin (*dzakarin@pryorcashman.com*)
Frank P. Scibilia (*fscibilia@pryorcashman.com*)
James G. Sammataro (*jsammataro@pryorcashman.com*)
Benjamin S. Akley (*bakley@pryorcashman.com*)
Shamar Toms-Anthony (*stoms-anthony@pryorcashman.com*)
Sophia Sofferman (*ssofferman@pryorcashman.com*)

# EXHIBIT A

**PRYOR CASHMAN LLP**
**Attn: Shamar Toms-Anthony**
**1801 Century Park East, 24th Fl**
**Los Angeles, CA 90067**

UNITED STATES COPYRIGHT OFFICE

# Receipt of Payment

**RECORDS RESEARCH & CERTIFICATION**

Name: PRYOR CASHMAN LLP
Address: Attn: Shamar Toms-Anthony
1801 Century Park East, 24th Fl
Los Angeles, CA 90067
Phone: 310-683-6964

Completed Date: 6/7/2023
Service Request No.: 1-12625207407 (TCLA)
Registration No.: SR893264 and 1 other
Title: _____
Other: _____

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | $ 0.00 |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | $ 0.00 |
| Electronic deposit | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Electronic application | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | $ 0.00 |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | 1 | $ 100.00 | $ 100.00 |
| Each additional 15 minutes | $50.00 | 1 | $ 50.00 | $ 50.00 |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | $ 0.00 |
| Copy of Registration | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Recordation | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Application | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Correspondence | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Deposit- Black and White or Color | $12.00 | 2 | $ 24.00 | $ 24.00 |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | | $ 0.00 | $ 0.00 |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | | $ 0.00 | $ 0.00 |
| Certification | $200.00 | | $ 0.00 | $ 0.00 |
| Double certified certificates | $255.00 | | $ 0.00 | $ 0.00 |
| Expedited service | $500.00 per hour | 1 | $ 500.00 | $ 500.00 |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | $ 0.00 |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | $ 0.00 |
| Each additional page | $1.00 per page | | $ 0.00 | $ 0.00 |
| Public photocopying | $0.25 per page | | $ 0.00 | $ 0.00 |
| Outside Service (DUPI/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | $ 0.00 |
| Litigation search | $200.00 per hour | | $ 0.00 | $ 0.00 |
| Inspection search | $200.00 per hour | | $ 0.00 | $ 0.00 |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional hour | $200.00 | | $ 0.00 | $ 0.00 |
| **Other Services** | | | | |
| | $ | | $ 0.00 | $ 0.00 |
| | | **Total Fee** | $ 674.00 | |
| | | **Total Amount Paid** | | $ 674.00 |
| | | **Refund** | | $ 0.00 |



COPY OF CORRESPONDENCE

SR 893-268
SR 1-10248085961

## Correspondence Activities Report

**SR** 1-10248085961
**Activity Type:** Email - Outbound
**Created on:** 03/12/2021 12:22:53 PM
**Subject:** Confirmation of Receipt - Supplementary Registration
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.


Your application and payment for a Supplementary Registration of the work Fish
Market were received by the U.S. Copyright Office on 3/12/2021. Upon the Office's
approval of a Supplementary Registration, in most cases, it is cross-referenced to the basic
registration number for the work, which you identified as SR0000884348


PLEASE NOTE:  This completes your submission. Do not send a copy of the work for
which you are filing the Supplementary Registration.


A printable copy of the application will be available within 24 hours by clicking the My
Applications link in the left top most navigation menu of your Home screen.


You may check the status of this claim via eCO using this number 1-10248085961. If you
have questions or need assistance, Copyright Office contact information can be found at
http://www.copyright.gov/help/index.html#general.


United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 03/16/2021 06:40:15 AM
**Subject:** 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

Hi Mr. Clarke,

Here is the second supplementary. You've already confirmed the estate was a claimant at
the time the original registration was made. Just wanted to make sure there is no additional
alternate title request with this application. If there is, we have to consider it in light of the
original registration facts.

Sincerely,
Adam Friedman
Senior Copyright Specialist, PA Division
United States Copyright Office

NOTE: If you do not reply within 45 days, this case will be closed. The filing fee is not
refundable. Once a case is closed, you must send a new application, copy and fee. The
effective date of registration will be based on the new submission.

IMPORTANT: The THREAD ID appearing at the end of this message MUST be included
within the body of your response in order for your message to be properly routed. When
replying to this message, make sure to copy the whole THREAD ID, including brackets,
and paste it into the body of your response, preferably after the greeting. DO NOT include
the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject
line, we will not get your message.

When replying to this email, please include the following thread id (entire line) within the
body of your response to expedite routing to the correct office.

 [THREAD ID:1-4PUOYAB]

**Activity Type:** Email - Inbound
**Created on:** 03/16/2021 07:25:03 AM
**Attachment:** Y
**Subject:** Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

There are no additional alternative title requests with this application.


Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Inbound
**Created on:** 03/16/2021 07:41:56 AM
**Attachment:** Y
**Subject:** Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**
I have copied my reply from the Dem Bow email as the question asked there is relevant to the Fish Market rhythm and the Pounder Rhythm.

Yes - that is correct. However I am not sure if the musical work contained in Pounder Rhythm should be classified as a derivative work. It does not contain any additional arrangement or change in the underlying musical work although a separate sound recording. As stated by Mr. Halliburton, he copied the entire instrumental. That is, I do not think that the Pounder Rhythm contains anything new that could be separately registered as a derivative work (for the musical work). The sound recording of the Pounder Rhythm is a different matter. Please correct me if I am wrong.

I have added an article that I found which addresses the potential confusion. The pounder riddim is a name that attached to a particular sound recording, i.e., Mr. Haliburton's faithful version for the cover of Dem Bow (Ellos Benia) which included the same elements and instruments copied from the instrumental of Fish Market (which was also the underlying instrumental for the Shabba Ranks song "Dem Bow").

https://jamaicans.com/reggae-mislabeled/
https://wayneandwax.com/?p=7546

Please let me know if I can provide any further clarification.


Kind Regards,

Garth



Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Inbound
**Created on:** 03/16/2021 08:31:04 AM
**Attachment:** Y
**Subject:** Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**
I provide the following to further clarify.

A little background to preface:  In reggae dancehall there is a long standing practice of labeling instrumentals (say instrumental abc) associated with songs (generally the more popular ones) recorded on the instrumental (say song xyz)  as riddim or version (in this case instrumental abc would be known as xyz riddim or xyz version).   This is sometimes done multiple times for the same instrumental, as has happened with respect to the Fish Market.  There is also a practice of recording and releasing multiple songs on the same instrumental, often concurrently.

The Fish Market aka Poco Man Jam Version is the work and sound recording released in 1989 which we are adding the Estate of Wycliffe Johnson as claimant.  Different songs, featuring different artists, were recorded on the Fish Market including Poco Man Jam by Gregory Peck, the song from which the first alternative title attached (Poco Man Jam Version).

In 1990, the multitrack recording of the Fish Market was provided to producer Bobby "Digital" Dixon by Messrs. Browne and Johnson.  Mr. Dixon recorded "Dem Bow" by the artist Shabba Ranks (Rexton Gordon) on the instrumental.  This is the second work for which we are adding the Estate of Wycliffe Johnson as claimant in the related application. This was done as a derivative work because Mr. Gordon added lyrics in his performance.  "Dem Bow" by Shabba Ranks was very successful and the name "Dem Bow Riddim" became associated with the underlying instrumental.

Later, Denis Halliburton copied the instrumental for a Spanish language version of "Dem Bow" that was alternatively titled "Ellos Benia" by the artist Nando Boom.

The copied instrumental from Ellos Benia was then used for recording the song "Pounder" by the artists Sleepy Wonder and Bobo General.  The title Pounder Riddim thereafter stuck to the sound recording (the B-side).

The musical work of the instrumentals of Poco Man Jam, Dem Bow ("Shabba Ranks"), Ellos Benia, and Pounder are one and the same.

I hope this is helpful.

Kind Regards,

Garth

Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Outbound
**Created on:** 03/16/2021 08:57:53 AM
**Subject:** RE: Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

When replying to this email, please include the following thread id (entire line) within the
body of your response to expedite routing to the correct office.

When replying to this email, please include the following thread id (entire line) within the
body of your response to expedite routing to the correct office.

[THREAD ID:1-4PUOYAB]

Hi Mr. Clarke,

Thank you for the emails. I have merged the correspondence and will paste any subsequent
replies into both cases.

A. 1-10248085961 Fish Market Submitted to correct: SR0000884348, effective
2020-06-08. Supplementary to add Estate as co-claimant; request to add "Pounder
Rhythm" as alternate title.

B. 1-10258710586 Dembow Submitted to correct: PA0002264496, effective 2020-09-28.
Supplementary to add Estate as co-claimant

The original registration made for A. Fish Market - SR0000884348 covered both the
original instrumental and the sound recording that was first published on 1989-12-01. The
work now known as Pounder Riddim is a new recording by a different author of the same
music.

You are correct that if the music is identical, it is technically not a derivative work;
however, because Pounder Riddum was created and published later and is an entirely new
sound recording, adding this alternative title to SR0000884348 would unnecessarily cloud
the record. Therefore, we cannot do so. That being said, because it was received as part of
our official correspondence, we will retain the Declaration of Dennis Halliburton as part of
the internal case-record.

Adam

**Activity Type:** Email - Inbound
**Created on:** 03/16/2021 12:09:15 PM
**Attachment:** Y
**Subject:** Re: Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

Thank you for the clarification.  Please proceed with adding the Estate of Wycliffe Johnson to both registrations.


I have an additional somewhat related question if possible regarding Ellos Benia (not with regard to the two supplementary applications) - for instances of a translation to another language for a song, would this have to be handled as a derivative work of Dem Bow by Shabba Ranks if the translation adheres to the original? In other words, how does the office handle cover versions in different languages?

Kind Regards,

Garth

**Activity Type:** Email - Outbound
**Created on:** 03/16/2021 03:27:09 PM
**Subject:** RE: Re: Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4PUOYAB]

Hi Mr. Clarke,

Very well. I will review the supplementary applications carefully to make sure they mirror the facts on the original registrations, and clearly show that the estate is a co-claimant.

Yes, we consider a translation a derivative work. Provided sufficient creative choices went into the translation, it could be registered. Of course, if the translator is not the author or claimant of the original work, they would need permission to claim copyright in the derivative version.

Our Compendium references translation in a number of chapters. First references in the musical work chapter are:

801.8 Derivative Works
804.9(D)(2)

https://www.copyright.gov/comp3/chap800/ch800-performing-arts.pdf

Adam

**Activity Type:** Email - Inbound
**Created on:** 03/16/2021 05:42:11 PM
**Attachment:** Y
**Subject:** Re: Re: Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

Noted with thanks.

Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Outbound
**Created on:** 03/17/2021 02:43:11 PM
**Subject:** RE: Re: Re: Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4PUOYAB]

Hi Mr. Clarke,

Finishing these up and notice that the estate claimant address on both applications is not the same.

One gives simply - Jamaica. The other - 9 Christopher Boulevard, Steely & Clevie Productions Ltd, Kingston, Kingston 19, Jamaica.

Can you confirm what address you want listed for the estate?

Adam

**Activity Type:** Email - Inbound
**Created on:** 03/17/2021 03:54:05 PM
**Attachment:** Y
**Subject:** Re: Re: Re: Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

Please list the christopher boulevard address for both applications - thanks

Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Outbound
**Created on:** 03/18/2021 07:08:26 AM
**Attachment:** Y
**Subject:** RE: Re: Re: Re: Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4PUOYAB]

Hi Mr. Clarke,

Certificate previews attached. The official hard-copies will be mailed shortly. The online cataloging records will be up tomorrow.

Adam

**Activity Type:** Email - Inbound
**Created on:** 03/19/2021 07:26:14 AM
**Attachment:** Y
**Subject:** Re: Re: Re: Re: Re: 1-10248085961 Fish Market (supplmentary to amend SR0000884348)
**Body:**

Noted with thanks.


Kind Regards,

Garth Clarke


Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.



# COPY OF CORRESPONDENCE

SR 884-348

SR 1-8848335624

## Correspondence Activities Report

**SR** 1-8848335624
**Activity Type:** Email - Outbound
**Created on:** 05/21/2020 04:31:59 PM
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Fish Market were received by the U.S.Copyright Office on 5/21/2020.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-8848335624 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-8848335624. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 05/28/2020 10:49:32 AM
**Subject:** 1-8848335624 Fish Market
**Body:**

Dear Garth Clarke:

We received your copyright application, and special handling fee, but have not yet received a deposit copy of the work.

Due to the COVID-19 pandemic, the Library of Congress building and facilities are closed to the public. In addition, the Copyright Office has implemented extended telework requirements, which will limit the number of onsite staff. Assistance by phone and email are still available.

Teleworking staff will continue to examine electronic copyright applications and digital deposits that are uploaded to the electronic registration system ("eCO"). But we will not be able to examine physical deposits or paper applications at this time.

To minimize the impact on copyright owners who need to register their works on an expedited basis, the Copyright Office has modified its special handling policy.

Please click the link below for additional information on Registration Special Handling and the Coronavirus.

https://www.copyright.gov/coronavirus/

Sincerely,
Adam Friedman
Senior Copyright Specialist, PA Division
United States Copyright Office

IMPORTANT NOTE: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.


[THREAD ID:1-42SMIA1]

**Activity Type:** Email - Outbound
**Created on:** 06/01/2020 04:00:04 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-8848335624

File Name :05_fish_market.mp3
File Size :7389655 KB
Date/Time :6/1/2020 3:55:25 PM


[THREAD ID: 1-43074KV]


United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 06/01/2020 04:00:07 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-8848335624

File Name :declaration-form.pdf
File Size :31463 KB
Date/Time :6/1/2020 3:55:54 PM

[THREAD ID: 1-4307566]


United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 06/01/2020 04:04:05 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-8848335624

File Name :05_fish_market.mp3
File Size :7389655 KB
Date/Time :6/1/2020 3:55:25 PM

[THREAD ID: 1-430773T]


United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 06/01/2020 04:04:10 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-8848335624

File Name :declaration-form.pdf
File Size :31463 KB
Date/Time :6/1/2020 3:55:54 PM

[THREAD ID: 1-430779M]


United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 06/03/2020 04:02:21 PM
**Subject:** 1-8848335624 Fish Market
**Body:**

Dear Garth Clarke:

Thank you for uploading an electronic audio file of Fish Market with the declaration form.
We are now following up to clarify how many works you intended to register and the
eligibility of the work(s) for basic registration.

The application lists one main title - Fish Market - and three alternate titles: Poco Man Jam
Riddim, Dembow Riddim, and Fish Market Riddim. Sources indicate Poco Man Jam and
Fish Market are separate musical works and recordings. If the application was submitted to
register the musical work and sound recording for Fish Market only, please explain why
the three alternate titles were given.

Additionally, according to the application, publication occurred in Jamaica on 11/15/1989.
The application states that both authors were citizens of and domiciled in Jamaica at that
time.

For published works, eligibility for copyright protection in the U.S. is established at the
time of first publication. Under the current law, when a work is first published abroad,
eligibility may be based on the nation of first publication, or on the citizenship or domicile
of the author(s) at that time. Foreign works first published in a non-treaty nation but
subsequently published in the U.S. or other treaty nation within 30 days are considered to
be first published in the U.S or other treaty nation.

In this case, the U.S. did not have bilateral copyright relations with Jamaica at the time of
first publication. Also, Jamaica was not a party to any of the international treaties or
copyright conventions to which the U.S. adhered. For information about U.S. international
relations see Circular 38a: https://www.copyright.gov/circs/circ38a.pdf

It therefore seems unlikely that basic registration is possible due to the lack of copyright
relations between Jamaica and the U.S. at the time of first publication, based on the facts
stated in the application. However, if there is a legal basis upon which eligibility for
copyright protection in the U.S was established upon publication on 11/15/1989 or soon
thereafter, provide a written explanation. We will then reconsider registration, based on
your written explanation.

Please note: Where basic registration is refused, please consider whether the work may
qualify for registration under the terms of the Uruguay Round Agreement Act of 1994
(URAA). This registration option applies to works by foreign author(s) published abroad
that failed to secure copyright in the U.S. upon publication, or meet statutory requirements
to maintain that copyright. To qualify for registration under this option, a work must meet
all criteria to restore the copyright. For information about the URAA, restoration of

copyright in the U.S., and guidance for registration under this option, see Circular 38b: https://www.copyright.gov/circs/circ38b.pdf

Sincerely,
Adam Friedman
Senior Copyright Specialist, PA Division
United States Copyright Office

NOTE: If you do not reply within 45 days, this case will be closed. The filing fee is not refundable. Once a case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

IMPORTANT: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4347H2K]

**Activity Type:** Email - Inbound
**Created on:** 06/04/2020 02:05:24 PM
**Attachment:** Y
**Subject:** Re: 1-8848335624 Fish Market
**Body:**

Dear Mr. Friedman,

Thank you for your prompt response. I have attached a scanned copy of a signed Form GATT form regarding the "Fish Market" application. I intend to mail the form tomorrow to the listed address of

Library of Congress
U.S. Copyright Office
101 Independence Avenue SE
Washington DC 20559

Please let me know if this should suffice.

Regarding the alternate titles of the "Fish Market" application, please see below.

Response to copyright office regarding alternate titles for Fish Market

The three alternate titles of the application in addition to the title "Fish Market" refer to the same instrumental (sound recording) and are the same musical work ("Fish Market", as embodied in this submission, musical work and sound recording) created by Wycliffe Johnson and Cleveland Browne. The term "Riddim" in Jamaican music refers to the bare instrumental of a song without vocal content. The appellation Riddim in many instances means "instrumental of". Multiple songs are often produced on the same instrumental (or Riddim), and, when Riddims are particularly successful, these Riddims are reused at later times. In this instance, the "Fish Market" was an instrumental originally released as the B side of the 45 vinyl single for "Poco Man Jam" by the performer Gregory Peck (produced by Messrs. Browne and Johnson) in November of 1989. "Fish Market Riddim" refers to the "Fish Market" instrumental.

Please see the embedded YouTube link of the original vinyl.

https://www.youtube.com/watch?v=fw31EJUB-tw
https://en.wikipedia.org/wiki/Riddim
https://www.definitions.net/definition/riddim

Please see also scans of the 45 from the following website showing "Poco Man Jam" by Gregory Peck and Fish Market as the B side.

http://www.45cat.com/record/nc592569jm&ei=1

Because of the success of "Poco Man Jam" by Gregory Peck, the instrumental thereby acquired the additional name of "Poco Man Jam Riddim" (i.e., instrumental of Poco Man Jam). The song Poco Man Jam by the performer Gregory Peck was produced by Messrs. Browne and Johnson on the "Fish Market" instrumental and also released on the compilation produced by Messrs. Browne and Johnson, "Poco In the East" (which included a selection of songs on the "Poco Man Jam Riddim" and the "Far East Riddim"). Please see the embedded YouTube link of the song "Poco Man Jam" by Gregory Peck. This compilation also includes the "Fish Market" instrumental under that title. Please note that "Poco Man Jam" by Gregory Peck was recorded on the "Fish Market" (or "Poco Man Jam Riddim) instrumental.

https://www.youtube.com/watch?v=dnAppiW-hmc
https://www.discogs.com/Various-Poco-In-The-East/release/1663649

In early 1990, Messrs. Browne and Johnson provided a copy of the multitrack recording (the master tracks) of the original "Fish Market" instrumental to the recently deceased Robert "Bobby Digital" Dixon, a Jamaican producer. Mr. Dixon produced the song "Dem Bow" on the "Fish Market" instrumental featuring the performer Shabba Ranks. The instrumental thereby acquired the further additional name of the "Dem Bow Riddim" based on the success of "Dem Bow" by Shabba Ranks. Please see the embedded YouTube link of the song "Dem Bow" by Shabba Ranks. Please note that this is the same instrumental as the "Fish Market" / "Poco Man Jam". Please also see a recent tribute article and additional information indicating that the "Poco Man Jam Riddim" and the "Dem Bow Riddim" are one and the same.

https://www.youtube.com/watch?v=VQqwea8ZSbk
https://worldwidefm.net/show/bobby-digital-tribute/
https://jamaicans.com/reggae-mislabeled/
https://riddim-id.com/riddims/42/poco-man-jam
https://www.google.com/search?q=poco+man+jam+dembow+riddim&sxsrf=ALeKk00d
DnQKgYboi_ldXF274q0sRRi1dw:1591234864283&ei=MFHYXuTbEKia_QaEi4KoCg
&start=10&sa=N&ved=2ahUKEwjks9vmg-fpAhUoTd8KHYSFAKUQ8NMDegQICxA
_&biw=1376&bih=662

Whatever sources note these ("Fish Market" / "Fish Market Riddim" / "Poco Man Jam Riddim" / "Dem Bow Riddim") as being different instrumentals, sound recordings or musical works are erroneous. They are releases of the same musical work and sound recording (or collections of songs recorded on the same), or names given to the same musical work, at different times. The "Fish Market" recording is known widely under each of these names (and in addition "Poco in The East Riddim" based on the compilation, which the applicants have not included as an alternate title).

The Applicant therefore respectfully requests that the Copyright Office accept the proffered alternate titles of the musical work "Fish Market".

Please do not hesitate to let me know if you have any further questions or need to further

clarify any aspects of the above.

Respectfully

Garth Clarke


Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Outbound
**Created on:** 06/05/2020 08:37:29 AM
**Subject:** RE: Re: 1-8848335624 Fish Market
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4347H2K]

Hello Mr. Clarke,

Thank you for the information. I am reviewing now and will follow up with a few more questions shortly.

Adam

**Activity Type:** Email - Outbound
**Created on:** 06/08/2020 02:40:32 PM
**Subject:** 1-8848335624 Fish Market
**Body:**

Dear Mr. Clarke,

Thank you for your reply and for clarifying that the titles represent three different works, all of which incorporate the same instrumental track or "riddim". I understand that Fish Market is the original instrumental work, Poco Jam Man adds lyrics to that instrumental track, and both works were first published together on the A and B sides of a 45 rpm vinyl disk on 11/15/1989, in Jamaica. Dembow is a derivative work that was created the following year with lyrics by Shabba Ranks.

Since your intent is to register the original instrumental track Fish Market, please confirm whether the digital audio file you uploaded was taken directly from the original B side of the 45 rpm disk and is identical to the work as first published.

Finally, before we discuss any application details, we need to know whether Fish Market (not Poco Jam Man or Dembow) was published anywhere outside of Jamaica within 30 days of its publication there on 11/15/1989. If it was, please list all of the country(ies) and provide the complete date (month, day, and year) when it was released in each country. If no publication occurred outside Jamaica by 12/15/1989, verify this and we will recommend the next steps.

Adam

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-43DEOIS]

**Activity Type:** Email - Inbound
**Created on:** 06/08/2020 05:38:37 PM
**Attachment:** Y
**Subject:** Re: 1-8848335624 Fish Market
**Body:**


Dear Adam,

The digital audio file provided was taken from Poco In The East compilation, which was released in July of 1991.  It is an identical copy of the audio of the Fish Market on the B side of the original 45 rpm disk as first published in November of 1989.  I can supply an audio rip of the vinyl if needed.  There was no publication of the Fish Market outside of Jamaica by 12/15/1989.

Thanks,

Garth



Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Outbound
**Created on:** 06/09/2020 09:55:26 AM
**Subject:** RE: Re: 1-8848335624 Fish Market
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-43DEOIS]

Hi Mr. Clarke,

Got it. Just so I have the complete picture - was Poco Jam Man published outside of Jamaica before 12/15/1989?

Adam

**Activity Type:** Email - Inbound
**Created on:** 06/09/2020 10:44:41 AM
**Attachment:** Y
**Subject:** Re: Re: 1-8848335624 Fish Market
**Body:**


No, it was not - the very first release was in November 1989 by 45 single in Jamaica.

**Activity Type:** Email - Inbound
**Created on:** 06/09/2020 10:59:04 AM
**Attachment:** Y
**Subject:** Re: Re: 1-8848335624 Fish Market
**Body:**


To further clarify - it was not released outside of Jamaica before 12/15/1989.

Thanks,

Garth


Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Outbound
**Created on:** 06/09/2020 11:06:14 AM
**Subject:** RE: Re: Re: 1-8848335624 Fish Market
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-43DEOIS]

Hi Mr. Clarke,

Thank you for confirming.


Adam



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

June 12, 2020

Garth Clarke
PO Box 422 United States Post Office
Little Neck, NY 11362
United States

Correspondence ID:    1-43L7I0R

RE:    Fish Market

Dear Garth Clarke:

This letter follows our previous correspondence where you confirmed that Fish Market was first published in Jamaica on 11/15/1989, and was not published outside of Jamaica within 30 days. Both authors were citizens of and domiciled in Jamaica at the time of first publication.

As we explained, for published works, eligibility for copyright protection in the U.S. is established at the time of first publication. Under the current law, when a work is first published abroad, eligibility may be based on the nation of first publication, or on the citizenship or domicile of the author(s) at that time. Foreign works first published in a non-treaty nation but then published in the U.S. or other treaty nation within 30 days are considered to be first published in the U.S or other treaty nation.

Because the United States did not have copyright relations with Jamaica on 11/15/1989, and because Fish Market was not published within 30 days in an eligible country, this work is not eligible for basic registration using our Standard application.

Therefore, we must refuse registration as submitted because the work lacked eligibility for copyright protection in the U.S. at the time of first publication.

We have already forwarded information about restoration of copyright in the U.S. for certain foreign works under the Uruguay Round Agreements Act (URAA), and requirements for registration under that option. If you determine this work met all requirements for copyright restoration in the U.S. this refusal does not preclude you from resubmitting a claim using the Form GATT, along with acceptable deposit material and the required filing fee.

This letter is for your information; no response is necessary. To request reconsideration of this registration decision, follow the guidelines in the enclosed Reply Sheet.

Sincerely,

Garth Clarke                                                                                    1-43L7I0R

Adam Friedman
Senior Copyright Specialist, PA Division
United States Copyright Office

Enclosures:
    Reply Sheet



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

\*1-43L7IOR\*
**Use this sheet <u>if</u> you request reconsideration**

**How to request reconsideration:**

- Send your written explanation of why the claim should be registered or why it was improperly refused.
- Be sure to include the Correspondence ID Number (listed under the bar code above) on the first page of your Request.
- Indicate whether you are requesting a "First Reconsideration" or "Second Reconsideration."

- **Submit your request ONLINE:** We strongly recommend sending all requests for reconsideration via email following these steps:

    **EMAIL YOUR REQUEST (BUT NOT THE REQUIRED FEE) to:**
    copreviewboard@loc.gov.
    o The subject line should say "First Reconsideration" or "Second Reconsideration"
    o Once your email request is received, you will be contacted with instructions on how to submit the required fee.

    **IMPORTANT NOTE:** Your request and the required fee must be received no later than three months after a refusal is issued.

- **Alternatively, you may submit your request VIA MAIL, but the Copyright Office's response will be delayed due to the COVID-19 pandemic:**

    o **IMPORTANT NOTE:** Your request must be postmarked (via the U.S. Postal Service) or dispatched (via commercial carrier, courier, or messenger) no later than three months after a refusal is issued.
    o Enclose the required fee.
    o Address your request to:

        **RECONSIDERATION**
        **Copyright RAC Division**
        **P.O. Box 71380**
        **Washington, DC 20024-1380**

**First Request for Reconsideration:** The Registration Program Office considers the first request. If it upholds the refusal, you may submit a second request.

Garth Clarke                                    - 4 -                                    1-43L7I0R

**Second Request for Reconsideration:** The Copyright Office Board of Review considers the second request. The Board consists of the Register of Copyrights and the General Counsel (or their respective designees), and a third member appointed by the Register. The Board's decision constitutes final agency action.

**Notification of decision**:  While working remotely due to COVID-19, the Copyright Office will send all notifications of its decisions by email.

**FEES:**

**First Request**              $350 per application

**Second Request**             $700 per application

**Activity Type:** Email - Outbound
**Created on:** 06/12/2020 01:15:32 PM
**Attachment:** Y
**Subject:** 1-8848335624 Fish Market
**Body:**

Dear Mr. Clarke,

I will be sending you two emails. This first one address the Standard eCO application you filed to register Fish Market.

We are sending you this email and the attached letter because U.S. Copyright Office staff are currently working remotely in an effort to mitigate the spread of the COVID-19 respiratory virus. Ordinarily, we would send you our registration decision via U.S. mail. However, because many staff members are not in the Office, examiners cannot send hard-copy letters at this time. To ensure that you receive a timely registration decision, the Office has determined that we will send this letter to you as an email attachment.

The attached .pdf constitutes "written" notice per 37 C.F.R. § 202.5(b)(4) and 17 U.S.C. § 410(b).

Instructions for responding to the Office's registration decision are provided in the attached .pdf. All responses should be sent according to these instructions, and not via reply email.

Sincerely,
Adam Friedman
Senior Copyright Specialist, PA Division
United States Copyright Office

IMPORTANT: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-43L7IAY]

**Activity Type:** Email - Outbound
**Created on:** 06/12/2020 01:17:25 PM
**Subject:** 1-8848335624 Fish Market - second email
**Body:**

Hello again Mr. Clarke,

Here is my second email. As I mentioned in the first, the Copyright Office is presently
operating remotely. GATT and renewal applications, because they are paper forms, must
be processed using our in-office system. We are currently discussing whether we could
accomplish that process remotely, and what allowances can be made taking into account
your special-handling application, if any.

I provided Circular 38b for your information. We took administrative note of the scanned
GATT application you returned by email; however, we cannot substitute a GATT
application for your Standard eCO application. Registration for Fish Market using our
Standard application has been refused and that application is now closed.

The effective date of registration for any work is the date on which the Copyright Office
receives an acceptable application, complete deposit copy(ies), and the proper filing fee.

As soon as I have information to provide on our ability to process a GATT application, I
will do so. In the meantime, you may wish to review the GATT information carefully,
specially the claimant section, and consider whether multiple GATT forms will be required.
We note that the image of the original vinyl release named Steely & Cleeve Records and
included the copyright notice, "S & C Productions (p)(c) 1990."

Sincerely,
Adam Friedman
Senior Copyright Specialist, PA Division
United States Copyright Office

IMPORTANT: The THREAD ID appearing at the end of this message MUST be included
within the body of your response in order for your message to be properly routed. When
replying to this message, make sure to copy the whole THREAD ID, including brackets,
and paste it into the body of your response, preferably after the greeting. DO NOT include
the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject
line, we will not get your message.

When replying to this email, please include the following thread id (entire line) within the
body of your response to expedite routing to the correct office.

[THREAD ID:1-43L7IB4]

**Activity Type:** Email - Inbound
**Created on:** 06/13/2020 01:43:52 PM
**Attachment:** Y
**Subject:** Re: 1-8848335624 Fish Market - second email
**Body:**

Hello Mr. Friedman,

Thank you for your emails detailing your decision. Thank you also for your prompt follow up on my initial application. I look forward to receiving information on the current GATT application process.

If it's possible, please provide some guidance based on the following on which of 1) a first request for reconsideration or 2) filing a GATT application is appropriate.

I conferred with my client regarding the noted date of the copyright notice for the initial Jamaican vinyl release "S & C Productions (p)(c) 1990." They indicate that although service to radio and Jamaican sound systems for promotional purposes began in mid November (November 15th, 1989) and some pre-release sales from selected Jamaican record stores would have occurred in early December 1989, the official release for the single in Jamaica was in 1990.

I have also noticed that the copyright notice for the vinyl release by VP records in NY is 1989 and I am in the process of determining the exact time of release in the US in 1989.

Any guidance regarding the next steps in this process would be greatly appreciated.

Kind Regards,

Garth Clarke
Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Outbound
**Created on:** 06/17/2020 07:42:57 AM
**Subject:** RE: Re: 1-8848335624 Fish Market - second email
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-43L7IB4]

Hi Mr. Clarke,

Still awaiting an answer on the GATT piece.

On reconsideration, if the facts you originally asserted about Fish Market were not correct, you may apply for reconsideration following the instructions on the reply sheet.

Chapter 1900 of our Compendium which covers publication in detail:
https://copyright.gov/comp3/chap1900/ch1900-publication.pdf

Adam

**Activity Type:** Email - Outbound
**Created on:** 07/01/2020 09:08:01 AM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-8848335624

File Name :06252020 First Appeal Fish Market.pdf
File Size :5933 KB
Date/Time :7/1/2020 9:03:48 AM

[THREAD ID: 1-44KM56L]


United States Copyright Office



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

October 08, 2020

Garth Clarke
PO Box 422 United States Post Office
Little Neck, NY 11362
United States

Correspondence ID:    1-4CGXA1T

Original Corresp. ID: 1-43L7I0R
Re:    Fish Market

Dear Mr. Clarke:

    This correspondence is in response to your letter of June 25, 2020, requesting reconsideration of the U.S. Copyright Office's refusal to register a copyright claim in the above-referenced work. You made this request on behalf of the applicants.

    We have carefully reviewed *Fish Market* in light of the points raised in your letter as well as a further examination of the work. Upon reconsideration, the Office accepts your assertion that the work was first published in the United States and is eligible for registration with the U.S. Copyright Office. We will return the application package to the Performing Arts division to complete the examination process.

Sincerely,

Stephanie Mason, Attorney-Advisor
Office of Registration Policy and Practice
U.S. Copyright Office



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov



\* 1 - 4 C G X A 1 T \*

**Activity Type:** Email - Outbound
**Created on:** 10/08/2020 04:36:35 PM
**Attachment:** Y
**Subject:** 1-8848335624 Fish Market - Reconsideration Update
**Body:**

Hello Mr. Clarke,

Just received word on your appeal. The attached letter is being mailed to you.

We will make the original Fish Market registration and I wanted to confirm the following application changes:

1. Retain "Fish Market" as the main title and add "Poco Man Jam (Version)" as the alternative title. If you prefer to do the reverse, please let me know.

2. Add 12/1/1989 as the date of first publication, and the nation "United States."

I wanted to clarify the claimant. The application names Steelie and Cleevy as the authors and Cleevy (Mr. Browne) as the sole claimant. The claimant address includes a company name "Steely & Clevie Productions Ltd." Your reconsideration letter includes scans of the original vinyl records. The full notice statement reads: "arranged and produced by Steelie and Cleevy for S&C Productions (p)(c) 1989." Since S&C is a company, I wanted to confirm the application names the correct authors and claimant(s). It may be worth mentioning that we do not require the application name all the claimants, but every author in entitled to be a claimant.

Also, you requested to submit an additional deposit copy of the first published edition. That is perfectly acceptable. Since the copyrightable content is the same, receipt of the new deposit will not change the effective date of registration which will be 6/8/2020. Simply print the attached reply sheet and return with the new deposit in a well-padded box.

If you have any questions, please let me know.

Sincerely,
Adam Friedman
Senior Copyright Specialist, PA Division
United States Copyright Office

IMPORTANT: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4CHF3KM]

**Activity Type:** Email - Inbound
**Created on:** 10/09/2020 09:14:44 AM
**Attachment:** Y
**Subject:** Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**

Hello Mr. Friedman,

Thank you for following up with me.

Please retain "Fish Market" as the title with "Poco Man Jam (Version)" as an alternative title.

The date of first publication of December 1, 1989, and the nation "United States" is correct as noted.

The application names the correct authors (Mr. Browne and Mr. Johnson) and claimant (Mr. Browne).

I would like to clarify what claimant means in the application and how the claimants relate to certification.

Are the claimants that are named in the application

1) those with a claim (or who can stake a claim) to the copyright or ...
2) The person who is claiming in this particular application.

Further, as the representative of one of multiple claimants,

3) can I certify the application or ...
4) do I have to be the agent of both persons?

If the answer to the first question is 1) and the answer to the second question is 3), please add Mr. Johnson to the claimants.

Thank you,

Garth Clarke

Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential

legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Outbound
**Created on:** 10/12/2020 09:26:14 AM
**Subject:** RE: Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4CHF3KM]

Hi Mr. Clarke,

Thanks for your email. I have revised the titles and first publication information.

Two paragraphs from Compendium section 404 - Who Is the Claimant?

The only parties who are eligible to be the copyright claimant are (i) the author of the work, or (ii) a copyright owner who owns all of the exclusive rights in the work. 37 C.F.R. § 202.3(a)(3). A person or entity who owns one or more—but less than all—of the exclusive rights in a work is not eligible to be a claimant. See Part 202 - Registration of Claims to Copyright, 43 Fed. Reg. 965, 965 (Jan. 5, 1978); Registration of Copyright: Definition of Claimant, 77 Fed. Reg. 29,257, 29,258 (May 17, 2012).

Although the author or the copyright owner who owns all of the rights are the only parties who are entitled to claim ownership of the copyright, an application to register that claim may be certified and submitted by any of the parties listed in Section 402. In some cases, the applicant and the claimant may be the same party, while in other cases they may be different.

So, even though he is deceased, Mr. Johnson may be named as a co-claimant, and you as the authorized agent of Mr. Browne may certify the application, and request Mr. Johnson be added. As I mentioned, we do not require Mr. Johnson be named as a claimant, but he is entitled to be named.

Will you be mailing the new deposit copy?

Adam

**Activity Type:** Email - Inbound
**Created on:** 10/12/2020 12:07:51 PM
**Attachment:** Y
**Subject:** Re: Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**


Dear Mr. Friedman,

Please add Mr. Johnson to the registration for Fishmarket as a claimant.  I will be mailing the additional deposit copy today.

Kind regards,

Garth



Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Inbound
**Created on:** 10/12/2020 12:17:34 PM
**Attachment:** Y
**Subject:** Re: Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**

Dear Mr. Friedman,

I measured the 12" record for the additional deposit copy and with the packaging it measures approximately 13" by 13". The reply sheet (packing slip) says to only use for 12" by 18". Can I send the deposit copy using this packaging slip?

Thanks,

Garth

Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Inbound
**Created on:** 10/12/2020 12:23:42 PM
**Attachment:** Y
**Subject:** Re: Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**


Dear Mr. Friedman,

My apologies - I will be mailing the package to the second listed address of

Special Handling
Copyright Receipt Analysis and Control Division - SR
Department 100
Washington DC 20559.

Thanks,

Garth Clarke


Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential legal material and is intended for the use of the individual(s) or entity(s) named above. If you are not the intended recipient, please notify sender immediately and destroy any copy received and you are on notice that any unauthorized disclosure, copying, distribution, or taking any action in reliance on the contents of these electronically transmitted materials is prohibited.

**Activity Type:** Email - Outbound
**Created on:** 10/13/2020 11:32:33 AM
**Subject:** RE: Re: Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4CHF3KM]

Hi Mr. Clarke,

Yes, almost positive that is fine. Let me ask the in-processing folks.

Adam

**Activity Type:** Email - Outbound
**Created on:** 10/13/2020 11:33:47 AM
**Subject:** RE: Re: Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4CHF3KM]

Hi Mr. Clarke,

Very well. I will add him as co-claimant. Just noticed my earlier question, so Steely & Clevie Productions Ltd., should remain part of the claimant address only? And only the individuals are the authors and claimants of the song and sound recording?

Adam

**Activity Type:** Email - Outbound
**Created on:** 10/13/2020 11:42:19 AM
**Subject:** RE: Re: Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4CHF3KM]

Hi Mr. Clarke,

Just checked the reply sheet. We had issues in the past with applicants trying to send huge boxes to the P.O. Box. When they couldn't be stored, they were returned. But a single LP should be fine to either address. Awaiting confirmation from in-processing.

Adam

**Activity Type:** Email - Inbound
**Created on:** 10/13/2020 12:00:53 PM
**Attachment:** Y
**Subject:** Re: Re: Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**

Dear Mr. Friedman,

I have mailed the deposit copy (12" record) of Poco Jam (Version) / Fish Market to the
second listed address, with expected delivery on Friday, October 16, 2020.


Steely & Clevie Productions Ltd., should remain part of the claimant address only, with
only the individuals as the authors and claimants of the song and sound recording.

Please let me know if you have any questions.

Thank you,

Garth Clarke




Garth A. Clarke, Esq. Telephone - 202-286-6829 Great Neck, NY

Warning: The Information in this electronic message may be privileged and confidential
legal material and is intended for the use of the individual(s) or entity(s) named above. If
you are not the intended recipient, please notify sender immediately and destroy any copy
received and you are on notice that any unauthorized disclosure, copying, distribution, or
taking any action in reliance on the contents of these electronically transmitted materials is
prohibited.

**Activity Type:** Email - Outbound
**Created on:** 10/13/2020 12:02:20 PM
**Subject:** RE: Re: Re: Re: 1-8848335624 Fish Market - Reconsideration Update
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-4CHF3KM]

Hi Mr. Clarke, Good. I have passed on this information to our in-processing staff.

Adam

**Activity Type:** Email - Outbound
**Created on:** 11/16/2020 02:27:08 PM
**Attachment:** Y
**Subject:** 1-8848335624 Fish Market - Registration completed.
**Body:**

Hello Mr. Clarke,

The original registration for Fish Market is now complete. The official hard copy
certificate will be mailed shortly. I am attaching an image of the certificate for your
reference. Please note this is unofficial copy does not contain the Copyright Office seal.

The registration will be added to our online catalog in a day or two:

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First

Sincerely,
Adam Friedman
Senior Copyright Specialist, PA Division
United States Copyright Office

IMPORTANT: The THREAD ID appearing at the end of this message MUST be included
within the body of your response in order for your message to be properly routed. When
replying to this message, make sure to copy the whole THREAD ID, including brackets,
and paste it into the body of your response, preferably after the greeting. DO NOT include
the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject
line, we will not get your message.

When replying to this email, please include the following thread id (entire line) within the
body of your response to expedite routing to the correct office.

[THREAD ID:1-4JD95FI]


Library of Congress
101 Independence Avenue SE
Washington DC 20559-6000



## Reply to U.S. Copyright Office

# Correspondence - SR

*10/15/2020*

Case / SR#:        1-8848335624
Case Date:        05/21/2020
Title:            Fish Market
Volume :
Number:
Issue Date:

## Return this sheet with your reply within 45 days to:

**US Postal Service mail only** (and *only* for packages <u>no larger than</u> 12 x 18 x 4 inches) - use this address:

Special Handling
Copyright Receipt Analysis and Control Division - SR
P.O. Box 71380
Washington, DC 20024-1380

**Private carriers (FedEx, UPS, etc.),** and for any package larger than 12 x 18 x 4 inches whether USPS or private carrier - use this address:

Special Handling
Copyright Receipt Analysis and Control Division - SR
Department 100
Washington, DC 20559

**Packaging:** If you send an audiotape, videotape, CD, CD-ROM, DVD or photograph, use a box rather than a soft container – to avoid damage in the mail screening process.

**If you do not reply within 45 days, we will:** close this case without processing your registration or notifying you further, and forward your deposit copy under the provisions of the current copyright law. The fee is not refundable.

**If you re-apply for registration after the case file is closed,** you must send a new application, copy, and fee. The effective date of registration will be based on the new submission.

# EXHIBIT B

**Toms-Anthony, Shamar**

| | |
|---|---|
| **From:** | Akley, Benjamin |
| **Sent:** | Tuesday, November 12, 2024 3:22 PM |
| **To:** | Stephen Doniger; Tirtasaputra, Meeghan H.; Nicholas Carlin; Seungjai Oh; Scott Burroughs; Alexandra Sulich; Frank Trechsel (Shared); Gretchen Ray; London Zamora; Mackenzie Paladino (Shared); Trevor Barrett |
| **Cc:** | Docketing; Bradley Mullins; kls@msk.com; szm@msk.com; Brian Samuel Clayton Conlon; David M. Given; David M. Kline; Hayley J. Zupancic; Mara M. Lefkowitz; Nina C. Pouget; Rachel D. Howard; Zakarin, Donald S.; Douglas Johnson; vcassis@jjllplaw.com; Edwin Prado; notificacionespradolaw@gmail.com; Elizabeth Leon; ftrechsel@jjllplaw.com; Douglas Johnson; vcassis@jjllplaw.com; Scibilia, Frank P.; garthclarkeesq@gmail.com; Sammataro, James; Suarez, Kandice; Jean G.. Vidal; Calonso@ferraiuoli.com; edocketsip@ferraiuoli.com; jvidal@ecf.courtdrive.com; nalgaze@ferraiuoli.com; xortiz@ferraiuoli.com; yvazquez@ferraiuoli.com; Shaeffer, John J.; Ochoa, Janeth; Wang, Tina; Jonah Grossbardt; Kenneth Freundlich; ltavera@semperlawgroup.com; lmt@semperlawgroup.com; mbc@chassmanllp.com; av@chassmanllp.com; ms@chassmanllp.com; Mark Humphrey; Lindsay Edelstein; szm@msk.com; mbalzer@pryorcashman.com; ARCDocketing; MEubanks@jjllplaw.com; Michael Trauben; JTrauben@SinghTraubenLaw.com; nhernandez@singhtraubenlaw.com; Thomas Richards; Niborski, Michael J.; Docketing; Neville Johnson; vcassis@jjllplaw.com; Rachel D. Howard; Theodore L. Armstrong-Archive; Nina C. Pouget; Richard Wolfe; Robert Carroll; Mara M. Lefkowitz; Theodore L. Armstrong-Archive; Sagar Parkh; Toms-Anthony, Shamar; Sofferman, Sophia; Thomas Richards; JTrauben@SinghTraubenLaw.com; Michael Trauben; David Welch; Litigation |
| **Subject:** | RE: Request to confer re Motion to Quash subpoena to Garth Clarke |

Stephen: As I am sure you are fully aware – including from the answers submitted by our clients and our discovery requests - our subpoena to Garth Clarke is proper and Mr. Clarke's information most assuredly relates to issues within this phase of the case (which include protectability and copyrightability of the Plaintiffs' claimed works). We will continue our efforts at service (which Mr. Clark is futilely attempting to avoid) and we will not withdraw.

There can be no question that Mr. Clarke is a crucial percipient witness with personal knowledge of facts directly relevant to the protectability of Plaintiffs' claimed works. As you know, Mr. Clarke was the attorney who sought and obtained the SR 884-348 and SR 893-268 copyright registrations for "Fish Market" in 2020-2021 (*i.e.*, over 30 years after "Fish Market" supposedly was first published). As you also know, during the registration process Mr. Clarke engaged in extensive correspondence and communications with the Copyright Office and potentially other third parties (none of which is privileged). As you further know, the Copyright Office initially refused to register the copyrights because Mr. Clarke represented to the Copyright Office that "Fish Market" had been originally published in Jamaica, and it was only after the Copyright Office informed Mr. Clarke that the prior publication in Jamaica disqualified the works from registration that he then reversed course and took the exact opposition position: *i.e.*, that "Fish Market" purportedly was first published in the United States.

The circumstances of and bases for Mr. Clarke's about-face on this critical issue are directly relevant to the legitimacy of the "Fish Market" registrations and the protectability of Plaintiffs' claimed works. His representations in the first instance we assume were based on information provided to him (or which he had) and his *volte face* after the Copyright Office made clear that "Fish Market" could not be registered either was

a fraud on the Copyright Office or, if he can show otherwise, had some factual basis (and, as we are sure you know, factual information is not itself privileged). Defendants are entitled to all non-privileged (and, to the extent Plaintiffs intend to assert advice of counsel or otherwise waive the privilege, privileged) information and documents concerning the same.

Moreover, it is rather obvious, including from your email below, that Plaintiffs found it expedient to belatedly make Mr. Clarke, who otherwise seems to have no identifiable career as a trial attorney, additional "trial counsel" in this action some 3 years into these cases, only after we served our clients' answers. It is quite clear that Plaintiffs did so for the express purpose of attempting to immunize and protect him from having to be a witness to the facts relating to his more than 30 year belated copyright registrations. Plaintiffs have been represented by your firm in this dispute for well-over three years (presumably to their satisfaction), and Plaintiffs only added Mr. Clarke (via a *pro hac vice* application, because Clarke is not admitted to practice in California) to their attorney team on August 29, 2024—not coincidentally, only a few weeks after we served our answers and two weeks after we served discovery requests that directly concerned the supposed "Fish Market" copyright registrations (and implicated Mr. Clarke's role in obtaining the same). As noted, Clarke does not appear to be a practicing litigation attorney of any sort, so there is no evident good faith reason that Plaintiffs would add him as "trial counsel" other than for the rather obvious reasons identified herein.

In light of the above, not only will we not withdraw our subpoena to Mr. Clarke, we intend to bring your shenanigans to the attention of the Court through a motion to disqualify him as counsel. We request that you be equally prepared to discuss that anticipated motion during our call. As for scheduling, we are available this Thursday after 3:00 pm Pacific and generally Friday afternoon.

Finally, we should also discuss deposition scheduling during the same call. For now we can confirm that our clients are not available on the currently-noticed dates. While we do not yet have the transcript of our hearing, it is our recollection that the Court contemplated the parties cooperating with respect to depositions.

Ben

Benjamin S. Akley
Pryor Cashman LLP
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Tel: 310.683.6641
Cell: 802.522.3927
Fax: 310.943.3397
bakley@pryorcashman.com

---

**From:** Stephen Doniger <stephen@donigerlawfirm.com>
**Sent:** Monday, November 11, 2024 7:25 AM
**To:** Tirtasaputra, Meeghan H. <MTirtasaputra@foxrothschild.com>; Nicholas Carlin <nac@phillaw.com>; Seungjai Oh <sj@enso.law>; Scott Burroughs <scott@donigerlawfirm.com>; Alexandra Sulich <asulich@donigerlawfirm.com>; Frank Trechsel (Shared) <ftrechsel@donigerlawfirm.com>; Gretchen Ray <gray@donigerlawfirm.com>; London Zamora <lzamora@donigerlawfirm.com>; Mackenzie Paladino (Shared) <mpaladino@donigerlawfirm.com>; Trevor Barrett <tbarrett@doniger.onmicrosoft.com>
**Cc:** Akley, Benjamin <BAkley@pryorcashman.com>; Docketing <D@pryorcashman.com>; Bradley Mullins <bym@msk.com>; kls@msk.com; szm@msk.com; Brian Samuel Clayton Conlon <bsc@phillaw.com>; David M. Given <DMG@phillaw.com>; David M. Kline <dmk@phillaw.com>; Hayley J. Zupancic <hjz@phillaw.com>; Mara M. Lefkowitz <mml@msk.com>; Nina C. Pouget <ncp@phillaw.com>; Rachel D. Howard <rdh@phillaw.com>; Zakarin, Donald S.

<DZakarin@pryorcashman.com>; Douglas Johnson <djohnson@jjllplaw.com>; vcassis@jjllplaw.com; Edwin Prado <pradolaw10@gmail.com>; notificacionespradolaw@gmail.com; Elizabeth Leon <e.jleon@outlook.com>; ftrechsel@jjllplaw.com; Douglas Johnson <djohnson@jjllplaw.com>; vcassis@jjllplaw.com; Scibilia, Frank P. <FScibilia@pryorcashman.com>; garthclarkeesq@gmail.com; Sammataro, James <JSammataro@pryorcashman.com>; Suarez, Kandice <KSuarez@pryorcashman.com>; Jean G.. Vidal <jvidal@ferraiuoli.com>; Calonso@ferraiuoli.com; edocketsip@ferraiuoli.com; jvidal@ecf.courtdrive.com; nalgaze@ferraiuoli.com; xortiz@ferraiuoli.com; yvazquez@ferraiuoli.com; Shaeffer, John J. <jshaeffer@foxrothschild.com>; Ochoa, Janeth <JOchoa@foxrothschild.com>; Wang, Tina <TWang@foxrothschild.com>; Jonah Grossbardt <jonah@freundlichlaw.com>; Kenneth Freundlich <ken@freundlichlaw.com>; ltavera@semperlawgroup.com; lmt@semperlawgroup.com; mbc@chassmanllp.com; av@chassmanllp.com; ms@chassmanllp.com; Mark Humphrey <mxh@msk.com>; Lindsay Edelstein <lre@msk.com>; szm@msk.com; mbalzer@pryorcashman.com; ARCDocketing <ARCDocketing@foxrothschild.com>; MEubanks@jjllplaw.com; Michael Trauben <mtrauben@singhtraubenlaw.com>; JTrauben@SinghTraubenLaw.com; nhernandez@singhtraubenlaw.com; Thomas Richards <trichards@singhtraubenlaw.com>; Niborski, Michael J. <MNiborski@pryorcashman.com>; Docketing <D@pryorcashman.com>; Neville Johnson <njohnson@jjllplaw.com>; vcassis@jjllplaw.com; Rachel D. Howard <rdh@phillaw.com>; Theodore L. Armstrong-Archive <tla@phillaw.com>; Nina C. Pouget <ncp@phillaw.com>; Richard Wolfe <rwolfe@wolfelawmiami.com>; Robert Carroll <rxc@phillaw.com>; Mara M. Lefkowitz <mml@phillaw.com>; Theodore L. Armstrong-Archive <tla@phillaw.com>; Sagar Parkh <sp@beverlyhillslawcorp.com>; Toms-Anthony, Shamar <stoms-anthony@pryorcashman.com>; Sofferman, Sophia <ssofferman@pryorcashman.com>; Thomas Richards <trichards@singhtraubenlaw.com>; JTrauben@SinghTraubenLaw.com; Michael Trauben <mtrauben@singhtraubenlaw.com>; David Welch <dw@enso.law>; Litigation <litigation@enso.law>
**Subject:** Request to confer re Motion to Quash subpoena to Garth Clarke

Counsel,

I write to request a time to meet and confer regarding a motion to quash the subpoena that the Pryor Cashman-represented defendants are seemingly attempting to serve on Garth Clark, a copy of which is attached. It is our hope that we can all acknowledge the impropriety of that subpoena and that it will not be served (or will be withdrawn if it has been) but failing that we intent to bring a motion to quash and seek sanctions.

As you are no doubt aware, the Supreme Court has referenced the presumption that trial counsel should not be forced to testify because doing so compromises the standards of the legal profession. *Hickman v. Taylor*, 329 U.S. 495, 513, 67 S.Ct. 385, 91 L.Ed. 451 (1947). As further explained in *Shelton v. American Motors Crop*., 805 F.2d 1323, 1327–28 (8th Cir.1986), forcing counsel to testify risks disruption to the adversarial system, an increase in the time and costs of litigation, lowered standards of the legal profession, detraction from the quality of legal representation, and a chilling effect on attorney-client communications. Shelton, 805 F.2d at 1327. Additional reasons to limit discovery of opposing counsel include its potential for harassment and disqualification of counsel. *N.F.A. Corp. v. Riverview Fabrics, Inc.*, supra, 117 F.R.D. at 85.

A court should order an attorney's deposition only in limited situations where the party seeking the deposition can show: "(1) no other means exist to obtain the information than to depose opposing counsel, see, e.g., *Fireman's Fund Insurance Co. v. Superior Court*, 72 Cal.App.3d 786, 140 Cal.Rptr. 677, 679 (1977); (2) the information sought is relevant and nonprivileged; and (3) the information is crucial to the preparation of the case." *Massachusetts Mut. Life Ins. Co. v. Cert*, 177 F.R.D. 472 (N.D.Cal.1998) (citing Shelton v. American Motors Corp., 805 F.2d 1323, 1327–28 (8th Cir.1986)).

Here, defendants are seeking testimony and documents regarding copyright registrations. We can see nothing they could ask Mr. Clarke for which either (1) no other means exists to obtain that information, and/or (2) privilege--either attorney-client or work product--would not be implicated. We also do not see how this discovery is relevant or proper to this first phase of the litigation.

I propose we set up a call this Thursday at 1:30pm Pacific (4:30pm Eastern). Please either confirm or propose alternate availability to confer this week or next.

Thank you,


*Stephen M. Doniger, Esq.*

**DONIGER / BURROUGHS**

603 ROSE AVENUE

VENICE, CA 90291

(310) 590-1820

stephen@donigerlawfirm.com


 Book time to meet with me



# EXHIBIT C

Public Records System   Home   Recent Records   Recent Searches   Name Directory

Home / Search Results / Detail Record View

| Keyword ▼ | Search Copyright numbers, Name, Title, and more. | Search | **Advanced Search** |

## Detail record view

### Registration record SR0000893268

Copyright Catalog

◀ Previous    Next ▶

**Fish Market.**                    Share ◁    Actions

| | |
|---|---|
| **Registration Number / Date** | SR0000893268 / 2021-03-12 |
| **Supplement to Registration** | SR0000884348, 2020. |
| **Type of Work** | Sound Recording |
| **Title** | Fish Market. |
| **Application Title** | Fish Market. |
| **Alternative Title on Application** | Poco Man Jam (Version) |
| **Date of Creation** | 1989 |
| **Date of Publication** | 1989-12-01 |
| **Copyright Claimant** | Wycliffe Anthony Johnson, 1962-2009. |
| | Cleveland Constantine Browne. Address: 9 Christopher Boulevard, Steely & Clevie Productions Ltd, Kingston, Kingston 19, Jamaica. |
| | Estate of Wycliffe Johnson, Transfer: By inheritance. Address: 9 Christopher Boulevard, Steely & Clevie Productions Ltd, Kingston, Kingston 19, Jamaica. |
| **Authorship on Application** | Clevie, pseud. of Cleveland Constantine Brown, 1959- ; Domicile: Jamaica; Citizenship: Jamaica. Authorship: sound recording, music. |
| | Steely, pseud. of Wycliffe Anthony Johnson, 1962-2009; Domicile: Jamaica; Citizenship: Jamaica. Authorship: sound recording, music. |
| **Rights and Permissions** | Garth Clarke, PO Box 422, United States Post Office, Little Neck, NY, 11362, United States, (202) 286-6829, garthclarkesq@gmail.com |
| **Amplifications Explained** | This supplementary registration adds the Estate of Wycliffe Johnson as a claimant. |
| **Copyright Note** | C.O. correspondence. |
| **Nation of First Publication** | United States |

Case 2:21-cv-02840-AB-AJR   Document 623-1   Filed 11/01/24   Page 76 of 78   Page
ID #:6489

**Names**    Brown, Cleveland Constantine 1959-

Clevie, pseud. 1959-

Johnson, Wycliffe Anthony 1962-2009

Steely, pseud. 1962-2009

Browne, Cleveland Constantine

Estate of Wycliffe Johnson

◀ Previous       Next ▶

---

**Menu**              **Resources**            **Contact**

Home                  Request Copies            Contact Us
Recent Records        Get a Search Estimate     Feedback
Recent Searches       FAQs
Name Directory
Help

**U.S. Copyright Office**
101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

**DISCLAIMER** The Copyright Public Records System (CPRS) pilot is under development and is not the final
version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search
practices the Copyright Office has established. Results obtained through the CPRS pilot should not be
used for legal purposes. For information on searching copyright records, see How to Investigate the
Copyright Status of a Work (Circular 22). For information on removing personal information from
Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office | Library of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy

Case 2:21-cv-02840-AB-AJR  Document 623-1  Filed 11/21/24  Page 77 of 78   Page ID #:6490

**Public Records System**

Home    Recent Records    Recent Searches    Name Directory

Home / Search Results / Detail Record View

| Keyword ▾ | SR0000884348 | Search | **Advanced Search** |

## Detail record view

### Registration record SR0000884348

Copyright Catalog

◁ Previous    Next ▷

### Fish Market.

Share ⤴    Actions

| | |
|---|---|
| **Registration Number / Date** | SR0000884348 / 2020-06-08 |
| **Type of Work** | Sound Recording (Music) |
| **Title** | Fish Market. |
| **Application Title** | Fish Market. |
| **Alternative Title on Application** | Poco Man Jam (Version) |
| **Date of Creation** | 1989 |
| **Date of Publication** | 1989-12-01 |
| **Copyright Claimant** | Cleveland Constantine Browne, 1959- . Address: 9 Christopher Boulevard, Steely & Clevie Productions Ltd., Kingston, Kingston 19, Jamaica.<br><br>Wycliffe Anthony Johnson, 1962-2009. |
| **Authorship on Application** | Clevie, pseud. of Cleveland Constantine Browne, 1959- ; Domicile: Jamaica; Citizenship: Jamaica. Authorship: sound recording, music.<br><br>Steely, pseud. of Wycliffe Anthony Johnson, 1962-2009; Domicile: Jamaica; Citizenship: Jamaica. Authorship: sound recording, music. |
| **Rights and Permissions** | Garth Clarke, PO Box 422, United States Post Office, Little Neck, NY, 11362, United States, (914) 623-8848, garthclarkeesq@gmail.com |
| **Description** | Sound disc (33 1/3) |
| **Copyright Note** | C.O. correspondence. |
| **Nation of First Publication** | United States |
| **Names** | Browne, Cleveland Constantine 1959-<br><br>Clevie, pseud. 1959-<br><br>Johnson, Wycliffe Anthony 1962-2009 |

Previous  Next

Menu
Home
Recent Records
Recent Searches
Name Directory
Help

Resources
Request Copies
Get a Search Estimate
FAQs

Contact
Contact Us
Feedback

U.S. Copyright Office
101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

DISCLAIMER The Copyright Public Records System (CPRS) pilot is under development and is not the final
version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search
practices the Copyright Office has established. Results obtained through the CPRS pilot should not be
used for legal purposes. For information on searching copyright records, see How to Investigate the
Copyright Status of a Work (Circular 22). For information on removing personal information from
Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office | Library of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy