Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

Garth A. Clarke (admitted *pro hac vice*)
garthclarkeesq@gmail.com
LAW OFFICES OF GARTH CLARKE
500 Thayer Center, Suite C
Oakland, MD 21550
Telephone: (202) 286-6829

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK DONALDS, an individual; et al.,<br><br>Defendants. | Case No. 2:21-cv-02840-AB-AJR<br>*Honorable André Birotte Jr. Presiding*<br><br>**STIPULATION TO EXTEND INITIAL EXPERT DISCLOSURES DEADLINE**<br><br>**([PROPOSED] ORDER SUBMITTED HEREWITH)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs and Defendants, by and through their counsel of record as set forth below, hereby stipulate as follows:

WHEREAS, under the current schedule for this phase of discovery (Dkt. 427), initial expert disclosures are due on December 20, 2024;

WHEREAS, the Parties agree that, to avoid conflicts with the holidays and new year, there is good cause to extend the deadline for initial expert disclosures to January 10, 2025;

WHEREAS, the Parties do not seek extensions of any other deadlines, and this is their first request to extend any deadlines set forth in the current schedule for this phase of discovery.

THEREFORE, the Parties agree, and respectfully request that the Court enter the accompanying Proposed Order modifying the current schedule for this phase of discovery (Dkt. 427) to reflect, that the deadline for initial expert disclosures is hereby extended to January 10, 2025.

SO STIPULATED.

Dated: December 13, 2024      By:   */s/ Scott Alan Burroughs*
                                    Stephen M. Doniger, Esq.
                                    Scott Alan Burroughs, Esq.
                                    Benjamin F. Tookey, Esq.
                                    DONIGER / BURROUGHS

                                    Garth A. Clarke
                                    LAW OFFICES OF GARTH CLARKE

                                    *Attorneys for Plaintiffs*

Dated: December 13, 2024      By:   */s/ Shamar Toms-Anthony*
                                    Benjamin S. Akley, Esq.
                                    Shamar Toms-Anthony, Esq.
                                    Donald S. Zakarin, Esq.
                                    Frank P. Scibilia, Esq.

STIPULATION TO EXTEND INITIAL EXPERT DISCLOSURES DEADLINE

Sophia Sofferman, Esq.
James G. Sammataro, Esq.
PRYOR CASHMAN LLP
*Attorneys for the Pryor Cashman-Represented Defendants*

Dated:  December 13, 2024     By:   /s/ Jean G. Vidal-Font
Jean G. Vidal-Font, Esq.
FERRAIUOLI LLC
*Attorney for Defendants Vladimir Felix p/k/a DJ Blass & Camilo Echeverria p/k/a Camilo*

Dated: December 13, 2024     By:   /s/ Richard C. Wolfe
Mark B. Chassman, Esq.
Ana Vasquez, Esq.
CHASSMAN & SEELIG, LLP

Richard C. Wolfe, Esq.
WOLFE LAW MIAMI, P.A.

*Attorneys for Chassman & Seelig Represented Defendants*

Dated:  December 13, 2024     By:   /s/ Nicholas A. Carlin
Nicholas A. Carlin, Esq.
David M. Given, Esq.
Brian S. Conlon, Esq.
Robert Carroll III, Esq.
Nina C. Pouget, Esq.
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
*Attorneys for Defendants Empire Distribution, Inc. and William Sami Etienne Grigahcine p/k/a DJ Snake*

Dated:  December 13, 2024     By:   /s/ Sagar P. Parikh
Sagar P. Parikh, Esq.
BEVERLY HILLS LAW CORP., PC
*Attorney for Defendants Cinq Music Group, LLC & Cinq Music Publishing*

- 3 -
STIPULATION TO EXTEND INITIAL EXPERT DISCLOSURES DEADLINE

Dated:  December 13, 2024          By:     /s/ Mark C. Humphrey
                                            Bradley J. Mullins, Esq.
                                            Mark C. Humphrey, Esq.
                                            MITCHELL SILBERBERG & KNUPP
                                            *Attorneys for Defendants Aubrey Drake*
                                            *Graham & Sound 1.0 Catalogue LP,*
                                            *improperly named as OVO Sound LLC*

Dated:  December 13, 2024          By:     /s/ Melissa N. Eubanks
                                            Neville L. Johnson, Esq.
                                            Douglas L. Johnson, Esq.
                                            Melissa N. Eubanks, Esq.
                                            JOHNSON & JOHNSON LLP
                                            *Attorneys for Defendant Rich Music, Inc.*

Dated:  December 13, 2024          By:     /s/ Michael A. Trauben
                                            Michael A. Trauben, Esq.
                                            Thomas K. Richards, Esq.
                                            SINGH, SINGH & TRAUBEN
                                            *Attorneys for Defendants Nelson Diaz*
                                            *Martinez and Jose Angel Lopez Martinez*

Dated:  December 13, 2024          By:     /s/ Kenneth Freundlich
                                            Kenneth D. Freundlich, Esq.
                                            Jonah A. Grossbardt, Esq.
                                            FREUNDLICH LAW
                                            *Attorneys for Defendants Benito Antonio*
                                            *Martinez Ocasio p/k/a Bad Bunny and*
                                            *Rimas Music, LLC*

Dated:  December 13, 2024          By:     /s/ David R. Welch
                                            David R. Welch, Esq.
                                            ENSO LAW, L.L.P
                                            *Attorneys for Defendant Gabriel Pizarro*

     Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATION TO EXTEND INITIAL EXPERT DISCLOSURES DEADLINE