# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK DONALDS, an individual; et al.,<br><br>Defendants. | Case No. 2:21-cv-02840-AB-AJR<br>*Honorable André Birotte Jr. Presiding*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND INITIAL EXPERT DISCLOSURES DEADLINE** |

- 1 -

[PROPOSED] ORDER

The Court, having received and considered the parties' Stipulation to Extend the Initial Expert Disclosures Deadline, and for good cause shown, hereby ORDERS that the current schedule for this phase of discovery (Dkt. 427) is modified as follows:

1.    The deadline for initial expert disclosures is hereby extended to January 10, 2025.

SO ORDERED.

Dated: _____, 2024        By: _____

                                                Honorable André Birotte Jr.
                                                United States District Judge

- 2 -

[PROPOSED] ORDER