1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; ANIKA JOHNSON, as personal representative of the estate of Wycliffe Johnson, deceased; AND STEELY & CLEVIE PRODUCTIONS, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK, an individual, *ET AL.*<br><br>Defendants. | Case No.: 2:21-cv-02840-AB-AJR<br>*Honorable André Birotte Jr. Presiding*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO PERMIT SPECIFIC DEPOSITIONS TO OCCUR AFTER DISCOVERY CUTOFF AND TO EXTEND MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE** |

1

The Court, having received and considered the parties' Stipulation to Permit Specific Depositions to Occur After the Discovery Cutoff and Extend the Motion for Summary Judgment Briefing Schedule, and for good cause shown, hereby ORDERS that the current schedule for this phase of discovery, (Dkt. 427), is modified as follows:

1. The depositions of Daddy Yankee and Finell are permitted to occur after the March 28, 2025 discovery deadline, but by or before May 2, 2025; and

2. The existing summary judgment briefing deadlines are hereby extended as follows: (A) Defendants shall file any motions for summary judgment on or before May 23, 2025; (B) Plaintiffs shall file their oppositions and cross motions on or before July 3, 2024; (C) Defendants shall file their replies and their oppositions to any cross-motions on or before August 1, 2025; and (D) Plaintiffs shall file their replies to any cross-motion(s) on or before August 29, 2025.

IT IS SO ORDERED.

Dated: March 18, 2025

_____
Hon. André Birotte Jr.
United States District Judge