**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, et al., <br><br> Plaintiff, <br><br> v. <br><br> RODNEY SEBASTIAN CLARK, et al., <br><br> Defendants. | Case No.: 2:21-cv-02840-AB-AJR <br> <u>Hon. André Birotte Jr. Presiding</u> <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO PERMIT SPECIFIC DEPOSITION TO OCCUR AFTER DISCOVERY CUTOFF |

    Having considered the parties' Joint Stipulation to Permit Specific Deposition to Occur After Discovery Cutoff, and for good cause shown, the Court hereby GRANTS the stipulation and ORDERS that DJ Nelson's deposition shall be permitted to occur after the discovery cutoff and by or before April 11, 2025.

    <u>SO ORDERED</u>.

Dated: March 21, 2025        By: _____
                                                   Hon. André Birotte Jr.
                                                   United States District Judge