# MSJ, Akley Decl. Ex. 13

**Page 1**

Kenneth Bilby's 2005 Interview With Cleveland

Browne and Wycliffe Johnson

Browne, et al. v. Donalds, et al.

Case No. 2:21-cv-02840

October 15, 2024

Page 111

feeling to swing ourselves a particular way or to groove ourselves.  And we wanted a riddim track that was modern, not really the old.  What do you call it?  We're talking about Pocomania.

CLEVELAND BROWNE:  Mentor.

WYCLIFFE JOHNSON:  Mentor.  Not that flavor, but something of that sort of spirit that will keep us mental dancing.  And we worked very hard on this beat.  I said, Clevie, let us play the drum this way.  Let us do it.  Clevie said, yes, let us try it this way.  I mean, we collaborate together and create this thing.  But when we discover it that day, we jump and say, whoa, this is it.  Because we knew then that, yes, we have found it and we make it.

But after that came out and the world started to follow that trend now in the new music and that riddim and keep on going on, there were points that our brain was always a brain that always going forward, always creating things. And then we said to ourselves, okay, this riddim form is just a mother but it need a father to move it further on, a new beat in the same mood. That's how we came up with the riddim we call the Giggy.  It is now the father of dancehall.

Page 112

CLEVELAND BROWNE:  Understand the (indiscernible) --

WYCLIFFE JOHNSON:  G-I-G-G-Y.  G-I-G-G-Y.  That's the name of the new beat.  Then all the kids followed from the DFK to come out, they took that style.

KENNETH BILBY:  What was the first one done on --

WYCLIFFE JOHNSON:  "Mama".

CLEVELAND BROWNE:  Baby Wayne.

WYCLIFFE JOHNSON:  Baby Wayne.

KENNETH BILBY:  Baby Wayne?

WYCLIFFE JOHNSON:  "Mama".  It went number one.

KENNETH BILBY:  In what year?

WYCLIFFE JOHNSON:  '89.

CLEVELAND BROWNE:  '89.

WYCLIFFE JOHNSON:  '89.  And then we went and did it again over for Shabba Ranks for Sony Record.  "Ting-A-Ling", "Ting-A-Ling a ling, dancehall it swing, DJ (indiscernible) when him hear a boom riddim."  Yeah.  Yeah.  So it was over with Shabba as well.  But it's a music form.  It's not actually a song, it's a music form, like, oh, Punaany is a music form.  The beat is a

Page 113

music form and then the Giggy is another music form again.  So that's where it is.  So those two were the masterpiece of the beginning of everything.  The Punaany first, then came the Giggy.

CLEVELAND BROWNE:  There are many other beats now that we have created even before Punaany through.  The now, Reggaeton for instance, what is called Reggaeton is a beat that we had created way back in the '80s as well --

WYCLIFFE JOHNSON:  Yeah, what --

CLEVELAND BROWNE:  -- which instead of the (indiscernible), you know, you have the marching bass drum, you know.  You know, start a beat.

WYCLIFFE JOHNSON:  It was (indiscernible) --

CLEVELAND BROWNE:  It is like (indiscernible) yeah.

KENNETH BILBY:  Tell me -- tell me --

WYCLIFFE JOHNSON:  (Indiscernible) Punaany was created, yes.

KENNETH BILBY:  I want to ask Clevie about this as a drummer, how you thought -- is this a beat that you were familiar with at all, I

Page 114

mean, or not familiar with, but does it have elements of things that you heard?

CLEVELAND BROWNE:  It did have elements of things that I heard in church.

WYCLIFFE JOHNSON:  I came -- I came -- I came up with it with.  I came up with it.

KENNETH BILBY:  With what?

WYCLIFFE JOHNSON:  That beat.

KENNETH BILBY:  The beat?

WYCLIFFE JOHNSON:  Yes.

CLEVELAND BROWNE:  A coincidence really, because Steely was --

WYCLIFFE JOHNSON:  So what happened, what happened, I was at home.  They would have this ritual thing that keep like we call Pocomania.  They have this thing they keep every now, this ritual thing.  It's about three weeks they keep on this, this festival, keep playing, playing, playing all night long, all day.  But I live like near the church that it was taking place.  So this thing keep on all night.  So I went to Clevie and I said, Clevie, that church next door playing this something.  I can't sleep at nighttime, just getting me crazy.  I start to get angry.  Then I don't know what happened.  A

Page 115

voice said to me, say, listen what they're playing.  And I started listening.  I said what is on that music.

So I run to Clevie and said, Clevie, let us try to create a new thing, a Poco beat. So I went to Clevie.  Well, Clevie is a man now. You tell him something and then he work it out and figure it out.  Clevie that type of man.  I wake up with the idea, but Clevie is a man who put it together.

CLEVELAND BROWNE:  Let me interject a bit, though.  During my high school years, I made a musician called Stephen Stewart.  He tours with Toots and the Maytals.  He worked with, what's his name, Burning Spear.  And so he was a musical director.

KENNETH BILBY:  What instrument?

CLEVELAND BROWNE:  Stephen Stewart.  He plays keyboards.  Now he runs Harry J's studio now.  He's the person running that studio.  His mother was the minister in charge at -- she's the (indiscernible) of St. Andrew and she was a preacher at a Pentecostal church.  While at high school with him, he invited me to come to the church and I played drums there occasionally.

Page 116

And that was the beat that most of the songs -- it was a Pentecostal church.  That was the beat and the tambourines and all that.  And when Steely mentioned it to me, I said, I know the beat.

KENNETH BILBY:  You played traps at that church?

CLEVELAND BROWNE:  I played there.  I played traps there occasionally.  It's at Windward Road, 111 Windward Road.  And I knew exactly what he was talking about because I used to play the same beat, you know, so that --

WYCLIFFE JOHNSON:  But the beat is a beat, but it wasn't identical as what we were hearing.  We have to create.

KENNETH BILBY:  Of course.  You have to put all kinds of things into it.

WYCLIFFE JOHNSON:  And make it a way, and actually get in a drum machine as well to sound human.  You know, human.  Like human.  It was a hard thing to do, but Clevie is a master of the drum machine program.  Hey, Clevie (indiscernible) play like a human.  I can't explain.

CLEVELAND BROWNE:  I mean, I suppose

Page 117

any drummer, if you really go for it, I mean, analyze what it is you played or what you would play --

KENNETH BILBY:  It's because he's an actual drummer, a body drummer.

CLEVELAND BROWNE:  Yeah.

WYCLIFFE JOHNSON:  Yeah.  We know that.

CLEVELAND BROWNE:  I mean, down to the point of when there's a roll, you can stop the hi-hats or whatever, you know, you decide if you want it to sound human.  I mean, we have programs where we actually shifted the tempo of the drum machine a bit to sound even a bit --

WYCLIFFE JOHNSON:  Like "No, No, No," (indiscernible) --

CLEVELAND BROWNE:  Not too perfect.

WYCLIFFE JOHNSON:  Like a lie.  And when the drummer start to roll, the hi-hat will stop playing.  So stop the hi-hat, starts to play back.

KENNETH BILBY:  But, you know, this idea and its execution is both, I think, brilliant because it -- not only, you know, is it a creative, artistic gesture, but it also is something that people in Jamaica are going to

Page 118

listen to and feel --

CLEVELAND BROWNE:  Yeah.  Yeah.

WYCLIFFE JOHNSON:  Yes.

KENNETH BILBY:  -- because you find these kinds of churches all over the country.

CLEVELAND BROWNE:  Exactly.

KENNETH BILBY:  So even if people don't go to it necessarily every day, they grow up hearing it.

WYCLIFFE JOHNSON:  Yes.  It's going to be inside.

KENNETH BILBY:  Going to be inside. And they don't even have to think about it as church.  They just feel it.

WYCLIFFE JOHNSON:  Just feel it.

CLEVELAND BROWNE:  I think I really believe --

KENNETH BILBY:  And it became hugely popular.

CLEVELAND BROWNE:  You know, I believe that beat probably came with the slaves.  Maybe. It sounds that way.

WYCLIFFE JOHNSON:  More like Poco.

CLEVELAND BROWNE:  Yeah, and it's like in your soul.  That beat is in your soul.