# MSJ, Bennett Decl. Ex. 1

Joe Bennett Music Services

# Expert witness musicologist report

Cleveland Constantine Browne, et al v. Rodney Sebastian Clark, et al
Case 2:21-cv-02840-AB-AJR

January 10, 2025

## I. Introduction

I am Dr Joe Bennett, an expert in musicology and forensic musicology with 17 years' experience in analyzing and evaluating musical works, including for potential copyright infringement. My qualifications and experience, including the matters in which I have provided testimony, are more fully described at Appendix A.

This report has been prepared for the purpose of providing an expert opinion, in the matter of Cleveland Constantine Browne, et al v. Rodney Sebastian Clark, et al (the "Action"), concerning whether the elements in Plaintiffs' claimed works that Plaintiffs claim have been infringed by Defendants are original. I understand that whether such elements are original or protectable are the sole issues in the current phase of the Action, and this report and opinion is directed solely to those issues. I may, if this Action proceeds beyond this current phase, provide an additional report and analyses concerning other issues (such as matters that pertain to substantial similarity) in a subsequent phase.

As more thoroughly discussed herein, my analysis is based on a detailed review of the relevant musical elements in the works in question (and transcriptions of the same, including those provided by Plaintiffs), and a comparison of such elements to musical works that existed before the creation of Plaintiffs' claimed works, utilizing established methodologies recognized in the field of forensic musicology.

## II. Statement of compensation

I am compensated in this matter at a rate of $400 (USD) per hour, except that my time for testifying in depositions or at trial, should that be necessary, will be billed at the hourly rate of $475 (USD) per hour.

## III. Summary of Instruction

I am instructed to analyze the following works (the "CLAIMED WORKS" or "CWs"):

1. "Fish Market" (1989), as recorded by Steely & Clevie, and available on Spotify at https://joebennett.work/FISH89 (deposit copy audio from USCO available at https://joebennett.work/FISH89deposit);

2. "Dem Bow" (1990), as recorded by Shabba Ranks, and available on Spotify at https://joebennett.work/DEM90; and
3. "Pounder Dub Mix II" (1990), as recorded by Sleepy Wonder and Bobo General, and available at https://joebennett.work/POUNDER90 (YouTube).

Particularly, I have been asked to analyze the rhythmic patterns in the CWs (FISH89, DEM90, and POUNDER90) which patterns Plaintiffs claim are unique and original to Plaintiffs (and which Plaintiffs sometimes call the "Fish Market Elements"[1]); to identify and analyze any elements in such rhythmic patterns that existed in other works before 1989 (i.e., in "Prior Art"); and to assess whether any of those so-called "Fish Market Elements" can be considered original or whether they are basic musical building blocks that are available for all songwriters to use.

## IV. Summary of Conclusions

A. The so-called "dembow rhythm" is simply a habanera rhythm, played on kick and snare. This is evidenced in independent sources, including academic articles and music journalism.

B. The habanera rhythm is commonplace in music, including music predating FISH89.

C. The compositional core of FISH89's drum part is a commonplace 1-bar habanera rhythm and/or a commonplace Surf Beat rhythm, depending on how one perceives the snare drum part.

D. Plaintiffs' other CWs also use the commonplace and not original[2] habanera and/or Surf Beat rhythm in the same way as FISH89.

E. Many works before 1989 have used kick/snare habanera and Surf Beat rhythms.

F. In my opinion, FISH89's drum pattern contains no unique or original elements, but is based on a number of rhythmic building blocks that are common to many works that pre-date it.

## V. Methodology

To perform the analysis requested in my instruction (above), I undertook a technical analysis of each of the elements of the CWs that Plaintiffs claim to be original and protectable and infringed by Defendants to identify, for each such element, whether such element (alone or together with any other such element) is generic, commonplace, and/or exists in earlier music (including by conducting an extensive "Prior Art" search). This report discusses several "Prior Art" musical works that include the same elements that Plaintiffs claim are unique and original to the CWs. Such discussion, however, is non-exhaustive, as I have also attached, as Appendix C, a database I have compiled of more

[1] In the Complaint, Plaintiffs confine most of their commentary to FISH89, and provide no detailed analysis or transcriptions specific to DEM90 or POUNDER90. I also am not aware that Plaintiffs allege to own or allege any infringement of anything unique or original in DEM90 or POUNDER90 that is different from any of the so-called "Fish Market Elements" (although, to be clear, not all "Fish Market Elements" may be present in DEM90 or POUNDER90). Therefore, of the CWs, my own analysis focuses on FISH89 and the so-called "Fish Market Elements."

[2] I am aware that the term "original" can be a legal term of art. I do not use it as such in this report. Rather, when I state that an element or elements are not original, what I mean is that the element or elements (or combinations thereof) did not originate with Plaintiffs, and existed in earlier musical works before 1989.

than 60 recordings predating the earliest of the CWs (i.e. FISH89) that feature rhythmic elements that are identical or substantially similar to the elements Plaintiffs claim are unique and original to the CWs and that Plaintiffs claim have been infringed by Defendants, which database includes links to those recordings.

I reviewed the operative complaint in this action[3], focusing on its transcriptions and commentary relating to the aspects and elements of the CWs that Plaintiffs claim to own and claim have been infringed by Defendants. I also reviewed discovery requests in this Action in which Plaintiffs have further described the elements of the CWs that they claim are original and protectable and infringed by Defendants' works, which Plaintiffs call the "Fish Market Elements."[4] I have also examined Plaintiffs' claimed transcriptions and musical descriptions of those rhythmic aspects and elements for accuracy, including whether any transcriptions purport to show elements in any CW that are not actually present in such CW. Any inaccuracies in the Complaint's transcriptions and text are noted in this report, including in Appendix B.

All rhythmic parts were transcribed using a combination of computer-assisted methods and traditional pen-and-paper transcription skills, then typeset in music notation software.[5]

For the purposes of my analysis I have organized the rhythmic elements of the CWs that Plaintiffs claim are original, protectable, and infringed into three categories:

- **Core Rhythmic Patterns (CRPs)**
  A simple rhythmic pattern lasting for two beats, repeating throughout. In the CWs, and in most of the works in this report, these are played on kick and snare.
- **Timekeeping beats (TK)**
  Rhythmic elements that track the time signature of the song, playing the same thing on every beat, repeating throughout.[6]
- **Auxiliary patterns (AUX)**
  Supplementary patterns lasting for 1 or 2 bars, played on high frequency instruments and featuring 16th-notes and 8th-notes.[7]

I used stem demixing software (Logic Pro, iZotope RX10, and Spectralayers 11) to isolate the drum parts and other rhythmic parts of the CWs in the mix, for ease of transcription, and to enable me to play the audio back at different tempos for detailed analysis. Audio examples are linked from this report.

---

3 Browne v Donalds Second Consolidated Amended Complaint; pdf at https://joebennett.work/FISH89COMPLAINT2
4 Plaintiffs' Requests For Admission dated August 6, 2024 (pdf link).
5 Some transcriptions and research was prepared or conducted by my team under my supervision and review.
6 Occasionally TK beats are even simpler, for example a single kick drum playing only on beats 1 and 3.
7 David Levine, "On The Technical Side: The Auxiliary Percussionist: What To Play and Where To Play It," *Percussive Notes: Official Publication of the Percussive Arts Society* 16, no. 3 (1978), http://joebennett.work/levine1978.

## VI. Glossary / music theory for non-musicians

- **Beat**: a single pulse of the music, as we might tap our foot along to the track. Also known as a "quarter note".
- **Bar**: a group of beats. All of the music referenced in this report is in 4/4 time (the most common time signature) so the term "bar" refers to a section of music lasting for four beats.
- **8th note**: half a beat. For every beat, there are two 8th notes.
- **16th note**: quarter of a beat. For every beat, there are four 16th notes.
- **Ghost note**: a quieter note, usually played on the snare drum.[8]

Most music is in 4/4 time (four beats per bar), and most popular music features drums in the accompaniment.

Rhythmic music in 4/4 time can be thought of as groups of sub-beats, where each of the four main beats ("quarter notes") can be further subcategorized into four sub-beats ("16th notes").

Video explanation: JB VIDEO 01 Beats intro.mp4
Video file: https://joebennett.work/01beatsV

**Fig. 1 – drum machine grid example**




In the grid above, we can see a kick drum (bottom) playing 4 beats to the bar (aka "four on the floor"); a hi-hat plays 16th notes. We can see that for every beat of the kick drum there is a group of four 16th notes.

I have provided the following short video, which explains these principles with reference to rhythmic elements discussed in this Report, and includes a demonstration of some of the commonplace kick/snare patterns that are used in FISH89 and in the Prior Art.

Video explanation: JB VIDEO 02a Drum machine and CRP.mp4
Video file: https://joebennett.work/02CRPdrumsV

[8] I am using the term "ghost note" in the sense that Plaintiffs use it in the Complaint – to mean a snare hit that is quieter than some other snare hits.

## VII. <u>Commonplace "Core Rhythmic Patterns"</u>

Afro-Cuban rhythmic accompaniments are based on combinations of stock patterns (which I refer to as Core Rhythmic Patterns, or CRPs), typically lasting for two beats[9], repeating throughout. Before introducing analyses that use these technical terms, I provide below a description of the CRPs (which are also known by some scholars as "stock rhythmic formulas"[10] and "generative rhythmic cells"[11 12 13]) that are relevant for present purposes.

Two of the most common CRPs in Afro-Cuban music are the habanera and the tresillo. In FISH89, in the other CWs, and in most of the music I address in this report, the key rhythm to understand is the habanera. It uses four hits, evenly spaced, apart from the 2nd one, which arrives one 16th-beat later. Habanera and tresillo patterns appear in a variety of music dating back to at least the 19th century, including folk, traditional dance music, rock, rockabilly, and (particularly) music of Afro-Cuban origin. Below I have reproduced a taxonomy of these CRPs, as summarized by ethnomusicologist Mario Rey[14], together with links to my own short demonstration videos. I shall refer to habanera and tresillo rhythms throughout this Report.

**Fig. 2: partial taxonomy of commonplace Latin rhythms**




- <u>Habanera video link</u> (Bennett): <u>https://joebennett.work/04habaneraV</u>
- <u>Tresillo video link</u> (Bennett): <u>https://joebennett.work/03tresilloV</u>

---

[9] There are also four-beat beat versions, as discussed by Mario Rey and other scholars cited in this report, but these do not appear in FISH89 or the other CWs, so I will constrain my explanation here to CRPs that last for two beats, which represent the majority that we hear in Afro-Cuban derived pop music of the late 20th and 21st century.

[10] Mario Rey, "The Rhythmic Component of 'Afrocubanismo' in the Art Music of Cuba," *Black Music Research Journal* 26, no. 2 (2006): 181–212.

[11] Fernando Ortiz, "Del Fenómeno Social de La Transculturación y de Su Importancia En Cuba," *Revista Bimestre Cubana* 46, no. 2 (1940): 1–6.

[12] Robin D. Moore, *Nationalizing Blackness: Afrocubanismo and Artistic Revolution in Havana, 1920-1940*, Pitt Latin American Series (Pittsburgh, Pa: University of Pittsburgh Press, 1997), 85.

[13] David Peñalosa and Peter Greenwood, *The Clave Matrix: Afro-Cuban Rhythm: Its Principles and African Origins*, First edition, Unlocking Clave, volume 1 (Redway, California: Bembe Books, 2009), 51.

[14] Rey, "The Rhythmic Component of 'Afrocubanismo' in the Art Music of Cuba," 191.

When musicians talk about the “Dembow beat” or “Dembow riddim,” it is simply a shorthand reference to (or another name for) a habanera rhythm, played on a kick and snare. Kick/snare habanera beats are common in popular music, including in many works created before 1989, as I shall show later.[15]

**Fig. 3 – basic habanera kick/snare**



When the “Dembow riddim” is discussed or analyzed in the media, or in academic scholarship, such writings in my experience never refer to any timbale or tambourine (aka AUX) parts of FISH89 or the other CWs. Rather, such discussions focus only on the habanera kick/snare pattern.[16] [17] In other words, the term “dembow riddim” is simply a modern colloquialism for a kick/snare habanera pattern that long pre-existed, and was employed as well in FISH89 and the other CWs.

---

[15] These introductory descriptions include traditional music notation, and a grid-based drum machine screenshot, to assist readers who do not read music. The aim is to demonstrate the simplicity (and, later in the report, common-ness) of these CRPs.

[16] Wayne Marshall, “Dem Bow, Dembow, Dembo: Translation and Transnation in Reggaeton,” *Lied Und Populäre Kultur/Song and Popular Culture*, 2008, 131–51.

[17] Marshall writes: “it is also worth noting […] that reggae and Jamaican popular music in general bear no small traces of Latin Caribbean musical styles, such that the basic ostinato in dancehall reggae could be heard as a habanera rhythm.” He also notes that Dembow features “the standard dancehall beat pattern” (referring to the habanera).

**Fig. 4 – Surf Beat**

If an additional snare hit is added one 8th note after the downbeat, the basic habanera pattern becomes a 1960s-style "Surf Beat", as shown here:



If that additional snare in a Surf Beat is played quietly (as a "ghost note") it is notated within parentheses, thus:



As I shall demonstrate, these kick/snare CRPs (basic habanera, and Surf Beat) are commonplace in music generally, and were in common usage for many years before 1989.

## VIII. The "Fish Market Elements"

The Plaintiffs claim that various defendants have copied certain rhythmic elements from FISH89 across multiple infringing works. Based on my review of Plaintiffs' complaint, I note that Plaintiffs are claiming *only* their alleged ownership of rhythmic elements; they do not allude to melody, chords, or lyrics, or claim that any such elements have been infringed by any Defendant. This Report, then, deals exclusively with rhythmic elements (drum, drum machine, percussion, and so-called "bass" parts), because the Complaint does not allege similarity of any non-rhythmic elements.[18]

Plaintiffs describe the allegedly original "Fish Market Elements" (FMEs) as follows[19]:

*i.* *A programmed kick playing on beats one to four;*
*ii.* *A snare with ghost notes on the third and eleventh sixteenth notes of each bar, complementing a snare on the fourth, seventh, twelfth, and fifteenth beats[20] of each bar;*
*iii.* *A hi-hat playing a one bar pattern together with the programmed kick on beats one to four;*
*iv.* *A tambourine playing through the entire bar with a combination of 8th and 16th notes;*
*v.* *A synthesized 'tom' playing on beats one and three;*
*vi.* *Timbales that play a roll at the end of every other bar and a combination of 16th notes over the pattern; and*
*vii.* *Synthesized Bb (b-flat) bass note on beats one and three of each bar, which follows the aforementioned synthesized 'tom' pattern.*

As I will document below, in my opinion, none of these elements, individually or collectively, represent original expression (or original composition). Instead, they are simply text descriptions of common rhythmic devices in Afro-Cuban music, and in pop music more generally. For example, the seemingly detailed snare placement described in point *ii* is in fact a description of one component of a commonplace habanera rhythm and/or a 1960s "Surf Beat" rhythm[21]. The tambourine and timbale (elements *iv* and *vi*) describe an "improvised" 2-bar pattern of 8ths and 16ths, which is the typical role of these instruments in Afro-Cuban ensembles. Playing on "beats one to four" (elements *i* and *iii*) and/or "beats one and three" (elements *v* and *vii*) are among the most common rhythmic gestures in all music.

I shall now parse all seven of these elements in more detail, categorizing each as a commonplace CRP (Core Rhythmic Pattern), TK (Timekeeping), or AUX (auxiliary) element, and providing well-known examples of their use before 1989.

---

[18] The Complaint does not accurately identify the specific musical elements of the CWs that Plaintiffs allege appear in Defendants' works. It does not even transcribe all of the CWs, making it impossible to see in sufficient detail which musical elements Plaintiffs are claiming are copied in the later works. Plaintiffs' vague, unclear, and sweeping generalizations make accurate methodological testing very difficult; for example, Plaintiffs never identify (through timestamps or otherwise) which part of FISH89's runtime is alleged to have been copied. Also, Plaintiffs' transcription of FISH89 is musically inaccurate, as I shall show later in this Report.

[19] These "Fish Market Elements" are set forth in this form in Plaintiffs' Requests For Admission dated August 6, 2024 (pdf link), but are described as well in longer prose form in paragraph 648 of their complaint (pdf link).

[20] I infer here that Plaintiffs are using the term "beats" incorrectly to mean "notes" as in the previous part of this sentence. In music theory terms, there are only four actual beats in a bar of 4/4 time.

[21] *Daniel Glass - The Surf Beat (Drum Lesson)*, 2016, https://www.youtube.com/watch?v=64u4ETmKNNA.

i. *A programmed kick playing on beats one to four;*

**TK**
The '4-on-the-floor' kick drum is one of the most straightforward and common rhythms in all music. It appears in countless musical works, dating back centuries. It was particularly common in mainstream pop and dance music of the late 1970s and early 1980s.

**Fig. 5 – 4-on-the-floor kick drum beat**



Examples of musical works existing before FISH89 that use a kick drum playing on all four beats:

- I Wanna Funk With You Tonight (Giorgio Moroder, 1976) audio
- More Than A Woman (The Bee Gees, 1977) audio
- Supernature (Cerrone, 1977) audio
- Macho Man (Village People, 1978) audio
- Miss You (Rolling Stones, 1978) audio
- I Was Made For Loving You (Kiss, 1979) audio
- Night Fever (Bee Gees, 1979) audio
- Ladies Night (Kool & The Gang, 1979) audio
- Lady Bug – Disco Mix (Bumblebee Unlimited, 1979) audio
- Another One Bites The Dust (Queen, 1980) audio

Examples of musical works existing before FISH89 that use a programmed (i.e. drum machine) kick drum playing on all four beats:

- Rock Your Baby (George McCrae, 1974) audio
- Heart of Glass (Blondie, 1978) audio
- Sweet Dreams (Eurythmics, 1984) audio
- Mystery of Love (Mr. Fingers/Larry Heard, 1985) audio
- Blue Monday (New Order, 1987) audio
- Dance You Mutha (Mike Dunn, 1987) audio
- Promised Land (Joe Smooth, 1988) audio
- A Little Respect (Erasure, 1988) audio
- Sunglasses at Night (Corey Hart, 1988) audio

Examples of musical works existing before FISH89 that feature another percussion instrument[22] playing on all four beats:

- 1812 Overture (P. Tchaikovsky, 1880) audio (0:45) (timpani)
- Where Did Our Love Go (The Supremes, 1964) audio (hand claps)
- Can't Help Myself (The Four Tops, 1965) audio (snare)
- Drive My Car (The Beatles, 1965): audio (cowbell)
- Paint It, Black (Rolling Stones, 1966): audio (snare)
- Stone Free (Jimi Hendrix, 1967) audio (cowbell)
- Happy Together (The Turtles, 1967) audio (0:04) (snare)
- (Don't Fear) The Reaper (Blue Oyster Cult, 1976) audio (cowbell)
- Pigs (Three Different Ones) (Pink Floyd, 1977) audio (woodblock)
- September (Earth, Wind & Fire, 1978) audio (cowbell)
- Africa (TOTO, 1982) audio (cowbell)
- Nightrain (Guns N' Roses, 1987) audio (cowbell)
- Message In A Bottle (The Police, 1979) audio (snare intro)

[22] I have mentioned specific instrument choices (e.g. kick drum) here and elsewhere in this report because the Complaint makes a point of doing so.

ii. *A snare with ghost notes on the third and eleventh sixteenth notes of each bar, complementing a snare on the fourth, seventh, twelfth, and fifteenth beats of each bar;*

**CRP**
Apart from the reference to ghost notes (which are addressed below), this is simply a description of the snare's portion of a habanera pattern (which is completed when combined with the kick, i.e., "Fish Market Element" *i* above). A typical kick/snare habanera, played twice per bar, naturally features "the snare on the fourth, seventh, twelfth and fifteenth sixteenth beats of each bar." This very same pattern is built into the standard habanera rhythm. It was not originated by Plaintiffs.

**Fig. 6 – habanera kick/snare (x2)**



**Fig. 7 – habanera kick/snare (x2) drum machine grid**



(Notation and drum machine grid above show 2 x habanera, making a bar of 4/4 time)

Examples of musical works using this rhythmic element (one-bar habanera pattern) on kick and snare before FISH89 include:

- Excitable (Soca Mix) (Amazulu, 1986) <u>audio</u>
- Trees In Da Place (General Trees, 1986) <u>audio</u>
- Groove Master (Arrow, 1988) <u>audio</u>

**Fig. 8 – kick/snare habanera comparison**




In the notation above, I have used Groove Master (Arrow, 1988), as an illustrative example[23] from our extensive Prior Art list, demonstrating that the kick/snare habanera in FISH89 is identical to that found in earlier works.

As for the Plaintiffs' reference to so-called "ghost notes", that apparently refers to a quieter snare drum hit that appears on the off beats of beats 1 and 3 (the "third and eleventh" sixteenth notes of the bar as described in the FME list). If the so-called "ghost notes" are considered, this makes a commonplace "oom papa, oom pah" kick/snare pattern sometimes referred to as the "Surf Beat."[24] This simple kick-snare pattern is a basic musical building block that was commonplace in popular music many decades before FISH89 was released.

**Fig. 9 – Surf Beat "oom-papa, oom-pah" (x2)**



Examples of pre-FISH89 musical works using this pattern include:

- Cupid (Sam Cooke, 1961) audio (0:41)[25]
- Twist and Shout (The Beatles, 1963) audio (0:08)
- Pipeline (The Ventures, 1963) audio (0:14)
- Please Mister Postman (The Beatles, 1963) audio (0:08)
- Walk Don't Run (The Surfaris, 1963) audio (0:03)

---

[23] Groove Master transcribed from 0:15 in the YouTube version; note it is 0:00 in the Spotify version.
[24] *Daniel Glass - The Surf Beat (Drum Lesson).*
[25] In most cases the beat should be easily audible to the average listener. When it appears at a specific point in the track, I have provided a timestamp for convenience.

- Wipeout (The Surfaris, 1963) audio (0:53)
- Rock Lobster (The B-52's, 1979) audio (0:20)
- There's a Moon in the Sky (Called the Moon) (The B-52's, 1979) audio (1:43)
- Runnin' Around (The B-52's, 1980) audio (2:28)
- She Said (The Cramps, 1983) audio (1:58) (snare part played on tom-toms)

**Fig. 10 – Prior Art using Surf Beat kick/snare compared to FISH89**

In the transcriptions[26] below, I compare four of the above examples of Surf Beat CRP rhythms[27] to FISH89 to demonstrate that the CRPs in all are identical. These transcriptions of the respective works are of the kick/snare parts only (other drums omitted).




Thus, the snare pattern in FISH89 is simply a commonplace habanera beat (if read without the extra "ghost notes") or a commonplace Surf Beat (if read with "ghost notes").

[26] Transcription technical note: because all of these recordings are recorded at substantially different tempos from each other, for clarity of comparison I have transcribed them all here in 4/4 on a drum-for-drum basis, so that the drumming gesture is clearly articulated, regardless of whether it might be interpreted by a drummer as half- or double-time in a sight-reading situation. For example, Rock Lobster's subjective pulse is approximately 181.5BPM, compared to FISH89's 100.5, so the tempo is 'folded over' in transcription, meaning that it is transcribed with an interpretation of 90.75 BPM).

[27] The selected examples come from The B-52's and The Cramps i.e. 1980s artists who chose to bring back the Surf Beat in the 1970s-80s, I infer as a retro reference to the original Surf Beat 1960s recordings. Both of these artists were known for their references to 60s kitsch. I have chosen these 1970s/80s examples to demonstrate that Surf Beat was by no means an exclusively 1960s phenomenon.

Further, to the extent that the Plaintiffs' claim to originality stems from their claim that the "third and eleventh" sixteenth notes of the bar are "ghost notes," i.e., that their claim depends on the **volume** of the snare hits when played, that point still fails, as I explain below.[28] As used by the Plaintiffs, the term "ghost note" simply means a quieter snare drum hit. The term is defined in "The Drummer's Bible" as "[a]ny note that is played very lightly, usually on the snare drum. When written in musical notation, it is usually indicated by a parenthesis surrounding the note".[29]

**Fig. 11 – FISH89 habanera with "ghost" notes**




If we base our analysis of FISH89 on the "third and eleventh" notes being identified as "ghost notes", they are notated in parentheses, as shown above.

[28] It is unclear whether Plaintiffs are claiming that playing a note more quietly than the others represents a protectable compositional element. In the event that they are, I have included a full discussion of the technique and its use in Prior Art to demonstrate that this technique was in common use before 1989.

[29] Berry, Mick, and Jason Gianni. The Drummer's Bible: How to Play Every Drum Style from Afro-Cuban to Zydeco. Sharp Press, 2012. p. *vii* (Glossary)

**Fig. 12 – Prior Art using Surf Beat kick/snare with "ghost notes"**

Simply playing the "third and eleventh" snare hits more quietly than the others (what the Plaintiffs call "ghost notes") also has antecedents in Prior Art, and was commonplace in popular music before 1989.

In the comparative transcriptions below, I have shown two examples of live drummers playing quieter snares (what the Plaintiffs call "ghost notes") on the "third and eleventh" sixteenth notes of the bar (and have compared those transcriptions to the kick/snare in FISH89). Bracketed notes represent softer snare hits – that is to say, any snare that is played more quietly than the one that follows it.

Examples shown:

- FISH89 (for comparison)
- Mr Rebel (Eddie & The Showmen, 1963) YouTube (0:29)
- The Crusher (The Cramps, 1981) audio (0:02)




Put another way, the Complaint's superficially specific description of "*A snare with ghost notes on the third and eleventh sixteenth notes of each bar, complementing a snare on the fourth, seventh, twelfth, and fifteenth beats of each bar"* applies equally to these earlier examples as it does to FISH89, demonstrating clearly that this pattern (even including the quieter snare) was not original in 1989, and was not originated by Plaintiffs.

*iii. A hi-hat playing a one bar pattern together with the programmed kick on beats one to four;*

**TK**
The hi-hat is playing 4 beats to the bar – again, the simplest and perhaps the most commonplace musical rhythm possible.

**Fig. 13 – hi-hat 4 to the bar**



Examples of well-known songs using a hi-hat to play this pattern include:

- Down on the Corner (Creedence Clearwater Revival, 1969) audio
- Roxanne (The Police, 1978) audio
- London Calling (The Clash, 1979) audio
- Rock Lobster (The B-52's, 1979) audio
- Back In Black (AC/DC, 1980) audio (intro)

iv. *A tambourine playing through the entire bar with a combination of 8th and 16th notes;*

**AUX**
The tambourine is transcribed (inaccurately[30]) in the Complaint, but it is not a particularly remarkable tambourine part; most such upper-frequency instrumental parts in music, and particularly tambourine parts, are based on "a combination of 8th and 16th notes."[31]

In rhythmic music, tambourines almost always play 8ths and 16ths because the ergonomics of the instrument lend themselves naturally to these rhythmic values. When a drum machine is used to program a tambourine part (as I believe has occurred in FISH89) such parts would naturally emulate typical human-performed tambourine parts. The fact that 1980s drum machines all feature 16 buttons, corresponding to 16 beats to the bar, further increases the likelihood that *any* tambourine part on a contemporaneous drum machine would consist of "a combination of 8th and 16th notes."

Examples of well-known musical works using a tambourine based on 8th and 16th notes existing before FISH89:

- Day Tripper (The Beatles, 1965) audio 16ths with back beat on intro 0:08
- I'm A Believer (The Monkees, 1966) audio 16ths on chorus 0:29
- Dance To The Music (Sly and The Family Stone, 1968) audio 8ths and 16ths throughout
- I Think I Love You (The Partridge Family, 1970) audio 16ths on chorus 0:56
- Somebody Up There Likes Me (David Bowie, 1975) audio 16ths throughout
- The Chain (Fleetwood Mac, 1977) audio 16ths on chorus 0:55
- Another Brick In The Wall (Pink Floyd, 1979) audio 16ths on guitar solo 2:10
- Buffalo Stance (Neneh Cherry, 1989) audio 16ths on intro 0:20

Notably with respect to the tambourine part, Plaintiffs' Complaint seems to amalgamate different elements from different CWs, misrepresenting what is actually embodied in each. Moreover, Plaintiffs' ambiguity with respect to AUX element *iv* (as well as AUX element *vi*, discussed below) and in their Complaint (which refers to "percussion instruments," "free improvisation," "a unique combination of 16th beat notes," "a unique combination of 16th and 8th beat notes," and "substitute high-frequency percussion instrument[s],") suggest that it is not any specific AUX rhythmic pattern played by the tambourine (element *iv*) or timbale (element *vi*) that Plaintiffs consider protectable, but the *idea* of playing an AUX line over a habanera or Surf Beat.[32] But, in fact, tambourine, timbale and

---

[30] For a more thorough discussion of transcription inaccuracies in the Complaint, see Appendix B.

[31] I understand that this phase of this case is focused on whether and to what extent, if at all, Plaintiffs' CWs are original and protectable under copyright law. Only if there is a determination that Plaintiffs' CWs are, in some respect protectable and original, will the Court consider whether any of the Defendants' works wrongfully copy protectable elements of Plaintiffs' CWs. I do note, however, that of the 200 or so Defendants' works I have reviewed, *none* of them contain all of the "Fish Market Elements," nor do any contain identical AUX (i.e. tambourine and timbale) lines.

[32] In fact, nowhere in their Complaint or in their definition of the "Fish Market Elements" do Plaintiffs identify *which* sixteenth notes or beats are played on tambourine or timbale in FISH89 (or which such notes or beats are original to

other high-frequency percussion almost always take an AUX (and often improvised) role in Afro-Cuban music, playing 8th and 16th notes, as shown in the examples above and in my Prior Art examples analyzed later in this Report.

FISH89), in contrast to their descriptions of other elements which at least purport to identify on which beat the percussion instrument plays (e.g., tom playing on beats one and three). In other words, Plaintiffs are claiming they created an original rhythmic element, but do not even describe the rhythm of that element.

*v. A synthesized 'tom' playing on beats one and three;*

**TK**

Beats one and three are the strongest beats in most popular music; a rhythmic instrument playing on beats one and three is one of the most common choices for a bass or drum part. Incidentally, I do not agree with Plaintiffs' claim that FISH89 uses a synthesized 'tom' on 1 and 3; it sounds so deep that it should, in my opinion, be interpreted functionally as a synthesized kick drum. The fact that it plays such a simple 1 and 3 part is supportive of this view – that is to say, kick drums often play on beats 1 and 3.

**Fig. 14 – TK beats 1 & 3**



Examples of well-known musical works using a low synthesized "tom" (or synthesized kick) playing on beats one and three before FISH89:

- Jealous Guy (Roxy Music, 1981) audio (low-pitched synthesized tom / kick 1 and 3)
- Dress You Up (Madonna, 1984) audio (synthesized kick 1 and 3)
- The Safety Dance (Men Without Hats, 1982) audio (synthesized kick 1 and 3)
- West End Girls (Pet Shop Boys, 1986) audio (synthesized kick 1 and 3)

Examples of well-known musical works using a regular kick drum playing on beats one and three before FISH89:

- Back In Black (AC/DC, 1980) audio
- Billie Jean (Michael Jackson, 1982) audio
- Caribbean Queen (Billy Ocean, 1984) audio
- Livin' On A Prayer (Bon Jovi, 1986) audio

vi. *Timbales that play a roll at the end of every other bar and a combination of 16th notes over the pattern; and*

**AUX**
The first part of Plaintiffs' description of element *vi* is objectively untrue; there is no such roll at the end of every other bar of FISH89 (at least in the publicly available and deposit versions of FISH89 that I analyzed)[33]. With respect to the "combination of 16th notes" played by the timbales, aside from this description being so nonspecific as to be meaningless (e.g., Plaintiffs do not even articulate when the timbales supposedly play 16th notes), most timbale parts play a combination of 16th notes; this is entirely to be expected as it is commonplace and unoriginal.

Similarly to the tambourine, the timbale also lends itself naturally to improvised lines based on 8ths and 16ths. The famous timbale virtuoso Tito Puente (1923-2000) demonstrated some of his career-long techniques in this demo video, in which most of his improvisations are based on 16th notes.

Examples of musical works using a timbale based on 8th and 16th notes existing before FISH89:

- Mambo Italiano (Dean Martin, 1955) audio (side-stick timbale throughout)
- El Fantasma del Combo (Cachao, 1959) audio (8ths and 16ths timbale solo from 3:46)
- La Luz/Descarga (Cachao, 1959) video (timbale improv 16ths and 8ths solo)
- Oye Como Va (Tito Puente, 1962) audio (improv timbale 16ths throughout)
- Ran Kan Kan (Tito Puente, 1963) audio (8ths/16ths timbale improv throughout)
- In The Stone (Earth, Wind & Fire, 1979) video (timbale improv 16ths throughout)

[33] I am in receipt of some additional audio files provided by plaintiffs. Some of these, for example the supplied audio file STEELY&CLEVIE021105[…].mp3 (link to file) appear to contain a roll at the end of every bar (not every other bar, as plaintiffs assert) but such a roll is not audible in any publicly released version of FISH89. To my ears, it appears that these additional audio files provided by Plaintiff post-date 1989, but I have no way of ascertaining their provenance, nor the extent to which any subsequent composer may have been able to access them. Regardless, such rolls were not original or creative and had appeared in multiple works prior to 1989. One very famous example is the pressed snare drum roll on beat 4 (and 4&) in the intro of Paul Simon's 1975 classic *50 Ways To Leave Your Lover* (drum intro from 0:00), as played by Steve Gadd – audio.

*vii. Synthesized Bb (b-flat) bass note on beats one and three of each bar, which follows the aforementioned synthesized 'tom' pattern.*

**TK**
As I said above, beats one and three are the strongest beats in most popular music; a rhythmic instrument playing on beats one and three is one of the most commonplace and unremarkable choices possible for a bass or drum part. It is unclear whether this Bb "note" is actually played on a synthesizer or if it is simply the pitch of a bass drum selected on a drum machine.[34] Nevertheless, even if this so-called Bb "bass note" were played on a synthesizer or even a real bass instrument, the act of playing a bass note on beats one and three of each bar is not original and appears in countless musical works, including the following well-known (pre-1989) works:

- Canon in D (Johann Pachelbel, c.1706 – public domain) • Spotify
- Some Enchanted Evening (Perry Como, 1949) – verse • Spotify
- The Long and Winding Road (The Beatles, 1970) – verse • Spotify
- Sunshine On My Shoulders (John Denver, 1971) – verse • Spotify
- Don't It Make My Brown Eyes Blue (Crystal Gayle, 1977) – verse • Spotify
- I Don't Want To Know (Fleetwood Mac, 1977) – start of verses • Spotify
- Always On My Mind (Willie Nelson, 1982) – verse • Spotify
- Why Not Me (The Judds, 1984) – intro • Spotify

***

**Conclusion**. The so-called "Fish Market Elements" consist of commonplace TK and CRP elements, typical of Afro-Cuban music before 1989, and also of many other types of music from the 1980s and earlier. These elements, for the reasons discussed below, standing alone and in conjunction with the other commonplace and unoriginal elements identified by Plaintiffs, have appeared in multiple prior works and are commonplace.

In the next section, I shall demonstrate how the rhythmic elements (TKs, CRPs, and AUX lines) that Plaintiffs claim are original to the CWs were used in Caribbean and African music, and in other pop music, before 1989, both individually and in combination.

[34] While not related to this phase of this case, based on my abbreviated review of around 200 of the Defendants' works, none seem to involve the Bb pitch played in this way, and many of them do not contain a 1-3 tom-tom or synth sound of any sort.

## IX. Prior Art

Plaintiffs in their complaint and elsewhere appear to be claiming that each of the seven so-called "Fish Market Elements" described and analyzed above is original to Plaintiffs' CWs and used by Defendants. As conclusively demonstrated above, each of those elements is commonplace and exists in countless works that pre-date the CWs.

It is not clear that Plaintiffs are making a so-called "selection and arrangement" argument for copyright infringement, i.e., that one or more of the above elements is not, in fact, original or protectable, but that Plaintiffs combined the elements in a unique and original way such that the use of such unoriginal and unprotectable elements in combination is itself original and protectable (and that such exact original combination of unoriginal and unprotectable elements was used by one or more Defendants).

If Plaintiffs do clearly adopt such a position, putting to the side that, as I have been advised, the alleged infringing works would have to be "identical" or "virtually identical" to the CWs (which is not an issue in this phase of this case), the below analyzed Prior Art demonstrates that not only are the individual rhythmic elements claimed by Plaintiffs not unique or original, but also the combination of the rhythmic elements used in the CWs – a simple CRP that is a habanera or Surf Beat, played over basic timekeeping patterns lasting one or two beats, with AUX parts combining 8th and/or 16th notes played on high frequency percussion instruments – is also not unique or original, but that such combination exists in countless pre-1989 works.

In my research, I found hundreds of examples of Afro-Cuban and other music, dating back to the 19th century, that featured habaneras or Surf Beats as CRPs paired with TKs. In fact, many composers in the 1970s and 1980s used kick/snare patterns substantially identical to Plaintiffs' CRPs, in combination with timekeeping beats substantially identical to Plaintiffs' TKs, particularly in Jamaica and other Caribbean countries.

I have focused most of this Prior Art section on music from 1984 to 1988 (i.e. the five years that precede Plaintiffs' purported creation of the CWs). All of my examples predate FISH89, and most come from Jamaican Reggae, Soca[35] and Spanish Reggae. I have focused mainly on music of the Caribbean of the mid-1980s, in order to place FISH89 within the context of the many compositions that used this type of rhythmic backing track in the same time frame, making FISH89 unoriginal in its use of such rhythmic elements.

[35] Soca is a style of music that originated in the early 1970s in Trinidad and Tobago. The term was coined by Ras "Lord" Shorty (Garfield Blackman), and is often described as a portmanteau of "Soul" and "Calypso".

## Prior Art: Methodology

In each case I am focusing only on the rhythm parts – the parts that Plaintiffs allege contain their protectable expression.[36]

My transcriptions separate the parts into sections – AUX, CRP, and TK.

In the clickable audio "extracted drums clip" examples, I have digitally isolated the rhythm parts from the main mix, removing vocals and any other non-drumming parts that are not part of the rhythmic elements Plaintiffs claim to own. I also conform the rhythm parts from all Prior Art audio excerpts to the same tempo of 100.5BPM (the approximate tempo of FISH89) to make similarities and differences easier to hear.

The obvious audible similarities between FISH89 and earlier works I have identified serve to demonstrate clearly that the kick/snare parts that Plaintiffs claim to own were common CRPs in Caribbean music at the time FISH89 was created (and as previously discussed, TK parts are common in almost all popular music). So too were AUX parts employing a high frequency percussion instrument playing 8th or 16th patterns. The Prior Art demonstrates that what Plaintiffs describe as "an original drum pattern"[37] is in fact based on CRPs and other rhythmic elements that were known to and commonly employed by many music creators before 1989.

### Fig. 15 - key to music notation




[36] This includes the so-called "bass note" (Fish Market Elements, vii) that I consider to be equivalent to an electronic drum, playing on the 1 and 3, that happens to have a drum pitch of Bb. Analytically, I have treated it as a rhythmic element (as do the Plaintiffs), because that is its function in the overall FISH89 pattern.

[37] Complaint p. 33, para 180.

**Prior Art fig. 1 - Groove Master (Arrow, 1988)**

- Audio clip
- Extracted drums clip
- FISH89 extracted drums clip




- AUX: agogo bells, 16th pattern, disco-style hi-hat 8ths. The AUX instruments play "*through the entire bar with a combination of 8th and 16th notes*"[38] as in FISH89.
- CRP: commonplace kick/snare habanera.
- TK: cowbell off-beat 16ths

**Prior Art fig. 1a – CRP comparison**




- The basic habanera kick/snare CRP in GROOVE88 is identical to the one in FISH89.[39]
- In both works we hear a "*snare on the fourth, seventh, twelfth, and fifteenth*" 16th note positions in the bar. (FME *ii*).
- In both works we hear a "*kick playing on beats one to four"* (FME *i*).

---

[38] Ref FMEs *iv* and *vi* – i.e. style-typical use of 8ths and 16ths on AUX instruments. All of the Prior Art featured here fits this description in its AUX parts to some extent.

[39] So-called "ghost notes" are omitted for the purposes of this CRP comparison, although as I have demonstrated, there are other examples of Prior Art that do use quieter snare hits aka "ghost notes" in exactly the same way as FISH89.

**Prior Art fig. 2 – The Hammer (Andy Narell, 1987)**

- YouTube clip
- Audio clip
- Extracted drums clip
- FISH89 extracted drums clip




- AUX: triangle and conga, which play "*through the entire bar with a combination of 8th and 16th notes*" as in FISH89.
- CRP: commonplace kick/snare habanera.
- TK: hi-hat 8ths, closed/open.

**Prior Art fig. 2a – CRP comparison**




- The basic habanera kick/snare CRP in HAMMER87 is identical to the one in FISH89.
- In both works we hear a "*snare on the fourth, seventh, twelfth, and fifteenth*" 16th note positions in the bar. (FME *ii*).
- In both works we hear a "*kick playing on beats one to four"* (FME *i*).

**Prior Art fig. 3 – Trees In Da Place (General Trees, 1986)**

- YouTube clip
- Audio clip
- Extracted drums clip
- FISH89 extracted drums clip




- AUX: electronic tom-tom, doubling every other snare.
- CRP: commonplace kick/snare habanera.
- TK: cowbell, 4 to the bar, with disco hi-hat 8ths. The TK cowbell is identical to the hi-hat and kick drum in FISH89.

**Prior Art fig. 3a – CRP comparison**




- The basic habanera kick/snare CRP in TREES86 is identical to the one in FISH89.
- In both works we hear a "*snare on the fourth, seventh, twelfth, and fifteenth*" 16th note positions in the bar. (FME *ii*).
- In both works we hear a "*kick playing on beats one to four"* (FME *i*).

**Prior Art fig. 4 – Ragamuffin (Seventeen Plus, 1986)**

- YouTube clip
- Audio clip
- Extracted drums clip
- FISH89 extracted drums clip




- AUX: shaker and timbale, playing “*through the entire bar with a combination of 8th and 16th notes*” as in FISH89.
- CRP: commonplace kick/snare habanera.
- TK: Bell part (possibly timbale) plays 16th notes on the back beat.

**Prior Art fig. 4a – CRP comparison**




- The basic habanera kick/snare CRP in RAGAMUFFIN86 is identical to the one in FISH89.
- In both works we hear a “*snare on the fourth, seventh, twelfth, and fifteenth*” 16th note positions in the bar. (FME *ii*).
- In both works we hear a “*kick playing on beats one to four”* (FME *i*).

**Prior Art fig. 5 – Dub Reggae Soca (Mad Professor and Lee Perry, 1986)**

- YouTube clip
- Audio clip
- Extracted drums clip
- FISH89 extracted drums clip




- AUX: cabasa, conga, woodblock, electronic claps and toms playing "*through the entire bar with a combination of 8th and 16th notes*" as in FISH89.
- CRP: commonplace kick/snare habanera.
- TK: disco hi-hats.

**Prior Art fig. 5a – CRP comparison**




- The basic habanera kick/snare CRP in DUB86 is identical to the one in FISH89.
- In both works we hear a "*snare on the fourth, seventh, twelfth, and fifteenth*" 16th note positions in the bar. (FME *ii*).
- In both works we hear a "*kick playing on beats one to four"* (FME *i*).

**Prior Art fig. 6 – Excitable (Soca Mix) • Amazulu • 1986**

- YouTube clip
- Audio clip
- Extracted drums clip
- FISH89 extracted drums clip




- AUX: Crash cymbal, cabasa, open hi-hat.
- CRP: commonplace kick/snare habanera.
- TK: 1-beat pattern featuring cowbell.

**Prior Art fig. 6a – CRP comparison**




- The basic habanera kick/snare CRP in EXCITABLE86 is identical to the one in FISH89.
- In both works we hear a "*snare on the fourth, seventh, twelfth, and fifteenth*" 16th note positions in the bar. (FME *ii*).
- In both works we hear a "*kick playing on beats one to four"* (FME *i*).

**Prior Art fig. 7 – The Letter • Machel Montano • 1985**

- YouTube clip
- Audio clip
- Extracted drums clip
- FISH89 extracted drums clip




- AUX: hi-hats and conga, which play "*through the entire bar with a combination of 8th and 16th notes*" as in FISH89.
- CRP: commonplace kick/snare habanera.
- TK: none.

**Prior Art fig. 7a – CRP comparison**




- The basic habanera kick/snare CRP in LETTER85 is identical to the one in FISH89.
- In both works we hear a "*snare on the fourth, seventh, twelfth, and fifteenth*" 16th note positions in the bar. (FME *ii*).
- In both works we hear a "*kick playing on beats one to four"* (FME *i*).

**Prior Art fig. 8 – Hot, Hot, Hot / Soca Dub Mix (Arrow, 1984)**

- YouTube
- Audio clip
- Extracted drums clip
- FISH89 extracted drums clip




- AUX: Agogo bells and congas, which play "*through the entire bar with a combination of 8th and 16th notes*" as in FISH89.
- CRP: Kick/snare tresillo / habanera.
- TK: disco hi-hats.

**Prior Art fig. 8a – CRP comparison**




- The basic habanera kick/snare CRP in HOT84 is very similar to the one in FISH89 (with an additional snare on the 1 and 3 in HOT84, which is not present in FISH89).
- In both works we hear a "*kick playing on beats one to four"* (FME *i*).

**Prior Art fig. 9 – Paulina Mineure (Jeff Louna, 1982)**

- YouTube
- Audio clip
- Extracted drums clip
- FISH89 extracted drums clip




This example from 1982, composed by Congalese guitarist Jeff Louna, illustrates the African roots of Afro-Cuban CRPs, and demonstrates that kick/snare habaneras were in use by live drummers before the widespread use of drum machines.

- AUX: Hi-hat and congas, which play "*through the entire bar with a combination of 8th and 16th notes*" as in FISH89.
- CRP: Kick/snare tresillo / habanera.
- TK: none.

**Prior Art fig. 9a – CRP comparison**




- The basic habanera kick/snare CRP in PAULINA82 is identical to the one in FISH89.
- In both works we hear a "*snare on the fourth, seventh, twelfth, and fifteenth*" 16th note positions in the bar. (FME *ii*).
- In both works we hear a "*kick playing on beats one to four"* (FME *i*).

**Prior Art fig. 10 – Rock Lobster (The B-52's, 1979)**

- YouTube clip
- Audio clip
- Extracted drums clip[40]
- FISH89 extracted drums clip




- AUX: Crash cymbal, then hi-hat 16th (8th) notes, with accents.[41]
- CRP: Kick/snare Surf Beat
- TK: tambourine, 8th (quarter) notes

Rock Lobster uses TK and AUX beats with a Surf Beat CRP. I include this example for completeness, because it is unclear whether Plaintiffs are claiming that they originated the kick/snare habanera, or else that they originated the kick/snare Surf Beat. In either case, of course, there are examples of Prior Art that demonstrate that they did not.

[40] Drum extraction methodology was to import LOBSTER79's audio file at 90.75 BPM, extract the drums, and then raise its tempo in software to 100.5BPM for comparison to FISH89.

[41] Transcription technical note: as mentioned previously, I have transcribed LOBSTER79 here in double time at 90.75 BPM, to account for its high tempo (which I interpret as 181.5 BPM) compared to FISH89's 100.5, and to facilitate a drum-for-drum visual comparison. Therefore, we might describe the hi-hats in LOBSTER79 as 16th or 8th notes, depending on how we choose to count the pulse of the music. However transcribed, of course, the snare drum hits are the same contextually, when compared to FISH89.

**Prior Art fig. 10a – CRP comparison ("Surf Beat" interpretation)**




The kick/snare in LOBSTER79 is almost identical to FISH89 (in this two-bar excerpt, all 11 snare hits, and 8 of 9 kick drums hits).

- In both works we hear a snare"*…on the third and eleventh…"* and also on the *"…fourth, seventh, twelfth, and fifteenth…*" 16th note positions in the bar. (FME *ii*).
- In both works we hear a "*kick playing on beats one to four"* (FME *i*).

**Prior Art Summary and Conclusions.**

My Prior Art research demonstrates clearly that drum parts combining the following elements (whether played on drum machines or by human drummers using traditional percussion instruments) were common before 1989, particularly in the mid-1980s:

- A simple CRP of a habanera or Surf Beat for the kick/snare;
- Together with commonplace TK beats; and
- An AUX pattern combining 8th and 16th notes, on one or more high frequency instruments such as timbales, tambourines, congas, or agogo bells.[42]

All of the CWs, like Prior Art I have identified herein, use a CRP of a habanera, as was typical of mid-1980s Spanish Reggae, Soca, and Dancehall (or a Surf Beat, which was typical of 1960s Pop and Surf Rock). All of the CWs, like Prior Art I have identified herein, combine the habanera CRP (or Surf Beat) with basic timekeeping patterns lasting one or two beats each. All of the CWs, like Prior Art I have identified herein, use an AUX part combining 8th and/or 16th notes played on high frequency percussion instruments.

Thus, none of these individual rhythmic elements – which are the only elements in the CWs that Plaintiffs claim are original and unique to them and infringed by Defendants – are in fact unique or original. They exist in countless pre-1989 works. In my opinion, the reason for the similarity between this Prior Art and FISH89 is that they all use commonplace TK and CRP elements in a similar way, and the reason they sound similar is that they are all based on the commonplace kick/snare habanera CRP. In my opinion, when these drum parts are compared at the same tempo, they all sound and are substantially similar to FISH89 – and they all pre-date it.

If Plaintiffs are making or will attempt to take the position that one or more of the Fish Market Elements is individually unoriginal and unprotectable but that they are original and protectable in combination, the above-referenced Prior Art demonstrates otherwise. In truth: not only are the individual rhythmic elements claimed by Plaintiffs not unique or original, but also the combination of rhythmic elements used in the CWs – a simple CRP that is a habanera (or Surf Beat), played over basic timekeeping patterns, with an AUX part combining 8th and/or 16th notes played on high frequency percussion instruments – is also not unique or original, but exists in countless pre-1989 works.

[42] While the AUX lines I have analyzed in the Prior Art are not identical to one another, all combine 8th and 16th notes played over the habanera (or Surf Beat) CRP plus TK beat grid on one or more high frequency instruments such as timbales, tambourines, congas, or handclaps. Such AUX elements are the elements that Plaintiffs claim are unique and original to the CWs (as noted above, Plaintiffs have not identified or claimed a particular unique pattern of 8th or 16th high frequency instrument patterns played as an AUX in the CWs). Further, the AUX lines are not consistent in FISH89, with the (presumably improvised) timbale in particular varying throughout. In my opinion such AUX lines are not original compositional elements in themselves; rather, they are simply short patterns that are played – often improvised – over the TK and CRP parts. FISH89's AUX line of timbales and tambourines is style-typical for Afro-Cuban music, and no more original or remarkable than any of the other instrument choices made in the Prior Art.

## X. Conclusions

Having reviewed the CWs, and undertaken a detailed and exhaustive Prior Art search, my conclusions are as follows.

A. The so-called "dembow rhythm" is simply a shorthand reference to what is actually a commonplace and long-standing habanera rhythm, played on kick and snare.

B. Most of what Plaintiffs claim to be original in the drum part of FISH89 (the core rhythmic pattern (CRP)) is a commonplace habanera rhythm.

C. The Plaintiffs' reference to "ghost notes" in the CWs simply refers to quieter snare hits which, if considered to be part of the CRP, make a similarly commonplace "Surf Beat".

D. Plaintiffs' other CWs also use the commonplace and not original habanera rhythm and/or the Surf Beat rhythm, in the same way as FISH89.

E. Most of the other "Fish Market Elements" claimed by Plaintiffs are basic timekeeping (TK) beats that are hardly original, including as shown by the Prior Art.

F. The other, high frequency (AUX) elements vaguely claimed by Plaintiffs to consist of a "combination of 8th and 16th notes" without specifying the combination, are also commonplace and style-typical for pre-1989 Afro-Cuban music.

G. In sum, the CWs' drum pattern that Plaintiffs claim is original contains no unique or original elements, but rather is based on a number of rhythmic musical building blocks that are common to many works that pre-date it. None of Plaintiffs ' claimed rhythmic elements are original, either individually or in combination with each other.

Prof Joe Bennett PhD

# Appendix A
# Joe Bennett: Qualifications and Experience

Dr Joe Bennett (Berklee College of Music) has been analyzing and transcribing popular music for international publication since 1994. He has written more than 30 books, including transcription, teaching and reference works (published worldwide by Music Sales Group), and more than 300 articles for Total Guitar magazine and others, relating to classic songs, guitar techniques and songwriting. He is a writer member of PRS for Music and ASCAP, an academic member of the International Association for the Study of Popular Music (IASPM) and the American Musicological Society, and an associate of the Audio Engineering Society and the American Bar Association.

As an academic researcher, Dr. Bennett's primary area of expertise is the psychology of songwriting and similarity thresholds in popular songs; at Berklee he teaches forensic musicology analysis techniques. His PhD research (University of Surrey, UK) was entitled '*Constraint, Creativity, Copyright and Collaboration in Popular Songwriting Teams*' and it provided the world's first detailed systematic investigation into collaborative songwriters' creative processes. He has published widely, including peer-reviewed research about song analysis and music copyright infringement[43]. Dr. Bennett was awarded a National Teaching Fellowship (NTF) in 2004 by the UK Higher Education Academy in recognition of his contribution to the teaching and learning of popular music. He is a Fellow of the Higher Education Academy, a peer reviewer for Bloomsbury Publishing, Oxford University Press and IASPM, and a PhD examiner specializing in songwriting creativity.

As a forensic musicologist, Dr. Bennett's past clients include Universal Music Publishing, Warner/Chappell Music Publishing, APG, 88Rising, DLMDD, JWT, BBH, Loeb & Loeb LLP, Simpson & Marwick LLP, Edwards Wildman Palmer LLP, Swan Turton LLP, and Weber Shandwick, as well as many individual songwriters, publishers, record labels and corporate clients. Litigation experience includes Naxos v Salmon (Scottish courts, 2012 – written Report submitted, which was quoted by judge in the Decision), Hines v. W Chappell Music Corp (SDNY, 2021 – video testimony and Report submitted; preliminary Report quoted by judge), Third Side v Evenflo (Ohio, 2023) (advised client/parties settled) / Payne v Woods (Louisiana, 2023) (advised client/successful outcome). Academic presentations include Oxford University, Cambridge University, Berklee College of Music, NYU, and The Copyright Society. Media interviews include The New York Times, The Economist, Rolling Stone, Billboard, NPR, The LA Times, BBC TV, BBC radio, MTV, CNN, Discovery Channel, The Daily Telegraph, and The Guardian. Dr, Bennett currently co-presents the show "Midnight Musicology with Dr Beat" on BBC national radio.[44] He serves on the Copyright Society Music committee (2024-), and is listed on the UK Music Publishers' Association's Register of Expert Witness Musicologists and the American Musicological Society's database of forensic musicologists.[45]

---

[43] https://joebennett.net/publications/
[44] https://joebennett.net/5live
[45] https://www.amsmusicology.org/page/ForensicMusicology

Other than submitting a report in Hines v. Chappell Music Corp (as noted above), Dr. Bennett has not testified as an expert at trial or by deposition in during the previous four years.

## Publications Authored In Previous Ten Years

“We Can Work It Out: Forensic Musicology Methods.” In *Music Borrowing and Copyright Law*, edited by Chen Zhu and Enrico Bonadio. Hart/Bloomsbury, 2023.

Bennett, Joe and O’Connor, Sean. “Determining The Composition: case studies of contemporary songwriters’ creativity”. In *The Oxford Handbook of Music Law and Policy*. Edited by Sean M O’Connor. Oxford University Press. Forthcoming, 2021.

“What Makes Trap … Trap?” Joe Bennett. TIDAL magazine, June 8, 2020.

“Anatomy of the Hit: Billie Eilish’s “Bad Guy”.” Joe Bennett. TIDAL magazine, June 10, 2019.

“The Bloomsbury Handbook of Popular Music Education: Perspectives and Practices.” Forward by Joe Bennett. Bloomsbury, 2019.

“The Oxford Handbook of the Creative Process in Music.” Songwriting, Digital Audio Workstations, and the Internet: book chapter by Joe Bennett. Oxford University Press, 2018.

“The Routledge Companion to Popular Music Education.” Towards a Framework for Creativity in Popular Music Degrees: book chapter by Joe Bennett. Routledge, 2018.

“Wrongful Appropriation and Copyrightability in Music Copyright”. Joe Bennett and Wendy Gordon. Works-in-Progress Intellectual Property (WIPIP) Colloquium, Boston University School of Law, February 2017.

“I Hate These Blurred Lines: The Intrinsic Test In Music Copyright Disputes”. Joe Bennett and Wendy Gordon. The 11th Art of Record Production Conference, Aalborg University, Denmark, December 2016.

“Activating Diverse Musical Creativities: Teaching and Learning in Higher Education.” Creativities in Popular Songwriting Curricula: book chapter by Joe Bennett. Bloomsbury, 2015.

"Where is creativity? Locating intellectual property in collaborative songwriting and production processes." In International Association for the Study of Popular Music (IASPM) UK & Ireland, University College Cork, 12-14 Sept 2014.

“Who Writes the Songs? Creative Practice and Intellectual Property in Popular Music’s Digital Production Chain.” In Creativity, Circulation and Copyright: Sonic and Visual Media in the Digital Age, CRASSH Centre For Research In The Arts, Social Sciences And Humanities. Cambridge University 28-29 March 2014.

# Appendix B
# Transcriptions of Plaintiffs' Claimed Works

In any musicological analysis focused on originality and Prior Art (as well as focused on whether works are similar), it is methodologically essential to present accurate transcriptions of those works. Of the CWs, the Plaintiffs' Complaint only presents what is claimed to be a transcription of FISH89, omitting any transcription of DEM90 and POUNDER90. However, even that single transcription of what purports to be FISH89 is musically inaccurate. Therefore, to ensure that the Court has before it an accurate understanding of the musical content of the CWs, my transcriptions correctly notate the drum sounds we hear in each work.

Note: my corrections to Plaintiffs' incorrect transcriptions have no material bearing on my ultimate conclusions in this Report.

**Fig. 16 – FISH89 inaccurate transcription (from Complaint)**




The notation above, which is taken directly from the Plaintiffs' Complaint, is what the Plaintiffs' claim is a transcription of FISH89. No timestamp is provided in the Complaint,

so I have based my analysis on the clearest 2 bars in the mix [0:11]. Even if the Plaintiffs had chosen a different section to transcribe, this methodology is sound, because FISH89 is based on a 2-bar rhythmic loop, with almost identical CRP and TK drum hits throughout. The Plaintiffs' textual description of FISH89 (section 648 of the Complaint, p.219) could be applied equally to any 2-bar section.

My analysis is based on the commercial recording of FISH89, which I understand to be the same audio as is filed with the US Copyright Office. It can be found on Spotify at https://joebennett.work/FISH89, with the deposit copy audio downloadable at https://joebennett.work/FISH89deposit.

## Transcription corrections

### Fig. 17 - FISH89 transcription (Complaint version, with Plaintiff's timbale errors)

In Plaintiffs' transcription of FISH89, there is a clear mistake in the timbale 2 part, which I have highlighted below.




This 32-stroke timbale roll at the end of each bar, which I understand Plaintiffs have pointed to as supposedly being significant to their claim (FME point *vi*), does not appear to be audible in any commercially released version of FISH89. There *is* a 32-stroke *sextuplet*

roll, very low in the mix, in the "timbale 2" part from the Plaintiff-supplied audio file (joebennett.work/STEELYCLEVIE021100) but this audio file does not appear ever to have been available to the public, so it might not be considered a protectable part of the publicly-released version/s of FISH89 (and presumably it would be impossible for it to have influenced others, given its unreleased status). I have no information about the provenance of this audio file. To my ears, it does not sound as if it was recorded in 1989, but instead has the clean-ness and frequency characteristics of a much more recent recording.

**Fig. 18 – corrected FISH89 transcription (Bennett)**




Above is my transcription of FISH89, based on the USCO deposit copy version of FISH89 with the timbale roll error corrected, as well as minor corrections in the timbale 1, tambourine, and hi-hat parts. The tuned kick sounds a note of Bb (B-flat), so is transcribed with that single note.

**Fig. 19 – DEM90 transcription (Bennett)**




Shown above is my transcription of DEM90 (which is nowhere shown in Plaintiffs' Complaint). In this, and the other CWs, the kick drum plays a timekeeping role also, being a simple 4 to the bar part (commonly known as four on the floor, which is a commonplace rhythmic beat), but I include it as a CRP because it combines with the snare to make the commonplace and simple (and unoriginal) kick/snare habanera rhythm. My transcription is taken from 0:02, a point where there is no tuned kick drum. A tuned kick drum enters at 0:11, playing 1 to the bar; later, it plays on beats 1 and 3. Plaintiffs do not specify which timestamp of DEM90 they allege has been infringed.

**Fig. 20 – POUNDER90 Transcription (Bennett)**




In the notation above I have provided a transcription of POUNDER90 (based on the YouTube version available at https://joebennett.work/POUNDER90), which is much simpler than FISH89 and DEM90, consisting as it does of only a kick/snare CRP (either Surf Beat or Habanera, depending on 'ghost note' interpretation), some 2 and 4 TK parts, and an AUX part played entirely on timbales (such timbales being different from those in FISH89). I include here a "tom" part, which I consider to be functionally another kick drum. It plays beats 1 and 3 of the bar, which as we have seen is a commonplace simple part. The AUX parts in POUNDER90 are obviously different from those in FISH89; for example, POUNDER90 has no tambourine, has a different timbale part, and also uses rhythmic delay effects (which FISH89 does not).

# Appendix C
# Habanera & related rhythms pre-1989 (selected)

The spreadsheet above represents a sample of the Prior Art that features the same, or similar, CRPs to those found in FISH89 and the other CWs.

| Title | Date | Artist | Link | Timestamp | Excerpt | Type | Audio filename |
|---|---|---|---|---|---|---|---|
| La Paloma "The Dove" | 1863 | Sebastián Iradier | YouTube | 0:00 and throughout | 0:09 - 0:20 | Habanera | 1863PRIORART–La Paloma; Sebastián Iradier.aiff |
| L'amour est un oiseau rebelle | 1874 | Georges Bizet (from "Carmen" | YouTube | 0:00 and throughout | 0:03 - 0:25 | Habanera | 1874PRIORART–L'amour Est Un Oiseau Rebelle; Georges Bizet.aiff |
| Por una Cabeza | 1935 | Carlos Gardel | Spotify | 0:34 and throughout | 0:34-0:52 | Habanera | 1935PRIORART–Por una Cabeza; Carlos Gardel.aiff |
| Walk, Don't Run | 1960 | The Ventures | YouTube | 0:00 and throughout | 0:00-0:23 | 1960s Surf Beat | 1960PRIORART–Walk, Don't Run; The Ventures.aiff |
| Cupid | 1961 | Sam Cooke | YouTube | 00:39 | 0:39-0:55 | Surf Beat | 1961PRIORART–Cupid; Sam Cooke.aiff |
| Pipeline | 1962 | The Chantays | YouTube | 0:09 and throughout | 0:09-0:39 | Surf Beat | 1962PRIORART–Pipeline; The Chantays.aiff |
| Miserlou | 1962 | Dick Dale | YouTube | 0:00 and throughout | 0:05-0:25 | Surf Beat | 1962PRIORART–Miserlou; Dick Dale.aiff |
| Zou bisou bisou | 1963 | Gillian Hills | YouTube | 1:12 - 1:40 | 1:12 - 1:40 | Habanera | 1963PRIORART–Zou Bisou Bisou; Gillian Hills.aiff |
| Twist And Shout | 1963 | The Beatles (cover) | YouTube | 00:00 and throughout | 0:00-0:15 | Surf Beat | 1963PRIORART–Twist and Shout; The Beatles.aiff |
| Wipeout | 1963 | The Surfaris | YouTube | 00:49 | 0:49-1:08 | Surf Beat | 1963PRIORART–Wipeout; The Surfaris.aiff |
| Surf Rider | 1963 | The Lively Ones | YouTube | 0:14 and throughout | 0:14-0:42 | Surf Beat | 1963PRIORART–Surf Rider; The Lively Ones.aiff |
| Surfin' USA | 1963 | The Beach Boys | YouTube | 0:27 and throughout | 0:27-0:50 | Surf Beat | 1963PRIORART–Surfin' U.S.A.; The Beach Boys.aiff |
| Indrani | 1973 | Lord Shorty | YouTube | 0:10 and throughout | 0:10-0:25 | Habanera | 1973PRIORART–Indrani; Lord Shorty.aiff |
| Ka Nou Pé Fé | 1977 | Les Vikings de la Guadeloupe | YouTube | 0:14 and throughout | 0:14-0:44 | Habanera | 1977PRIORART-Ka Nou Pé Fé; Les Vikings de la Guadeloupe.aiff |
| Quest | 1977 | Lord Shorty | Spotify | 00:00 | 0:00 | Habanera | 1977PRIORART–Quest; Lord Shorty.aiff |
| Private Idaho | 1980 | The B-52's | YouTube | 0:32 - 0:38 | 0:32 - 0:38 | Surf Beat | 1980PRIORART–Private Idaho; The B-52's.aiff |
| Baptiste Music | 1980 | The Equitables | YouTube | 0:00 and throughout | 0:09-0:35 | Habanera | 1980PRIORART-Baptiste Music; The Equitables.aiff |
| I Saw The Lighthouse | 1981 | Revival Zion Pastor and Congregation | YouTube | 2:32 to end | 2:32-3:02 | Habanera | 1981PRIORART-I Saw The Lighthouse; Revival Zion Pastor and Congregation.aiff |
| Paulina Mineure | 1982 | Jeff Louna | YouTube | 0:02 and throughout | 0:02-0:31 | Habanera | 1982PRIORART-Paulina Mineure; Jeff Louna.aiff |
| Big Man Cry | 1983 | Hugo Moolenaar | YouTube | 0:00 and throughout | 0:12 - 0:34 | Habanera | 1983PRIORART–Big Man Cry; Hugo Moolenaar.aiff |
| Hot Hot Hot (Soca Dub Mix) | 1984 | Arrow | YouTube | 0:41 and throughout | 0:41-1:06 | Habanera | 1984PRIORART-Hot Hot Hot (Soca |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Dub Mix); Arrow.aiff |
| El D.E.N.I. | 1985 | Renato | YouTube | 0:19 and throughout | 0:19 - 0:34 | Habanera | 1985PRIORART–El D.E.N.I.; Renato.aiff |
| The Letter | 1985 | Machel Montano | YouTube | 0:00 and throughout | 0:00 - 0:15 | Habanera | 1985PRIORART–The Letter; Machel Montano.aiff |
| Tiney Winey | 1985 | Byron Lee and the Dragonaires | YouTube | 0:00 and throughout | 0:00 - 0:15 | Habanera | 1985PRIORART–Tiney Winey; Byron Lee and the Dragonaires.aiff |
| Dance - Medley | 1985 | Little John | YouTube | 00:04 and throughout | 0:04 - 0:20 | Habanera | 1985PRIORART–Dance - Medley; Little John.aiff |
| Trees In Da Place | 1986 | General Trees | Spotify • YouTube | 18:06 - 21:50 (Youtube) | 18:08 - 18:23 | Habanera | 1986PRIORART–Trees In De Place; General Trees.aiff |
| Excitable (Soca Mix) | 1986 | Amazulu | YouTube | 0:00 and throughout | 0:00 - 0:15 | Habanera | 1986PRIORART–Excitable (Soca Mix); Amazulu.aiff |
| Dub Reggae Soca | 1986 | Mad Professor & Lee Perry | YouTube | 0:00 and throughout | 0:00 - 0:15 | Habanera | 1986PRIORART–Dub Reggae Soca; Mad Professor & Lee Perry.aiff |
| Raggamuffin | 1986 | Seventeen Plus | YouTube | 0:00 and throughout (0:10) | 0:00 - 0:15 | Habanera | 1986PRIORART–Raggamuffin; Seventeen Plus.aiff |
| No To Drugs | 1986 | Chaka Demus | YouTube | 0:02 and throughout | 0:03 - 0:18 | Habanera | 1986PRIORART–No To Drugs; Chaka Demus.aiff |
| Ha Fi Ina It | 1987 | Admiral Bailey | YouTube | 0:01 and throughout | 0:01 - 0:20 | Habanera | 1987PRIORART–Ha Fi Ina It; Admiral Bailey.aiff |
| The Hammer | 1987 | Andy Narell | Spotify YouTube | 0:00 and throughout | 0:00-0:15 | Habanera | 1987PRIORART–The Hammer; Andy Narell.aiff |
| Bad Bad Chaka | 1987 | Chaka Demus | Spotify | 0:05 and throughout | 0:05-0:20 | Habanera | 1987PRIORART–Bad Bad Chaka; Chaka Demus.aiff |
| Come Pon Top | 1987 | Admiral Bailey | YouTube | 0:01 and throughout | 0:05 - 0:20 | Habanera | 1987PRIORART–Come Pon Top; Admiral Bailey.aiff |
| Turn On The Heat | 1987 | Eccleton Jarrett | Spotify | 0:03 and throughout | 0:03 - 0:19 | Habanera | 1987PRIORART–Turn On The Heat; Eccleton Jarrett.aiff |
| "I" | 1987 | Machel Montano | Spotify | 0:00 and throughout | | Habanera | 1987PRIORART–I; Machel Montano.aiff |
| Earthquake | 1987 | Machel Montano | YouTube | 0:00 and throughout (TRANSCR. TIMESTAMP) | 0:08 - 0:23 | Habanera | 1987PRIORART–Earthquake; Machel Montano.aiff |
| Babylon Boops | 1987 | Lovindeer | YouTube | 0:02 and throughout | 0:01 - 0:16 | Habanera | 1987PRIORART–Babylon Boops; Lovindeer.aiff |
| Winey Winey | 1987 | Admiral Bailey | YouTube | 0:01 and throughout | 0:00 - 0:20 | Habanera | 1987PRIORART–Winey Winey; Admiral Bailey.aiff |
| Laugh After Them | 1987 | Admiral Bailey | YouTube | 0:03 and throughout | 0:02 - 0:17 | Habanera | 1987PRIORART–Laugh After Them; Admiral Bailey.aiff |
| Kuchh Kuchh Baby | 1987 | Kanchan | YouTube | 0:00 and throughout | 0:25 - 0:40 | Habanera | 1987PRIORART–Kuchh Kuchh Baby; Kanchan.aiff |
| Man and Woman | 1987 | Admiral Bailey | YouTube | 0:12 and throughout | 0:00 - 0:25 | Habanera | 1987PRIORART–Man and Woman; Admiral Bailey.aiff |
| Rally Round The West Indies | 1987 | David Rudder | YouTube | 0:00 and throughout | 0:00 - 0:15 | Habanera | 1987PRIORART–Rally 'round the West Indies; David Rudder.aiff |
| School Days Soca | 1987 | Machel Montano | YouTube | 0:00 and throughout | 0:00 - 0:15 | Habanera | 1987PRIORART–School Days Soca; Machel Montano.aiff |
| Bem, Bem, Maria | 1987 | Gipsy Kings | YouTube | 0:05 and throughout | 0:05 - 0:20 | Habanera | 1987PRIORART–Bem, Bem, Maria; Gipsy Kings.aiff |
| I'm A Don | 1987 | Pinchers | YouTube | 0:00 and throughout | 0:00 - 0:21 | Habanera | 1987PRIORART–I'm A Don; Pinchers.aiff |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Agony | 1987 | Red Dragon | YouTube | 0:10 and periodically throughout | 0:10 - 0:25 | Habanera | 1987PRIORART– Agony; Red Dragon.aiff |
| Try Some Hustling | 1987 | Admiral Bailey | YouTube | 0:12 and periodically throughout | 0:46 - 1:11 | Habanera | 1987PRIORART– Try Some Hustling; Admiral Bailey.aiff |
| Big Belly Man | 1987 | Admiral Bailey | YouTube | 0:14 and throughout | 0:14 | Habanera | 1987PRIORART– Big Belly Man; Admiral Bailey.aiff |
| Djobi, Djoba | 1987 | Gipsy Kings | YouTube | 0:10 and throughout | 0:10 - 0:25 | Habanera | 1987PRIORART– Djobi, Djoba; Gipsy Kings.aiff |
| Groove Master | 1988 | Arrow | YouTube | 0:15 and throughout | 0:15 - 0:30 | Habanera | 1988PRIORART– Groove Master; Arrow.aiff |
| Me Name Chaka Demus | 1988 | Chaka Demus | YouTube | 19:20 (in full video) | | Habanera | 1988PRIORART– Me Name Chaka Demus; Chaka Demus.aiff |
| Get Up | 1988 | Chaka Demus | YouTube Spotify | 0:00 and throughout | 0:30 - 0:45 | Habanera | 1988PRIORART– Get Up; Chaka Demus.aiff |
| Gal Tek Your Time | 1988 | Chaka Demus | YouTube | 30:48 - 34:33 (Youtube) | 30:48 - | Habanera | 1988PRIORART– Gal Tek Your Time; Chaka Demus.aiff |
| Duck Dance | 1988 | Red Dragon | Spotify • YouTube | 0:06 and throughout | 0:04 - 0:19 | Habanera | 1988PRIORART– Duck Dance; Red Dragon.aiff |
| Massive On U Ready | 1988 | Flourgon | YouTube | 0:00 and throughout | 0:00 - 0:15 | Habanera | 1988PRIORART– Massive On U Ready; Flourgon.aiff |
| Big Brain Girl | 1988 | Red Dragon | YouTube | 0:24 and throughout | 0:22 - 0:37 | Habanera | 1988PRIORART– Big Brain Girl; Red Dragon.aiff |
| Count Out | 1988 | Flourgon | YouTube | 0:02 and throughout | 0:02 - 0:17 | Habanera | 1988PRIORART– Count Out; Flourgon.aiff |
| Rough Gilbert | 1988 | General Trees | YouTube | 0:03 and throughout | 0:03 - 0:18 | Habanera | 1988PRIORART– Rough Gilbert; General Trees.aiff |
| Agony Man | 1988 | Chaka Demus | YouTube | 0:00 and throughout | 0:00 - 0:15 | Habanera | 1988PRIORART– Agony Man; Chaka Demus.aiff |
| Best Dress | 1988 | Flourgon | YouTube | 0:00 and throughout | 0:01 - 0:16 | Habanera | 1988PRIORART– Best Dress; Flourgon.aiff |
| Baby en Carnaval | 1988 | Chicho Man | YouTube | 0:13 and throughout | 0:21 - 0:36 | Habanera | 1988PRIORART– Baby en Carnaval; Chicho Man.aiff |
| Nominee | 1988 | Tiger | YouTube | 0:10 and throughout | 0:10 - 0:25 | Habanera | 1988PRIORART– Nominee; Tiger.aiff |