**PRYOR CASHMAN LLP**
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
Shamar Toms-Anthony (State Bar No. 323246)
*stoms-anthony@pryorcashman.com*
1901 Avenue of the Stars, Ste. 900, Los Angeles, California 90067
Telephone: (310) 683-6900

Donald S. Zakarin (admitted *pro hac vice*)
*dzakarin@pryorcashman.com*
Frank P. Scibilia (admitted *pro hac vice*)
*fscibilia@pryorcashman.com*
7 Times Square, 40th Floor, New York, New York 10036
Telephone: (212) 421-4100

James G. Sammataro (State Bar No. 204882)
*jsammataro@pryorcashman.com*
255 Alhambra Circle, 8th Floor, Miami, Florida 33134
Telephone: (786) 582-3003
*Attorneys for the Pryor Cashman-Represented Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

CLEVELAND CONSTANTINE BROWNE, *ET AL.*,

Plaintiffs,

v.

RODNEY SEBASTIAN CLARK, an individual, *ET AL.*,

Defendants.

Case No.: 2:21-cv-02840-AB-AJR

**DECLARATION OF LAWRENCE FERRARA, PH.D., IN SUPPORT OF THE PRYOR CASHMAN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Date: September 26, 2025
Time: 10:00 am
Courtroom: 7B

**DECLARATION OF LAWRENCE FERRARA, Ph.D.**

I, Lawrence Ferrara, Ph.D., declare as follows under penalty of perjury:

1. I am over the age of 18. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a musicologist on the full-time faculty at New York University where my rank is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in NYU's Steinhardt School.

3. I have been an active music copyright consultant for record, music publishing, and motion picture companies, and artists and other individuals in the United States for more than 25 years, and I have given testimony at landmark trials such as on behalf of Andrew Lloyd Webber in *Repp v. Webber* (1998, The Phantom of the Opera), on behalf of Led Zeppelin in *Skidmore v. Led Zeppelin* (2016, "Stairway to Heaven"), and on behalf of Ed Sheeran in *Griffin v. Sheeran* (2023, "Thinking Out Loud") to name only three.

4. I was asked to provide an expert opinion in this matter concerning whether portions of Plaintiffs' Claimed Works (*i.e.*, "Fish Market," "Dem Bow," and "Pounder") that Plaintiffs claim to have been infringed by Defendants are, individually or in combination, original or whether they exist in prior art and/or are basic musical building blocks that are available for all songwriters to use.

5. Specifically, I was asked (1) to assess the transcription of the "Fish Market" rhythm parts on page 36 and elsewhere in Plaintiffs' Second Consolidated Amended Complaint, and (2) to analyze and report on the elements of those rhythm parts in prior art.

6. My methodology included creating and presenting comparative transcriptions of relevant portions of "Fish Market" and prior art, analyzing such transcriptions and filtering out expressions in "Fish Market" present in prior art, and assessing what, if anything, remains in the relevant portions of "Fish Market" after such filtration process.

7. Attached to this Declaration as **Exhibit 1** is a true and correct copy of my report, dated January 10, 2025 ("Ferrara Report"). The Ferrara Report sets forth my qualifications, musicological analysis of Plaintiffs' Claimed Works (*i.e.*, "Fish Market," "Dem Bow," and "Pounder"), and conclusions as to whether any of the so-called "Fish Market Elements" can be considered original or whether they are basic musical building blocks that are available for all songwriters to use.

8. I was also asked to review, analyze, and comment upon the Expert Report of Judith Finell, dated January 7, 2024 (together with its Exhibit A, which is another "Expert Report of Judith Finell" dated September 10, 2021), and the Expert Report of Peter Ashbourne-Firman, dated January 9, 2025.

9. Attached hereto as **Exhibit 2** is a true and correct copy of my rebuttal report, dated February 27, 2025 ("Ferrara Rebuttal Report").

10. The Ferrara Report and Ferrara Rebuttal Report are each made a part of and incorporated in this Declaration. I can and do testify to my statements, analysis, and conclusions in the Ferrara Report and Ferrara Rebuttal Report.

11. As set out in more detail in the Ferrara Report and Ferrara Rebuttal Report, by applying established and recognized musicological practices and analyses, I concluded that the most prominent and fundamental rhythm in "Fish Market" is a habanera rhythm pattern combined with a four-on-the-floor kick drum pattern. The habanera and four-on-the-floor are basic rhythmic building blocks in popular music. Even when expanded to include the two softer "ghost" notes in the snare drum, that drum rhythm was in use before "Fish Market."

12. As set forth in more detail in the Ferrara Rebuttal Report, both the Finell Report and Ashbourne-Firman Report, insofar as they are consistent with musicological analysis (and lacking any examination of prior art, I would submit the analyses in both reports are materially incomplete and therefore not useful) are confirmatory and supportive of my overarching opinion and related analysis and opinions in several ways,

including that the "core expression" or fundamental rhythm of "Fish Market" is a common rhythm that pre-existed "Fish Market."

[Remainder of this page intentionally left blank.]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2025

______________________________

Lawrence Ferrara, Ph.D.