# MSJ, Ferrara Decl. Ex. 1

**(BY) LAWRENCE FERRARA, Ph.D.**
**(FOR) LAWRENCE FERRARA, INC.**

**REPORT REGARDING**

***Browne et al v. Donalds et al***

## I. INTRODUCTION AND SUMMARY

1. I am a musicologist on the full-time faculty at New York University where my rank is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in NYU's Steinhardt School. I have written and co-written published books and peer-reviewed journal articles regarding music analysis, methodologies in music research, and other scholarly areas related to music. I am a long-standing member of two editorial boards of peer-reviewed journals in music respectively published by Indiana University Press and University of Illinois Press. I have been an active music copyright consultant for record, music publishing, and motion picture companies, and artists and other individuals in the United States and abroad for more than 25 years, and I have given testimony at landmark trials such as on behalf of Andrew Lloyd Webber in *Repp v. Webber* (1998, *The Phantom of the Opera*), on behalf of Led Zeppelin in *Skidmore v. Led Zeppelin* (2016, "Stairway to Heaven"), and on behalf of Ed Sheeran in *Griffin v. Sheeran* (2023, "Thinking Out Loud") to name only three. I have given invited lectures on music copyright at Harvard University Law School in each of the last fourteen years, at Columbia University Law School over a period of fifteen years, at other law schools, and for companies (such as Netflix and others) and organizations (such as the American College of Trial Lawyers, the Los Angeles Copyright Society, and others). I have also presented several peer-reviewed papers regarding music copyright at meetings of the American Musicological Society GNY. I have given many panel presentations for organizations such as the Copyright Society of the United States and others. My *curriculum vitae* is attached as **Appendix 1**.

2. I have completed musicological analyses in connection with the rhythmic elements of the composition "Fish Market", which were purportedly composed and

recorded in 1989 by Cleveland Constantine Brown (p/k/a Clevie) and Wycliffe Anthony Johnson (p/k/a Steely). Specifically, I have been asked (1) to assess the transcription of the "Fish Market" rhythm parts on page 36 and elsewhere in Plaintiffs' Second Consolidated Amended Complaint dated 04/21/2023 and (2) to analyze and report on the elements of those rhythm parts in prior art. (For purposes of this report, "prior art" refers to musical compositions that predate the 1989 creation of "Fish Market".)

## I(A) Summary of Findings

3. As explained and analyzed below, the most prominent and fundamental rhythm in "Fish Market" is a *habanera*[1] rhythm pattern combined with a "four-on-the-floor"[2] kick drum rhythm pattern. The habanera and four-on-the-floor rhythmic patterns are basic rhythmic building blocks in popular music.

4. The combined habanera kick and snare drum pattern in "Fish Market" can also be found in prior art, including works that were released in the years immediately preceding "Fish Market". This suggests that this rhythm was already in vogue at the time that Steely & Clevie created "Fish Market". This report identifies six prior art songs, by various international artists, that include a four-on-the-floor kick pattern and snare on beats 1a, 2&, 3a, and 4&[3]. This combined four-on-the-floor kick pattern and snare on beats 1a, 2&, 3a, and 4& pattern is identical to the combined habanera and four-on-the-floor rhythm pattern formed by the kick and accented snare in "Fish Market". As shown below, when kick and snare drum notes found in these prior art examples are filtered

---

[1] Habanera, discussed and exemplified below, is "A 19th-century Cuban song and dance form, its name derived from that of the country's capital city of Havana." *The Harvard Dictionary of Music, Fourth Edition,* 2003, p. 374. This rhythm is transcribed and analyzed later in this report.

[2] "Four-on-the-floor" is the generic rhythm of four quarter beat attacks on the kick (bass) drum in 4/4 meter. (In 4/4 meter, also known as "common time", there are four quarter note beats in each bar or measure.) Countless popular music songs in multiple genres have incorporated the four-on-the-floor musical building block rhythm since at least the 1950's.

[3] Each quarter note beat in a measure in 4/4 meter can be divided into 4 sixteenth note beats. For example, four sixteenth notes starting on beat 1 of a measure are consecutively identified as 1, 1e, 1&, 1a and starting on beat 2 are 2, 2e, 2&, 2a.

out in "Fish Market", only two softer notes on beats 1& and 3& in the snare drum, which Plaintiffs call "ghost" notes, remain. These isolated "ghost" notes are not significant because they are not central to the rhythm.

5. Furthermore, even if the two softer "ghost" notes on beats 1& and 3& in the snare drum part of "Fish Market" are considered, this report identifies two additional pre-1989 examples that have an identical four-on-the-floor kick drum pattern and snare drum on beats 1&, 1a, 2&, 3&, 3a, and 4&. One of these examples is from a 1960 hit song that has a rhythm typical of early rock and roll. The other example is contained in a 1985 book of basic rhythmic patterns for programming a drum machine.

6. The tom-tom and hi-hat rhythms primarily support this fundamental rhythm played by kick and accented snare in "Fish Market". As shown in my transcription on page 8 below, the tom-tom on beats 1 and 3 merely duplicate ("double") the kick drum on the same beats. Moreover, the first eight of a total of nine notes in the 2-bar hi-hat rhythm merely "double" the four-on-the-floor kick pattern, and the last (ninth) hi-hat note (in bar 2) doubles the accented snare. Thus, the tom-tom and hi-hat do not create any additional rhythm in "Fish Market". Rather, the tom-tom and hi-hat merely duplicate or "double" the same rhythm that is already present in the kick and snare. As discussed below, while Plaintiffs have reflected the tom-tom and hi-hat on separate staff lines, they simply double or duplicate the kick drum and snare rhythms.

7. As explained below, the timbales parts in "Fish Market" are improvised and are varied from bar to bar. In fact, in paragraph 180 of their Second Consolidated Amended Complaint, Plaintiffs contend that the timbales parts are improvised. As such, the improvised timbales are not part of the repeating pattern that comprises the fundamental rhythmic feel in "Fish Market". For example, at 2:15-2:20 of "Fish Market", while the timbales are completely absent, the rhythmic feel is not interrupted.

8. While the tambourine does play a repeated pattern in "Fish Market", the tambourine rhythm (1) is a simple 4-note pattern consisting of three sixteenth notes and a single sixteenth note separated by a rest and (2) is relatively low in volume in the

overall mix and does not contribute in any musically meaningful way to the rhythmic feel.

9. Therefore, on the basis of my research and analysis of the rhythm in "Fish Market" and of prior art, the fundamental rhythm in "Fish Market" consists of musical building blocks that were in common use long before 1989. Even when expanded to include the two softer "ghost" notes in the snare drum, that drum rhythm was in use before "Fish Market" and 1989.

## I(B) Materials Used

10. The following materials were used in this report:

(a) the audio of "Fish Market" deposited by Plaintiffs' counsel with the United States Copyright Office, attached as Track 1 on **Audio Exhibit 1** ("Deposit Copy");

(b) audios of prior art (with YouTube links);

(c) my transcriptions in musical notation of expression in "Fish Market" and prior art; and

(d) Plaintiffs' Second Consolidated Amended Complaint dated April 21, 2023.

## I(C) Overall Methodology

11. I completed the musicological analyses in this report by using the following overall methodology:

(a) create and present a transcription of the rhythmic elements and the synthesized bass ("synth bass") part in "Fish Market" based on the Deposit Copy using widely accepted drum notation practices;

(b) present a Drum Legend that identifies the assignments of each drum instrument on musical staff lines and spaces;

(c) transcribe the use of the fundamental rhythm in "Fish Market" in prior art;

(d) create a comparative transcription of the fundamental rhythm in "Fish Market" and the rhythm in each prior artwork;

(e) analyze the comparative transcriptions described in (d) above and filter out the expression in "Fish Market" that is present in prior art; and

(f) assess what, if anything, remains in the percussion and drum music in "Fish Market" after the filtration process described in (d) and (e) above is completed.

## I(D) Musical Compositions and Basic Terminology

12. A musical composition is comprised of certain distinct and identifiable elements that can be analyzed separately and in combination. When analyzing two compositions, some elements are more fundamental than others, namely: (1) structure; (2) harmony; (3) rhythm; and (4) melody; and, when present (5) lyrics.[4] On the other hand, similarities or differences in the key (e.g., if two compositions are in the same key or in different keys but in the same modality, namely both in major keys or both in minor keys), tempo (i.e., how fast or slow works are performed), meter (e.g., 4/4 time), instrumentation (e.g., the use of guitars, drums, synthesizers, etc.), and style or genre (e.g., hip hop, country, etc.) are less significant insofar as they represent musical building blocks and/or commonplace practices used in countless musical compositions. Brief definitions of the five enumerated elements listed above follow.

(a) **Structure** is the organization of musical units or musical groups, often dictated by the development of the melody and/or lyrics. The larger

[4] For example, Ronald S. Rosen writes: "Thus, from the copyright perspective (and in the view of many musical professionals) …the basic elements of music are: melody, harmony, rhythm, and form/structure." (Ronald S. Rosen, *Music and Copyright*, Oxford University Press, 2008, p. 156.) In addition and as cited in Rosen (footnote 19 on page 156): "In *Tisi v. Patrick*, both experts were in agreement 'that the elements to be considered on the question of similarity between [the two songs] were structure, melody, harmony and rhythm.' 97 F.Supp.2d 539, 543 (S.D.N.Y.2000)."

sections of songs are generally referred to as "Verses" and "Choruses". The material within Verses and Choruses consists of "phrases".

(b) **Harmony** refers to the tonal relationship of pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of "chords".[5] A sequence of chords is referred to as a "harmonic (or chord) progression". "Harmonic rhythm" is the rate of change of chords.[6]

(c) **Rhythm** refers to the pattern and organization of the time values of sounds and silences as well as the overall rhythmic flow in musical time.[7]

(d) **Melody** is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure. "Pitch" is the specific high or low placement of a musical sound, often identified within a musical scale.[8]

(e) **Lyrics** are the words (or text) that are sung or spoken in a song.

13. I understand from Plaintiffs' Second Consolidated Amended Complaint that Plaintiffs' claims concern only rhythm and not any of the other enumerated elements identified above.

## II. ANALYSIS

### II(A) The Drums and Percussion in "Fish Market"

---

5 See "Harmony" in *The Harvard Dictionary of Music* (Fourth Edition, 2003, Harvard University Press, p. 379) and *The New Grove Dictionary of Music and Musicians* (Oxford University Press, Second Edition, 2001, Vol. 10, p. 858).

6 See "Harmonic rhythm" in *Harvard* (p. 376) and *Grove* (Vol. 10, p. 854).

7 See "Rhythm" in *Harvard* (p. 723) and *Grove* (Vol. 21, p. 277).

8 See "Melody" in *Harvard* (p. 499) and *Grove* (Vol. 16, p. 363).

14. The drums and percussion in "Fish Market" consist of the following elements:

- **Hi-Hat:** An electronic hi-hat plays on each beat and plays an additional note on beat 4& of every second bar.
- **Snare:** An electronic snare plays a pair of sixteenth notes on beats 1& and 3& of every bar. The first of these is a softer unaccented strike (a "ghost" note), indicated by parentheses around the notehead. The second sixteenth note in the snare is a louder, accented snare strike, indicated with an accent mark (**>**) below the staff. There are also accented snare strikes on beats 2& and 4&.
- **Tom-Tom:** There is electronic tom-tom drum on beats 1 and 3 of each bar.
- **Kick:** An electronic kick drum plays on each beat in a four-on-the-floor pattern.
- **Timbales:** Improvised rhythms are played on a pair of timbales. The timbales parts vary from bar-to-bar throughout the song without repeating a specific pattern. In paragraph 180 of their Second Consolidated Amended Complaint Plaintiffs admit that the timbales parts are improvised.
- **Tambourine:** An electronic tambourine plays a 4-note pattern consisting of three sixteenth notes and a single sixteenth note separated by a rest.

15. Below is my transcription of the first eight bars of the main beat in "Fish Market", starting at 0:02, after the approximately one-bar introductory drum fill. The transcription includes the six elements of drums and percussion listed above (which, based on my reading of the Second Consolidated Amended Complaint, are the elements Plaintiffs claim are original to "Fish Market"), as well as the pitched synth bass, which will be addressed in detail later in this report.

**Fish Market**

**Drums, Percussion, and Synth Bass**

Time: 0:02



16. On the five-line "Drums" staff in the transcription above, each line and space of the staff is assigned to a different part of the drum set (hi-hat, snare, tom-tom, kick). Immediately below is a drum legend, which identifies these assignments. The drum legend also applies to the prior art transcriptions later in this report.

**DRUM LEGEND**




17. As shown in the transcription on page 8 above of bars 1-8 of the main beat in "Fish Market", there are two different types of snare drum strikes in the "Fish Market" beat. One is an <u>accented note</u>, indicated by the accent symbol (**>**) below the staff, and the other is what Plaintiffs describe as a "<u>ghost" note</u>, indicated by parentheses around the notehead (), in keeping with standard transcription practices.

18. <u>Accented notes</u> are played at a louder volume. An accented (louder) note is a performance element that is commonplace. The two "<u>ghost" notes</u> in each bar are not only unaccented notes, they are played softer. Consequently, the "ghost" notes are not as important to the overall rhythmic feel as the much louder accented notes.

## <u>II(B) Plaintiffs' Transcription of the Drums, Percussion, and Synth Bass in "Fish Market"</u>

19. The following transcription of the drums, percussion, and synth bass in "Fish Market" is proffered on page 36 of Plaintiffs' Second Consolidated Amended Complaint, dated April 22, 2023.




20. There are several differences between Plaintiffs' transcription of the rhythmic elements in "Fish Market" and my own:

- The commencement time in "Fish Market" is not specified in Plaintiffs' transcription.
- Plaintiffs' excerpt is 2 bars instead of 8 bars.
- The different parts of the drum kit (hi-hat, snare, tom-tom, kick) are notated on separate staffs instead of one five-line staff.
- Hi-hat notes are notated with round, filled-in noteheads instead of "x" noteheads.

- Ghost notes in the snare are notated with "x" noteheads instead of round, filled-in noteheads inside parentheses.

21. Furthermore, Plaintiffs' transcription contains the following errors:

- The hi-hat should have an additional note on beat 4& of bar 2.
- There should not be tambourine notes on beats 1, 2, 2&, 3, 4, and 4&.
- While the commencement time of the excerpt is not specified, the timbales transcription does not accurately represent any two bars of the timbales part in "Fish Market". Notably, "Fish Market" at no point contains thirty-second-note timbales rolls on beat 4& of two consecutive bars.

22. I agree with the following elements of Plaintiffs' transcription:

- The hi-hat plays quarter notes on beats 1-4 of bar 1 and beats 1-3 of bar 2.
- There is tom-tom on beats 1 and 3 of each bar.
- The snare plays on beats 1&, 1a, 2&, 3&, 3a, and 4& of each bar, and the strikes on beats 1& and 3& are softer notes.
- The kick plays a "four-on-the-floor" pattern, i.e., one note on every beat of the bar.
- The synth bass mostly plays a Bb (B-flat) note on beats 1 and 3 (more about this is immediately below).

## II(C) The Synth Bass in "Fish Market"

23. The "bass" part in "Fish Market" consists of a "synth bass", which is an electronic bass sound. While most of the elements in the "Fish Market" beat are unpitched, the synth bass is pitched, as indicated by the bass clef sign ( 𝄢 ) on the bottom staff of the transcription below. The following transcription (which starts at 0:12 in "Fish Market" and represents bars 5-6 of the transcription on page 8 above) and the remaining transcriptions of "Fish Market" in this report represent my transcription, not the Plaintiffs' transcription. (Plaintiffs' transcription on page 10 above also indicates a Bb synth bass note.)

**Fish Market**

**Drums, Percussion, and Synth Bass**

Time: 0:12




24. Starting at 0:02 and in most of "Fish Market", the synth bass simply plays a Bb note on beats 1 and 3 of each bar. In terms of harmony, the recurrent Bb note anchors the tonality of "Fish Market" to a Bb pitch center. In terms of rhythm, the recurrent Bb duplicates notes in the kick drum.

25. At 0:48, 1:00, and elsewhere in "Fish Market" the synth bass plays only on beat 1, not on beat 3. Thus, the synth bass plays in conjunction with the kick drum on beats 1 and/or 3, thereby duplicating[9] the rhythm already present in the drums. Very briefly, at 1:38-1:44, the synth bass plays an alternate pattern with Eb notes that double the kick drum on beats 1, 2, 3, and 4, and Bb notes that double the accented snare drum on beats 2& and 4&. Thus, the synth bass does not create an additional rhythm in "Fish Market". Rather, the synth bass "doubles" beats played by the kick drum (and very briefly, at 1:38-144, the kick and snare). Indeed, as shown in all of the

[9] Duplication of notes in a concurrent instrument is termed "doubled" parts which refers to "the performance of the same note or notes by two parts…." (See "Double" in *Harvard*, p. 251.)

transcriptions above, including in Plaintiffs' transcription, the rhythm in the synth bass is minimal and simple: a Bb note on beats 1 and 3 in most of "Fish Market".

**II(D) The Fundamental Rhythm in "Fish Market"**

26. The most prominent rhythmic elements in the "Fish Market" drumbeat that form its fundamental rhythm are the combined kick drum and accented snare drum. The combination of these elements forms a habanera rhythm, which is the fundamental rhythm of "Fish Market" and is a basic building block in music. As shown on page 374 of *The Harvard Dictionary of* Music, the habanera rhythm is transcribed below:

**Habanera Rhythm in *The Harvard Dictionary of Music***



27. In the transcription below, the four-on-the-floor kick drum and accented snare drum notes in the "Fish Market" drumbeat are highlighted in **red**, showing that there are two (consecutive) habanera patterns in each bar.

**Fish Market**

**Drum Beat**



28. Again, the kick and snare drum pattern highlighted above, consisting of a four-on-the-floor kick pattern and snare drum on beats 1a, 2&, 3a, and 4&, is a basic habanera rhythm. Except for the two "ghost" snare notes surrounded by parentheses in each bar, as shown in all of the transcriptions above (including in Plaintiffs' transcriptions): (1) the tom-tom on beats 1 and 3 merely duplicate ("double") the kick drum on the same beats and (2) the first eight of a total of nine notes in the 2-bar pattern in the hi-hat merely "double" the four-on-the-floor kick pattern, and the last

(ninth) hi-hat note (in bar 2) doubles the accented snare. Thus, the tom-tom and hi-hat do not create any additional rhythm in "Fish Market". Rather, the tom-tom and hi-hat, while they are additional instruments, because they duplicate or "double" the same rhythm that is already present in the kick drum and snare, they do not provide any different or additional rhythm. Because they duplicate the rhythm played by the kick drum and snare, for purposes of rhythmic analysis, the hi-hat and tom-tom can be filtered out of (i.e., removed from) the transcription of the drum rhythm in "Fish Market", as shown below:

**Fish Market**

**Kick Drum and Snare Drum**



29. As a musicological matter, we can also exclude from our analysis the auxiliary percussion parts in "Fish Market", namely the timbales and tambourine. As explained above, the timbales parts vary from bar to bar and, per Plaintiffs, are improvised. As such, the varied timbales rhythms are not part of the repeating pattern that comprises the rhythmic feel in "Fish Market". Indeed, at 2:15-2:20 of "Fish Market", while the timbales are completely absent, the basic beat and rhythmic feel are not interrupted.

30. While the tambourine does play a repeated pattern in "Fish Market", the tambourine part (1) is a simple 4-note pattern consisting of three sixteenth notes and a single sixteenth note separated by a rest and (2) is relatively low in volume in the overall mix and does not contribute in any meaningful way to the overall rhythmic feel.

## II(E) Prior Art Containing the Fundamental Rhythm in "Fish Market"

31. The combined habanera kick and snare drum pattern and four-on-the-floor kick drum pattern that is the fundamental basis of the rhythmic feel in "Fish Market" predates the release of "Fish Market". Below are six examples of the same combined

kick and snare drum pattern in songs released before 1989, including works that were released in the years immediately preceding "Fish Market". This suggests that this rhythm was already well-known and in established use at the time that Steely & Clevie created "Fish Market".

**(1) "Ka Nou Pé Fé" by Vikings Guadeloupe (1977)**

https://youtu.be/6xp6SKZzAfw

Time: 0:23



32. "Ka Nou Pé Fé" by French West Indies band Vikings Guadeloupe has a four-on-the-floor kick drum pattern with snare drum on beats 1a, 2&, 3a, and 4&. The combination of kick and snare in "Ka Nou Pé Fé" forms the same repeated habanera and four-on-the-floor rhythm that is the fundamental rhythm in "Fish Market".

33. Below is a comparative transcription of the drumbeat in "Ka Nou Pé Fé" and the kick and snare drum in "Fish Market", which shows that the kick and snare in "Ka Nou Pé Fé" line up with the kick and accented snare in "Fish Market".

**Ka Nou Pé Fé and Fish Market**



34. In the comparative transcription below, **X**s are placed over notes in "Fish Market" that are also found in "Ka Nou Pé Fé".

**Ka Nou Pé Fé and Fish Market**

**Filtration**




35. As shown above, once the kick and snare drum pattern found in "Ka Nou Pé Fé" is filtered out, all that remains in "Fish Market" are the two isolated, softer "ghost" notes in the snare drum in each bar.

**(2) "Paulina Mineure" by Jeff Louna (prior to 1983)**

https://youtu.be/naiw0b0jC44

Time: 0:02



36. "Paulina Mineure" by Congolese artist Jeff Louna has a four-on-the-floor kick pattern with snare drum on beats 1a, 2&, 3a, and 4&. The combination of kick and snare in "Paulina Mineure" forms the same repeated habanera and four-on-the-floor rhythm that is the fundamental rhythm in "Fish Market".

37. Below is a comparative transcription of the drumbeat in “Paulina Mineure” and the kick and snare in “Fish Market”, which shows that the kick and snare in “Paulina Mineure” line up with the kick and accented snare in “Fish Market”.

**Paulina Mineure and Fish Market**




38. In the comparative transcription below, **X**s are placed over notes in “Fish Market” that are also found in “Paulina Mineure”.

**Paulina Mineure and Fish Market**

**Filtration**




39. As shown above, once the kick and snare pattern found in “Paulina Mineure” is filtered out, all that remains in “Fish Market” are the two isolated, softer “ghost” notes in the snare drum in each bar.

**(3) "The Letter" by Machel Montano (1985)**

https://youtu.be/m6YCAW-8zYs

Time: 0:06



40. "The Letter" by Barbadian artist Machel Montano has a four-on-the-floor kick pattern with snare drum on beats 1a, 2&, 3a, and 4&. The combination of kick and snare in "The Letter" forms the same repeated habanera and four-on-the-floor rhythm that is the fundamental rhythm in "Fish Market".

41. Below is a comparative transcription of the drumbeat in "The Letter" and the kick and snare in "Fish Market", which shows that the kick and snare in "The Letter" line up with the kick and accented snare in "Fish Market".

**The Letter and Fish Market**




42. In the comparative transcription below, **X**s are placed over notes in "Fish Market" that are also found in "The Letter".

**The Letter and Fish Market**

**Filtration**




43. As shown above, once the kick and snare drum pattern found in "The Letter" is filtered out, all that remains in "Fish Market" are the two isolated, softer "ghost" notes in the snare drum in each bar.

**(4) "Excitable" by Amazulu (1985)**

https://youtu.be/oVzuMgM4_GM

Time: 0:03



44. "Excitable" by British band Amazulu has a four-on-the-floor kick drum pattern with snare drum on beats 1a, 2&, 3a, and 4&. The combination of kick and snare in "Excitable" forms the same repeated habanera and four-on-the-floor rhythm that is the fundamental rhythm in "Fish Market".

45. Below is a comparative transcription of the drumbeat in "Excitable" and the kick and snare drum in "Fish Market", which shows that the kick and snare drum in "Excitable" line up with the kick and accented snare drum in "Fish Market".

**Excitable and Fish Market**




46. In the comparative transcription below, **X**s are placed over notes in "Fish Market" that are also found in "Excitable".

**Excitable and Fish Market**

**Filtration**




47. As shown above, once the kick and snare pattern found in "Excitable" is filtered out, all that remains in "Fish Market" are the two isolated, softer "ghost" notes in the snare drum.

**(5) "The Hammer" by Andy Narell (1987)**

https://youtu.be/1onYYPyTkmk

Time: 2:01



48. "The Hammer" by American artist Andy Narell has a four-on-the-floor kick pattern with snare drum on beats 1a, 2&, 3a, and 4&. The combination of kick and snare in "The Hammer" forms the same repeated habanera and four-on-the-floor rhythm that is the fundamental rhythm in "Fish Market".

49. Below is a comparative transcription of the drumbeat in "The Hammer" and the kick and snare drum in "Fish Market", which shows that the kick and snare drum in "The Hammer" line up with the kick and accented snare drum in "Fish Market".

**The Hammer and Fish Market**




50. In the comparative transcription below, **X**s are placed over notes in "Fish Market" that are also found in "The Hammer".

**The Hammer and Fish Market**

**Filtration**




51. As shown above, once the kick and snare pattern found in "The Hammer" is filtered out, all that remains in "Fish Market" are the two isolated, softer "ghost" notes in the snare drum.

(6) **"Groove Master" by Arrow (1988)**
https://youtu.be/673yUNwmXeQ

Time: 0:23



52. "Groove Master" by West Indies artist Arrow has a four-on-the-floor kick pattern with snare drum on beats 1a, 2&, 3a, and 4&. The combination of kick and snare in "Groove Master" forms the same repeated habanera and four-on-the-floor rhythm that is the fundamental rhythm in "Fish Market".

53. Below is a comparative transcription of the drumbeat in "Groove Master" and the kick and snare in "Fish Market", which shows that the kick and snare in "Groove Master" line up with the kick and accented snare in "Fish Market".

**Groove Master and Fish Market**




54. In the comparative transcription below, **X**s are placed over notes in "Fish Market" that are also found in "Groove Master".

**Groove Master and Fish Market**

**Filtration**




55. As shown above, once the kick and snare pattern found in "Groove Master" is filtered out, all that remains in "Fish Market" are the two isolated, softer "ghost" notes in the snare drum in each bar.

56. In summary, each of the six prior artworks analyzed above include the combined kick and snare drum pattern which is the fundamental rhythm in "Fish Market". When the same kick and snare drum pattern found in each prior art work is filtered out, all that remains in "Fish Market" are two isolated, softer "ghost" notes in the snare drum in each bar.

57. Moreover, even when the "ghost" notes in the snare drum in "Fish Market" are taken into account, the combined four-on-the-floor kick drum <u>and</u> the full snare drum

pattern (including the "ghost" notes) in "Fish Market" can also be found in prior art, as shown in the last two examples of prior art below.

**(7) "Only the Lonely (Know How I Feel)" by Roy Orbison (1960)**

https://youtu.be/aMShwAnph8k

Time: 0:02



58. In keeping with common musicological practices, the note values have been halved in the above transcription of the drums in "Only the Lonely" by Roy Orbison to facilitate a comparative analysis. With halved note values, "Only the Lonely" has a four-on-the-floor kick drum pattern combined with snare drum on beats 1&, 1a, 2&, 3&, 3a, and 4&. This combined kick and snare drum pattern in "Only the Lonely" was in common use in early rock and roll and is identical to the kick and snare drum pattern in "Fish Market", except that the snare notes on beats 1& and 3& in "Only the Lonely" are played at full volume and are therefore not "ghost notes".

59. Below is a comparative transcription of the drumbeat in "Only the Lonely" and the kick and snare drum in "Fish Market", which shows that the kick and snare drum in "Only the Lonely" line up with the kick and snare in "Fish Market".

**Only the Lonely and Fish Market**




60. In the comparative transcription below, **X**s are placed over notes in "Fish Market" that are also found in "Only the Lonely".

**Only the Lonely and Fish Market**

**Filtration**




61. As shown above, once the kick and snare pattern found in "Only the Lonely" is filtered out, there are zero remaining notes in "Fish Market".

**(8) "Twist 2(A)" by René-Pierre Bardet (1985)**



62. To facilitate a comparative analysis and in keeping with common musicological practices, the note values have been halved in the above transcription of the “Twist 2(A)” drum machine pattern found in René-Pierre Bardet’s 1985 book *200 Drum Machine Patterns*. (See **Visual Exhibit A** attached to this report.) With halved note values, “Twist 2(A)” has a four-on-the-floor kick pattern with snare drum on beats 1&, 1a, 2&, 3&, 3a, and 4&. The kick and snare pattern in “Twist 2(A)” is identical to the kick and snare pattern in “Fish Market”. Moreover, as in “Fish Market”, the snare drum notes on beats 1a, 2&, 3a, and 4& in “Twist 2(A)” are accented (**>**), and the snare notes on beats 1& and 3& are unaccented although not “ghost” notes.

63. Below is a comparative transcription of the “Twist 2(A)” drumbeat and the kick and snare in “Fish Market”, which shows that the kick and snare in “Twist 2(A)” line up with the kick and snare in “Fish Market”.

**Twist 2(A) and Fish Market**




64. In the comparative transcription below, **X**s are placed over notes in “Fish Market” that are also found in “Twist 2(A)”.

**Twist 2(A) and Fish Market**

**Filtration**




65. As shown above, once the kick and snare pattern found in “Twist 2(A)” is filtered out, there are zero remaining notes in “Fish Market”.

## III. CONCLUSIONS

66. As explained and analyzed above, the fundamental rhythm in the “Fish Market” beat consists of a habanera rhythm pattern combined with a four-on-the-floor kick drum rhythm pattern. The habanera and four-on-the-floor rhythmic patterns are basic rhythmic building blocks in popular music.

67. The fundamental rhythm pattern in “Fish Market” can be found in prior art, including works that were released in the years immediately preceding “Fish Market”. This suggests that this rhythm was already well-established and in established use at the time that Steely & Clevie created “Fish Market”. This report identifies six prior art songs by various international artists that include a combined four-on-the-floor kick pattern and snare on beats 1a, 2&, 3a, and 4&. This kick and snare pattern is identical to the combined habanera and four-on-the-floor rhythm pattern formed by the kick and accented snare in “Fish Market”. As shown above, when kick and snare drum notes found in these prior art examples are filtered out in “Fish Market”, only the two softer “ghost” notes on beats 1& and 3& in the snare drum remain (which, again, are not significant because they are not central to the fundamental rhythm.

68. Furthermore, even if the two softer "ghost" notes on beats 1& and 3& in the snare drum part of "Fish Market" are considered, this report identified two additional pre-1989 examples that have an identical four-on-the-floor kick drum pattern and snare drum on beats 1&, 1a, 2&, 3&, 3a, and 4&. Thus, in both pre-1989 examples there are snare notes on beats 1& and 3& where the "ghost" notes occur in "Fish Market". One of these examples is from a 1960 hit song that has a rhythm typical of early rock and roll. The other example is contained in a 1985 book of basic rhythmic patterns for programming a drum machine.

69. The tom-tom and hi-hat rhythms primarily support this fundamental rhythm played by kick and accented snare in "Fish Market". As shown in all of the transcriptions above (including Plaintiffs' transcription), the tom-tom on beats 1 and 3 duplicate ("double") the kick drum on the same beats. Regarding the hi-hat, the first eight of a total of nine notes in the 2-bar hi-hat rhythm merely "double" the four-on-the-floor kick pattern, and the last (ninth) hi-hat note (in bar 2) doubles the accented snare. Thus, the tom-tom and hi-hat do not create any additional rhythm in "Fish Market". Rather, the tom-tom and hi-hat duplicate or "double" the same rhythm that is already present in the kick drum and snare.

70. The timbales parts in "Fish Market" are improvised and vary from bar to bar. (In paragraph 180 of their Second Consolidated Amended Complaint, Plaintiffs contend that the timbales parts are improvised.) As such, the improvised timbales are not part of the repeating pattern that comprises the fundamental rhythm in "Fish Market". For example, at 2:15-2:20 of "Fish Market", while the timbales are completely absent, the rhythmic feel is not interrupted.

71. While the tambourine does play a repeated pattern in "Fish Market", the tambourine rhythm (1) is a simple 4-note pattern consisting of three sixteenth notes and a single sixteenth note separated by a rest and (2) is relatively low in volume in the overall mix and does not contribute significantly to the rhythmic feel.

72. Therefore, on the basis of my research and analysis of the rhythm in "Fish Market" and of prior art, I found that the fundamental rhythm in "Fish Market" consists of musical building blocks that were in common use long before 1989. The combined kick and accented snare pattern at issue was in common use prior to 1989. Even when expanded to include the two isolated, softer "ghost" notes in the snare drum, that drum rhythm with snare drum hits on beats 1& and 3& was in use prior to the 1989 creation of "Fish Market".

Respectfully submitted,

January 10, 2025 By: Lawrence Ferrara, Ph.D.

________________________

For: Lawrence Ferrara, Inc.

# VISUAL EXHIBIT A

# 200 DRUM MACHINE PATTERNS

By RENÉ-PIERRE BARDET

A collection of 200 contemporary rhythm patterns to program into your drum machine

HAL•LEONARD®

HAL LEONARD®
7777 W. BLUEMOUND RD. P.O. BOX 13819 MILWAUKEE, WI 53213

© 1985 by PAUL BEUSCHER – Paris –
27 boulevard Beaumarchais – 75004 – PARIS

ISBN 9781476857077

For all works contained herein:
Unauthorized copying, arranging, adapting, recording or public performance is an infringement of copyright.
Infringers are liable under the law.

# Twist 2




**MEASURE A**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AC | * | | | | | | | X | | | | | | X | | | |
| CY | | | | | | | | | | | | | | | | | |
| CH | * | X | | | | X | | X | | X | | | | X | | | |
| OH | | | | | | | | | | | | | | | | | |
| HT | | | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | | | |
| SD | * | | | | | X | | X | | | | | | X | | | |
| RS | | | | | | | | | | | | | | | | | |
| LT | | | | | | | | | | | | | | | | | |
| CPS | | | | | | | | | | | | | | | | | |
| CB | | | | | | | | | | | | | | | | | |
| BD | * | X | | | | | | | | X | | | | | | | |

**MEASURE B**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AC | * | | | | | | | X | | | | | | X | | | |
| CY | | | | | | | | | | | | | | | | | |
| CH | * | X | | X | X | X | | X | | X | | X | | X | | X | |
| OH | | | | | | | | | | | | | | | | | |
| HT | | | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | | | |
| SD | * | | | | | X | | X | | | | | | X | | | |
| RS | | | | | | | | | | | | | | | | | |
| LT | | | | | | | | | | | | | | | | | |
| CPS | | | | | | | | | | | | | | | | | |
| CB | | | | | | | | | | | | | | | | | |
| BD | * | X | | | | | | | | X | | X | | | | | |

**BREAK**



| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AC | | | | | | | | | | | | | | | | | |
| CY | | | | | | | | | | | | | | | | | |
| CH | | | | | | | | | | | | | | | | | |
| OH | | | | | | | | | | | | | | | | | |
| HT | | | | | | | | | | | | | | | | | |
| MT | * | | | | | | | | | X | | X | | | | | |
| SD | * | | | | | X | | X | | | | | | X | X | X | X |
| RS | | | | | | | | | | | | | | | | | |
| LT | | | | | | | | | | | | | | | | | |
| CPS | | | | | | | | | | | | | | | | | |
| CB | | | | | | | | | | | | | | | | | |
| BD | * | X | | | | | | | | X | | | | | | | |

# APPENDIX 1

**LAWRENCE FERRARA, Ph.D.**
**PROFESSOR OF MUSIC**
**DIRECTOR EMERITUS**
**MUSIC AND PERFORMING ARTS PROFESSIONS**
**THE STEINHARDT SCHOOL**
**NEW YORK UNIVERSITY**

## Educational Background

| | | |
|---|---|---|
| B.A. | Music | Montclair State University |
| M.M. | Music | Manhattan School of Music |
| Ph.D. | Music | New York University |

## Teaching Background

| | | |
|---|---|---|
| 1979-84 | Assistant Professor of Music | New York University |
| 1984-92 | Associate Professor of Music, Tenured | New York University |
| '92-present | (Full) Professor of Music | New York University |
| 1995-2006 | Professor of Music and Department Chair | New York University |
| 2006-2011 | Professor of Music and Director, Music & Perf Arts | New York University |
| 2011 (Sept.)-present | Professor of Music and Director Emeritus | New York University |

**Selected Professional Activities**

Cambridge, Mass: 2024, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

Nashville 2024, invited CLE lecture on music copyright litigation and the role of musicology at the National Meeting of the American College of Trial Lawyers via Zoom

New York: 2023, American Musicological Society GNY, participation on a panel and presentation regarding AI and musicology, panel members were from the West Coast, NY, and the U.K. The international audience was from LA to Berlin.

Los Angeles: 2023, The Los Angles Intellectual Property Law Association, participation on a panel regarding music copyright, via Zoom

New York: 2023, American Musicological Society GNY, peer-reviewed presentation regarding Music Copyright Litigation and Musicology, in person at Wagner College

AMS, Zoom: 2023, 2-week American Musicological Society Teaching Music History Conference, June 16, 20-23 and 26-30, attended more than twenty presentations via Zoom with participants from around the world

Cambridge, Mass: 2023, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

Cambridge, Mass: 2022, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

Los Angeles: 2022, invited CLE lecture on music copyright for members of the Los Angeles Copyright Society via Zoom

Los Angeles: 2021, invited CLE lecture on music copyright for lawyers at Netflix via Zoom

Cambridge, Mass: 2021, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom

New York: 2021, participation on a panel regarding curricular development in musicology, American Musicological Society GNY, via Zoom

New York: 2020, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright, delivered via Zoom

Cambridge, Mass: 2020, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2019, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Music Copyright and Musicology, at New York University

Cambridge, Mass: 2019, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2019, Download Digital Tech Conference hosted by Davis Wright Tremaine, invited participation on a panel regarding music copyright

New York: 2018, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge, Mass: 2018, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2018, American Musicological Society GNY, invited participation on a panel hosted at Columbia University regarding Leadership and the Future of Musicology

New York: 2017, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Philosophy and Musicology, at New York University (April)

New York: 2017, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge, Mass: 2017, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2017, American Musicological Society GNY, invited presentation and participation on a panel hosted at Columbia University regarding Leadership in Musicology (January)

Los Angeles, California 2017, Southwestern Law School Annual Media Law Conference, invited panel member regarding music copyright

New York: 2016, Loeb & Loeb, Annual IP/Entertainment Law CLE Conference, invited panel member regarding music copyright

New York: 2016, The Copyright Society of America (NY), invited panel member regarding music copyright

New York: 2016, American Musicological Society GNY, peer-reviewed presentation regarding Corpus Analysis in musicology

Cambridge, Mass: 2016, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2016, invited lecture on music copyright at Fordham University Law School, class on Advanced Copyright

Cambridge, Mass: 2015, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2015, American Musicological Society GNY, invited presentation and participation on a panel hosted by The Juilliard School at Lincoln Center regarding Changes in Music Delivery and Reception in the 21st Century

Cambridge, Mass: 2014, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2014, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

New York: 2014, American Musicological Society GNY, peer-reviewed presentation on musicological issues regarding the composition embodied in a sampled portion of a sound recording in music copyright claims

New York: 2014, International Double Reed Society Conference, invited presentation on the musicological elements and implications in Newton v. Diamond

Cambridge, Mass: 2013, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2013, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

New York: 2013, American Musicological Society GNY, peer-reviewed presentation including an analysis of the musical composition in "The Phantom Song" from *Phantom of the Opera* by Andrew Lloyd Webber related to *Repp v Webber*

New York: 2012, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge, Mass: 2012, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

Sweden: 2011, interviewed (in New York) and featured in the Swedish TV series, "The Story Behind the Hit Song," regarding music copyright

Cambridge, Mass: 2011, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2010, invited presentation and moderator of a panel on sound recording sampling and music copyright for The Copyright Society of the United States, New York Chapter

New York: 2010, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Montclair, NJ: 2010, invited to give the Inaugural Jack Sacher Memorial Research Lecture (on music analysis in music copyright matters) for the opening of the John Cali School of Music at Montclair State University

New York: 2010, invited lecture on music copyright followed by a dialogue with Academy Award winner, F. Murray Abraham, for The Pathfinders Series at The First Presbyterian Church of New York City

New York: 2008, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Ireland: 2007, interviewed on Irish radio regarding music copyright

New York: 2007, Invited opening and closing lectures for a Conference co-sponsored by The New York Philharmonic and the Finnish Consulate on Music regarding Music Learning and Performance in Finland

New York: 2006, invited panelist at the CMJ Conference at Lincoln Center regarding music copyright

New York: 2006, invited panelist at the Remix Conference regarding music copyright

New York: 2006, invited presentation for the New York Institute for the Humanities regarding music analysis and music copyright

New York: 2006, invited Keynote Address for The Mastery of Music Teaching Conference sponsored by The Metropolitan Opera Guild and The New York Philharmonic

Washington D.C.: 2005, invited panelist/presenter at the Future of Music Policy Summit regarding music copyright and *Newton v Diamond*

New York: 2005, invited panel and group discussion leader at the United Nations regarding rhythm in the music of multiple cultures as part of the U.N.'s World Summit on the "Information Society" and the United Nations Information and Communications Technology Task Force

Cambridge, Mass.: 2005, invited panelist/presenter at Harvard University Law School's Berkman Center in a national conference regarding technology and intellectual property

New York: 2005, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Los Angeles: 2005, invited lecture regarding music analysis and music copyright in Los Angeles for an NYU Alumni event also featuring a presentation by the President of NYU

Orlando: 2005, invited lecture regarding music copyright and music analysis in Orlando, Florida for an NYU Alumni event

Hawaii: 2004, invited workshop presentation and session chair regarding methodology for the analysis of a J. S. Bach organ prelude for the International Conference on Arts and the Humanities

Norway: 2003, invited series of lectures on music theory and analysis co-sponsored by the Music Theory and Composition Departments of the Norwegian Music Academy, and the Department of Philosophy at the University of Oslo

New York: 2001, invited presentation and Chair of a panel at The United Nations regarding "Music within a Global Context."

Italy: Summer 1993 & Summer 1994, Visiting Professor at University of Pisa teaching music analysis, performance practices, and philosophy of music

As a pianist, performed solo recitals and as an accompanist in the United States and Europe including on radio and television, recordings released by Orion Master Recordings and Musique international, and performed for musical theatre shows,

accompanist to internationally acclaimed singers, as a session pianist in pop styles, and as leader of my own dance band.

At New York University's Steinhardt School: Director of Music Performance Programs from 1980-1985, Director of Ph.D. Programs from 1986-1995, Chair of the Department from 1995 – 2011, and Director of all Music and Performing Arts studies (undergraduate through Ph.D.) in The Steinhardt School at New York University from 2006-2011. Named "Director Emeritus" of Steinhardt Music and Performing Arts in 2011. Currently on the full-time faculty in music theory, music history, and screen scoring.

Currently a member of the Editorial Board of the journal *Music and Moving Image* (University of Illinois Press) and on the board of Editorial Consultants for the journal *Philosophy of Music Education Review* (Indiana University Press).

**Awards**

| | |
|---|---|
| 1972 | Stoekel Fellowship, Yale University Graduate School of Music |
| 1985 | Presidential Research Fellowship, NYU |
| 1988 | Co-PI, Federal Grant for Research |
| 1989 | Co-PI, Federal Grant for Research renewed |
| 1996 | Daniel E. Griffiths Award for publication regarding the analysis of Arthur Schopenhauer's works on music (Cambridge University Press, 1996). |

**Membership in Professional Organizations**

American Musicological Society

Society for Music Theory

**Publications: Books**

| | |
|---|---|
| Ferrara, Lawrence | *Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference* (Greenwood Press) 1991 |
| Ferrara, Lawrence and Kathryn E. Ferrara | *Keyboard Harmony and Improvisation* (Excelsior Music Publishers) 1986 |
| Phelps, Roger, Lawrence Ferrara and Thomas Goolsby | *A Guide to Research in Music Education*, Fourth Edition. (Scarecrow Press/The Rowman & Littlefield Publishing Group) 1993 |
| Phelps, Roger, Lawrence Ferrara, *et al* | *A Guide to Research in Music Education*, Fifth Edition (Scarecrow Press/The Rowman & Littlefield Publishing Group) 2005 |

**Courses Taught at NYU**

| | |
|---|---|
| Aesthetic Foundations of the Arts: | for Ph.D. students |
| Aesthetic Inquiry: | for Ph.D. students |
| Arts Heritage and Criticism: | for M.M. students |
| Classic Era Music, Analysis: | for M.M. students |
| Contemporary Music, Analysis: | for M.M. and Ph.D. students |
| Dissertation Proposal Seminar: | for Ph.D. students |
| Keyboard Harmony and Improvisation: | for B.M. students |
| Music Copyright, Landmark Cases: | for B.M. students |
| Music Copyright: Foundation and Application | for B.M. students |
| Music Criticism: | for M.M. students |

| | |
|---|---|
| Music History III, 19th Century: | for B.M. students |
| Music History IV, 20th & 21st Century: | for B.M. students |
| Music Performance Practices: | for M.M. students |
| Music Reference & Research Methods: | for M.M. and Ph.D. students |
| Music Theory and Analysis: | for B.M. students |
| Seminar in Music Theory & Analysis: | for M.M. and Ph.D. students |

**Music Copyright**

A music expert in music copyright issues for more than twenty-five years providing opinions for plaintiffs and defendants

An active music copyright consultant for record, music publishing, and motion picture companies, and for individuals in the United States and abroad

An invited guest lecturer in music copyright in classes at Columbia University Law School (approximately 10 presentations over a period of 15 years) and Harvard University Law School (14 consecutive annual presentations through 2024)

A panel moderator in 2010 and a panel member in 2016 for The Copyright Society of the United States (NY), and a presenter for conferences and meetings regarding music copyright for CLE credits at Loeb and Loeb (NY) in 2016, Southwestern Law School (LA) in 2017, Davis Wright Tremaine (NY) in 2019, Netflix in 2021, the Los Angeles Copyright Society in 2022, the Los Angeles Intellectual Property Law Association in 2023, and the American College of Trial Lawyers in 2024

Peer-reviewed presentations regarding music copyright for the American Musicological Society (GNY) in 2013, 2014, 2016, 2019 and 2023

**Deposition and/or Trial Testimony Since 2016**

(1) Copeland v. Bieber *et al.* in 2016

(2) Skidmore v. Led Zeppelin *et al.* in 2016

(3) Gray, *et al.* v. Perry, *et al.* in 2018

(4) Gray, *et al.* v. Perry, *et al.* in 2019

(5) Hall *et al.* v. Swift, *et al.* in 2021

(6) Ambrosetti v. OCP & Farrell, *et al.* in 2022

(7) Brunson v. Capitol CMG, Inc., *et al.* in 2022

(8) Sound and Color, LLC v. Smith *et al.* in 2023

(9) Griffin v. Sheeran, *et al.* in 2023

(10) Larball v. Dua Lipa, *et al.* in 2024

(11) Stone v. Carey, *et al.* in 2024

**Fee rates for Professional Services in 2025**

$575 per hour plus travel-related time and expenses

**Fee rates for Professional Services in 2024**

$495 per hour plus travel-related time and expenses