# MSJ, Ferrara Decl. Ex. 2

**LAWRENCE FERRARA, Ph.D.**
**FOR: LAWRENCE FERRARA, INC.**

**Rebuttals to the Reports of Judith Finell and Peter Ashbourne-Firman**

**Regarding *Browne, et al v. Donalds, et al.***

1. On January 10, 2025, I submitted my initial expert report (Ferrara Report), for this phase of this case. My qualifications and statement of compensation are set forth in the Ferrara Report and apply as well to this rebuttal report.

2. Herein, I present rebuttals to the reports of Judith Finell and Peter Ashbourne-Firman, submitted in support of Plaintiffs, in three parts: (1) a summary rebuttal of the Finell and Ashbourne-Firman Reports, presented below, (2) Appendix A which is a more detailed rebuttal of the Finell Report, and (3) Appendix B which is a more detailed rebuttal of the Ashbourne-Firman Report.

The Finell And Ashbourne-Firman Reports Support
My Opinions In The Ferrara Report

3. The Ferrara Report sets forth my overarching opinion that "the fundamental rhythm in 'Fish Market' consists of musical building blocks that were in common use long before 1989." That opinion was supported by my analysis showing that:

a. the "fundamental rhythm pattern" in "Fish Market" (as detailed in the Ferrara Report) is a "habanera rhythm combined with a four-on-the-floor kick drum rhythm pattern";

b. the "fundamental rhythm pattern in 'Fish Market'" – with or without the so-called "ghost" notes indicated in Plaintiffs' transcriptions – is found in prior art;

c. the bass synth, tom-tom and hi-hat rhythms in "Fish Market" "merely 'double'" (in other words, duplicate) other elements of the overall rhythm, including the kick drum and the snare drum, and "do not create any additional or different rhythm in 'Fish Market'";

d. "the timbales parts in 'Fish Market' are improvised and vary from bar to bar" and, thus, are not part of the repeating pattern or the fundamental rhythm of "Fish Market"; and

e. the tambourine part in "Fish Market" is "a simple 4-note pattern" and is "relatively low in volume in the overall mix" and likewise "does not contribute significantly" to the rhythm of "Fish Market."

4. The Finell Report[1] and the Ashbourne-Firman Report, insofar as they are consistent with musicological analysis (and lacking any examination of prior art, I would submit that the analyses in both reports are materially incomplete and therefore not useful) are confirmatory and supportive of my overarching opinion and related analysis and opinions in several ways, including without limitation:

a. Finell and Ashbourne-Firman confirm my analysis and opinion that the "drums and percussion in 'Fish Market' consist of" hi-hat, snare, tom-tom, kick, improvised timbales, tambourine, and a pitched synthesized bass. (Ferrara Report p. 7; Finell 2024 Report p. 4; Ashbourne-Firman Report pp. 4-5).

b. Despite their admission that they did not perform any prior art search or analysis, Ashbourne-Firman and Finell confirm my analysis and opinion that the "individual tier rhythms" or "any single layer" (as these phrases are respectively used by Finell and Ashbourne-Firman) of the "Fish Market" rhythm existed in prior art. (Ferrara Report pp. 15-27; Ashbourne-Firman Report p. 7; Finell 2021 Report p. 5).

c. Ashbourne-Firman confirms my analysis and opinion that the four-on-the-floor kick drum rhythm pattern in "Fish Market" is a "basic rhythmic building block

---

1 The 27-page Finell Report ostensibly consists of two separate reports: (i) the first on pages 2-8 dated "January 7, 2024" (which I assume to be a typo intended to read "January 7, 2025") ("2024 Report") and (ii) the second headed "Preliminary Comparison of 'Fish Market' and 'Dem Bow' to 'Dame Tu Cosita' and 'Dame Tu Cosita Remix,'" dated September 10, 2021, and preceded by a slipsheet reading "Exhibit A: Expert Report by Judith Finell" ("2021 Report"). While I consider the Finell Report to be a single document, I may distinguish between and separately refer to them as the 2021 Report and 2024 Report, when necessary.

in popular music." (Ferrara Report p. 2; Ashbourne-Firman Report p. 7 ("kick drum on each beat of the bar . . . is common to many forms of popular music")).

d. Ashbourne-Firman and Finell confirm my analysis and opinion that the snare plays two softer notes on beats 1& and 3&, which Plaintiffs call "ghost" notes. (Ferrara Report p. 7; Ashbourne-Firman Report p. 5 n. 1; Finell 2024 Report p. 6 n. 7).

e. Ashbourne-Firman asserts that the rhythmic elements that are common to "Fish Market," "Dem Bow," and "Dub Mix II (Pounder)" constitute the "core expression" of "Fish Market". The timbales are not the same in "Pounder" as in "Fish Market" and there are no tambourines in "Pounder." Thus, if the "core expression" is what is common to or shared by all three of Plaintiffs' claimed works, Ashbourne-Firman can only be referring to the four-on-the floor kick drum and the 3+3+2 snare (which in Fish Market is doubled by the tom-tom, hi-hat and synth bass). This confirms my analysis and opinion that the "core expression" or fundamental rhythm of "Fish Market" is a common rhythm that pre-existed "Fish Market" as shown by prior art. (Ferrara Report pp. 13-27; Ashbourne-Firman Report pp. 8-9.)

f. Finell's transcription of "Fish Market" at page 3 of her 2021 Report (i.e., Musical Example 1, which does not include the "ghost notes" on the snare), confirms that, when the so-called "ghost notes" are not considered, the kick, snare and "bass drum" (which term Finell says she uses "interchangeably" with the terms "tom" or "tom tom" (2024 Report at 4 n. 2) "tiers" or elements of the rhythm form a basic habanera that has long existed in prior art, as the below comparisons of my transcription at p. 13 of my report and p. 3 of Finell's 2021 Report demonstrate:

**Ferrara Report p. 13**

**"Fish Market"**

**Drum Beat**



**Finell 2021 Report p. 3**

**Musical Example 1: Tiers 1 – 3 in "Fish Market," "Dem Bow," "Dame Tu Cosita," and "Dame Tu Remix"**




g. Finell's transcription of "Fish Market" at page 6 of her 2024 Report (which is inconsistent with her 2021 Report transcription in that it includes the "ghost notes" on the snare) also confirms that, when the so-called "ghost notes" are considered, the kick, snare and "bass drum" "tiers" or elements of the rhythm form a pattern that is very typical of early rock and roll (including in the examples provided at pages 24-27 of the Ferrara Report), as the below comparisons of my transcription at p. 13 of my report and the transcription on p. 6 of Finell's 2024 Report demonstrate:

**Ferrara Report p. 13**

**"Fish Market"**

**Drum Beat**



**Finell 2024 Report p. 6**




h. Ashbourne-Firman and Finell confirm my analysis that the tambourine plays a repeated pattern and that at least certain of the timbales parts are "improvised" or "soloistic embellishments" that "vary from bar to bar." (Ferrara Report pp. 7, 14; Ashbourne-Firman Report p. 4; Finell 2024 Report p. 4).

i. As I will detail in the attached Appendix A and Appendix B, the Finell Report and the Ashbourne-Firman Report are also fundamentally flawed in the following ways:

(i) Ashbourne-Firman and Finell base their opinions on a number of audio files which are purportedly "stems" of "Fish Market," but which differ from the deposit copy of "Fish Market" in several significant aspects as detailed in the attached Appendices. (Ashbourne-Firman Report pp. 2-3; Finell 2024 Report pp. 2-3). Thus, it appears that they are analyzing and offering opinions on the originality of "Fish Market" based on audio files that include material that does not exist in "Fish Market."

(ii) Ashbourne-Firman and Finell fail to assess the impact of, or to opine on, "prior art" in assessing the originality of Plaintiffs' Claimed Works (despite each acknowledging the likely existence of relevant prior art (Ashbourne-Firman Report p.7; Finell 2021 Report p. 5), but nonetheless opine that "each of the songs is creative and original" to Plaintiffs. (Ashbourne-Firman Report pp. 3-4; Finell 2024 Report pp. 3-4).[2]

(iii) Ashbourne-Firman and Finell incorrectly transcribe "Fish Market" in multiple significant respects as detailed in the attached Appendices. (Ashbourne-Firman Report p. 5; Finell 2024 Report p. 6; Finell 2021 Report pp. 3-4).

Respectfully submitted,

February 27, 2025

By: Lawrence Ferrara, Ph.D.

___________________________

For: Lawrence Ferrara, Inc.

---

[2] Notably, neither Ashbourne-Firman or Finell claim to have personal knowledge that would support the conclusions they offer regarding the circumstances of the creation of "Fish Market" and whether or to what extent the putative authors of it drew upon prior art in creating "Fish Market."

## APPENDIX A

## REBUTTAL OF THE REPORT OF JUDITH FINELL, INCLUDING EXHIBIT A[1]

**PAGES 2-3**

1. At the bottom of page 2 and carrying over to page 3 there is a section titled "Materials Considered" that references various audio files on which Finell states she "based [her] opinions." These include the following five audio files identified (on page 3) as supposed "stem" files of "Fish Market" that were used in Finell's analysis. These five audio files are:

d. "16 Bars Slam on beats 1&3, Hat, Tambourine.mp3" ("Fish Market" stems)
e. "Fish Market 16 Bars Kick and Bass.mp3" (stems)
f. "Fish Market 16 Bars Snare, Hi Hat, Tambourine.mp3" (stems)
g. "Fish Market 16 Bars Timbales, Hi Hat, Tambourine.mp3" (stems)
h. "Fish Market Intro and 16 Bars Full Track Sample.mp3" (stems)

2. It appears from my review that d. through h. above correspond to the following files produced by Plaintiffs to Defendants:

PLAINTIFFS000002 (16 Bars Slam on beats 1&3, Hat, Tambourine).mp3
PLAINTIFFS000007 (Fish Market 16 Bars Kick and Bass).mp3
PLAINTIFFS000008 (Fish Market 16 Bars Snare, Hi Hat, Tambourine).mp3
PLAINTIFFS000009 (Fish Market 16 Bars Timbales, Hi Hat, Tambourine).mp3
PLAINTIFFS000011 (Fish Market Intro and 16 Bars Full Track Sample).mp3

---

[1] The 27-page Finell Report ostensibly consists of two separate reports: (i) the first on pages 2-8 dated "January 7, 2024" (which I assume to be a typo intended to read "January 7, 2025") ("2024 Report") and (ii) second headed "Preliminary Comparison of 'Fish Market' and 'Dem Bow' to 'Dame Tu Cosita' and 'Dame Tu Cosita Remix,'" dated September 10, 2021, and preceded by a slipsheet reading "Exhibit A: Expert Report by Judith Finell." ("2021 Report"). While I consider the Finell Report to be a single document, I may distinguish between and separately refer to them as the "2021 Report" and "2024 Report", when necessary.

3. It is my belief that the tracks listed above are not, at least in part, actually stems (multi-tracks) from the Deposit Copy of "Fish Market". Rather, at least some parts therein sound like attempts at recreating (and in some cases modifying) some elements of the "Fish Market" beat as they exist in the Deposit Copy of "Fish Market" and in the publicly available (e.g., vinyl) versions of "Fish Market". My analysis of each track is as follows.[2]

"16 Bars Slam on beats 1&3, Hat, Tambourine"

4. This file contains hi-hat, tambourine, and low tom. The low tom sounds reasonably similar to the low tom in the Deposit Copy of "Fish Market". The hi-hat sounds slightly different, and the pattern lacks the additional eighth-note hi-hat on beat 4 of every second bar that is present in the Deposit Copy of "Fish Market". A comparative transcription of the hi-hat in the Deposit Copy of “Fish Market” (as transcribed in the Ferrara Affirmative Report) and the hi-hat in “16 Bars Slam” is below.

**Fish Market / 16 Bars Slam on beats 1&3, Hat, Tambourine**

**Hi-Hat**




5. The tambourine in “16 Bars Slam” is very different from the tambourine in the Deposit Copy of "Fish Market", both sonically and rhythmically. The tambourine in

[2] I understand that Paul Geluso has performed an analysis of the supposed “stems” and compared them the Deposit Copy of “Fish Market.” I also understand that he is submitting an expert report detailing his findings. I have not reviewed his report or his conclusions so this report reflects only my comparison of the supposed “stems” with the Deposit Copy of “Fish Market.”

“16 Bars Slam” sounds like a looped two-beat sample of an <u>acoustic</u> tambourine rather than a drum machine-generated tambourine. Below is a comparative transcription of the tambourine in the Deposit Copy of "Fish Market" and the tambourine in "16 Bars Slam".

**Fish Market / 16 Bars Slam on beats 1&3, Hat, Tambourine**

**Tambourine**




<u>"Fish Market 16 Bars Kick and Bass" (aka PLAINTIFFS000007)</u>

6. This audio consists of a four-on-the-floor kick drum pattern with a Bb synth bass note on beats 1 and 3, as in the Deposit Copy of "Fish Market". It sounds reasonably similar to "Fish Market", so I am not sure if this is taken (<u>e.g.</u>, from a multi-track version) from the Deposit Copy of "Fish Market" or if it is a recreation.

<u>"Fish Market 16 Bars Snare, Hi Hat, Tambourine" (aka PLAINTIFFS000008)</u>

7. This audio consists of a quarter-note hi-hat pattern with a snare similar to the Deposit Copy of "Fish Market" (including both unaccented and accented snare) and a tambourine.

8. The composition in the hi-hat is identical to the composition in the hi-hat in “16 Bars Slam” (PLAINTIFFS000002), analyzed above which, as noted, is different than the hi-hat in the Deposit Copy of “Fish Market.”

9. The snare in "Fish Market 16 Bars Snare, Hi Hat, Tambourine" sounds similar to the snare in the Deposit Copy of "Fish Market", so it is possibly taken (<u>e.g.</u>,

from a multi-track version) from the Deposit Copy of "Fish Market" or it was simply replayed on and/or reused samples from the same model drum machine The tambourine is the same as that appears in “16 Bars Slam” (PLAINTIFFS000002) analyzed immediately above. Thus, as indicated above, the tambourine is very different than the Deposit Copy of “Fish Market.”

<u>"Fish Market 16 Bars Timbales, Hi Hat, Tambourine" (aka PLAINTIFFS000009)</u>

10. This audio consists of hi-hat, tambourine, and timbales.

11. The hi-hat and tambourine are the same as those that appear in “16 Bars Slam” (PLAINTIFFS000002) and "Fish Market 16 Bars Snare, Hi Hat, Tambourine" (PLAINTIFFS000008) analyzed immediately above. In other words, as indicated above, the hi-hat is different than the Deposit Copy of “Fish Market” and the tambourine is very different than the Deposit Copy of “Fish Market.”

12. The timbales are not from the multi-tracks of the Deposit Copy of "Fish Market". They consist of a looped two-bar pattern that is identical in every iteration unlike the improvised and varied from bar-to-bar timbales in the Deposit Copy of "Fish Market". A clear giveaway is that the low timbale roll on beat 4& is sonically identical in every bar (this can be heard using an extremely slow playback). If the timbales were played "live" as in the Deposit Copy of "Fish Market", such identity would be highly unlikely. In any event, the timbales here are not taken from the Deposit Copy of "Fish Market" but from something else or were created separately.

13. Below is a comparative transcription of the first 8 bars of the timbales in the Deposit Copy of "Fish Market" and the timbales in "Fish Market 16 Bars Timbales, Hi Hat, Tambourine".

**Fish Market / Fish Market 16 Bars Timbales, Hi Hat, Tambourine**

**Timbales**




As one can readily see from the foregoing transcription, the timbales in "Fish Market 16 Bars Timbales, Hi Hat, Tambourine" are very different than, and are not “stems” taken from, the Deposit Copy of “Fish Market.”

<u>"Fish Market Intro and 16 Bars Full Track Sample" (aka PLAINTIFFS000011)</u>

14. The first approximately 2 seconds of this track contain a snare fill similar to the one at the beginning of the Deposit Copy of "Fish Market", except that there is an extra snare note on beat 4& preceding the first kick drum note (which itself shows it is

not the same as the Deposit Copy of "Fish Market"). As in the Deposit Copy of "Fish Market", there is a tom-tom note on the same beat 4&, but the tom-tom in "Fish Market Intro and 16 Bars Full Track Sample" sounds different from the tom-tom in the Deposit Copy of "Fish Market".

15. The next approximately 10 seconds (from 0:02.15 to 0:11.96) sound like a digital sample of the Deposit Copy of "Fish Market". The initial edit at 0:02.15 is easy to hear: in the Deposit Copy of "Fish Market" the first synth chord occurs squarely on beat 4&. In "Fish Market Intro and 16 Bars Full Track Sample", the first half of this chord is cut off due to the edit, so it sounds like it enters on beat 4a.

16. At 0:11.96, the track transitions to the kick/bass pattern from "Fish Market 16 Bars Kick and Bass" (PLAINTIFFS000007) combined with the hi-hat/snare/tambourine/timbales pattern from "Fish Market 16 Bars Timbales, Hi Hat, Tambourine" (PLAINTIFFS000009) and "Fish Market 16 Bars Snare, Hi Hat, Tambourine" (PLAINTIFFS000007), (which, as discussed above, means that the track appears to not be a “stem” taken from the Deposit Copy of “Fish Market” due to the differences I have noted with respect to the timbales, tambourine and hi-hat).

17. Thus, there is a recreated snare fill at 0:00, followed by an edit at 0:02.15. 0:02.15 to 0:11.96 appears to be sampled from the original Deposit Copy of "Fish Market". The second edit is at 0:11.96. From 0:11.96 to the end is the recreated beat. The timeline is:

- 0:00 - 0:02.15 - Recreated snare fill
- 0:02.15 - 0:11.96 – Sample from the original Deposit Copy of "Fish Market"
- 0:11.96 - 0:50.21 - Recreated beat

18. In sum, it appears that Finell “based [her] opinions” (Finell Report at p. 2) concerning the “originality” of “Fish Market” on recordings that do not actually represent what appears in the Deposit Copy of “Fish Market.”

**1st Paragraph in Section V.A.**

*"My review of the Songs based on my musical comparison and the chronology set forth by the Plaintiffs reveals that 'Dem Bow' derives from 'Fish Market,' and that 'Pounder' incorporates the 'Fish Market' composition."* [Finell Report, p. 3]

19. Finell does not identify or explain in what manner or to what extent "Dem Bow" supposedly "derives" from "Fish Market" or what it is in "Fish Market" that is supposedly incorporated in "Pounder." Nor does Finell analyze or even mention any of the differences in each of those three works. Equally important, because Finell failed to perform any prior art analysis, her conclusions that "Dem Bow" "derives" from "Fish Market" and that "Pounder" "incorporates the 'Fish Market' composition" ignore that the fundamental rhythmic elements of all three works – what I believe Mr. Ashbourne-Firman has labeled the "core expression" - that are claimed by Plaintiffs to be original are commonplace musical building blocks that were in widespread use long before these three works were "created."

**PAGE 4**

*"...timbales that play a roll at the end of every fourth bar in most iterations of the interlocking components described above."* [Finell Report, p. 4]

20. Insofar as Finell transcribes "Fish Market" in 2/4 meter, "every fourth bar" would be equivalent to every second bar in 4/4 meter. Regardless of whether Finell is talking of every fourth bar or every second bar, the timbale rolls do not occur every second bar, every fourth bar, or at regular intervals of any kind. Rather, there are timbale rolls at the end (within beat 4) of the following bars in the Deposit Copy of "Fish Market":

3 (0:09)
4 (0:11)
25 (1:02)
28 (1:09)
31 (1:16)

34 (1:23)

43 (1:45)

46 (1:52)

48 (1:56)

50 (2:01)

52 (2:06)

54 (2:11)

59 (2:23)

66 (2:40)

67 (2:42)

69 (2:47)

75 (3:01)

21. Thus, as the foregoing list of the bars (in 4/4 meter) in which there are timbale rolls at the end (within beat 4) shows: (1) there are no such timbale rolls that appear in any other (not listed) bars of the Deposit Copy of "Fish Market" and (2) hence, the timbale rolls do not appear at the end of every fourth bar in 2/4 meter (or at the end of every second bar in 4/4 meter) of the Deposit Copy of "Fish Market" as the Finell Report contends.

**PAGE 5**

**2nd Paragraph**

*“The underlying rhythmic accompaniment in 'Dem Bow' is compositionally derived from 'Fish Market,' comprising the <u>core compositional expression of 'Fish Market.'</u> The instrumental music in 'Dem Bow' contains the interlocking musical elements originating in 'Fish Market' plus additional melodic, harmonic, and lyrical elements.”* [Finell Report, p. 5]

22. The instrumental bed of “Dem Bow” is comprised of multitrack elements from “Fish Market”, but it does not contain all of the instrumental parts present in “Fish Market”.

23. The drums, tambourine, and timbales in "Dem Bow" are identical to "Fish Market", except:

- the kick drum in "Dem Bow" is muted at 1:20-1:33, 1:34, 1:46-1:57, and 3:15-3:21,
- the floor tom in "Dem Bow" is muted at 1:20-1:40 and 1:47-2:04, and
- there are approximately 11 additional bars at the end of "Dem Bow".

24. While "Dem Bow" uses the same synth bass track as "Fish Market", in "Dem Bow", certain notes are muted. For example, the bass enters on the downbeat of bar 1 (after the snare intro) in "Fish Market" but on the downbeat of bar 5 in "Dem Bow". The bass plays on beats 1&3 in bars 5-11 of "Fish Market" but only on the downbeat in bars 5-11 of "Dem Bow". "Dem Bow" does contain the beats 1&3 bass pattern that is predominant in "Fish Market".

25. With respect to the other instrumental tracks – and I understand from the SCAC that Plaintiffs have not claimed that other instrumental racks are at issue in this case – "Dem Bow" does not contain the high synth or high piano tracks that are present in "Fish Market". Like "Fish Market", "Dem Bow" contains low synth and low piano parts, but they are muted and unmuted at different times.

26. While I also understand that Plaintiffs have not claimed that any vocal melody is at issue in this case, "Dem Bow" does not contain the overlapping vocals heard at 1:47-2:07 and 2:49-2:53 of "Fish Market". There is a lead vocal throughout "Dem Bow", which is not present in "Fish Market".

27. However, I do agree with one thing that Finell has stated: the "**core compositional expression**" of "Fish Market" which I have described in the Ferrara Affirmative Report as the "fundamental rhythm" of "Fish Market," is the four-on-the-floor kick drum combined with the 3+3+2 snare, which rhythm is doubled by the tom-tom, hi-hat and synth bass and this fundamental rhythm, as detailed in the Ferrara Affirmative Report, have appeared in many prior art works (ignored by Finell and Ashbourne-Firman because they have failed to perform any prior art search and analysis).

*“In turn, 'Pounder' incorporates the 'Dem Bow' instrumental features, which are, based on the definition I have been provided and the scope of my opinion, original to 'Fish Market.'[3] Thus, the underlying composition of 'Fish Market' and 'Dem Bow' and 'Pounder' share a high degree of correlation; the 'Fish Market' composition is expressed in 'Pounder.'”* [Finell Report, p. 5]

28. Unlike “Fish Market”, “Dub Mix II” (“Pounder”) consists only of drums, timbales, and synth bass. While each of these elements has similarities to the corresponding parts in “Fish Market”, they are not identical.

29. Below is a comparative transcription of the timbales, tambourine, drums, and synth bass at 0:12 of “Fish Market” and the timbales, drums, and synth bass at 0:03 of “Dub Mix II” (“Pounder”).

[3] I am not aware of what Ms. Finell has been told, or by whom she was told, about the creation of “Fish Market” that enables her to offer a conclusion, based on a definition she has been supplied, regarding the originality of “Fish Market,” especially without any analysis of prior art. It appears that the definition she is employing may relate to whether a work as a whole is copyrightable rather than whether or to what extent its elements, individually or collectively, exist in prior art and hence may not be monopolized by anyone.

**Fish Market / Dub Mix II (Pounder)**

**Drums, Percussion, and Synth Bass**




30. As shown in the musical example above, there are several differences between "Fish Market" and "Dub Mix II" ("Pounder"):

- While the acoustic timbales vary throughout "Fish Market", the electronic timbales in "Dub Mix II" ("Pounder") consist of a repeating 2-bar loop. The 2-bar timbales rhythm in "Dub Mix II" ("Pounder") is not identical to any 2 bars of the timbales in "Fish Market".
- There is no tambourine in "Dub Mix II" ("Pounder").
- The hi-hat plays quarter notes in "Dub Mix II" ("Pounder") without the additional eighth note at the end of bar 2.

- Instead of what Plaintiffs have called “ghost notes” in the snare as in “Fish Market”, there are two snare parts in “Dub Mix II” (“Pounder”).

31. As in “Fish Market”, “Dub Mix II” (“Pounder”) contains a synth bass that mainly plays Bb on beats 1 and 3. “Dub Mix II” (“Pounder”) also contains a synth bass part consisting of scale degrees 4 and 1 at 1:50 that is similar to the synth bass at 1:38 of “Fish Market”.[4]

**3rd Paragraph**

*“The Songs each contain similar interlocking rhythms constructed with four tiers….”* [Finell Report, p. 5]

32. Contrary to the Ashbourne-Firman Report that asserts that "Fish Market" percussion is “constructed” in 8 "tiers", the Finell Report notates the percussion in 4 tiers.

**PAGE 6**

**Musical Example Transcription**

33. The only musical example in the body of the Finell 2024 Report is on page 6. (See footnote 1 on page 1 above.) As transcribed therein, on the snare drum staff, only the snare on beat 1a is accented. However, the snare on beat 2& is played at an identical volume, so it should also be accented. The lack of accent on beat 2& is discrepant with the snare transcription in the Ferrara Affirmative Report, which notates all of the louder snare notes with accent marks. It is also discrepant with Ashbourne-Firman and Plaintiffs’ Second Consolidated Amended Complaint (the “SCAC”), both of which notate all of the louder snare notes with round noteheads but no accent marks. Moreover, the Finell Report’s snare transcription is discrepant with Musical Examples 1

[4] Again, if we are speaking of the “core expression” of Dub Mix II, which is the four-on-the-floor kick drum and the 3+3+2 snare pattern as the fundamental rhythm of “Fish Market” and “Dub Mix II,” I do not disagree that they share this fundamental rhythm that has existed in prior art for decades, if not longer.

and 3 (respectively on pages 3 and 4) in the 2021 Finell Report (attached as Exhibit A to the Finell 2024 Report). A comparative transcription of the various Deposit Copy of "Fish Market" snare transcriptions is below.

**Fish Market**

**Snare**




In other words, the Finell transcriptions of the snare are inconsistent with my transcription, Ashbourne-Firman's transcription, and the Second Consolidated Amended Complaint's transcription, and even her own transcriptions are inconsistent with each other.

34. As explained in footnote 2 on page 4 of the Finell Report, "Bass Drum" in the transcription on page 6 of the Finell Report refers to the low tom-tom.

35. The tambourine rhythm in the transcription on page 6 of the Finell Report is discrepant with the Ferrara Affirmative Report, containing additional notes on beat 1 and 2&. It is also discrepant with the Ashbourne-Firman Report and the Second Consolidated Amended Complaint, as Finell's transcription omits the note on beat 2. Moreover, the Finell Report transcription is discrepant with Musical Example 4 on page 4 of the 2021 Finell Report (attached as Exhibit A to the Finell 2024 Report). A comparative transcription of the various "Fish Market" tambourine transcriptions is below.

**Fish Market**

**Tambourine**




36. Finell's tambourine transcription on page 6 of her 2024 Report is also discrepant with the tambourine pattern in "16 Bars Slam", which is transcribed on page 3 above.

37. Note that while the Finell Report acknowledges the presence of hi-hat in the last paragraph on page 4, the hi-hat is not transcribed or included as one of the "tiers" of the basic beat in "Fish Market". As the Affirmative Ferrara Report noted, the hi-hat doubles the existing fundamental rhythm of the kick drum and snare and does not

provide any additional rhythm (and therefore would not be a separate compositional "tier.")

**PAGE 7**

**2nd Paragraph**

*"I agree that the combination of these elements is original...."* [Finell Report, p. 7]

38. As shown in the Ferrara Report, the combined expression in the snare and kick drums in "Fish Market," doubled by the tom-tom, hi-hat and synth bass, was in wide-spread use prior to "Fish Market".

**3rd Paragraph**

*"My study of the work also has found that 'Dem Bow' is derivative of 'Fish Market,' and that 'Pounder' is a further derivative that contains the 'Dem Bow' instrumental composition (including the composite drum pattern and its constituent elements, including the kick, snare, hi-hat, tom, and timbales, as well as the bass line). The underlying core expression of 'Dem Bow' and 'Pounder' share a near identity to that of 'Fish Market.'"* [Finell, p. 7]

39. Finell does not identify or explain in what manner or to what extent "Dem Bow" supposedly "derives" from "Fish Market" or what it is in "Fish Market" that is supposedly incorporated in "Pounder." Nor does she analyze or even mention any of the differences in each of those three works (for example, the very different timbales lines in "Fish Market" and "Pounder"). Equally important, because Finell failed to perform any prior art analysis, her conclusions that "Dem Bow" is "derivative of "Fish Market" and that "Pounder" is a further derivative" ignore that the fundamental rhythmic elements of all three works that are claimed by Plaintiffs to be original are commonplace musical building blocks that were in widespread use before these three works were "created."

40. Again, I agree with one thing that Finell has stated: the "**core expression**" of "Fish Market" which I have described in the Ferrara Affirmative Report as the

"fundamental rhythm" of "Fish Market," is the four-on-the-floor kick drum combined with the 3+3+2 snare, which rhythm is doubled by the tom-tom, hi-hat and synth bass and this fundamental rhythm, as detailed in the Ferrara Affirmative Report, has appeared in countless prior art works.

**EXHIBIT A (September 21, 2021 Preliminary Comparison)**

**Musical Example 1**

41. Musical Example 1 on page 4 of Judith Finell's Exhibit A (the 2021 Report) purports to represent "Fish Market". However, there are only two snare notes per 2/4 meter bar (on beats 1a and 2&) which contradicts the Deposit Copy of "Fish Market". Moreover, the snare transcription in Musical Example 1 of Exhibit A is internally discrepant with the transcriptions on page 6 of the 2024 Finell Report and Musical Example 4 on page 4 of the 2021 Finell Report, both of which transcribe three snare notes per bar (on beats 1&, 1a, and 2&). The snare transcription in Musical Example 1 of Finell's 2021 Report also contradicts the snare transcriptions in (1) the Ferrara Affirmative Report, (2) the Ashbourne-Firman Report, and (3) Plaintiffs' Second Consolidated Amended Complaint, as shown in the comparative of snare transcriptions on page 13 above. Because the Ferrara Affirmative Report's snare transcription, in my view, accurately reflects the Deposit Copy of "Fish Market," the snare transcription in Musical Example 1 of Finell's 2021 Report is also inconsistent with the Deposit Copy of "Fish Market."

**Musical Example 2**

42. The transcribed tambourine part, which is purportedly based on the tambourine in the "16 Bars Slam" "stem" file, is discrepant with the tambourine transcriptions in (1) the Ferrara Affirmative Report, (2) the Ashbourne-Firman Report, and (3) Plaintiffs' Second Consolidated Amended Complaint, as shown in the comparative of tambourine transcriptions on page 15 above. Moreover, the tambourine transcription in Musical Example 2 on page 3 of the 2021 Finell Report is internally discrepant with the transcription in Musical Example 4 on page 4 of the 2021 Finell

Report. In addition, this tambourine transcription is discrepant with the tambourine in "16 Bars Slam", transcribed on page 3 above. Again, because the transcription of the tambourine part in the Ferrara Affirmative Report is, in my view, consistent with the Deposit Copy of "Fish Market," Finell's transcription in Musical Example 2 is also inconsistent with the Deposit Copy of "Fish Market."

**Musical Example 4**

43. As noted above, the transcription of the tambourine part in "Fish Market" in Musical Example 4 of the 2021 Finell Report is internally discrepant with the tambourine transcriptions on page 6 of the 2024 Finell Report and in Musical Example 2 on page 3 of 2021 Finell Report. It is also discrepant with the tambourine transcriptions in (1) the Ferrara Affirmative Report, (2) the Ashbourne-Firman Report, and (3) in Plaintiffs' Second Consolidated Amended Complaint, as shown in the comparative of tambourine transcriptions on page 15 above. It is thus also inconsistent with the Deposit Copy of "Fish Market."

44. While the transcription of three snare drum notes in each 2/4 meter bar is correct in Musical Example 4 of the 2021 Finell Report, there are no indications of "ghost" notes or accented notes. However, this snare transcription in Musical Example 4 of the 2021 Finell Report is internally discrepant with the snare transcription in Musical Example 1 on page 3 of 2021 Finell Report, which has two snare notes per bar.

# APPENDIX B

## REBUTTAL OF THE REPORT OF PETER ASHBOURNE-FIRMAN

### PAGES 2-3

1. At the bottom of page 2, and carrying over to page 3, there is a section titled "Materials Considered" that references various audio files on which Ashbourne-Firman states he "based [his] opinions." These include the following five audio files identified (on page 3) as supposed "stem" files of "Fish Market" that were used in his analysis:

d. "16 Bars Slam on beats 1&3, Hat, Tambourine.mp3" ("Fish Market" stems)
e. "Fish Market 16 Bars Kick and Bass.mp3" (stems)
f. "Fish Market 16 Bars Snare, Hi Hat, Tambourine.mp3" (stems)
g. "Fish Market 16 Bars Timbales, Hi Hat, Tambourine.mp3" (stems)
h. "Fish Market Intro and 16 Bars Full Track Sample.mp3" (stems)

2. It appears from my review that d. through h. above correspond to the following files produced by Plaintiffs to Defendants:

PLAINTIFFS000002 (16 Bars Slam on beats 1&3, Hat, Tambourine).mp3
PLAINTIFFS000007 (Fish Market 16 Bars Kick and Bass).mp3
PLAINTIFFS000008 (Fish Market 16 Bars Snare, Hi Hat, Tambourine).mp3
PLAINTIFFS000009 (Fish Market 16 Bars Timbales, Hi Hat, Tambourine).mp3
PLAINTIFFS000011 (Fish Market Intro and 16 Bars Full Track Sample).mp3

3. It is my belief that the tracks listed above are not, at least in part, actually stems (multi-tracks) from the Deposit Copy of "Fish Market". Rather, at least some parts therein sound like attempts at recreating (and in some cases modifying) some elements of the "Fish Market" beat as they exist in the Deposit Copy of "Fish Market" and in the publicly available (e.g., vinyl) versions of "Fish Market". My analysis of each track is as follows.

<u>"16 Bars Slam on beats 1&3, Hat, Tambourine" (aka PLAINTIFFS000002)</u>

4. This file contains hi-hat, tambourine, and low tom. The low tom sounds reasonably similar to the low tom in the Deposit Copy of "Fish Market". The hi-hat sounds slightly different, and the pattern lacks the additional eighth-note hi-hat on beat 4 of every second bar that is present in the Deposit Copy of "Fish Market". A comparative transcription of the hi-hat in the Deposit Copy of “Fish Market” (as transcribed in the Ferrara Affirmative Report) and the hi-hat in “16 Bars Slam” is below.

**Fish Market / 16 Bars Slam on beats 1&3, Hat, Tambourine**

**Hi-Hat**




5. The tambourine in “16 Bars Slam” is <u>very</u> different from the tambourine in the Deposit Copy of "Fish Market", both sonically and rhythmically. The tambourine in “16 Bars Slam” sounds like a looped two-beat sample of an <u>acoustic</u> tambourine rather than a drum machine-generated tambourine. Below is a comparative transcription of the tambourine in the Deposit Copy "Fish Market" and the tambourine in "16 Bars Slam".

**Fish Market / 16 Bars Slam on beats 1&3, Hat, Tambourine**

**Tambourine**



"Fish Market 16 Bars Kick and Bass" (aka PLAINTIFFS000007)

6. This audio consists of a four-on-the-floor kick drum pattern with a Bb synth bass note on beats 1 and 3, as in the Deposit Copy of "Fish Market". It sounds reasonably similar to "Fish Market", so I am not sure if this is taken (e.g., from a multi-track version) from the Deposit Copy of "Fish Market" or if it is a recreation.

"Fish Market 16 Bars Snare, Hi Hat, Tambourine" (aka PLAINTIFFS000008)

7. This audio consists of a quarter-note hi-hat pattern with a snare similar to the Deposit Copy of "Fish Market" (including both unaccented and accented snare) and a tambourine.

8. The composition in the hi-hat is identical to the composition in the hi-hat in “16 Bars Slam” (PLAINTIFFS000002), analyzed above which, as noted, is different than the Deposit Copy of “Fish Market.”

9. The snare in "Fish Market 16 Bars Snare, Hi Hat, Tambourine" sounds similar to the snare in the Deposit Copy of "Fish Market", so it is possibly taken (e.g., from a multi-track version) from the Deposit Copy of "Fish Market" or it was simply replayed on and/or reused samples from the same model drum machine. The tambourine is the same as that appears in “16 Bars Slam” (PLAINTIFFS000002) analyzed immediately above. Thus, as indicated above, the tambourine is very different than the Deposit Copy of “Fish Market.”

"Fish Market 16 Bars Timbales, Hi Hat, Tambourine" (aka PLAINTIFFS000009)

10. This audio consists of hi-hat, tambourine, and timbales.

11. The hi-hat and tambourine are the same as those that appear in “16 Bars Slam” (PLAINTIFFS000002) and "Fish Market 16 Bars Snare, Hi Hat, Tambourine" (PLAINTIFFS000008) analyzed immediately above. In other words, as indicated above, the hi-hat is different than the Deposit Copy of “Fish Market” and the tambourine is very different than the Deposit Copy of “Fish Market.”

12. The timbales are not from the multi-tracks of the Deposit Copy of "Fish Market". They consist of a looped two-bar pattern that is identical in every iteration unlike the improvised and varied from bar-to-bar timbales in the Deposit Copy of "Fish Market". A clear giveaway is that the low timbale roll on beat 4& is sonically identical in every bar (this can be heard using an extremely slow playback). If the timbales were played "live" as in the Deposit Copy of "Fish Market", such identity would be highly unlikely. In any event, the timbales here are not taken from the Deposit Copy of "Fish Market" but from something else or were created separately.

13. Below is a comparative transcription of the first 8 bars of the timbales in the Deposit Copy of "Fish Market" and the timbales in "Fish Market 16 Bars Timbales, Hi Hat, Tambourine".

**Fish Market / Fish Market 16 Bars Timbales, Hi Hat, Tambourine**

**Timbales**




As one can readily see from the foregoing transcription, the timbales in "Fish Market 16 Bars Timbales, Hi Hat, Tambourine" are very different than, and are not “stems” taken from, the Deposit Copy of “Fish Market.”

<u>Fish Market Intro and 16 Bars Full Track Sample" (aka PLAINTIFFS000011)</u>

14. The first approximately 2 seconds of this track contain a snare fill similar to the one at the beginning of the Deposit Copy of "Fish Market", except that there is an

extra snare note on beat 4& preceding the first kick drum note (which itself shows it is not the same as the Deposit Copy of "Fish Market"). As in the Deposit Copy of "Fish Market", there is a tom-tom note on the same beat 4&, but the tom-tom in "Fish Market Intro and 16 Bars Full Track Sample" sounds different from the tom-tom in the Deposit Copy of "Fish Market".

15. The next approximately 10 seconds (from 0:02.15 to 0:11.96) sound like a digital sample of the Deposit Copy of "Fish Market". The initial edit at 0:02.15 is easy to hear: in the Deposit Copy of "Fish Market" the first synth chord occurs squarely on beat 4&. In "Fish Market Intro and 16 Bars Full Track Sample", the first half of this chord is cut off due to the edit, so it sounds like it enters on beat 4a.

16. At 0:11.96, the track transitions to the kick/bass pattern from "Fish Market 16 Bars Kick and Bass" (PLAINTIFFS000007) combined with the hi-hat/snare/tambourine/timbales pattern from "Fish Market 16 Bars Timbales, Hi Hat, Tambourine" (PLAINTIFFS00009) and "Fish Market 16 Bars Snare, Hi Hat, Tambourine" (PLAINTIFFS000008) (which, as discussed above, means that the track appears to not be a “stem” taken from the Deposit Copy of “Fish Market” due to the differences I have noted with respect to the timbales, tambourine and hi-hat).

17. Thus, there is a recreated snare fill at 0:00, followed by an edit at 0:02.15. 0:02.15 to 0:11.96 appears to be sampled from the original Deposit Copy of "Fish Market". The second edit is at 0:11.96. From 0:11.96 to the end is the recreated beat. The timeline is:

- 0:00 - 0:02.15 - Recreated snare fill
- 0:02.15 - 0:11.96 – Sample from original Deposit Copy of "Fish Market"
- 0:11.96 - 0:50.21 - Recreated beat

18. In sum, it appears that Ashbourne-Firman “based [his] opinions” (Ashbourne-Firman Report at 2) concerning the “originality” of “Fish Market” on recordings that do not actually represent what appears in the Deposit Copy of “Fish Market.”

**1st Paragraph in Section V.A.**

*"My review of the Songs based on my musical comparison and the chronology set forth by the Plaintiffs reveals that 'Dem Bow' derives from 'Fish Market,' and that 'Pounder' incorporates the 'Fish Market' composition."* [Ashbourne-Firman Report, p. 3]

19. Ashbourne-Firman does not identify or explain in what manner or to what extent “Dem Bow” supposedly “derives” from “Fish Market” or what it is in “Fish Market” that is supposedly incorporated in “Pounder.” Nor does he analyze or even mention any of the differences in each of those three works. Equally important, because Ashbourne-Firman failed to perform any prior art analysis, his conclusions that “Dem Bow” “derives” from “Fish Market” and that “Pounder” “incorporates the ‘Fish Market’ composition” ignore that the fundamental rhythmic elements of all three works that are claimed by Plaintiffs to be original are commonplace musical building blocks that were in widespread use before these three works were “created.”

**PAGE 4**

*"...timbales that play a roll at the end of every second bar in most iterations of the interlocking components described above."* [Ashbourne-Firman Report, p. 4]

20. Ashbourne-Firman places transcriptions of "Fish Market" in 4/4 meter, unlike the Finell Report's 2/4 meter transcription and analysis.

21. The timbale rolls in the Deposit Copy of "Fish Market" do not occur every second bar or at regular intervals of any kind. There are rolls at the end (within beat 4) of the following bars in the Deposit Copy "Fish Market":

3 (0:09)
4 (0:11)
25 (1:02)
28 (1:09)
31 (1:16)
34 (1:23)

43 (1:45)

46 (1:52)

48 (1:56)

50 (2:01)

52 (2:06)

54 (2:11)

59 (2:23)

66 (2:40)

67 (2:42)

69 (2:47)

75 (3:01)

22. Thus, as the foregoing list of the bars in which there are timbale rolls at the end (within beat 4) shows: (1) there are no such timbale rolls that appear in any other (not listed) bars of the Deposit Copy of "Fish Market" and (2) hence, the timbale rolls do not appear at the end of every second bar of the Deposit Copy of "Fish Market" as the Ashbourne-Firman Report contends.

**PAGE 5**

23. The Ashbourne-Firman Report notates the "Fish Market" percussion in 8 "tiers", unlike the Finell Report's 4-“tier” transcription.

24. The transcription on page 5 of the Ashbourne-Firman Report is identical to the transcription on page 36 of Plaintiff's Second Consolidated Amended Complaint (the “SCAC”), both of which are inaccurate.

25. The hi-hat in Ashbourne-Firman’s transcriptions differs from the Ferrara Report transcription, as they do not include the additional hi-hat on beat 4& of bar 2. This is shown in the comparative transcriptions below. The Ferrara Report notates the hi-hat with x noteheads while the hi-hat is notated with round noteheads in Plaintiffs’ transcriptions.

**Fish Market**

**Hi-Hat**




26. The tambourine transcriptions in the Ashbourne-Firman Report (and in the SCAC) differ from the transcriptions in the Ferrara Report, as they include additional notes on beat 1, 2, 2&, 3, 4, and 4&. The Ashbourne-Firman Report transcriptions also differ from transcriptions in the Finell 2024 Report and its attached Finell Exhibit A, Musical Example 2, as they include additional notes on beats 2 and 4. They also differ from Finell Exhibit A, Musical Example 4, as they include 3 additional notes within each of beats 1 and 3, and one additional note on each of beats 2 and 4. Below is a comparative of the various tambourine transcriptions that demonstrate that Plaintiffs' experts Finell and Ashbourne-Firman are inconsistent with each other.

**Fish Market**

**Tambourine**




27. Ashbourne-Firman's tambourine transcription is also discrepant with the tambourine pattern in "16 Bars Slam", which is transcribed on page 2 above.

28. The timbales transcriptions in Ashbourne-Firman (and in the SCAC) contradict Ashbourne-Firman's description on page 4, which states that the timbales "play a roll at the end of every second bar in most iterations". In the transcription on page 5 of the Ashbourne-Firman Report, there is a roll at the end of every bar (which, as noted above, is not the case in the Deposit Copy of "Fish Market", where there is not even a roll at the end of every second bar). So Ashbourne-Firman's transcriptions

(which appear to simply duplicate what appears in the SCAC) are inconsistent with Ashbourne-Firman's own description on page 4, and both the SCAC and Ashbourne-Firman's transcriptions are inconsistent with what actually appears in the Deposit Copy of "Fish Market." These timbales transcriptions also differ from the Ferrara transcription (at 0:02 of "Fish Market"), as they omit notes on the downbeat of each bar, omit a side-stick note on beat 2 of bar 1, and indicate 32nd notes in the low timbale instead of sixteenth notes in the high timbale on beat 4& of both bars. A comparative transcription of the timbales transcriptions is below.

**Fish Market**

**Timbales**




29. Ashbourne-Firman's timbales transcription is also discrepant with the timbales in "Fish Market 16 Bars Timbales, Hi Hat, Tambourine" which is transcribed on page 5 above.

30. Ashbourne-Firman's snare transcription differs from the Ferrara transcription, as it does not include accents. Ashbourne-Firman's snare transcription also differs from the Finell 2024 report, as it notates "ghost" (x) notes and does not include accents. It also differs from Finell's Exhibit A, Musical Example 1, as it includes "ghost" notes on beats 1& and 3&. Finally, Ashbourne-Firman's snare transcription

differs from Finell Exhibit A, Musical Example 4, as it includes ghost notes. Below is a comparative transcription of the various snare transcriptions.

**Fish Market**

**Snare**



**PAGE 6**

**1st Paragraph**

*"'Fish Market' consists of a number of one...bar patterns...."* [Ashbourne-Firman Report, p. 6]

31. This assertion is at odds with both the transcription of the timbales on page 5 of the Ashbourne-Firman Report and the description of the timbales on page 4 of the Ashbourne-Firman Report, which state that the timbales "play a roll at the end of every second bar." In addition to being internally inconsistent, both statements are incorrect as discussed above. As the Ferrara Report showed, the timbales are improvised and do not form a repeating 2-bar pattern.

**PAGE 7**

**1st Full Paragraph**

*"Thus, it is the combination of layers that creates the originality of the overall pattern."* [Ashbourne-Firman Report, p. 7]

32. As shown in the Ferrara Report, the combined expression in the snare and kick drums in “Fish Market,” which is the fundamental rhythm of “Fish Market”, was in use prior to “Fish Market”. Moreover, as also shown in the Ferrara Report, the tom-tom and hi-hat “layers” merely duplicate or “double” the same rhythm that is already present in the kick and snare, and so do not create any additional rhythm. Similarly, the synth bass “doubles” beats played by the kick drum or, as in the two bars at 1:38-1:44, doubles the kick and snare. Thus, the kick drum and snare, which are duplicated by the tom-tom, hi-hat and synth bass, together form the fundamental rhythm of “Fish Market” which pre-existed and was in use prior to “Fish Market.”

**Last Paragraph**

33. As in many other portions of the Ashbourne-Firman and Finell Reports, the last 4 sentences on page 7 of Ashbourne-Firman are almost word-for-word identical to the last full paragraph on page 5 of the Finell 2024 report.

*"The underlying rhythmic accompaniment in 'Dem Bow' is compositionally derived from "Fish Market, comprising the core compositional expression of 'Fish Market.' The instrumental music in 'Dem Bow' contains the interlocking musical elements originating in 'Fish Market' plus additional melodic, harmonic, and lyrical elements."* [Ashbourne-Firman Report, p. 7]

34. The instrumental bed of "Dem Bow" is comprised of multitrack elements from "Fish Market", but it does not contain all of the instrumental parts present in "Fish Market".

35. The drums, tambourine, and timbales in "Dem Bow" are identical to "Fish Market", except:

- the kick drum in "Dem Bow" is muted at 1:20-1:33, 1:34, 1:46-1:57, and 3:15-3:21,
- the floor tom in "Dem Bow" is muted at 1:20-1:40 and 1:47-2:04, and
- there are approximately 11 additional bars at the end of "Dem Bow".

36. While "Dem Bow" uses the same synth bass track as "Fish Market", in "Dem Bow", certain notes are muted. For example, the bass enters on the downbeat of bar 1 (after the snare intro) in "Fish Market" but on the downbeat of bar 5 in "Dem Bow". The bass plays on beats 1&3 in bars 5-11 of "Fish Market" but only on the downbeat in bars 5-11 of "Dem Bow". "Dem Bow" does contain the beats 1&3 bass pattern that is predominant in "Fish Market".

37. With respect to the other instrumental tracks – and I understand from the SCAC that Plaintiffs have not claimed that other instrumental tracks are at issue in this case – "Dem Bow" does not contain the high synth or high piano tracks that are present

in “Fish Market”. Like “Fish Market”, “Dem Bow” contains low synth and low piano parts, but they are muted and unmuted at different times.

38. While I also understand that Plaintiffs have not claimed that any vocal melody is at issue in this case, “Dem Bow” does not contain the overlapping vocals heard at 1:47-2:07 and 2:49-2:53 of “Fish Market”. There is a lead vocal throughout “Dem Bow”, which is not present in “Fish Market”.

*“In turn, 'Pounder' incorporates the 'Dem Bow' instrumental features, which are, based on the definition I have been provided and the scope of my opinion, original to 'Fish Market.'[1] The underlying composition of 'Fish Market' and 'Dem Bow' and 'Pounder' share a high degree of correlation; the 'Fish Market' composition is expressed in 'Pounder.'”* [Ashbourne-Firman Report, p. 7]

39. Unlike “Fish Market”, “Dub Mix II” (“Pounder”) consists only of drums, timbales, and synth bass. While each of these elements has similarities to the corresponding parts in “Fish Market”, they are not identical.

40. Below is a comparative transcription of the timbales, tambourine, drums, and synth bass at 0:12 of “Fish Market” and the timbales, drums, and synth bass at 0:03 of “Dub Mix II” (“Pounder”).

[1] I am not aware of what Ashbourne-Firman has been told, or by whom he was told, about the creation of “Fish Market” that enables him to offer a conclusion, based on a definition he has been supplied, regarding the originality of “Fish Market,” especially without any analysis of prior art. It appears that the definition he is employing may relate to whether a work as a whole is copyrightable rather than whether or to what extent its elements, individually or collectively, exist in prior art and hence may not be monopolized by anyone.

**Fish Market / Dub Mix II (Pounder)**

**Drums, Percussion, and Synth Bass**




41. As shown in the musical example above, there are several differences between "Fish Market" and "Dub Mix II" ("Pounder"):

- While the acoustic timbales vary throughout "Fish Market", the electronic timbales in "Dub Mix II" ("Pounder") consist of a repeating 2-bar loop. The 2-bar timbales rhythm in "Dub Mix II" ("Pounder") is not identical to any 2 bars of the timbales in "Fish Market".
- There is no tambourine in "Dub Mix II" ("Pounder").

- The hi-hat plays quarter notes in “Dub Mix II” (“Pounder”) without the additional eighth note at the end of bar 2.
- Instead of what Plaintiffs have called “ghost notes” in the snare as in “Fish Market”, there are two snare parts in “Dub Mix II” (“Pounder”).

42. As in “Fish Market”, “Dub Mix II” (“Pounder”) contains a synth bass that mainly plays Bb on beats 1 and 3. “Dub Mix II” (“Pounder”) also contains a synth bass part consisting of scale degrees 4 and 1 at 1:50 that is similar to the synth bass at 1:38 of “Fish Market”.

**PAGE 8**

43. From the second paragraph on page 8 through the end of the report, the text is almost identical to pages 7-8 of the Finell 2024 report (and is addressed in Appendix A).

**Paragraph Starting at Bottom of Page 8**

*“And, based on my study of the Songs, 'Dem Bow' is derivative of 'Fish Market,' and 'Pounder' is a further derivative that contains the 'Dem Bow' instrumental composition (including the composite drum pattern and its constituent elements, including the kick, snare, hi-hat, tom, and timbales, as well as the bass line).*[2] *The underlying core expression of 'Dem Bow' and 'Pounder' share a near identity to that of 'Fish Market.'”* [Ashbourne-Firman Report, pp. 8-9]

44. As discussed above, the relationship between these three songs is more nuanced than citation from the Ashbourne-Firman Report contends, especially with regard to the expression in Dem Bow and “Dub Mix II” (“Pounder”) as they relate to “Fish Market.” However, Ashbourne-Firman may have provided a crucial admission. Ashbourne-Firman asserts that the “core expression of ‘Dem Bow’ and ‘Pounder” share a near identity to that of ‘Fish Market.’” The timbales are not the same in “Pounder” as

[2] This description tacitly, albeit silently, admits that, unlike “Fish Market,” “Pounder” does not contain tambourines.

in “Fish Market” and there are no tambourines in “Pounder.” Thus, if the “core expression” is what is common to or shared by all three of Plaintiffs’ claimed works, he can only be referring to the four-on-the floor kick drum and the 3+3+2 snare (which in Fish Market is doubled by the tom-tom, hi-hat and synth bass). This admission confirms my analysis and opinion that the “core expression” or fundamental rhythm of “Fish Market” is a common rhythm that pre-existed “Fish Market” as shown by prior art. (Ferrara Report pp. 13-27; Ashbourne-Firman Report pp. 8-9.)