1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, *ET AL.*, | Case No. 2:21-cv-02840-AB-AJR |
| | Assigned to: Hon. André Birotte Jr. |
| Plaintiffs, | |
| | **[~~PROPOSED~~] ORDER GRANTING STIPULATION TO PERMIT DEPOSITION OF HOPETON BROWN TO OCCUR AFTER DISCOVERY CUTOFF AND DEFENDANTS' MSJ FILING DEADLINE** |
| v. | |
| RODNEY SEBASTIAN CLARK, an individual, *ET AL.*, | |
| Defendants. | |

19
20
21
22
23
24
25
26
27
28

ORDER

1  The Court, having received and considered the parties' STIPULATION TO

2  PERMIT DEPOSITION OF HOPETON BROWN TO OCCUR AFTER

3  DISCOVERY CUTOFF AND DEFENDANTS' MSJ FILING DEADLINE, and

4  for good cause shown, hereby ORDERS that (i) Defendants are permitted to take

5  Hopeton Brown's deposition within two weeks of the date of this Order, and (ii) the

6  parties are permitted to use Mr. Brown's testimony in their respective MSJ,

7  opposition, and reply-related papers.

8

9  **IT IS SO ORDERED.**

10

11  Dated: June 3, 2025    _____

12  HON. ANDRÉ BIROTTE JR.
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORDER