**PRYOR CASHMAN LLP**
Benjamin S. Akley (State Bar No. 278506)
bakley@pryorcashman.com
Shamar Toms-Anthony (State Bar No. 323246)
stoms-anthony@pryorcashman.com
1901 Avenue of the Stars, Suite 900, Los Angeles, California 90067
Telephone: (310) 683-6900

Donald S. Zakarin (admitted pro hac vice)
dzakarin@pryorcashman.com
Frank P. Scibilia (admitted pro hac vice)
fscibilia@pryorcashman.com
7 Times Square, 40th Floor, New York, New York 10036
Telephone: (212) 421-4100

James G. Sammataro (State Bar No. 204882)
jsammataro@pryorcashman.com
255 Alhambra Circle, 8th Floor, Miami, Florida 33134
Telephone: (786) 582-3003
*Attorneys for the Pryor Cashman-Represented Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, *ET AL.*,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK, an individual, *ET AL.*,<br><br>Defendants. | Case No. 2:21-cv-02840-AB-AJR<br>Assigned to: Hon. André Birotte Jr.<br><br>**SECOND STIPULATION TO PERMIT DEPOSITION OF HOPETON BROWN TO OCCUR AFTER DISCOVERY CUTOFF AND DEFENDANTS' MSJ FILING DEADLINE**<br><br>*[Proposed Order filed concurrently]* |

1

SECOND STIPULATION TO PERMIT DEPOSITION OF HOPETON
BROWN TO OCCUR AFTER DISCOVERY CUTOFF AND                Case No. 2:21-cv-02840-AB-AJR
DEFENDANTS' MSJ FILING DEADLINE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the Parties, by and through their respective counsel of record as set forth below, hereby stipulate as follows:

WHEREAS, under the current scheduling Order for this phase (Dkt. 427), fact and expert discovery for this phase ended on March 28, 2025 (the "Discovery Cut-Off Date") and Defendants' motions for summary judgment for this phase are due May 23, 2025 (the "MSJ Deadline");

WHEREAS, at 5:00 p.m. on May 22, 2025 Magistrate Judge Richlin issued an Order (Dkt. 705, the "May 22 Discovery Order") on the PC Defendants' motion to exclude Hopeton Brown, Donovan Thompson, and expert testimony of Shaun Pizzonia (Dkt. 680);

WHEREAS, in the May 22 Discovery Order Magistrate Judge Richlin directed Plaintiffs to "promptly make [Hopeton] Brown available for deposition by Defendants";

WHEREAS, on May 23, 2025 the parties stipulated, and on June 3, 2025 this Court Ordered, that (i) Defendants are permitted to take Brown's deposition within two weeks of the date of the Court's Order on the stipulation (*i.e.*, June 17, 2025), and (ii) that the parties are permitted to use Brown's testimony in their respective MSJ, opposition, and reply-related papers;

WHEREAS, to accommodate various scheduling conflicts, the Parties are unable to proceed with Brown's deposition before June 23, 2025;

WHEREAS, in light of the above, the Parties seek a brief extension of time to take Brown's deposition and the Parties do not currently seek any other modifications, exceptions, or extensions of or to any other deadlines;

THEREFORE, the Parties agree, and respectfully request that the Court, as set forth in the accompanying Proposed Order, permit Defendants to take Brown's

2
SECOND STIPULATION TO PERMIT DEPOSITION OF HOPETON BROWN TO OCCUR AFTER DISCOVERY CUTOFF AND DEFENDANTS' MSJ FILING DEADLINE

Case No. 2:21-cv-02840-AB-AJR

deposition on June 23, 2025 and permit the parties to use Brown's testimony in their respective MSJ-related papers.

SO STIPULATED.

Respectfully submitted on June 11, 2025,

By: */s/ Scott Alan Burroughs*
Stephen M. Doniger, Esq.
Scott Alan Burroughs, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
Garth A. Clarke
LAW OFFICES OF GARTH CLARKE
*Attorneys for Plaintiffs*

By: */s/ Michael A. Trauben*
Michael A. Trauben, Esq.
Thomas K. Richards, Esq.
SINGH, SINGH & TRAUBEN
*Attorneys for Defendants Nelson Diaz Martinez and Jose Angel Lopez Martinez*

By: */s/ Benjamin S. Akley*
Donald S. Zakarin
Frank P. Scibilia
James G. Sammataro
Benjamin S. Akley
Shamar Toms-Anthony
PRYOR CASHMAN LLP
*Attorneys for the Pryor Cashman-Represented Defendants*

By: */s/ Jean G. Vidal-Font*
Jean G. Vidal-Font, Esq.
FERRAIUOLI LLC
*Attorney for Defendant Camilo Echeverri p/k/a Camilo*

By: */s/ Richard C. Wolfe*
Richard C. Wolfe, Esq.
WOLFE LAW MIAMI, P.A.
*Attorneys for Wolfe Law Represented Defendants*

By: */s/ Sagar P. Parikh*
Sagar P. Parikh, Esq.
BEVERLY HILLS LAW CORP., PC
*Attorney for Defendants Cinq Music Group, LLC & Cinq Music Publishing, LLC*

By: */s/ Bradley J. Mullins*
Bradley J. Mullins, Esq.
Mark C. Humphrey, Esq.
MITCHELL SILBERBERG & KNUPP
*Attorneys for Defendants Aubrey Drake Graham & Sound 1.0 Catalogue LP, improperly named as OVO Sound LLC*

By: */s/ Douglas Johnson*
Neville L. Johnson, Esq.
Douglas L. Johnson, Esq.
Melissa N. Eubanks, Esq.
JOHNSON & JOHNSON LLP
*Attorneys for Defendant Rich Music, Inc.*

By: */s/ Kenneth D. Freundlich*
Kenneth D. Freundlich, Esq.
Jonah A. Grossbardt, Esq.
FREUNDLICH LAW
*Attorneys for Defendants Benito Antonio Martinez Ocasio p/k/a Bad Bunny and Rimas Music, LLC*

By: */s/ David R. Welch*
David R. Welch, Esq.
ENSO LAW, L.L.P
*Attorneys for Defendant Gabriel Pizarro*

4
SECOND STIPULATION TO PERMIT DEPOSITION OF HOPETON BROWN TO OCCUR AFTER DISCOVERY CUTOFF AND DEFENDANTS' MSJ FILING DEADLINE

Case No. 2:21-cv-02840-AB-AJR

By: */s/ Meeghan H. Tirtasaputra*
Meeghan H. Tirtasaputra, Esq.
FOX ROTHSCHILD LLP
*Attorneys for Defendant Maybach Music Group, LLC*

By: */s/ Nicholas A. Carlin*
David M. Given, Esq.
Nicholas A. Carlin, Esq.
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
*Attorneys for Defendant William Sami Etienne Grigahcine p/k/a DJ Snake and Empire Distribution, Inc.*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: June 11, 2025                                 */s/ Benjamin S. Akley*
                                                            Benjamin S. Akley