**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; *ET AL*.,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK, an individual, *ET AL*.,<br><br>Defendants. | Case No.: 2:21-cv-02840-AB-AJR<br><u>Honorable André Birotte Jr. Presiding</u><br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO PERMIT DEPOSITION OF HOPETON BROWN TO OCCUR AFTER DISCOVERY CUTOFF AND DEFENDANTS' MSJ FILING DEADLINE** |

1  The Court, having received and considered the parties' SECOND STIPULATION TO PERMIT DEPOSITION OF HOPETON BROWN TO OCCUR AFTER DISCOVERY CUTOFF AND DEFENDANTS' MSJ FILING DEADLINE, and for good cause shown, hereby ORDERS that (i) Defendants are permitted to take Hopeton Brown's deposition on June 23, 2025, and (ii) the parties are permitted to use Mr. Brown's testimony in their respective MSJ, opposition, and reply-related papers.

IT IS SO ORDERED.

Dated: June 16, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE