Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK DONALDS, et al.,<br><br>Defendants. | Case No. 2:21-cv-02840-AB-AJR<br>*Hon. André Birotte Jr. Presiding*<br><br>**DECLARATION OF BENJAMIN F. TOOKEY IN SUPPORT OF PLAINTIFFS' COMBINED MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Benjamin F. Tookey, hereby declare as follows:

1. I am over the age of 18. I am counsel of record for Plaintiffs in this case. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. **Exhibit 1** attached hereto is a true and correct copy of Exhibit 1 to the deposition of Defendant Rodney Sebastian Clark p/k/a "El Chombo."

3. **Exhibit 2** attached hereto is a true and correct copy of Exhibit 2 to the deposition of Defendant Rodney Sebastian Clark p/k/a "El Chombo."

4. **Exhibit 3** attached hereto is a true and correct copy of Exhibit 3 to the deposition of Defendant Rodney Sebastian Clark p/k/a "El Chombo."

5. **Exhibit 4** attached hereto is a true and correct copy of Exhibit 4 to the deposition of Defendant Rodney Sebastian Clark p/k/a "El Chombo."

6. **Exhibit 5** attached hereto is a true and correct copy of Exhibit 5 to the deposition of Defendant Rodney Sebastian Clark p/k/a "El Chombo."

7. **Exhibit 6** attached hereto is a true and correct copy of Exhibit 6 to the deposition of Defendant Rodney Sebastian Clark p/k/a "El Chombo."

8. **Exhibit 7** attached hereto is a true and correct copy of Exhibit 7 to the deposition of Defendant Rodney Sebastian Clark p/k/a "El Chombo."

9. **Exhibit 8** attached hereto is a true and correct copy of Exhibit 8 to the deposition of Defendant Rodney Sebastian Clark p/k/a "El Chombo."

10. **Exhibit 27** attached hereto is a true and correct copy of Exhibit 27 to the deposition of Defendant Carlos Reyes p/k/a "Farruko."

11. **Exhibit 70** attached hereto is a true and correct copy of Exhibit 70 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

12. **Exhibit 71** attached hereto is a true and correct copy of Exhibit 71 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

13. **Exhibit 72** attached hereto is a true and correct copy of Exhibit 72 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

14. **Exhibit 73** attached hereto is a true and correct copy of Exhibit 73 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

15. **Exhibit 74** attached hereto is a true and correct copy of Exhibit 74 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

16. **Exhibit 75** attached hereto is a true and correct copy of Exhibit 75 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

17. **Exhibit 77** attached hereto is a true and correct copy of Exhibit 77 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

18. **Exhibit 78** attached hereto is a true and correct copy of Exhibit 78 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

19. **Exhibit 79** attached hereto is a true and correct copy of Exhibit 79 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

20. **Exhibit 81** attached hereto is a true and correct copy of Exhibit 81 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

21. **Exhibit 82** attached hereto is a true and correct copy of Exhibit 82 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

22. **Exhibit 83** attached hereto is a true and correct copy of Exhibit 83 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

23. **Exhibit 84** attached hereto is a true and correct copy of Exhibit 84 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

24. **Exhibit 85** attached hereto is a true and correct copy of Exhibit 85 to the deposition of Defendants' designated expert Dr. Wayne Marshall.

25. **Exhibit 87** attached hereto is a true and correct copy of Exhibit 87 to the deposition of Defendant Freddy Montalvo.

26. **Exhibit 93** attached hereto is a true and correct copy of Exhibit 93 to the deposition of Defendant Ramon Luis Ayala Rodriguez p/k/a "Daddy Yankee."

27. **Exhibit 94** attached hereto is a true and correct copy of a certified translation of Exhibit 93 at time marker 21:56-32:50.

28. **Exhibit 95** attached hereto is a true and correct copy of a custodian of records declaration attesting to Exhibit 93, which was produced to my firm by Mercury Studios Media Inc.

29. **Exhibit 96** attached hereto is a true and correct copy of Episode 3 of *Loud: The History of Reggaeton* produced to my firm by Futuro Media Group.

30. **Exhibit 97** attached hereto is a true and correct copy of Episode 7 of *Loud: The History of Reggaeton* produced to my firm by Futuro Media Group.

31. **Exhibit 98** attached hereto is a true and correct copy of a custodian of records declaration attesting to Exhibits 96-97, which were produced to my firm by Mercury Studios Media Inc.

32. **Exhibit 99** attached hereto is a true and correct copy of a certified translation of Exhibit 97 at time marker 11:15-12:05.

33. **Exhibit 100** attached hereto is a true and correct copy of excerpts of the deposition transcript of Peter Ashbourne-Firman.

34. **Exhibit 101** attached hereto is a true and correct copy of excerpts of the deposition transcript of Kenneth Bilby.

35. **Exhibit 102** attached hereto is a true and correct copy of excerpts of the deposition transcript of Cleveland Browne.

36. **Exhibit 103** attached hereto is a true and correct copy of excerpts of the deposition transcript of Defendant Rodney Clark.

37. **Exhibit 104** attached hereto is a true and correct copy of excerpts of the deposition transcript of Judith Finell.

38. **Exhibit 105** attached hereto is a true and correct copy of excerpts of the deposition transcript of Wayne Marshall.

39. **Exhibit 106** attached hereto is a true and correct copy of excerpts of the deposition transcript of Defendant Nelson Martinez.

40. **Exhibit 107** attached hereto is a true and correct copy of excerpts of the deposition transcript of Defendant Marcos Masis.

41. **Exhibit 108** attached hereto is a true and correct copy of excerpts of the deposition transcript of Freddy Montalvo.

42. **Exhibit 109** attached hereto is a true and correct copy of excerpts of the deposition transcript of Martha Pesante.

43. **Exhibit 110** attached hereto is a true and correct copy of excerpts of the deposition transcript of Carlos Reyes.

44. **Exhibit 111** attached hereto is a true and correct copy of excerpts of the deposition transcript of Ramon Rodriguez.

45. **Exhibit 112** attached hereto is a true and correct copy of excerpts of the deposition transcript of Llandel Veguilla.

46. **Exhibit 113** attached hereto is a true and correct copy of a declaration filed by Joe Bennett in Case No. 1:20-cv-03535-JPO, Dkt. 204-5, on January 13, 2023. I downloaded this copy from PACER.[1]

47. **Exhibit 114** attached hereto is a true and correct copy of a "musicologist's report" from Joe Bennett filed in Case No. 1:20-cv-03535-JPO, Dkt. 38-1, on June 25, 2020. I downloaded this copy from PACER.

48. **Exhibit 115** attached hereto is a true and correct copy of a publication titled "Constraint, Creativity, Copyright and Collaboration in Popular Songwriting Teams," submitted for the degree of Doctor of Philosophy by Joe Bennett at the School of Arts at the University of Surrey by, date June 2014. I downloaded this copy from Joe Bennett's website at https://joebennett.net/publications/ and https://joebennett.net/wp-content/uploads/2023/05/Joe-Bennett-PhD-thesis-FINAL-June-2014.pdf.

49. **Exhibit 116** attached hereto is a true and correct copy of a publication titled "We Can Work It Out: Methods In Forensic Musicology" by Joe Bennett, dated August

---

[1] *See also Stewart v. Quest Diagnostics Clinical Lab'ys, Inc.*, 2022 WL 5236821, at *4 (S.D. Cal. Oct. 5, 2022) (taking judicial notice of expert witness reports and declarations filed in other court proceedings based on authority holding "[a] court may take judicial notice of matters of public record [and] of the existence of another court's opinion or of the filing of pleadings in related proceedings").

4
DECLARATION

2022. I downloaded this copy from Joe Bennett's website at https://joebennett.net/publications/ and https://joebennett.net/wp-content/uploads/2022/08/Joe-Bennett-Hart-Book-Chapter-prepub-draft-for-website.pdf.

50.   **Exhibit 117** is a true and correct copy of excerpts of Defendant Camilo Echeverry's responses to Plaintiffs' first set of requests for admissions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2025          By:          */s/ Benjamin F. Tookey*
                                          Benjamin F. Tookey
                                          DONIGER / BURROUGHS
                                          *Attorneys for Plaintiffs*