EXHIBIT 324

Videotaped Deposition of

# Cleveland Constantine Browne

March 18, 2025

Cleveland Constantine Browne

vs.

Rodney Sebastian Clark Donalds



Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
 1   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 2   WESTERN DIVISION
     ----------------------------------------------
 3
     CLEVELAND CONSTANTINE BROWNE, ET AL.,
 4
 5                         Plaintiffs,
 6                         Case No.:2:21-cv-02840-AB-AJR
                 -vs-
 7
 8   RODNEY SEBASTIAN CLARK, an
     individual, ET AL.,
 9
                         Defendants.
10
     ----------------------------------------------
11
12       Virtual Deposition of CLEVELAND CONSTANTINE
13     BROWNE, held on Tuesday, March 18th, 2025
14     commencing at 8:00 a.m., PT, before Paula D.
15     Bielat, Court Reporter, Notary Public in the
16     State of New York.
17
18
19
20     Job No.: 10160616
21
22
23
24
25
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
 1   APPEARANCES:

 2              DONIGER BURROUGHS
                BY: STEPHEN M. DONIGER, ESQ,
 3              603 Rose Avenue
                Venice, California 90291
 4              Appearing on behalf of the Plaintiff
                (310)590-1820
 5              stephen@donigerlawfirm.com

 6              PRYOR CASHMAN LLP
                BY: DONALD S. ZAKARIN, ESQ.
 7              7 Times Square, 40th Floor
                New York, New York 10036
 8              Appearing on behalf of the Defendant
                (212)421-4100
 9              dzakarin@pryorcashman.com

10              VIDEOGRAPHER - RYAN DUNCAN OF ATLAS

11              PRESENT ON ZOOM CALL:

12                 REEL MUSTAFA

13                 REBECCA MANDEL, ESQ.

14                 BENJAMIN AKLEY, ESQ.

15                 SHAMAR TOMS-ANTHONY, ESQ.

16                 FRANK SCIBILIA, ESQ.

17                 MATTHEW FOLLETT, ESQ.

18                 KENNETH FREUNDLICH, ESQ.

19                 KARLA ENCARNACION, ESQ.

20                 REBECCA BENYAMIN, ESQ.

21                 NINA POUGET, ESQ. & ROBERT CARROLL

22                 JEAN VIDAL-FONT, ESQ.

23                 GARTH CLARKE, ESQ.

24                 ANDY NAVARRO, ESQ.

25
```

**Cleveland Constantine Browne**

**Cleveland Constantine Browne vs.**
**Rodney Sebastian Clark Donalds**

```
 1                          INDEX

 2

 3   WITNESS                                    PAGE

 4   CLEVELAND CONSTANTINE BROWNE

 5        Examination by Mr. Zakarin            8

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Cleveland Constantine Browne**

```
 1                          EXHIBITS

 2

 3    PLAINTIFF'S EXHIBITS                          PAGE

 4    EXHIBIT 40 - Kenneth Bilby 2005 Interview      16

 5    EXHIBIT 41 - Delphin Interview                 90

 6    EXHIBIT 42 - Interview

 7    EXHIBIT 43 - EMI Contract                     167

 8    EXHIBIT 44 - Agreement including schedule     169

 9    EXHIBIT 45 - FM Copyright Registration        175

10    EXHIBIT 45 - Dynamic Sounds Royalty

11    EXHIBIT 46 - FM Copyright Registration        175

12    EXHIBIT 47 - Response to Pure Music ROGs      178

13    EXHIBIT 48 - Responses to BMG ROGs            191

14    EXHIBIT 49 - Response to Vydia ROGs           200

15    EXHIBIT 50 - Response to Mad Decent ROGs      219

16    EXHIBIT 51 - Response to Royalty Inc          228

17    EXHIBIT 52 - Rule 26(a)(2) Expert Disclosures 233

18

19                     PRODUCTION REQUESTS

20

21    Production of recording by Jones and Whylie   159

22    Production of verification of Responses       181

23

24

25
```

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

Cleveland Constantine Browne

1              THE VIDEOGRAPHER:  Good

2        morning.  We're now on the record.  Today's

3        date is March 18th, 2025 and the time is

4        8:08 a.m.

5           This is the remote video deposition of

6    Cleveland Constantine Browne held remotely being

7    taken in the matter of Cleveland Constantine

8    Browne versus Rodney Sebastian Clark Donalds case

9    number 2:21-cv-2840-AB-AJR.

10      My name is Ryan Duncan appearing for Atlas

11   Court reporting.  I am the official videographer

12   and this is the only authorized video recording

13   of this deposition.

14      The audio and video recording will take place

15   at all times, unless all counsel agree to go off

16   the video record.

17      Will counsel please identify yourselves and

18   state who you represent starting with the

19   noticing attorney.

20              MR. ZAKARIN:  Don Zakarin with

21        Pryor Cashman, and with me today are a

22        number of my colleagues.  I don't know if

23        they want to be on the record or not, but I

24        think I have seen -- well, I'll let them

25        introduce themselves for the record rather

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1           than trying to go through it.

2                     MR. FOLLETT:  Hi.  This is

3           Matthew Follett with Fox Rothschild on

4           behalf of Maybach Music.

5                     MR. DONIGER:  Where are the

6           other Pryor Cashman people, I think Don was

7           calling them out?

8                     MR. AKLEY:  Yes, this is

9           Benjamin Akley, I'm here, Shamar

10          Toms-Anthony is here with us, as well.

11          Rebecca Mandel and Reel Mustafa and Frank

12          Scibilia, all here from Pryor Cashman.

13                    MR. FREUNDLICH:  Hi, this is

14          Ken Freundlich.  I'm here from Freundlich

15          Law APC. I represent Mr. Ocasio, otherwise

16          known as Bad Bunny and Rimas Entertainment.

17                    MS. BENYAMIN:  Hi, Rebecca

18          Benyamin from Mitchell Silverberg & Knupp

19          LLP, representing Defendants Aubrey Drake

20          Graham & Sound 1.0 Catalogue LP, improperly

21          named as OVO Sound LLC.

22                    MR. DONIGER:  Stephen Doniger,

23          Doniger Burroughs.  I represent Plaintiffs.

24          And from my firm, Andy Navarro is here, as

25          well.

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
1                    MR. VIDAL-FONT:  Jean

2        Vidal-Font for Camilo Echeverria.

3                    THE REPORTER:  I'm sorry, I

4        didn't hear that.  What was the name?  I'm

5        unable to see anymore.

6                    MR. VIDAL-FONT:  Sure.  Camilo

7        Echeverria is the Defendant and Jean

8        Vidal-Font is on behalf.

9                    MR. ZAKARIN:  Anybody else

10       need to introduce themselves?  I don't have

11       a full screen.

12                    MS. POUGET:  Yes.  Nina

13       Pouget, Phillips Erlewine Given and Carlin,

14       attorney for Defendant, Empire Distribution

15       Inc. and William Grigahcine performing as

16       DJ Snake.  And I have to note that my

17       colleague, Robert Carroll, will sub in for

18       me later in this deposition.

19                    THE VIDEOGRAPHER:  Thank you,

20       counsel.  Our court reporter today is Paula

21       Bielat and she may now swear in our

22       Deponent.

23

24

25
```

```
 1   Whereupon,

 2                 CLEVELAND CONSTANTINE BROWNE,

 3      After having been first duly sworn, was examined

 4      and testified as follows:

 5                      THE REPORTER:  Would you state

 6           your full name and your business address

 7           for the record.

 8                      THE WITNESS:  Cleveland

 9           Constantine Browne and my business is 9

10           Christopher Boulevard, Kingston 19 Jamaica.

11   EXAMINATION

12   BY MR. ZAKARIN:

13           Q     Okay.  Let's start.  Just so I

14      have the pronunciation of your name right, is

15      it Browne or Browne?

16           A     Browne.

17           Q     Thank you.  I will try to remember

18      that.  Mr. Browne, can you tell me your age?

19           A     I'm 65 years old.

20           Q     And have you ever been deposed

21      before?

22           A     No.

23           Q     Okay.  Let me briefly explain the

24      process, although I'm sure your lawyer has

25      told you.  I will ask questions, your
```

```
1      rhythmically and sonically, so we wouldn't

2      redo that.  And they all -- do they all

3      contain a hi-hat playing on the one, two,

4      three and four along with the kick drum?

5           A    Yes.

6           Q    Okay.  Do they all contain

7      timbales?

8           A    Yes.

9           Q    Do they all -- are the timbales

10     played exactly the same in Fish Market as in

11     Dem Bow?

12          A    Yes.

13          Q    Are the timbales played exactly

14     the same in Fish Market as in Dub Mix?

15          A    Um, what's happened, I would say

16     yes, but there are truncated where one

17     segment of the first bar of the two bar

18     pattern in Pounder is taken from two

19     different segments of Fish Market and

20     composited and looped.  Obviously many

21     programmers, and including Sally Burton,

22     they're not drummers, whereas I could play

23     live parts, I would believe an easy way out

24     by this looping a tool bar segment from Fish

25     Market.
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
 1                      THE REPORTER:  Wait a minute.
 2          A tool bar segment from, I didn't hear the
 3          last word.
 4                      THE WITNESS:  From Fish
 5          Market.
 6                      MR. ZAKARIN:  So if I
 7          understand this correctly, you've played
 8          the timbales live, you improvised, correct?
 9                      THE WITNESS:  Yes.
10    BY MR. ZAKARIN:
11          Q      And in Dub Mix or Pounder, however
12      you want to call it, what they did was they
13      took some portion of the timbales and looped
14      it, it was not your improvised timbales. it
15      was something that was extracted and played
16      over and over in a loop?
17          A      Yes.  Not on audio sample, but a
18      recreation of two separate bars along the
19      timeline of Fish Market.
20          Q      So it wasn't extracted from Fish
21      Market, it was, in effect, timbales played in
22      a loop, but not taken from your recording; is
23      that correct?
24          A      Not taken, but from the
25      composition, it's a compositional extraction,
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1    not an audio recording extraction.

2         Q    So when you say a compositional

3    extraction, I'm trying to understand what you

4    mean because Dub Mix, the timbales are not

5    the same as the timbales in Fish Market, are

6    they?

7         A    They are the same, but a composite

8    of two bars not connected in Fish Market.

9    Say, for instance, the first bar is taken

10   from bar one, then he extracts the second bar

11   from bar 22.  I'm not seeing that bar 22, I'd

12   have to look back at exactly where, but that

13   is what's comprised of the tool bar factor in

14   Dub Mix II.

15        Q    So that is another way of saying

16   that the timbales in Dub Mix II are different

17   than the timbales played in Fish Market,

18   correct, it's not the same music and it's not

19   the same recorded bed?

20        A    I would not say that.  I would say

21   it's the same.

22        Q    So if I played Dub Mix II, I would

23   hear the exact same improvised timbales that

24   you played from start to finish in Fish

25   Market; is that what you're saying?

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
 1              A     No, I'm not saying.
 2              Q     I didn't think so.  I didn't think
 3       that's what you're saying.  It's very
 4       different than the improvised timbales
 5       throughout Fish Market, isn't it?
 6              A     Yes, but it consists of elements
 7       from the composition in Fish Market.
 8              Q     Okay.  But it may be taken from
 9       it, it may simulate one or two measures of
10       Fish Market, but it's not the same as the
11       timbales in Fish Market, correct?
12                        MR. DONIGER:  Vague and
13            ambiguous.
14                        THE WITNESS:  It's the same.
15            If you divide the two bars, you can
16            identify bar one being from a segment from
17            Fish Market and then bar two from another
18            segment within Fish Market.
19                        MR. ZAKARIN:  Okay.  But they
20            are different, nonetheless, and I think
21            you've said that.
22                        THE WITNESS:  No, I didn't say
23            that.
24       BY MR. ZAKARIN:
25              Q     Did Dub II -- go ahead, you're
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1    speaking.

2         A    I will not say they are different.

3    As a composite, the entire track is the

4    timbale factor is not ad libitum, as in my

5    case.  Ad libitum, meaning it's ad-libbed,

6    but there are certain significant features of

7    the ad-lib that are consistent along the

8    timeline.

9         Q    But if I -- I'm going to try and

10   make this easier, and I don't think we have

11   to fight too much.  If I took the track of

12   the timbales, just the track of the timbales,

13   and I played that from Fish Market and I

14   played the track from Dub Mike II, just of

15   the timbales, they are not going to be the

16   same.  They may coincide at one point or

17   another, but they're not the same, are they?

18        A    If you find the segments that are

19   copied, they would be the same.

20        Q    I'm not talking about the

21   segments, I'm talking about the totality of

22   it, they're different?

23             MR. DONIGER:  I'm going to

24        object as argumentative.  The question has

25        been asked and answered.

Cleveland Constantine Browne

```
1     there, I played and took over, so I started

2     playing the same beats with the tambourines

3     and so and so, and it actually influenced

4     some the works that Steely and Clevie did.

5     The Poco Man Jam rhythm, for instance, and I

6     started researching more deeply; do you see

7     that?

8          A     Yes, I see that.

9          Q     And do you recall telling that to

10    Mr. Delphin, about how you became aware of

11    the Pentecostal music and how it influenced

12    the Poco Man Jam rhythm?

13         A     Yes.

14         Q     And they had, I guess tambourines

15    were a big part of the Pentecostal music?

16         A     Yes.

17         Q     Okay.  And when you said you

18    started researching more deeply, what did you

19    mean by that?

20         A     Um, I suppose, um, I wanted to

21    identify more how the beat was actually put

22    together, which my conclusion, when I

23    actually searched deeper, what I played in

24    Poco Man Jam was not the correct beat.  I

25    might have intended to play that beat, but it
```

1    came out totally differently.

2        Q    So your testimony is that what you

3    told Delphin in 2013, which was roughly 22,

4    23 years after Poco Man Jam was created, was

5    not entirely accurate; is that true?

6        A    Yeah, the rhythmic elements that

7    came out in my recordings was not poco -- it

8    wasn't poco man.

9        Q    All right.

10       A    I did with persons who studied

11   different rhythmic patterns, including

12   Chalice's drummer, Desi Jones and in

13   consultation with Marjorie Whylie, who is a

14   Jamaica School of Music and a master in those

15   traditional drumming, and I found out that

16   what I played was incorrect.  It was not poco

17   man.  I misconstrued the whole concept.

18       Q    And when did you come to that

19   realization?

20       A    Um, probably up to two years ago

21   before -- well, Desi Jones is now deceased,

22   so before he passed.  You know, that's what I

23   discovered, that it was all wrong.

24       Q    So when you did Fish Market in

25   Poco Man Jam and when you talked about it

1    with Mr. Delphin, you believed that you had

2    used or had been influenced by the

3    Pentecostal beats, the revival beats that you

4    heard in the Pentecostal Church and it was

5    only about two years ago that you realized

6    you were wrong?

7          A     Yeah.

8          Q     Is that correct?

9          A     Yeah, maybe more than two years.

10   Two years ago, I would say.

11         Q     Continuing on, going down to -- go

12   ahead.

13         A     Research then was more limited.

14   Now you can go into a deeper search with

15   internets and so on, you know, where you

16   actually witness how it is played with video

17   content and so on.  And the actual rhythmic

18   elements, written scores and all that now

19   show where I went totally wrong.

20         Q     So whereas you felt that the beats

21   that you heard in the Pentecostal Church and

22   that you used, or thought you used in

23   creating Poco Man Jam rhythm, that you've

24   only recently realized that perhaps you were

25   wrong, and you didn't really use those beats;

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1     is that right?

2                    MR. DONIGER:  Objection, asked

3          and answered, cumulative.

4                    MR. ZAKARIN:  And your answer

5          was correct?

6                    THE WITNESS:  Correct.

7                    MR. ZAKARIN:  Okay.  That's

8          what I thought.  Now, continuing on that

9          page further down, and I don't know that I

10         have to, I'll read it to.  You said, just

11         so you can see it, underneath your name on

12         the same page it says that you're from a

13         tightly knit family and summer holidays we

14         used to travel to different rivers and

15         beaches all over Jamaica, but one of the

16         beaches we went to one year, we took a

17         route through St. Thomas where, for the

18         first time, I heard revival music live.  On

19         the roadside there, there was this revival

20         thing going on, I'm reading slowly so the

21         court reporter can stay with me.  And it

22         really blew me away and I'd say it stayed

23         with me, these kinds of beats, and doing

24         more research I realized that there were so

25         many beats.  The Etu, that's E-T-U, Kumina,

Cleveland Constantine Browne

1          respond, I think, to the recollection.  So

2          why don't I ask you a question.  What is

3          recounted here which you said to Delphin

4          was that these revival beats that you heard

5          and that come from Africa, from Etu, from

6          Kumina, that you used these beats in your

7          dancehall music; is that right?

8                         THE WITNESS:  Yes.

9                         MR. DONIGER:  Misstates

10         testimony and misstates the document.

11                        MR. ZAKARIN:  The answer is

12         yes?

13                        THE WITNESS:  I'd like to

14         clarify though.  That at the time when we

15         took those beach trips were after my

16         children were born in the 90s, which is

17         after Fish Market which is the subject of

18         this, which I believe should be the subject

19         here.  All of the -- I bought my first car

20         in 1990, so I can remember from that.  And

21         I had sought to have this article corrected

22         and we could not get ahold of the author.

23         My manager can vouch to that, that we

24         sought to find him because I realized that

25         it might have skewed the whole concept

Cleveland Constantine Browne

```
1              where Fish Market was never influenced by

2              that experience.  That experience took

3              place after 1989.

4          Q     Did you ever travel with your

5      mother and father around Jamaica in a car?

6          A     No.

7          Q     Never?

8                      MR. DONIGER:  Vague and

9          ambiguous.

10                      THE REPORTER:  I'm sorry, I

11         didn't hear the answer.  It cut out.  I

12         didn't hear the answer.

13                      THE WITNESS:  I said no.

14                      MR. ZAKARIN:  So you didn't

15         take summer holidays with your, with your

16         family growing up?

17                      THE WITNESS:  Yes, but not

18         around Jamaica.  This is after my brothers

19         and I were all married and have families,

20         we used to do family trips together as

21         grownups where I was in the driver's seat.

22         And I bought my first car in 1990.

23                      MR. ZAKARIN:  So is it your

24         testimony, is it your testimony you never

25         heard revival music until the 1990's?
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
 1          A     Yes, I recall.

 2          Q     Okay.  And by this time Steely had

 3     already passed away and he actually had

 4     already -- he had passed away, I think at the

 5     time 2013; is that correct?

 6          A     2009.

 7          Q     Yeah, he died in 2009.  So now

 8     we're in 2019.  And on page 6 you're talking

 9     about really the same sort of event.  You're

10     talking about the creation of Poco Man Jam.

11     And you say here, and coincidentally I went

12     to mixing lab.  Let me ask a question.  Is

13     mixing lab the studio that you were producing

14     in?

15          A     Yes.

16          Q     I went to mixing lab one morning

17     and Steely came and said there was this

18     Pentecostal Revival Church tent meeting close

19     to his home and they were playing this beat

20     right through the night.  He said boy, I

21     couldn't take it anymore, but then he said if

22     you can't beat them, Clevie, let's try a poco

23     beat, Poco Man Jam, coincidentally.  I said

24     to him, Steely, this is the very thing that

25     is ringing in my head, as well.  So Poco Man
```

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

Cleveland Constantine Browne

1       Jam is like a revival beat digitized.  People

2       ask me sometimes, what is dancehall.

3       Dancehall, to me dancehall is mento.  It's

4       poco mania revival digitized.  So digital

5       revival, digital poco, digital mento.  Mento

6       is also a component.  The lyrical component

7       of mento and also adds some sexual

8       connotations for dancehall that is an

9       influence.  So this is now six year after

10      talking to Delphin and you still view it the

11      same thing as revival Pentecostal music, the

12      same beat that you hear in your head and that

13      it's, Poco Man Jam is a revival beat

14      digitized, do you see that, that's what you

15      said?  Was that accurate, what you said?

16          A     It's what I said.

17          Q     Was it truthful?

18          A     Now that I've learned what revival

19      is, it's not truthful.

20          Q     So all of your whole life, from

21      1989 until 2019, which is, I think 40 years,

22      you believed that Poco Man Jam was taken from

23      or was influenced by or was revival beat

24      digitized, correct?

25          A     Yeah, that's what I thought.

Cleveland Constantine Browne

```
 1           Q      And suddenly, after 40 years you
 2      came to the conclusion that you were wrong
 3      all that time, it was something different, it
 4      wasn't a revival poco beat; is that right?
 5                     MR. DONIGER:  Objection,
 6           argumentative, cumulative, harassing at
 7           this point.  This has been asked and
 8           answered, counsel.
 9                     MR. ZAKARIN:  Just asking the
10           witness about what he has said.
11                     MR. DONIGER:  No, you've asked
12           him that five times what he said and you've
13           asked him five times about when he decided
14           that, realized that there might be an
15           inaccuracy and now you're doing math, the
16           number of years to make it a point and this
17           is argumentative.
18                     MR. ZAKARIN:  Okay.  I don't
19           think it is.  I think I'm dealing with
20           different interviews where he said the same
21           thing.  But if it's not revival, isn't it
22           Pentecostal, isn't it beats you heard in
23           the church?
24                     THE WITNESS:  That's what I
25           thought because, um, I didn't follow the
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1          drum I heard in the church, I played what I

2          felt in the church and I could have created

3          something new, new in the church.

4                         MR. ZAKARIN:  Who was it who

5          told you that you were wrong?  I don't want

6          to know if it's your lawyers, but I want to

7          know who else might have told you?

8                         MR. DONIGER:  So I'm just

9          going to object as vague and ambiguous.

10                        THE WITNESS:  I don't believe

11         my lawyers have any experience within that

12         style church in Jamaica, in the Pentecostal

13         Churches, and so on, I don't believe so,

14         but I've never consulted them on anything

15         like that.  My consultation was with Desi

16         Jones and Marjorie Whylie, as I said

17         earlier.

18                        MR. ZAKARIN:  I just want to

19         know the names for sure. Desi Jones and

20         Margaret Whylie.  I don't think you should

21         minimize Mr. Doniger, he knows more than

22         most people think.  So those are the two

23         people who told you this?

24                        THE WITNESS:  Yes.

25

Cleveland Constantine Browne

```
 1    BY MR. ZAKARIN:
 2           Q     And Jones died within the last two
 3    years, correct?
 4           A     Yes.
 5           Q     And is it Margie Whylie?
 6           A     Marjorie.
 7           Q     Marjorie Whylie.  And when did she
 8    tell you?
 9           A     Her, um, information came via Desi
10    Jones where he went and met with her and they
11    sat and they played drums together and then
12    Desi Jones report is that she said what we
13    played is not poco mania --
14                      THE REPORTER:  Was not, what
15         we played, I'm sorry, what we played is
16         not --
17                      THE WITNESS:  Poco mania nor
18         revival.
19                      THE REPORTER:  Poco mania or
20         what?
21                      THE WITNESS:  Revival.
22                      THE REPORTER:  Okay. I didn't
23         hear.
24                      MR. ZAKARIN:  When -- so you
25         didn't personally speak to Marjorie Whylie;
```

```
 1         is that right?

 2                      THE WITNESS:  No.

 3   BY MR. ZAKARIN:

 4         Q       Jones told you he did?

 5         A       Yes.

 6         Q       Did he tell you when he spoke with

 7    her?

 8         A       Yes.  I don't recall the dates,

 9    but he actually sent me a recording with them

10    playing the drum parts and pointing out the

11    difference.

12         Q       When he sent you the drum

13    recording and pointed out the difference, did

14    he point out the difference on the recording

15    or did he do that in talking with you

16    personally?

17         A       He spoke on the recording, as

18    well, to say that.  What, I'm not sure if

19    this information is relevant to this, um,

20    this part of the case, I'm not sure.  If --

21         Q       I'm sorry.  I won't interrupt you.

22    Go ahead.

23         A       I would stand guided by my

24    attorney on this, if this should be

25    something, information that should be held at
```

Cleveland Constantine Browne

```
 1        this time.
 2                      MR. DONIGER:  Well,
 3            Mr. Browne, I'll make sure to stop anything
 4            that is not proper.  I do think we're
 5            afield of the issues that we should be
 6            questioning on, but I'm giving counsel
 7            leeway to get into some of this background.
 8                      THE WITNESS:  Marjorie Whylie
 9            speaks about how we are affected by
10            patterns and by music and it's a different
11            effect on dancers and whatever.  Of course,
12            you could not play, say, for instance
13            habanera in a Jamaican dance hall, nobody
14            would react to it, but there's a reaction
15            from dancers I just pointed to that you're
16            affected by beats and it's a totally
17            different effect on my beat from revival or
18            poco mania.
19                      MR. ZAKARIN:  Is Marjorie
20            Whylie on this recording also that you have
21            talking?
22                      THE WITNESS:  Yes.
23      BY MR. ZAKARIN:
24            Q    So both Jones and Whylie are on
25         this recording talking and they gave you this
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1    recording, correct?

2          A    Yes.

3          **Q    And when did they give you this**

4    **recording?**

5          A    Oh, cannot say exactly when.  I

6    can check back on my files to see when it

7    was, but obviously prior to Desi's passing.

8          **Q    And why was it that they put**

9    **together this recording and gave it to you,**

10   **what was the circumstance that caused that to**

11   **happen?**

12                MR. DONIGER:  I'm going to

13         object as calling for speculation, lacking

14         foundation.  And counsel, what is the

15         relevance of this to the limited scope of

16         this phase of Discovery?

17                MR. ZAKARIN:  We're talking

18         about quote unquote originality and the

19         witness has talked significantly and

20         broadly about where Poco Man Jam came from,

21         that it's revival in Pentecostal music,

22         that the beat comes from there, that it was

23         something he heard and knew from someplace

24         else and now he is saying no, I was all

25         wrong for 40 years and I'm wrong because I

1          was told this by Jones and Whylie and now

2          I'm finding out, for the first time,

3          there's a recording by Jones and Whylie who

4          talk on the recording and compare the, what

5          is supposedly revival to what is Fish

6          Market or Poco Man Jam, which I have not

7          been provided this recording, I didn't know

8          it existed until just now, and I want to

9          probe how suddenly, 40 plus years after

10         Fish Market and Poco Man Jam is created,

11         these two people, Jones and Whylie, came to

12         be doing this.  You think I'm not entitled

13         to know any of that?

14                    MR. DONIGER:  You're

15         misquoting what I said.  What I said is,

16         you're asking a question -- first what I

17         objected to is that you're asking a

18         question that calls for speculation, lacks

19         foundation as to why third parties did

20         something that they did, but more

21         importantly, third parties opinions about

22         where something came from, does not

23         necessarily go to the originality of the

24         track at issue.  I've been giving you some

25         leeway, I'll continue to give you, you

```
 1            know, leeway, as long as it appears that

 2            we're sticking to the topic at hand.

 3                      MR. ZAKARIN:  I think I am.

 4            And so my question, Mr. Browne is, what

 5            circumstance occurred that resulted in

 6            Jones and Whylie preparing this tape or

 7            this recording for you; do you recall why

 8            they did it?

 9                      MR. DONIGER:  Same objection,

10            calls for speculation, lacks foundation,

11            but to the extent the Deponent knows, go

12            ahead.

13                      THE WITNESS:  Yes, I do

14            recall.  Um, we were seeking a drum expert

15            and Desi Jones was cited as the most

16            suitable.  In my view, he is one of the

17            best drummers in Jamaica.  And he

18            consulted, further consulted with Marjorie

19            Whylie as someone he respected as an

20            expert.  She had written books on patterns

21            and he also had written a book on how to

22            play reggae drums.  So they are the

23            consultation and thus the recording came

24            about.  So he was supposed to be employed

25            by us as a drum expert, but he passed.
```

Cleveland Constantine Browne

```
 1                      MR. ZAKARIN:  When you said we

 2          were seeking a drum expert, the we is who?

 3                      MR. DONIGER:  So we may need

 4          to go off the record, because I think we

 5          are getting into attorney-client

 6          communications now, counsel.  If you're

 7          going to follow-up on that, I wasn't

 8          involved in those conversations, other

 9          people from my firm were and I'm going to

10          need to take a few minutes to talk to my

11          client to make sure I'm clear where the

12          lines are in what you can properly ask and

13          what we need to properly object to.  Do you

14          intend to go further into this?

15                      MR. ZAKARIN:  I'm trying to

16          find out the circumstance.  Let me ask it

17          this way and maybe this will help.  Were

18          you seeking a drum expert in connection

19          with this litigation?

20                      THE WITNESS:  Yes.

21                      MR. ZAKARIN:  Okay.  And up

22          until the time that you sought information

23          from a drum expert, it was your belief and

24          understanding that you and Steely, who had

25          created Fish Market and Poco Man Jam, had
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1          used and had been influenced by revivalist,

2          Pentecostal beats that you had been

3          listening to back in 1988, 89; isn't that

4          right, that's what you believed?

5                    MR. DONIGER:  It misstates

6          testimony because you're saying revivalist,

7          Pentecostal, it's the same thing, and I

8          think he's saying he views it as two

9          different things, but subject to his

10         testimony earlier, go ahead.

11                   MR. ZAKARIN:  They're both

12         spoken of in what we just read.  So isn't

13         that correct?

14                   THE WITNESS:  Yes.  I believe,

15         um, the interviewers, many times, confused

16         the different beats, Poco Mania Revival,

17         and so that's why I'm correcting things now

18         to say that a lot of these are different,

19         they're all different.  So the Pentecostal

20         patterns are different from the revival and

21         --

22    BY MR. ZAKARIN:

23         Q    I'm sorry, I interrupted you.

24         A    More in line with revival poco

25    mania, but what we thought we were playing

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
 1    was not really not poco mania, but the

 2    Pentecostal -- attended the Pentecostal

 3    Church, I was the one who attended it and

 4    thought I had the patterns, but it was

 5    totally wrong.

 6         Q    So what you had set out to do, you

 7    and Steely had set out to do was to do a poco

 8    beat, a revivalist, Pentecostal beat, and

 9    that's what you thought you had done until

10    you were told you hadn't?

11         A    I'm removing the revivalists from

12    the song.  As a matter of fact, I asked my

13    manager, as well, when I discover it was

14    different.  The writer of these articles,

15    because I intend to bring the truth to the

16    floor, that's my intention.  So I was kinda

17    taken back when I saw that we had mentioned

18    it as revival and poco mania, which is

19    incorrect.  Now that I'm informed, I would

20    want to take down these articles because

21    they're not truthful.  With regards to mento,

22    as I have mentioned, it's more the lyrical

23    component of mento.  Used to use lyrics that

24    we might consider sexual and so, and that

25    came out in dancehall, where dancehall
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
 1    artists had sexual lyrics.

 2         Q     Mr. Browne, what we've read that

 3    you were quoted as saying in these two

 4    articles, and indeed in the Bilby 2005

 5    interview, as well, was what you intended and

 6    what you believed at that time, that you were

 7    created in Fist Market and in Poco Man Jam, a

 8    poco rhythm, whether it was Pentecostal or

 9    revival, that is what you intended and

10    thought you were creating and believed for 40

11    years it's what you had created; isn't that

12    true?

13         A     Yes, but what you must recognize

14    is that within genres, within rhythm

15    patterns, there are still many compositions.

16    If you make an Indian track and you pull out

17    everything that might be similar EDM,

18    however, when you add the bass and the bass

19    is definitive in playing harmonic elements

20    helps to define the work.  So I'm not

21    individual parts, but a composite of all the

22    components of our own work, and that is what

23    I found to be infringed.

24         Q     I didn't ask any question that

25    touched on that, but I accept what you've
```

Cleveland Constantine Browne

```
 1     said for whatever purpose.  All that I had
 2     asked, and we got the answer on that, is what
 3     you had set out to do, what you intended to
 4     do, what you thought you had done, what you
 5     were influenced by in doing, you were told
 6     sometime within the last two years, because
 7     Jones died two years ago or within the last
 8     two years, so you had to have been told by
 9     him sometime within the last two years, you
10     had to have been told by him something, at
11     least, fairly recently, that you hadn't
12     succeeded, correct, you hadn't succeeded in
13     doing what you had done.  And they told you,
14     as well, what was different from revival or
15     poco music; isn't that right?
16          A    Yes.
17          Q    Okay.  What is your understanding
18     of the difference between revival music and
19     Pentecostal music?
20          A    Um, revival is, um, for one, they
21     play drums where the drums are handheld drums
22     to pick up, handheld drums, which I believe
23     might have been handed down from Africa, you
24     know.  Pentecostal Churches in Jamaica was
25     fast migrating to copying American style
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
 1    music, Andrae Crouch, from the gospel artist

 2    that are popular within the United State, so

 3    they were moving away fast from what we call

 4    the clap on music, where they played guitars

 5    playing sort of like a scab beat mainly, that

 6    was the main thing with hand claps.  The hand

 7    claps went, and one and two and three and

 8    four, you know, that was the main clap.

 9         Q    Given the understanding -- I'm

10    sorry, I didn't want to interrupt you.

11    Sorry, I didn't know you were still speaking.

12    Please finish.

13         A    Revival patterns are different,

14    totally different from Pentecostal patterns.

15         Q    Is this something that you have

16    learned in the last few years from, or from

17    the tape that you got from Mr. Jones?

18         A    No, no, not really, no, but it

19    confirmed for me that what I played was, um,

20    poco mania nor revival, it was a

21    confirmation.  Somehow it felt different, but

22    I couldn't put a finger on it.  It was

23    different and, um, I don't believe that you

24    could take revival music into the dance halls

25    in Jamaica where the music is consumed and
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

```
 1    get the same pattern.  It would never work.
 2         Q      What happened to Ms. Whylie?
 3         A      She's elderly.  She's quite
 4    elderly now.  Um, I'm not aware of her
 5    condition right now, but up to that time she
 6    actually attended Desi Jones' funeral and
 7    performed, as well she plays piano and, um,
 8    she lectured at the Jamaica School of Music.
 9         Q      Aside -- I'm sorry.
10         A      She is, you know, she is less
11    visible in musical events.
12         Q      Aside from the difference in
13    instruments between revival and then playing
14    on whatever they play and hand clapping and
15    beating on trees and Pentecostal, aside from
16    the difference in the instruments, what is
17    the difference between Pentecostal beats, if
18    you will, rhythms, and revival rhythms, to
19    your knowledge?
20                    MR. DONIGER:  I'm just going
21         to object.  It calls for a narrative, vague
22         and ambiguous, incomplete hypothetical, but
23         if you understand, you can answer.  Go
24         ahead.
25                    THE WITNESS:  There's um, the
```

Cleveland Constantine Browne

```
 1        use in revival.  There's a dominant use of
 2        triplets within the pattern.  I'm not sure
 3        if you're understanding this, so I didn't
 4        want to go into the technical aspect of
 5        explaining from a musical standpoint, but
 6        the beat is predominately triplets, the
 7        application of triplets.
 8                    MR. ZAKARIN:  Okay.
 9        Continuing in Exhibit 3, a little further
10        down, this is your quote as being quoted,
11        as well.  And you say here, um --
12                    THE WITNESS:  Can you say what
13        page?
14   BY MR. ZAKARIN:
15        Q    We're still on page 6, same page.
16   And you say, this is you.  Yes, I've said
17   repeatedly, there's nothing new under the
18   sun.  I find that dancehall all has some
19   amount of African retention.  The beat they
20   call clave has its origins in North Africa
21   and West Africa and dancehall is part clave.
22   The beat itself that I called answer, not the
23   poco beat, but the buff buff clap, buff buff
24   clap, that's the root of it as in the Punanny
25   rhythm and that could be heard in bossanova,
```

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1    in calypso you hear elements of it.  Do you

2    recall saying that?

3         A    Yes, I recall saying that.  I see

4    mention of answer.  I'm not sure what that

5    means.  There's a rhythm in Jamaica we call

6    answer, but that's not the beat that is

7    played.  So there may be errors within this

8    entire article which would call for me to

9    review this entire article.  Answer is a

10   regular rhythm and it does not have any buff

11   buff clap on it at all.

12        Q    When this article was published,

13   did you read it?

14        A    No.

15        Q    You never saw it after it was

16   published?

17        A    Recently.

18        Q    You saw it recently?

19        A    Yes.

20        Q    When recently?

21        A    Um, probably within the past year.

22   I didn't even remember about it.

23        Q    Did you reach out to the writer to

24   complain about the inaccuracies?

25        A    I asked my manager to reach out,

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1      because as I said earlier, I'm all for

2      identifying the truth and giving -- I don't

3      like publishing anything that is not

4      truthful.  And right here I'm speaking of

5      hard clave and all that, so I'm not looking

6      for any credit to myself until what I have --

7      well, I've been told by someone, I don't

8      recall the name anymore.  I did an interview

9      with EBC many years ago and they suggested

10     the clave link which I was not aware of.  So

11     I just followed through with what they said

12     about clave because I believe that, coming

13     from EBC they might have had some truthful

14     information, so I repeated it in this, but

15     it's part clave, not clave totally and I've

16     learned more recent to learn how various

17     clave patterns, like G clave are different

18     from canon and clave and all that.  So I'm

19     learning.  Still I continue to learn over the

20     many years I've been playing drums and this

21     is one of the things that I've become aware

22     of.

23                    MR. DONIGER:  Don, I know it's

24          been a little bit less than a hour, but I

25          didn't actually use the restroom before, on

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

1          All right then.  Thank you all.

2                      THE VIDEOGRAPHER:  One moment

3          and I'll get us off the record.  This

4          concludes today's proceeding.  We're off

5          the record at 2:59 p.m.

6                      (Whereupon, at 2:59, the

7              Deposition of Cleveland Constantine

8              Browne was concluded.)

9                      THE REPORTER:  I'm also

10         supposed to ask for the agency who wants a

11         copy of this?

12                     MR. FREUNDLICH:  I do.

13                     MR. DONIGER:  I do, as well.

14                     THE REPORTER:  Okay.  And

15         that's Mr. Freundlich and Mr. Doniger.

16                     THE REPORTER:  And Mr.

17         Zakarin, you want a copy as well?

18                     MR. ZAKARIN:  Yes.  Thank you.

19

20

21

22

23

24

25

Cleveland Constantine Browne

Cleveland Constantine Browne vs.
Rodney Sebastian Clark Donalds

C E R T I F I C A T I O N

THIS IS TO CERTIFY, THAT I, PAULA D. BIELAT, on Tuesday, March 18, 2025, reported the proceedings contained in the foregoing 246 pages at the time and place as set forth in the heading in the foregoing matter.  That the transcript is a true and accurate transcription of my stenographic notes, using Computer Aided Transcription, to the best of my ability.



_____
PAULA D. BIELAT - COURT REPORTER