**FREUNDLICH LAW, APC**
Kenneth D. Freundlich (SBN 119806)
Jonah A. Grossbardt (SBN 283584)
16133 Ventura Boulevard, Suite 645
Encino, CA 91436
P: (310) 275-5350
F: (310) 275-5351
E-Mail: ken@freundlichlaw.com
jonah@freundlichlaw.com

Attorneys for Defendants Benito Antonio Martinez Ocasio p/k/a Bad Bunny and Rimas Music, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; ANIKA JOHNSON, as personal representative of the estate of Wycliffe Johnson, deceased; AND STEELY & CLEVIE PRODUCTIONS, LTD, <br><br> Plaintiffs, <br><br> v. <br><br> RODNEY SEBASTIAN CLARK, an individual, et al., <br><br> Defendants. | CASE NO. 2:21-cv-02840-AB-AJRx <br><br> [Assigned to Judge André Birotte] <br><br> **JOINDER OF DEFENDANTS BENITO ANTONIO MARTINEZ OCASIO P/K/A BAD BUNNY AND RIMAS MUSIC, LLC IN (i) PC DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE UNTIMELY AND CONTRADICTORY EXPERT DECLARATIONS PURSUANT TO FED R. CIV. P. 37(C) (DKT. 799) (ii) PC DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THE COURT'S INHERENT AUTHORITY (DKT. 800); AND (iii) PC DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO RULE 11 AND 28 U.S.C. § 1927; MEMORANDUM OF POINTS AND AUTHORITIES (DKT. 801)** <br><br> Date: November 7, 2025 <br> Time: 10:00 a.m. <br> Location: Courtroom: 7B <br><br> Filed: April 01, 2021 <br> FCAC: September 23, 2022 <br> SCAC: April 21, 2023 |

**COMBINED JOINDER IN PRYOR CASHMAN DEFENDANTS' MOTION TO STRIKE AND MOTIONS FOR SANCTIONS**

Defendants Benito Antonio Martinez Ocasio p/k/a Bad Bunny and Rimas Music, LLC (collectively, the "Bad Bunny Defendants"), through their undersigned counsel of record, respectfully join in each and every one of the arguments raised in the PC Defendants' Notice of Motion to Strike Untimely and Contradictory Expert Declarations Pursuant to Fed. R. Civ. P. 37(c) ("Motion to Strike") (Dkt. 799). The Bad Bunny Defendants hereby adopt and incorporate by reference the Motion to Strike in its entirety, including all Points and Authorities, Declarations, Exhibits, and Reply Briefs submitted in support thereof.

The Bad Bunny Defendants hereby also join in each and every one of the arguments raised in the PC Defendants' Notice of Motion for Sanctions Pursuant to 28 U.S.C. § 1927 and the Court's Inherent Authority (the "1927 Motion"); Memorandum and Points of Authority (Dkt. 800). The Bad Bunny Defendants hereby adopt and incorporate by reference the 1927 Motion in its entirety, including all Points and Authorities, Declarations, Exhibits, and Reply Briefs submitted in support thereof.

The Bad Bunny Defendants hereby also join in each and every one of the arguments raised in the PC Defendants' Notice of Motion and Motion for Sanctions Pursuant to Rule 11 and 28 U.S.C. § 1927 (the "Rule 11 Motion"); Memorandum and Points of Authority (Dkt. 801). The Bad Bunny Defendants hereby adopt and incorporate by reference the Rule 11 Motion in its entirety, including all Points and Authorities, Declarations, Exhibits, and Reply Briefs submitted in support thereof.

For the reasons set forth in the Motion to Strike the 1927 Motion and the Rule 11 Motion. The Bad Bunny Defendants respectfully request that the Court grant the Motion to Strike the 1927 Motion and the Rule 11 Motion.

| | |
|---|---|
| | FREUNDLICH LAW, APC |
| Dated: October 8, 2025 | By: */s/ Jonah A. Grossbardt* <br> Kenneth D. Freundlich <br> Jonah A. Grossbardt <br> *Attorneys for Defendants Benito Antonio Martinez Ocasio p/k/a Bad Bunny and Rimas Music, LLC* |