David W. Affeld, SBN 123922
Adeline L. Black, SBN 341511
**AFFELD ENGLAND & JOHNSON LLP**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel.(310) 979-8700

Sagar P. Parikh, Esq., SBN 282655
**BEVERLY HILLS LAW CORP., PC**
9777 Wilshire Blvd., Suite 400
Beverly Hills, CA 90212
Tel (424)-340-6471
Fax (310) 982-2603
SP@BeverlyHillsLawCorp.com

Attorneys for Defendants Cinq Music Group, LLC
and Cinq Music Publishing, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; *et al*., <br><br> Plaintiffs, <br><br> vs. <br><br> RODNEY SEBASTIAN CLARK DONALDS, an individual; *et al*., <br><br> Defendants. | **Case No.: 2:21-cv-02840-AB-AJRx** <br> *Assigned to: Hon. André Birotte* <br><br> **JOINDER OF DEFENDANTS CINQ MUSIC GROUP, LLC AND CINQ MUSIC PUBLISHING, LLC IN:** <br><br> **(i) PC DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE UNTIMELY AND CONTRADICTORY EXPERT DECLARATIONS PURSUANT TO FED R. CIV. P. 37(C) (DKT. 799)** <br><br> **(ii) PC DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THE COURT'S INHERENT AUTHORITY (DKT. 800); AND** <br><br> **(iii) PC DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RULE 11 AND 28 U.S.C. § 1927; MEMORANDUM OF POINTS AND AUTHORITIES (DKT. 801)**

Date:        November 7, 2025
Time:        10:00 a.m.
Location:    Courtroom: 7B

Filed: April 1, 2021
FCAC: September 23, 2022
SCAC: April 21, 2023

- 2 -

COMBINED JOINDER IN PRYOR CASHMAN DEFENDANTS' MOTION TO STRIKE AND MOTIONS FOR SANCTIONS

1   Defendants Cinq Music Group, LLC and Cinq Music Publishing, LLC

2 (collectively, the "Cinq Defendants"), through their undersigned counsel of record,

3 respectfully join in each and every one of the arguments raised in the Pryor Cashman-

4 Represented Defendants' Notice of Motion to Strike Untimely and Contradictory

5 Expert Declarations Pursuant to Fed. R. Civ. P. 37(c) ("Motion to Strike") (Dkt. 799).

6 The Cinq Defendants hereby adopt and incorporate by reference the Motion to Strike

7 in its entirety, including all Points and Authorities, Declarations, Exhibits, and Reply

8 Briefs submitted in support thereof.

9   The Cinq Defendants hereby also join in all arguments raised in the Pryor

10 Cashman Defendants' Notice of Motion and Motion for Sanctions Pursuant to 28

11 U.S.C. § 1927 and the Court's Inherent Authority (the "1927 Motion"); Memorandum

12 of Points and Authorities (Dkt. 800).  The Cinq Defendants hereby adopt and

13 incorporate by reference the 1927 Motion in its entirety, including all Points and

14 Authorities, Declarations, Exhibits, and Reply Briefs submitted in support thereof.

15   The Cinq Defendants hereby also join in all arguments raised in the Pryor

16 Cashman Defendants' Notice of Motion and Motion for Sanctions Pursuant to Rule 11

17 and 28 U.S.C. § 1927 (the "Rule 11 Motion"); Memorandum of Points and

18 Authorities (Dkt. 801).  The Cinq Defendants hereby adopt and incorporate by

19 reference the Rule 11 Motion in its entirety, including all Points and Authorities,

20 Declarations, Exhibits, and Reply Briefs submitted in support thereof.

21

22

23

24

25   [Remainder of Page Intentionally Left Blank]

26

27

28

COMBINED JOINDER IN PRYOR CASHMAN DEFENDANTS' MOTION TO STRIKE AND
MOTIONS FOR SANCTIONS

1    For the reasons set forth in the Motion to Strike, the 1927 Motion, and the Rule

2  11 Motion, the Cinq Defendants respectfully request that the Court grant the Motion

3  to Strike, the 1927 Motion, and the Rule 11 Motion.

4

5  Dated: August 5, 2025                Respectfully submitted,

6                                       By: /s/ Adeline L. Black
                                            David W. Affeld
7                                           Adeline L. Black
                                         **AFFELD ENGLAND & JOHNSON LLP**
8

9                                        Attorneys for Defendants Cinq Music
                                         Group, LLC and Cinq Music Publishing,
10                                       LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

COMBINED JOINDER IN PRYOR CASHMAN DEFENDANTS' MOTION TO STRIKE AND
MOTIONS FOR SANCTIONS