UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:21-cv-02840-AB-AJR                                                    Date: November 7, 2025

Title   Cleveland Constantine Browne et al v. Rodney Sebastian Clark Donalds et al

Present: The Honorable:   ANDRÉ BIROTTE, JR., United States District Judge

| Maria Lindaya | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Benjamin Tookey | Kenneth Freundlich |
| Stephen Doniger | Jonah Grossbardt |
| | David Given |
| | Benjamin Akley |
| | Shamar Jastin Toms-Anthony |
| | Reel Mustafa |

**Proceedings:** PC DEFENDANTS' MOTION TO STRIKE UNTIMELY AND CONTRADICTORY EXPERT DECLARATIONS [799]; PC DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THE COURT'S INHERENT AUTHORITY FOR VEXATIOUSLY ASSERTIN GAND THEN ABANDONING FRIVOLOUS AND FALSE POSITIONS [800]; PC DEFENDNATS' MOTION FOR SANCTIONS RELATED TO FABRICATED QUOTES PURUSANT TO RULE 11, 28 U.S.C. § 1927 AND THE COURT'S INHERENT AUTHORITY [801]; DEFENDANT BENITO ANTONIO MARTINEZ OCASIO' S JOINDER TO PC DEFENDNATS' MOTION FOR SANCTIONS [806]; DEFENDANTS CINQ MUSIC GROUP, LLC AND CINQ MUSIC PUBLISHING, LLC'S JOINDER TO PC DEFENDNATS' MOTION FOR SANCTIONS [807]; VEGUILLA DEFENDANTS' JONIDER TO PC DEFENDANTS' MOTION TO STRIKE AND PC DEFENDNATS' MOTION FOR SANCTIONS [808]; DEFENDANT RICH MUSIC'S JOINDER TO PC DEFENDANTS' MOTION TO STRIKE AND MOTION FOR SANCTIONS [811]; GRAHAM DEFENDANTS' JOINDER TO PC DEFENDANTS' MOTION TO STRIKE AND PC DEFENDNATS' MOTION FOR SANCTIONS [813]

Case is called, and counsel state their appearance.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:21-cv-02840-AB-AJR                                                    Date: November 7, 2025

Title     Cleveland Constantine Browne et al v. Rodney Sebastian Clark Donalds et al

Before the Court are three motions:
- [799] Motion to Strike Plaintiff's Untimely and Contradictory Expert Declarations Pursuant to Rule 37(c);
- [800] Motion for Sanctions Pursuant to 28 U.S.C. § 1927 and the Court's Inherent Authority; and
- [801] Motion for Sanctions Pursuant to Rule 11 and 28 U.S.C. § 1927.

Having heard argument and reviewed the parties' filings, the Court finds that none of the motions warrant the relief requested. Accordingly, all three motions are **DENIED** for the reasons stated on the record.

The Court further finds that both Plaintiff's counsel and Defense counsel have engaged in conduct inconsistent with the letter and spirit of the California Attorney Guidelines of Civility and Professionalism and the Central District of California Civility and Professionalism Guidelines, including excessive and unnecessary briefing, improper tone, and wasteful litigation tactics. The Court also finds that both Plaintiff's counsel and Defense counsel have engaged in conduct tantamount to bad faith through the filing of frivolous, vexatious, and vindictive motions and responses, far exceeding the bounds of civility and zealous advocacy. Such conduct has imposed an undue burden on the Court and is wholly inconsistent with the professional obligations of counsel practicing before this District. The Court additionally finds that counsels' actions reflect a reckless disregard for their duties to the Court and to the orderly administration of justice.

Accordingly, based on the conduct of both Plaintiff's counsel and Defense counsel, the Court imposes sanctions pursuant to its inherent authority to maintain the integrity of its proceedings.

IT IS HEREBY ORDERED:
- Plaintiff's counsel: Stephen Doniger, Scott Burroughs and Benjamin Tookey, and Defense counsel: Benjamin Akley, are ORDERED to read the California Attorney Guidelines of Civility and Professionalism (long version) available on the California State Bar website (https://www.calbar.ca.gov/Portals/0/documents/ethics/Civility/Atty-Civility-Guide-Revised_Sept-2014.pdf) and the Central District of California Civility and Professionalism Guidelines

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-02840-AB-AJR                                         Date: November 7, 2025

Title     Cleveland Constantine Browne et al v. Rodney Sebastian Clark Donalds et al

- (https://www.cacd.uscourts.gov/attorneys/admissions/civility-and-professionalism-guidelines) and file a certification of compliance with the Court within 30 days.
- Doniger Burroughs APC and Pryor Cashman LLP are each ORDERED to donate $10,000 to MusiCares (https://www.musicares.org) and file a certification of compliance with the Court within 30 days.
- Counsel are admonished that any further violations of the Court's briefing rules, civility standards, or misuse of judicial resources will result in escalating monetary and potentially case-related sanctions.

IT IS SO ORDERED.

|  | :24 |
|---|---|
| **Initials of Preparer** | mal |