UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-02840-AB-AJR | Date: | December 19, 2025 |
|---|---|---|---|

| Title: | *Cleveland Constantine Browne, et al. v. Rodney Sebastian Clark Donalds, et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Nelson Campbell | Benjamin S. Akley |
| Stephen M. Doniger | Frank P. Scibilia (pro hac) |
| Andres Navarro | Rebecca Mandel |
| Benjamin Firestone Tookey | Shamar Jastin Toms-Anthony |
| Scott A. Burroughs (via Zoom) | David Given |
| | Kenneth Freundlich |
| | Jonah Grossbardt |
| | Sagar Parikh (via Zoom) |

**Proceedings:** MOTION FOR SUMMARY JUDGMENT AS TO ORIGINALITY AND PROTECTABILITY [706, 710, 721];

MOTION TO PRECLUDE AND EXCLUDE THE TESTIMONY AND REPORTS OF PLAINTIFFS' PURPORTED EXPERT JUDITH FINELL [707, 710, 721];

MOTION TO PRECLUDE AND EXCLUDE THE TESTIMONY AND REPORTS OF PLAINTIFFS' PURPORTED EXPERT DR. KENNETH BILBY [709, 721];

MOTION TO PRECLUDE AND EXCLUDE THE TESTIMONY AND REPORTS OF PLAINTIFFS' PURPORTED EXPERT

> PETER ASHBOURNE-FIRMAN [711, 721];
> MOTION TO PRECLUDE AND EXCLUDE ANY EXPERT TESTIMONY FROM PLAINTIFFS' PURPORTED "NON-RETAINED EXPERT WITNESSES [713, 721];
> MOTION TO EXCLUDE TESTIMONY AND REBUTTAL REPORT OF PAUL GELUSO [735];
> MOTION TO EXCLUDE TESTIMONY AND EXPERT REPORT OF JOE BENNETT [736];
> MOTION TO EXCLUDE CERTAIN TESTIMONY AND REPORTS OF WAYNE MARHSALL [737];
> MOTION TO EXCLUDE EXPERT FERRARA [741];
> PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [742];
> MOTION TO EXCLUDE EXPERT PETER MANUEL [747]; and
> MOTION TO EXCLUDE EXPERT MELVIN BUTLER [751]

The matter is called and Counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the Motions under submission.

IT IS SO ORDERED.