**PRYOR CASHMAN LLP**
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
Shamar Toms-Anthony (State Bar No. 323246)
*stoms-anthony@pryorcashman.com*
1901 Avenue of the Stars, Ste. 900, Los Angeles, California 90067
Telephone: (310) 683-6900

Donald S. Zakarin (admitted *pro hac vice*)
*dzakarin@pryorcashman.com*
Frank P. Scibilia (admitted *pro hac vice*)
*fscibilia@pryorcashman.com*
7 Times Square, 40th Floor, New York, New York 10036
Telephone: (212) 421-4100

James G. Sammataro (State Bar No. 204882)
*jsammataro@pryorcashman.com*
255 Alhambra Circle, 8th Floor, Miami, Florida 33134
Telephone: (786) 582-3003
*Attorneys for the Pryor Cashman-Represented Defendants*

*[Additional Counsel on Following Page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> RODNEY SEBASTIAN CLARK, an individual, *ET AL.*, <br><br> Defendants. | Case No.: 2:21-cv-02840-AB-AJR <br><br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

| | |
|---|---|
| 1 | Kenneth D. Freundlich (SBN 119806) |
| 2 | *ken@freundlichlaw.com*<br>Jonah A. Grossbardt (SBN 283584) |
| 3 | *jonah@freundlichlaw.com* |
| 4 | **FREUNDLICH LAW, APC**<br>16133 Ventura Boulevard, Suite 645 |
| 5 | Encino, CA 91436 |
| 6 | P: (310) 275-5350<br>F: (310) 275-5351 |
| 7 | Attorneys for Defendants RIMAS ENTERTAINMENT, LLC, |
| 8 | erroneously sued as RIMAS MUSIC, LLC and<br>BENITO ANTONIO MARTINEZ OCASIO P/K/A BAD BUNNY |

# NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants write to alert the Court to a Ninth Circuit decision, *Yonay v. Paramount Pictures Corp.*, No. 24-2897, 2026 WL 17168 (9th Cir. Jan 2, 2026), filed on January 2, 2026, subsequent to oral argument on the motions that are *sub judice*, that is relevant to the pending motions. In *Yonay*, a copy of which is attached, the Ninth Circuit held that:

(i) plaintiffs bear the burden to demonstrate that a claimed "selection and arrangement" adheres to a "pattern, synthesis, or design" that is both "particular" and "coherent," and that is itself original and protectable. *Id.* at *7-8;

(ii) "'filtration,' and 'selection and arrangement' are not truly distinct tests"—rather, both seek to ascertain whether and to what extent the allegedly infringed material is protectable. *Id.* at *7; and

(iii) it was proper to exclude plaintiff's expert where he "fail[ed] to filter out" the unprotectable elements in plaintiff's work, and failed to focus his analysis on what (if anything) was protectable in plaintiff's work. *Id.* at *9-10.

*Yonay* supports exclusion of Plaintiffs' experts, who, like the expert in *Yonay,* admittedly did not analyze or offer an opinion as to the protectability of the particular "selection and arrangement" claimed by Plaintiffs (consisting of what Plaintiffs claim are seven admittedly unprotectable "elements," but which Defendants demonstrated does not actually exist together as a combination in any of Plaintiffs' claimed works). Consistent with the Ninth Circuit's analysis in *Yonay,* there are no "dueling expert reports" here regarding the protectability of Plaintiffs' claimed "selection and arrangement." *Id.* at *10.

Respectfully submitted on January 12, 2026

**PRYOR CASHMAN LLP**

By: */s/ Donald S. Zakarin*
Donald S. Zakarin (*dzakarin@pryorcashman.com*)
Frank P. Scibilia (*fscibilia@pryorcashman.com*)
James G. Sammataro (*jsammataro@pryorcashman.com*)
Benjamin S. Akley (*bakley@pryorcashman.com*)
Shamar Toms-Anthony (*stoms-anthony@pryorcashman.com*)

**FREUNDLICH LAW, APC**

By: */s/ Kenneth D. Freundlich*
Kenneth D. Freundlich (*ken@freundlichlaw.com*)
Jonah A. Grossbardt (*jonah@freundlichlaw.com*)

## ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

By: */s/ Benjamin S. Akley*

2