**COUNSEL LLP**
DAVID M. GIVEN (State Bar No. 142375)
230 California Street, Suite 201
San Francisco, CA 94111
Telephone: 415-227-0555
Email:      dgiven@counselllp.com

*Attorney for Defendants William Sami Etienne Grigahcine p/k/a DJ Snake and Empire Distribution, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RODNEY SEBASTIAN CLARK DONALDS, et al., <br><br> Defendants. | Case No: 2:21-cv-02840-AB-AJR <br><br> **DEFENDANTS WILLIAM SAMI ETIENNE GRIGAHCINE P/K/A DJ SNAKE AND EMPIRE DISTRIBUTION, INC.'S JOINDER IN THE RIMAS DEFENDANTS' MOTION FOR RECONSIDERATION OR CERTIFICATION** <br><br> **DATE:**       August 14, 2026 <br> **TIME:**       10:00 a.m. <br> **LOCATION:**   Courtroom: 7B |

PLEASE TAKE NOTICE that Defendants William Sami Etienne Grigahcine p/k/a DJ Snake and Empire Distribution, Inc. (collectively, "Defendants"), by and through their undersigned counsel of record, respectfully join in each and every one of the arguments raised in the Rimas Defendants' Motion for Reconsideration of this Court's July 1, 2026, Order (Dkt. 841, the "Order") or certification of the issue for immediate appeal to the Ninth Circuit (Dkt. 842, the "Motion for Reconsideration"). Defendants hereby adopt and incorporate by reference the Motion for Reconsideration in its entirety.

**JOINDER IN MOTION FOR RECONSIDERATION—Case No. 2:21-CV-02840-AB-AJR**

For the reasons set forth in the Motion for Reconsideration, Defendants respectfully request that the Court grant the Motion for Reconsideration and reconsider the Order or certify the issue for interlocutory appeal to the Ninth Circuit.

Dated: July 15, 2026

COUNSEL LLP

By: */s/ David M. Given*
David M. Given

*Attorney for Defendants William Sami Etienne Grigahcine p/k/a DJ Snake and Empire Distribution, Inc.*