MITCHELL SILBERBERG & KNUPP LLP
BRADLEY J. MULLINS (SBN 274219)
 bym@msk.com
MARK C. HUMPHREY (SBN 291718)
 mxh@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Aubrey Drake Graham and
Sound 1.0 Catalogue LP, improperly named
as OVO Sound LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; ANIKA JOHNSON, as personal representative of the estate of Wycliffe Johnson, deceased; AND STEELY & CLEVIE PRODUCTIONS, LTD,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK, an individual, et al.,<br><br>Defendants. | CASE NO. 2:21-cv-02840-AB-AJRx<br><br>[Assigned to Judge André Birotte]<br><br>**DEFENDANTS AUBREY DRAKE GRAHAM AND SOUND 1.0 CATALOGUE LP'S JOINDER IN RIMAS DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OR CERTIFICATION**<br><br>Date:        August 14, 2026<br>Time:        10:00 a.m.<br>Location:   Courtroom 7B |

**JOINDER IN RIMAS DEFENDANTS' MOTION FOR RECONSIDERATION OR CERTIFICATION**

Defendants Aubrey Drake Graham and Sound 1.0 Catalogue LP, improperly named as OVO Sound LLC (collectively the "MSK Defendants"), through their undersigned counsel of record, respectfully join in each and every one of the arguments raised in the Motion of Defendants Rimas Entertainment LLC, erroneously sued as Rimas Music, LLC, and Benito Antonio Martínez Ocasio p/k/a Bad Bunny (the "Rimas Defendants") for reconsideration of this Court's July 1, 2026 Order (Dkt. No. 841) or certification of the issue for immediate appeal to the U.S. Court of Appeals for the Ninth Circuit pursuant to Local Rule 7-18 and 28 U.S.C. § 1292(b) (the "Reconsideration Motion," Dkt. No. 842).   The MSK Defendants hereby adopt and incorporate by reference the Reconsideration Motion in its entirety, including any Points and Authorities, Declarations, Exhibits, and Reply Brief submitted in support thereof.

For the reasons set forth in the Reconsideration Motion, the MSK Defendants respectfully request that the Court grant the Reconsideration Motion and reconsider its July 1, 2026 Order or certify the issue for immediate appeal to the Ninth Circuit.

DATED: July 16, 2026

MITCHELL SILBERBERG & KNUPP LLP
BRADLEY J. MULLINS
MARK C. HUMPHREY


By: */s/ Bradley J. Mullins*
    Bradley J. Mullins
    Attorneys for Aubrey Drake Graham and
    Sound 1.0 Catalogue LP, improperly named
    as OVO Sound LLC

Mitchell
Silberberg &
Knupp LLP

2

**JOINDER IN RIMAS DEFENDANTS' MOTION FOR RECONSIDERATION OR CERTIFICATION**