Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
Hunter S. Litterio (SBN 358806)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:  (310) 975-1095
Email:        njohnson@jjllplaw.com
                  djohnson@jjllplaw.com

Attorneys for Defendant
Rich Music, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE., an individual, et al.<br><br>Plaintiffs,<br><br>RODNEY SEBASTIAN CLARK DONALDS, an individual, et al.,<br><br>Defendants. | CASE NO. 2:21-cv-02840-AB-AFM<br>**DEFENDANT RICH MUSIC'S JOINDER IN THE RIMAS DEFENDANTS' MOTION FOR RECONSIDERATION**<br>Date:        August 14, 2026<br>Time:        10:00 am<br>Location:    Courtroom: 7B |

1
**JOINDER IN SUMMARY JUDGMENT BRIEFING**

PLEASE TAKE NOTICE that Defendant Rich Music, Inc., through their undersigned counsel of record, respectfully joins in each and every one of the arguments raised in the Motion of Defendants Rimas Entertainment LLC, erroneously sued as Rimas Music, LLC, and Benito Antonio Martínez Ocasio p/k/a Bad Bunny (the "Rimas Defendants") for reconsideration of this Court's July 1, 2026 Order (Dkt. No. 841) or certification of the issue for immediate appeal to the U.S. Court of Appeals for the Ninth Circuit pursuant to Local Rule 7-18 and 28 U.S.C. § 1292(b) (the "Reconsideration Motion," Dkt. No. 842).

Defendant hereby adopts and incorporates by reference the Reconsideration Motion in its entirety, including any Points and Authorities, Declarations, Exhibits, and Reply Brief submitted in support thereof. For the reasons set forth in the Reconsideration Motion, Defendant respectfully requests that the Court grant the Reconsideration Motion and reconsider its July 1, 2026, Order or certify the issue for immediate appeal to the Ninth Circuit.

Dated: July 20, 2026

JOHNSON & JOHNSON LLP

By: /s/ Douglas L. Johnson
Douglas L. Johnson
Attorneys for Defendant
Rich Music, Inc.

**JOINDER TO MOTION**