**PRYOR CASHMAN LLP**
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
Shamar Toms-Anthony (State Bar No. 323246)
*stoms-anthony@pryorcashman.com*
1901 Avenue of the Stars, Suite 900, Los Angeles, California 90067
Telephone: (310) 683-6900

Donald S. Zakarin (admitted *pro hac vice*)
*dzakarin@pryorcashman.com*
Frank P. Scibilia (admitted *pro hac vice*)
*fscibilia@pryorcashman.com*
7 Times Square, 40th Floor, New York, New York 10036
Telephone: (212) 421-4100

James G. Sammataro (State Bar No. 204882)
*jsammataro@pryorcashman.com*
255 Alhambra Circle, 8th Floor, Miami, Florida 33134
Telephone: (786) 582-3003
*Attorneys for the Pryor Cashman-Represented Defendants*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, *ET AL.*,<br><br>Plaintiffs,<br>v.<br>RODNEY SEBASTIAN CLARK, an individual, *ET AL.*,<br><br>Defendants. | Case No.: 2:21-cv-02840-AB-AJR<br><br>**STIPULATION TO EXTEND DEADLINE FILE JOINT PROPOSED PLAN FOR CASE MANAGEMENT** |

## STIPULATION

Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and agree as follows:

1.     WHEREAS, on July 1, 2026, the Court entered an Order in which, among other things, it instructed the parties to confer and submit a joint proposed plan for the remainder of the case within 21 days;

2.     WHEREAS, on July 7, 2026, Plaintiffs made a proposal to Defendants regarding a draft joint proposed plan for the remainder of the case;

3.     WHEREAS, on July 10, 2026, Defendants requested that Plaintiffs stipulate to continuing the deadline on the joint proposed plan until after the Court resolves the Rimas Defendants' Motion for Reconsideration of the aforementioned Order, or For Certification of the Issue For Immediate Appeal to the Ninth Circuit (the "Reconsideration Motion"), which Plaintiffs advised Defendants they would consider;

4.     WHEREAS, on July 15, 2026, the Rimas Defendants filed the Reconsideration Motion, which various other defendants (including the PC Defendants) have joined;

5.     WHEREAS, on July 17, 2026, Plaintiffs responded to Defendants' request to continue the deadline on the joint proposed plan, but only until a date in August;

6.     WHEREAS, on July 21, 2026, Defendants made a counterproposal to Plaintiffs regarding a draft joint proposed plan for the remainder of the case;

7.     WHEREAS, to allow time for the parties to both continue discussing a proposed joint plan for the remainder of this case and brief the Reconsideration Motion, the parties agree that there is good cause for a brief continuance of the deadline for the submission of the parties' proposed joint plan to August 21, 2026;

**NOW, THEREFORE,** the parties agree and respectfully request, without prejudice to the positions of the Parties on the impact of the Reconsideration Motion, if any, on the timing of the submission of a joint proposed plan, that the Court continue

the deadline for the parties to confer and submit a joint proposed plan for the remainder of the case to August 21, 2026.

**SO STIPULATED.**

Dated:  July 22, 2026       By:    /s/ Benjamin S. Akley
                                           Benjamin S. Akley
                                           Donald S. Zakarin
                                           Frank P. Scibilia
                                           James G. Sammataro
                                           Shamar Toms-Anthony
                                           PRYOR CASHMAN LLP
                                           *Attorneys for the Pryor Cashman-Represented Defendants*

Dated:  July 22, 2026       By:    /s/ Jean G. Vidal
                                           Jean G. Vidal-Font, Esq.
                                           FERRAIUOLI LLC
                                           *Attorney for Defendants Vladimir Felix p/k/a DJ Blass & Camilo Echeverria p/k/a Camilo*

Dated: July 22, 2026       By:    /s/ Richard C. Wolfe
                                           Mark B. Chassman, Esq.
                                           Ana Vasquez, Esq.
                                           CHASSMAN & SEELIG, LLP

                                           Richard C. Wolfe, Esq.
                                           WOLFE LAW MIAMI, P.A.
                                           *Attorneys for Chassman & Seelig Represented Defendants*

Dated:  July 22, 2026       By:    /s/ David Given
                                           David M. Given, Esq.
                                           Brian S. Conlon, Esq.
                                           Robert Carroll III, Esq.
                                           Nina C. Pouget, Esq.
                                           PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

*Attorneys for Defendants Empire Distribution, Inc. and William Sami Etienne Grigahcine p/k/a DJ Snake*

Dated:  July 22, 2026        By:    /s/ Sagar Parikh
                                    Sagar P. Parikh, Esq.
                                    BEVERLY HILLS LAW CORP., PC
                                    *Attorney for Defendants Cinq Music Group, LLC & Cinq Music Publishing*

Dated:  July 22, 2026        By:    /s/ Bradley J. Mullins
                                    Bradley J. Mullins, Esq.
                                    Mark C. Humphrey, Esq.
                                    MITCHELL SILBERBERG & KNUPP
                                    *Attorneys for Defendants Aubrey Drake Graham & Sound 1.0 Catalogue LP, improperly named as OVO Sound LLC*

Dated:  July 22, 2026        By:    /s/ Douglas L. Johnson
                                    Neville L. Johnson, Esq.
                                    Douglas L. Johnson, Esq.
                                    Daniel B. Lifschitz, Esq.
                                    JOHNSON & JOHNSON LLP
                                    *Attorneys for Defendant Rich Music, Inc.*

Dated:  July 22, 2026        By:    /s/ Michael A. Trauben
                                    Michael A. Trauben, Esq.
                                    Thomas K. Richards, Esq.
                                    SINGH, SINGH & TRAUBEN
                                    *Attorneys for Defendants Nelson Diaz Martinez and Jose Angel Lopez Martinez*

Dated:  July 22, 2026        By:    /s/ Kenneth D. Freundlich
                                    Kenneth D. Freundlich, Esq.
                                    Jonah A. Grossbardt, Esq.
                                    FREUNDLICH LAW
                                    *Attorneys for Defendants Benito Antonio Martinez Ocasio p/k/a Bad Bunny and Rimas Music, LLC*

4

Dated:  July 22, 2026          By:    */s/ Benjamin F. Tookey*
Stephen M. Doniger, Esq.
Scott Alan Burroughs, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS

Garth A. Clarke
LAW OFFICES OF GARTH CLARKE

*Attorneys for Plaintiffs*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

5