David W. Affeld, SBN 123922
Adeline L. Black, SBN 341511
**AFFELD ENGLAND & JOHNSON LLP**
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel.(310) 979-8700

Sagar P. Parikh, Esq., SBN 282655
**BEVERLY HILLS LAW CORP., PC**
9777 Wilshire Blvd., Suite 400
Beverly Hills, CA 90212
Tel (424)-340-6471
Fax (310) 982-2603
SP@BeverlyHillsLawCorp.com

Attorneys for Defendants Cinq Music Group, LLC
and Cinq Music Publishing, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>RODNEY SEBASTIAN CLARK DONALDS, an individual; *et al.*,<br><br>Defendants. | **Case No.: 2:21-cv-02840-AB-AJRx**<br>*Assigned to: Hon. André Birotte*<br><br>**JOINDER OF DEFENDANTS CINQ MUSIC GROUP, LLC AND CINQ MUSIC PUBLISHING, LLC IN THE RIMAS DEFENDANTS' MOTION FOR RECONSIDERATION OR CERTIFICATION**<br><br>Date:        August 14, 2026<br>Time:        10:00 a.m.<br>Location:    Courtroom: 7B<br><br>Filed: April 1, 2021<br>FCAC: September 23, 2022<br>SCAC: April 21, 2023 |

Defendants Cinq Music Group, LLC and Cinq Music Publishing, LLC (collectively, the "Cinq Defendants"), through their undersigned counsel of record, respectfully join in each and every one of the arguments raised in the Motion of Defendants Rimas Entertainment LLC, erroneously sued as Rimas Music, LLC, and Benito Antonio Martínez Ocasio p/k/a Bad Bunny (the "Rimas Defendants") for reconsideration of this Court's July 1, 2026 Order (Dkt. No. 841) or certification of the issue for immediate appeal to the U.S. Court of Appeals for the Ninth Circuit pursuant to Local Rule 7-18 and 28 U.S.C. § 1292(b) (the "Reconsideration Motion," Dkt. No. 842). The Cinq Defendants hereby adopt and incorporate by reference the Motion to Strike in its entirety, including all Points and Authorities, Declarations, Exhibits, and Reply Briefs submitted in support thereof.

For the reasons set forth in the Reconsideration Motion, the Cinq Defendants respectfully request that the Court grant the Reconsideration Motion and reconsider its July 1, 2026 Order or certify the issue for immediate appeal to the Ninth Circuit.

Dated: July 23, 2026

Respectfully submitted,

By: /s/ David W. Affeld
David W. Affeld
Adeline L. Black
**AFFELD ENGLAND & JOHNSON LLP**

Attorneys for Defendants Cinq Music Group, LLC and Cinq Music Publishing, LLC

- 2 -

JOINDER IN RIMAS DEFENDANTS' MOTION FOR RECONSIDERATION OR CERTIFICATION