**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RODNEY SEBASTIAN CLARK DONALDS, an individual; et al.,<br><br>    Defendants. | Case No. 2:21-cv-02840-AB-AJR<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT PROPOSED PLAN FOR CASE MANAGEMENT** |

The Court, having received and considered the parties' Stipulation to Extend Deadline to File Joint Proposed Plan for Case Management ("Stipulation"), and for good cause shown, **GRANTS** the Stipulation.

IT IS HEREBY ORDERED that the filing deadline for the joint proposed plan for case management shall be extended to August 21, 2026.

**IT IS SO ORDERED.**

Dated: July 24, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER