UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-02840-AB-AJR | Date: | August 14, 2026 |
|---|---|---|---|

| Title: | *Cleveland Constantine Browne et al v. Rodney Sebastian Clark Donalds et al* |
|---|---|

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andres Navarro | Benjamin S. Akley |
| Benjamin Firestone Tookey | Shamar Jastin Toms-Anthony |
| Stephen M. Doniger | Kenneth D. Freundlich |
| | David M. Given (via Zoom) |
| | Bradley J. Mullins |

**Proceedings:**   **MOTION FOR RECONSIDERATION RE ORDER ON MOTION FOR SUMMARY JUDGMENT [842]; JOINDER MOTIONS [843-852, 854, 858] (Held and completed)**

The matter is called and Counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

| | | : | 43 |
|---|---|---|---|

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**          Initials of Deputy Clerk <u>EVC</u>