**PRYOR CASHMAN LLP**
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
Shamar Toms-Anthony (State Bar No. 323246)
*stoms-anthony@pryorcashman.com*
1901 Avenue of the Stars, Ste. 900, Los Angeles, California 90067
Telephone: (310) 683-6900

Donald S. Zakarin (admitted *pro hac vice*)
*dzakarin@pryorcashman.com*
Frank P. Scibilia (admitted *pro hac vice*)
*fscibilia@pryorcashman.com*
7 Times Square, 40th Floor, New York, New York 10036
Telephone: (212) 421-4100

James G. Sammataro (State Bar No. 204882)
*jsammataro@pryorcashman.com*
255 Alhambra Circle, 8th Floor, Miami, Florida 33134
Telephone: (786) 582-3003
*Attorneys for the Pryor Cashman-Represented Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, *ET AL.*,<br>Plaintiffs,<br>v.<br>RODNEY SEBASTIAN CLARK, an individual, *ET AL.*,<br>Defendants. | Case No.: 2:21-cv-02840-AB-AJR<br>Assigned to: Hon. André Birotte<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION (DKT. 867)**<br><br>*[Proposed Order filed concurrently]* |

**STIPULATION**

Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, on September 1, 2026, the Court issued its Order Granting Rimas Defendants' Motion for Reconsideration (Dkt. 866) which, among other things, required the parties to meet and confer and submit a scheduling proposal or proposals by or before October 16, 2026;

2. WHEREAS, on September 15, 2026, Plaintiffs filed a Motion for Reconsideration re Order on Motion for Reconsideration and noticed the hearing for October 23, 2026, at 10:00 a.m. (Dkt. 867);

3. WHEREAS, Defense counsel has a conflict on October 23, 2026 and requested that the hearing be continued to October 30, 2026;

4. WHEREAS, Plaintiffs' counsel agreed to continue the hearing date for Plaintiffs' pending Motion to October 30, 2026, at 10:00 a.m.; and

5. WHEREAS, Counsel for Plaintiffs and Defendants have agreed that it would be most efficient and practical to confer about and make a scheduling proposal or proposals after the Court rules on Plaintiffs' pending Motion;

**NOW, THEREFORE,** IT IS HEREBY STIPULATED AND AGREED that:

1. The hearing for Plaintiffs' pending Motion is continued from October 23, 2026 to October 30, 2026.

2. The parties shall have until two weeks after the Court rules on Plaintiffs' pending Motion to confer, and submit a proposal or proposals, regarding a schedule for addressing the claims and issues then-remaining in this action.

3. This stipulation is made for good cause and not for purposes of delay and is without prejudice to any party's rights, claims, arguments, or defenses.

**IT IS SO STIPULATED.**

Respectfully submitted on September 30, 2026

**PRYOR CASHMAN LLP**

By: */s/ Donald S. Zakarin*
Donald S. Zakarin
Frank P. Scibilia
James G. Sammataro
Benjamin S. Akley
Shamar Toms-Anthony
*Attorneys for the Pryor Cashman-Represented Defendants*

By: */s/ Scott Alan Burroughs*
Stephen M. Doniger, Esq.
Scott Alan Burroughs, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
Garth A. Clarke
LAW OFFICES OF GARTH CLARKE
*Attorneys for Plaintiffs*

By: */s/ Jean G. Vidal-Font*
Jean G. Vidal-Font, Esq.
FERRAIUOLI LLC
*Attorney for Defendant Camilo Echeverria p/k/a Camilo*

By: */s/ Richard C. Wolfe*
Richard C. Wolfe, Esq.
WOLFE LAW MIAMI, P.A.
*Attorney for Defendants WK Records, Inc., Llandel Veguilla p/k/a Yandel, Juan Luis Morera Luna p/k/a Wisin, Ernest Padilla, Mr. 305 Inc., Marcos Alfonso, Ramirez Carrasquillo, Victor Rafael Torres Betancourt, La Base Music Group, LLC,*

*Juan Luis Londono Arias p/k/a Maluma, Carlos Alberto Vives Restrepo p/k/a Carlos Vives, Daniel Oviedo p/k/a Ovy on the Drums, Michael Monge p/k/a Myke Tower, Rafael Torres p/k/a Del La Ghetto, Geoffrey Royce p/k/a Prince Royce, Richard Camacho, Erick Brian Colon, Christopher Velez, and Zabdiel De Jesus*

By: */s/ Sagar P. Parikh*
Sagar P. Parikh, Esq.
BEVERLY HILLS LAW CORP., PC
*Attorney for Defendants Cinq Music Group, LLC & Cinq Music Publishing*

By: */s/ Bradley J. Mullins*
Bradley J. Mullins, Esq.
Mark C. Humphrey, Esq.
MITCHELL SILBERBERG & KNUPP
*Attorneys for Defendants Aubrey Drake Graham & Sound 1.0 Catalogue LP, improperly named as OVO Sound LLC*

By: */s/ Neville L. Johnson*
Neville L. Johnson, Esq.
Douglas L. Johnson, Esq.
Melissa N. Eubanks, Esq.
JOHNSON & JOHNSON LLP
*Attorneys for Defendant Rich Music, Inc.*

By: */s/ Michael A. Trauben*
Michael A. Trauben, Esq.
Thomas K. Richards, Esq.
SINGH, SINGH & TRAUBEN
*Attorneys for Defendants Nelson Diaz Martinez and Jose Angel Lopez Martinez*

By: */s/ Kenneth D. Freundlich*
Kenneth D. Freundlich, Esq.
Jonah A. Grossbardt, Esq.
FREUNDLICH LAW
*Attorneys for Defendants Benito Antonio Martinez Ocasio p/k/a Bad Bunny and Rimas Music, LLC*

By: */s/ David R. Welch*
David R. Welch, Esq.
ENSO LAW, L.L.P
*Attorneys for Defendant Gabriel Pizarro*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.