**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEVELAND CONSTANTINE BROWNE, an individual; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY SEBASTIAN CLARK DONALDS, an individual; et al.,<br><br>Defendants. | Case No. 2:21-cv-02840-AB-AJR<br>*Honorable André Birotte Jr. Presiding*<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION (DKT. 867)** |

The Court, having received and considered the parties' Stipulation to Continue Hearing on Plaintiffs' Motion for Reconsideration and for good cause shown, hereby ORDERS that:

1. The hearing for Plaintiffs' pending Motion is continued from October 23, 2026, to October 30, 2026 at 10:00 a.m.

2. The parties shall have until two weeks after the Court rules on Plaintiffs' pending Motion to confer, and submit a proposal or proposals, regarding a schedule for addressing the claims and issues then-remaining in this action.

**IT IS SO ORDERED.**

Dated: October 1, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE